"LEGAL LETTER"

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA
UNITED STATES COURTHOUSE
601 Market Street., Room 2609
Philadelphia, PA 19106-1797

DATE: ~~06-10-2020~~

JUN 1 6 2020

U.S.C.A. 3rd CIR

Re: FILING OF [SECTION 1983]

MR. PETER L. CARATINI
INM # 667844/SBI # 295345E
S.W.S.P. 2-2-R, 2033-D
215 Burlington Road South
Bridgeton, N.J. 08302-0379

Dear Sir/Madam,

Please allow me to introduce myself in this legal letter
my name is (Mr. Peter L. Caratini). And I am a resident of
Bushkill, Pennsylvania that am currently being confined in the
New Jersey Prison System at South Woods State Prison in
Bridgeton, New Jersey.

Being a resident of Bushkill Pennsylvania I decided to
submit my Federal Complaint documentation under [Section 1983]
to the nearest United States District Court of the (3d Circuit).
Which is the "Eastern District of Pennsylvania" at the United
States Courthouse in Philadelphia, PA 19106-1797 and I hope
that it was clerically appropriate. Thank You!

Respectfully submitted

Mr. Peter L. Caratini



```
           UNITED STATES DISTRICT COURT
              NEW JERSEY (3d Circuit)
              District of New Jersey
```

```
_____ :
                                     :
      Mr. Peter L. Caratini          :
                                     :
            Plaintiff                :
                                     :
               v.                    :
                                     :        SUMMONS
                                     :
John Powell, Administrator-SWSP      :
Willie Bonds, Pre. Administrator-SWSP : Civil Action No._____
Lisa Swift, Asst. Superintendent-SWSP :
Oliver Keller, Major-SWSP            :
P. Sheppard-SW007, Lieutenant-SWSP   :
SCO. J. Kuhlen-S104, Sergeant-SWSP   :
SCO. S. Hunter-S003, Sergeant-SWSP   :
SCO. A. Hernandez-00735, Office-SWSP :
SCO. R. Seeney-00440, Officer-SWSP   :
SCO. A. Dooley-00726, Officer-SWSP   :
SCO. D. Sheehan-S134, Sergeant-SWSP  :
SCO. L. Vastano, Officer-SWSP        :
Lisa R. Mills, Medical Provider-SWSP :
Jill Tanner, Dietitian-SWSP          :
David Metelow, Package Committee-SWSP :
Cindy Sweeney, Administrator-NSP     :
SCO. April Washington, Sergeant-NSP  :
SCO. Colon, Officer-NSP              :
Mahmond EL Dekki, Food Supervisor-NSP :
SCO. Osborne, Officer-NSP            :
                                     :
            Defendants               :
_____ :
```

TO THE ABOVE NAMED DEFENDANTS:

You are hereby summoned and required to serve upon the
PLAINTIFF, whose address is at [SOUTH WOODS STATE PRISON] at
[215 BURLINGTON ROAD SOUTH-BRIDGETON, NEW JERSEY 08302-0379]
an answer to the complaint which is herewith served upon you,
within (20-days) after service of this summons upon you.

Exclusive of the day of service, or (60-days) if the
U.S. Government or officer/agent thereof is a defendant.  If
you fail to do so, judgment by default will be taken against
you for the relief demanded in the complaint.

_____.      DATE:_____.
CLERK OF THE COURT



UNITED STATES DISTRICT COURT
NEW JERSEY (3d Circuit)
District of New Jersey

Mr. Peter L. Caratini
INM # 667844/SBI # 295345E
South Woods State Prison
215 Burlington Road South
Bridgeton, N.J. 08302-0379

---

|  |  |
| --- | --- |
| Mr. Peter L. Caratini | : |
| : |
| Plaintiff | : COMPLAINT |
| : |
| -v- | : Civil Action_____ |
| : |
| John Powell, Administrator-SWSP | : |
| Willie Bonds, Pre. Administrator-SWSP | : |
| Lisa Swift, Asst. Superintendent-SWSP | : |
| Oliver Keller, Major-SWSP | : |
| P. Sheppard-SW007, Lieutenant-SWSP | : |
| SCO. J. Kuhlen-S104, Sergeant-SWSP | : |
| SCO. S. Hunter-S003, Sergeant-SWSP | : |
| SCO. A. Hernandez-00735, Officer-SWSP | : PLEASE NOTE: |
| SCO. R. Seeney-00440, Officer-SWSP | : |
| SCO. A. Dooley-00726, Officer-SWSP | : Section (One) of (Two) |
| SCO. D. Sheehan, Sergeant-SWSP | : |
| SCO. L. Vastano, Officer-SWSP | : Pages (1) through (55) |
| Lisa R. Mills, Medical Provider-SWSP | : |
| Jillian Tanner, Dietitian-SWSP | : |
| David Metelow, Package Committee-SWSP | : |
| Cindy Sweeney, Administrator-NSP | : |
| SCO. April Washington, Sergeant-NSP | : |
| SCO. Colon, Officer-NSP | : |
| Mahmond EL Dekki, Food Supervisor-NSP | : |
| SCO. Osborne, Officer-NSP | : |
| | : |
| Defendants | : |

---

## I. JURISDICTION & VENUE

1.      This is a Civil action authorized by 42 U.S.C. Section 1983 to redress the deprivation, under color of State Law, of rights secured by the "Constitution of the United States". The court has jurisdiction under 28 U.S.C. Section 1331 and 1343 (a)(3).

1

2.      **"Plaintiff**, (Mr. Peter L. Caratini), seeks declaratory relief pursuant to 28 U.S.C. Section 2201 and 2202". "Plaintiff's claims for injunctive relief are authorized by 28 U.S.C. Section 2283 & 2284 and Rule 65 of the Federal Rules of Civil Procedure".

3.      The (3d Circuit) District of New Jersey is an appropriate venue under 28 U.S.C. Section 1391 (b)(2) because it is where the events giving rise to this claim occurred.

## II. PLAINTIFF

4.      **PLAINTIFF:** (Mr. Peter L. Caratini), is and was at all times mentioned herein is a Prisoner of the State of New Jersey in the custody of the "New Jersey Department of Corrections". He is currently being confined at South Woods State Prison in Bridgeton, New Jersey.

5.      **PLEASE OFFICIALLY NOTE:** That this is my **[THIRD ATTEMPT]** in (2-years) to file with the United States District Court this Federal Complaint under [Section 1983]! FURTHERMORE, note that this Federal Complaint [DOES NOT] include any of the information of all the [PHYSICAL ATROCITIES] that I suffered and endured as a [DETAINEE].

6.      At the hands of the Law Enforcement Agencies of Teaneck and Hackensack, in Bergen County, New Jersey. That includes all of the "PHYSICAL AND MENTAL INJURIES" that I sustained that could only be described as [CRUEL AND UNUSUAL PUNISHMENT] by the Bergen County Jail Police Officers in Hackensack, New Jersey!

7.      That is explained in greater detail in a legal document called a [PRO SE SUPPLEMENTAL BRIEF] that I composed for the higher Courts in the State of New Jersey and Washington, DC. Which will be provided to the United States District Court [JUDGES], of the (3d Circuit) upon request without question!

## III. DEFENDANTS

8.      **DEFENDANT No.(1):** (Mr. John Powell), is now the new Administrator of the institution of South Woods State Prison. Whom, at all times mentioned in this Complaint is legally appointed and responsible for the operations of South Woods State Prison.   And for the [WELFARE] and [SAFETY] of all the [INMATES] in South Woods State Prison in Bridgeton, New Jersey.

9.      **DEFENDANT No.(2):** (Mr. Willie Bonds), was the pervious Administrator of South Woods State Prison. Whom, at all times mentioned in this Complaint was at the time legally responsible for the operations of South Woods State Prison.   And for the [WELFARE] and [SAFETY] of all the [INMATES] in South Woods States Prison in Bridgeton, New Jersey.

2

10.     **DEFENDANT No.(3):** (Ms. Lisa Swift), is a Assistant
Superintendent in the institution of South Woods State Prison.
Whom, at all times mentioned in this Complaint is legally
responsible as "<u>Assistant Superintendent</u>" for the operations
of the [<u>WELFARE</u>] and [<u>SAFETY</u>] of all the [<u>INMATES</u>] in South
Woods State Prison in Bridgeton, New Jersey.

11.     **DEFENDANT No.(4):** (MR. Oliver Keller), is a Commissioned
Corrections Officer in the institution of South Woods State
Prison.  Whom, all times mentioned in this Complaint holds the
rank and position in the Department of Corrections of [<u>Major</u>].
And is the [<u>Control Major</u>] of (<u>Facilities-1, 2, & 3</u>), compounds
in South Woods State Prison in Bridgeton, New Jersey.

12.     Whom is legally responsible for the operations, policies,
and behavioral procedures of every Corrections Officer in the
institution.  In all three facility Compounds of South Woods
State Prison, and is also responsible for the [<u>WELFARE</u>] and
[<u>SAFETY</u>] of all the [<u>INMATES</u>] in South Woods State Prison in
Bridgeton, New Jersey.

13.     **DEFENDANT No.(5):** (LT. P. Sheppard-SW007), is a Lieutenant
on facility-3, compound in the institution of South Woods State
Prison.  Whom, at all times mentioned in this Complaint holds
the rank of [<u>Lieutenant</u>] whom is responsible for the operations
and conduct of all the Senior Corrections Officers of facility-3,
compound in South Woods State Prison in Bridgeton, New Jersey.

14.     **DEFENDANT No.(6):** (SGT. J. Kuhlen-S104), is a Sergeant,
in South Woods State Prison.  Whom, at all times mentioned in
this Complaint holds the rank of [<u>Sergeant</u>] on the facility-3,
compound.  And is responsible for the actions of the Corrections
Officers on the housing units and compound of facility-3, in
South Woods State Prison in Bridgeton, New Jersey.

15.     **DEFENDANT No.(7):** (SGT. S. Hunter-S003), is a Sergeant,
in South Woods State Prison.  Whom, at all times mentioned in
this Complaint holds the rank of [<u>Sergeant</u>] on the facility-3,
compound.  And is responsible for the actions of the Corrections
Officers on the housing units and compound of facility-3, in
South Woods State Prison in Bridgeton, New Jersey.

16.     **DEFENDANT No.(8):** (SCO. A. Hernandez-00735), is a Senior
Corrections Officer at South Woods State Prison.  Whom, at all
times mentioned in this Complaint holds the rank of Senior
Corrections Officer on the facility-3, compound in South Woods
State Prison in Bridgeton, New Jersey.

17.     **DEFENDANT No.(9):** (SCO. R. Seeney-00440), is a Senior
Corrections Officer at South Woods State Prison.  Whom, at all
time mentioned in this Complaint holds the rank of Senior
Corrections Officer on the facility-3, compound in South Woods
State Prison in Bridgeton, New Jersey.

3

18.    **DEFENDANT No.(10):** (SCO. A. Dooley-00726), is a Senior Corrections Officer at South Woods State Prison.  Whom, at all times mentioned in this Complaint holds the rank of Senior Corrections Officer on the facility-3, compound in South Woods State Prison in Bridgeton, New Jersey.

19.    **DEFENDANT No.(11):** (SGT. D. Sheehan-S134), is a Sergeant in South Woods State Prison.  Whom, at all times mentioned in this Complaint holds the rank of [Sergeant].  And is responsible for inmates [Incoming and Outgoing Mail] and the inmates Personal Property that arrives at the institution of South Woods State Prison, from other Prisons.

20.    **DEFENDANT No.(12):** (SCO. L. Vastano), is a Senior Corrections Officer at South Woods State Prison.  Whom, at all times mentioned in this Complaint hold the rank of Corrections Officer in the Mail/Property Room of South Woods State Prison. And who holds the position of a Property Room Officer and is responsible for [Incoming & Outgoing Mail & Property]!

21.    **DEFENDANT No.(13):** (Ms. Lisa R. Mills), is the Nurse Practitioner in the Medical Department of facility-1, compound in South Woods State Prison.  Whom at all times mentioned in this Complaint is my [MEDICAL PROVIDER] assigned to me and is responsible for the [Welfare] and [Health] of the inmates in facility-1, compound at South Woods State Prison in Bridgeton, New Jersey!

22.    **DEFENDANT No.(14):** (Ms. Jill Tanner), is the dietitian for South Woods State Prison.  Whom at all times mentioned in this Complaint has the position of [Main Dietitian] for the institution. Which includes the "Dietary Welfare" of every State inmate in South Woods State Prison in Bridgeton, New Jersey.

23.    **DEFENDANT No.(15):** (Mr. David Metelow), is the Supervisor Education Department in South Woods State Prison!  Whom, at all times mentioned in this Complaint holds the position of [Supervisor of Education Department] in the institution of South Woods State Prison in Bridgeton, New Jersey.

24.    His institutional duties include being the Supervisor of all the (Education Classes), all the (Law Libraries), and their personnel.  And also he is head of the (Package Committee), which (Approves or Disapproves) all the State inmate population request for any (Clerical and Art) supplies in South Woods State Prison in Bridgeton, New Jersey.

25.    **DEFENDANT No.(16):** (Ms. Cindy Sweeney), is the Associate Administrator of "NORTHERN STATE PRISON".  Whom, at all times mentioned in this Complaint is legally appointed and responsible for the operations of Northern State Prison.  And also for the [WELFARE] and [SAFETY] of all the [INMATES] in the institution of Northern State Prison in Newark, New Jersey.

4

26.     **DEFENDANT No.(17):** (SGT. April Washington), is a Sergeant in the institution of "Northern State Prison".  Whom, at all times mentioned in this Complaint holds the official rank of [Mail Room Supervisor Sergeant].  That is legally responsible for all of the inmates Incoming and Outgoing Mail and Personal Property in Northern State Prison in Newark, New Jersey.

27.     **DEFENDANT No.(18):** (SCO. Colon), is a Senior Corrections Officer at Northern State Prison.  Whom, at all times mentioned in this Complaint holds the position of "Mail/Room" Corrections Officer. Whose duty involve all of the inmates personal property that arrives at Northern State Prison in Newark, New Jersey.

28.     **DEFENDANT No.(19):** (Mr. Mahmond EL Dekki), is the Northern State Prison Food Service Supervisor. Whom at all times mentioned in this Complaint holds the position of Culinary Food Supervisor. Who is responsible for the preparation of the meals for all the inmates in Northern State Prison in Newark, New Jersey.

29.     **DEFENDANT No.(20):** (SCO. Osborne), is a Senior Corrections Officer at Northern State Prison.  Whom, at all times mentioned in this Complaint hold the rank of Corrections Officer in the housing unit designated "Administrative Segregation".  In the institution of Northern State Prison in Newark, New Jersey.

30.     Each defendant is being **[SUED]** individually and in his or her official capacity.  At all times mentioned in this complaint each defendant **[ACTED UNDER THE COLOR OF STATE LAW].**

---

### "PLAINTIFF UNLAWFUL ASSESSMENT ENTRIES"

31.     THE FOLLOWING LEGAL ASSESSMENT ENTRIES THAT ARE BEING PROVIDED BY THE PLAINTIFF, ARE OF THE UNLAWFUL POLICIES AND PROCEDURES THAT ARE BEING COMMITTED BY THE NEW JERSEY DEPARTMENT OF CORRECTIONS COMMISSIONER NAMED (Mr. Marcus O. Hicks), AND HIS PREDECESSOR (Mr. Gary M. Lanigan)!

32.     **PLEASE OFFICIALLY NOTE:** The following unlawful assessments entries that the Plaintiff, (Mr. Caratini), is submitting in this Federal Complaint under the [Section 1983] suit.  Are before he begins his [PLAINTIFF CLAIMS] in the "FACT SECTION" in this [Section 1983] suit.  That he strongly and ethically believes has to be brought to the attention of the United States District Court [Judges] of the (3d Circuit).

33.     These are his legal assessments of the unlawful policies and procedures that have been set in place by the New Jersey Department of Corrections Commissioner (Mr. Marcus O. Hicks) and his predecessor (Mr. Gary M. Lanigan)!  Whom, are legally and ethically responsible for the overall operations and performance of each [State] penal institution and its personnel in the New Jersey Department of Correction.

5

34.   Through the methods of surprise inspections of all the (Prison Institutions) which are under his jurisdiction by appointment.   Which he does not perform causing him to be guilty of "Dereliction of Duties" for allowing the New Jersey Department of Corrections Agency to become the most [CORRUPT AGENCY] in the State of New Jersey.

35.   That if not for the United States Supreme Court ruling in the case of (Ashcroft v. Iqbal, 129 S.Ct. 1937 (2009).   That limits the way in which Supervisors, can be [SUED] for ignoring "ILLEGAL ACTIONS" by his Subordinate Prison Administrators and Commissioned and Non-Commissioned Corrections Officer Personnel.

36.   Which is called I believe "RESPONDENT SUPERIOR" and it is not allowed or permitted by the United States District Court in any [Section 1983] claims. So now by that ruling in the case of (Ashcroft v. Iqbal), which was after the U.S. Supreme Court "OVERTURNED" the case of (Barkes v. First Corr, Med., Inc., 766 F.3d 307 (3d Cir. 2013).   Which ruled that "Supervisors" were not entitled to any "QUALIFIED IMMUNITY"!

37.   That now by that United States Supreme Court ruling they will have the protection of the questionable doctrine of (Qualified Immunity)!   That I the Plaintiff, strongly believe that it unlawfully forbids me from adding the Department of Corrections Commissioner (Mr. Marcus O. Hicks) as a "DEFENDANT", in this Federal Complaint under [Section 1983] suit claim.

---

### (PLAINTIFF UNLAWFUL ASSESSMENT ENTRY)-(No. ONE)

38.   **COMMISSIONER:** (Mr. Marcus O. Hicks), due to his lack of oversight and supervision of the New Jersey Department of Corrections is guilty of dereliction of duties!   By allowing the Department of Corrections to become the most [CORRUPT AGENCY] in the State of New Jersey.   By allowing these Administrative and Commissioned and Non-Commissioned Corrections Officers Personnel of South Woods State Prison.

39.   To commit "Eight Amendment Prisoners Rights Violations" that could only be described as [PHYSICAL AND MENTAL ABUSE] including [TRAUMA].   Which purposely leads to the actions of nothing less then "Malicious and Vindictive" [TORTURE] against inmates here at the institution of South Woods State Prison in Bridgeton, New Jersey!

40.   In which Commissioner (Marcus O. Hicks), I suspect is totally oblivious to the unlawful situations that are occurring in one of his New Jersey Penal Institutions!   Which could only be occurring due to the means of [FALSE REPORTS] to him by his Department of Corrections subordinates. To conceal their criminal activities and dereliction of supervision of the State Prison facilities that they are employed in by the State!

6

41.    His duties include the internal oversight of the rules and regulations and the behavioral performances of all personnel in each Penal institution in the State! Including Administrative, and Corrections Officers Personnel, this is why I am accusing the Commissioner of [CRIMINAL NEGLIGENCE] of his official duties!

42.    Regarding the oversight of his upper echelon Commissioned and Non-commissioned Corrections Officers Personnel in South Woods State Prison!  By allowing the infiltration of applicants into the Department of Corrections that [DO NOT] measure up "PSYCHOLOGICALLY" and "SCHOLASTICALLY" for their position!

43.    That is required by the "N.J. Department of Corrections" to be able to perform their duties with the highest levels of [PROFESSIONALISM AND PROFICIENCY] for the State!  Which is due because of Two Separate Entry Test Standards that exist in the Department of Corrections Academy. For applicants that [DO NOT] measure up to the scholastic achievements required for admission!

44.    Which is due to Commissioner (Mr. Marcus O. Hicks), lack of oversight actions of the Department of Corrections Academy admission testing programs. That has become guilty of dereliction of his duties by permitting substandard applicants admission into the Department of Corrections.   To commit "CRIMINAL ACTS" against State inmates that are in the New Jersey Prison System!

45.    The Commissioner's lack of oversight responsibility has permitted applicants to become, while not qualified Department of Corrections Officers!   That have brought "Psychological Behavioral Irregularities and Addictions" with them that excel in their "CRIMINAL ENTERPRISES" into there assigned institutions! He has allowed into the Department of Corrections applicants with "CRIMINAL VIOLENT PSYCHOLOGICAL BEHAVIORAL BACKGROUNDS"!

46.    That get great satisfaction from inmates when they inflict great amounts of "PHYSICAL AND MENTAL TRAUMA" upon them!   In laymen's words they get their jollities tormenting State inmates for any reason.   Especially when the State inmates have movement to other facility compounds for Religious Services.   That require these Corrections Officers to get up off their posteriors from watching Televisions, while on duty on their stations!

47.    About a third of the Corrections Officers in the New Jersey Prison System including South Woods State Prison are "OFF RESERVATION".   Running their own criminal enterprises of "NARCOTIC TRAFFICKING" and other contraband these Correction Officers being [ALCOHOLICS] and [HEROIN ADDICTS] themselves.

48.    Having no problem accommodating the inmates population with what ever drugs they need, it being against the oath they took at the Academy!   Which reminds me of a law case when a Supreme Court Judge, noted and said, and I quote, "THAT THE MOST DANGEROUS CRIMINAL TO SOCIETY IS A CRIMINAL WITH A BADGE"!

7

49.    Which I believe that the Special Investigation Division
in Trenton, New Jersey is powerless to stop them.  That if I
may say, raises a very important question and that is, if they
themselves have not become compromised as well.  I say this
because with all their efforts to stop the [Narcotics] entering
the New Jersey State Prison System, things remain the same!
With all the [Narcotics] and Corruption in the Department of
Corrections in the State of New Jersey!

---

### (PLAINTIFF UNLAWFUL ASSESSMENT ENTRY)-(No. TWO)

50.    **COMMISSIONER:** (Mr. Marcus O. Hicks), is guilty of
dereliction of duties! By allowing these unlawful policies to
continue in the New Jersey Prison System.  By allowing them
to practice a "VATICANISTIC POLICY" like his predecessor, allow
me to elaborate on these policies by him and his institutional
Prison Personnel of the institution South Woods State Prison
in Bridgeton, New Jersey.

51.    The Administrative and Commissioned Officer Personnel
of South Woods State Prison [DO NOT] follow the mandates set
in place by the Department of Correction!  Every Prison in New
Jersey ever since the "STINGERS" a (Electrical Devise) to heat
up water were removed.  The Department of Corrections did
installed on each housing unit "HOT WATER DISPENSERS UNIT" for
the inmates population to acquire "Hot Water" when they required.

52.    All except South Woods State Prison they are still using
the brown plastic containers.  That have been removed in mostly
all other Prisons due to health hazard to the inmates!  These
brown plastic containers when brought do come with warning labels
from the manufacture which are removed by the Prison's personnel.

53.    To prevent the inmate population from seeing them, which
I myself have seen the warning labels being removed at New Jersey
State Prison.  Which state on the warning labels that they are
to be used only for "COLD LIQUIDS"!  And are not to be used
for "HOT LIQUIDS" whatsoever because when heated from the inside.

54.    Will begin to release into the liquids in the containers,
[PCB]-[PARTICULATES AGENTS] that have been proven in laboratories
test animals to cause Cancer!  Which I believe that it has
attributed greatly to my abdominal pains and physical illnesses
that I now suffer with in the New Jersey Prison system!

55.    Which brings up a very important question, and that is
what ever happen to the [FUNDS] that were allocated by the State
to the New Jersey Department of Corrections.  For the immediate
installation of "NEW HOT WATER DISPENSERS UNITS" for every Prison
housing units.  In the New Jersey Prison System including the
institution of South Woods State Prison in Bridgeton, New Jersey?

---

8

## (PLAINTIFF UNLAWFUL ASSESSMENT ENTRY)-(No. THREE)

56.     **COMMISSIONER:** (Mr. Marcus O. Hicks), is guilty of dereliction of duties by lack of actions for not rectifying the "HIGHLY UNLAWFUL PRACTICE".  That the previous Commissioner (Mr. Gary M. Laingan), allowed to be set in place, involving the "INMATE INCENTIVE FOOD PACKAGES PROGRAM" that is permitted in all the other Prison institutions in the State of New Jersey.

57.     Except for the institution of South Woods State Prison which [DOES NOT] permit Incentive Food Packages from the outside for the inmate population.  Every Prisons in the State of New Jersey does allow their Prison inmate population to receive food packages from the outside from their families and friends.

58.     Through the "INCENTIVE FOOD PACKAGE PROGRAM" that allow inmate to receive food packages twice a year from (4) independent food package vendors in New Jersey and other States!  Which South Woods State Prison [DOES NOT] allow which is against the "Rules and Regulations" set forth by the State and the New Jersey Department of Corrections.

59.     This Food Incentive Program is permitted in every Prison in the State of New Jersey but [NOT] at South Woods State Prison. Which only use to permits you to order (2-sandwiches) a (2-Soda), and two small (Bags of Chips) from a Deli.  And absolutely not the (60-Pounds) of food that us inmates are suppose to receive twice a year through our incentive food package program!

60.     **"UPON INFORMATION AND BELIEF"**. Now this to has charged, South Woods State Prison Administration has even taken this away from the inmates as well.  They have decided to cut out the (Deli) by buying the equipment and cold cuts and having the inmates make the sandwiches at South Woods State Prison which are not (Deli) quality and taste like Prison sandwiches.

61.     **"UPON INFORMATION AND BELIEF"**. But their is an issue with the (JPAY) company in Florida, and the Department of Corrections.  The story is that the (JPAY) company decided that they were not making enough money off the inmates trust accounts. Especially when it came to the inmate incentive food packages that our families were paying for themselves from the outside!

62.     **"UPON INFORMATION AND BELIEF"**. So they decided to contact the Department of Corrections with an unlawful plan.  To figure out a way to solve their financial dilemmas of how to get more moneys from the inmates population trust accounts.  And from our incentive food package moneys and how to capitalize on it, I have been informed that it was the Commissioner and the (JPAY) company in Florida, who came up with this unlawful [CRIMINAL] solution to their problems!

63.    **"UPON INFORMATION AND BELIEF"**. The solution that the
New Jersey Department of Corrections Commissioner, and the (JPAY)
company in Florida, came up with to make more revenue from the
inmates trust accounts was this.  They decided to [STOP] our
"Families and Friends" from sending us any inmates incentive
food packages from the outside, that my family and friends use
to pay for themselves!

64.    **"UPON INFORMATION AND BELIEF"**. So they informed the New
Jersey inmate Prison Population that our families could no longer
send us any food packages from the outside!  And the only way
that we inmates could receive any food packages would be if
we inmates purchase them ourselves!  Which I believe is a tactic
of [EXTORTION AND RACKETEERING] to purposely victimize our
families and friends incentive food package funds!

65.    **"UPON INFORMATION AND BELIEF"**. So their unlawful plan
was perfect for them to make our families and friends now send
us the money to our inmate trust accounts. That they would have
spent on the outside on our incentive food packages themselves
with the approved food venders!  So that now the (JPAY) company
in Florida, could legally collect their (10%) fees from our
inmates trust accounts.

66.    **"UPON INFORMATION AND BELIEF"**. From every inmate in the
New Jersey Prison System which as I see it is a form of extortion
against our families and friends good will and wishes.  That
they are all providing to us Prison inmates with love from our
Parents, Wives, and Children, which is nothing but a [CRIME]
against our love ones.

---

### (PLAINTIFF UNLAWFUL ASSESSMENT ENTRY)-(No. FOUR)

67.    **COMMISSIONER:** (Mr. Marcus O. Hicks), is guilty of not
ratifying the unlawful venture that was enacted by his
predecessor (Mr. Gary M. Lanigan).  By allowing the unlawful
policies and practices by the Department of Correction and the
(JPAY) Company that handles the inmates trust accounts!

68.    The (JPAY) company provides the inmates with an electronic
item called a (J-Player). That allows us inmates to download
music from the **(Kiosk)** machines that are on every housing units
in the New Jersey Prison System.  Which has become a big business
for the (JPAY) company in Florida, and the New Jersey Department
of Corrections of New Jersey!

69.    **"UPON INFORMATION AND BELIEF"**.  But there is a problem
when you buy a brand new (J-Player) from the (JPAY) company
in Florida.  The Department of Corrections began to feel left
out of the loop when it came to making more money from the
inmates trust accounts so they decided to take advantage of
this situation as well.

70.     **"UPON INFORMATION AND BELIEF"**. So they came up with a plan that is making the New Jersey Department of Corrections Commissioner, a great amount of revenue!  They decided that when any inmate would buy a brand new (J-Player), from the (JPAY), company in Florida.  That when it would arrive at any of the Penal institutions in the State of New Jersey.

71.     **"UPON INFORMATION AND BELIEF"**. That they would go ahead and [CONFISCATE] the (J-Player's), charging power supply.  Using the "Fake Excuse" that the inmate's would use the power supply as a (stinger) to heat up water in their cells!  Which is nothing but a "LIE" because the power supply that comes with the (JPAY) (J-Player), is low (DC-Voltage)-(Double AA Battery Power) and [DOES NOT] have the power to heat up any hot water!

72.     **"UPON INFORMATION AND BELIEF"**. The truth of the matter is that they took this unlawful action so that the Prison inmate population.  Would have to buy an unbelievable amount of double (AA)-(Batteries) (4-Four) in fact in order to use their new (J-Players). And the (J-Players) when you buy them do come with (4-Four) re-chargeable batteries from the company as well.

73.     **"UPON INFORMATION AND BELIEF"**. So they needed the inmates to buy batteries at ($4.20) dollars a pop for a pack of double (AA)-(batteries).  Which adds up to a great revenue for the New Jersey Department of Correction and the State of New Jersey. But there is another problem with this (J-Players) scam that the New Jersey Department of Correction invented.

74.     **"UPON INFORMATION AND BELIEF"**. That by Federal Laws are the violation of [Title 18] codes [18 USC 872] & [18 USC 880] which are considered the actions of "EXTORTION AND RACKETEERING". This is why I [HAVE NOT] bought a (J-Player) because I [DO NOT] support any kind of [CRIMINAL ENTERPRISES OR ACTIVITIES]. Ever in my whole life and never will, which includes the New Jersey Department of Corrections and the (JPAY), company in Florida!

---

**(PLAINTIFF UNLAWFUL ASSESSMENT ENTRY)-(No. FIVE)**

75.     **COMMISSIONER:** (Mr. Marcus O. Hicks), is guilty of the act of "Dereliction of Duties".  By allowing the following unlawful "Criminal Acts" and policies regarding the sales of "UNITED STATES POSTAGE STAMPS".  That are being sold at the institution of South Woods State Prison in Bridgeton, New Jersey!

76.     The "UNITED STATES POSTAGE STAMPS" that are suppose to be sold to the inmate population for a cost of (55¢)-(Per Stamp). Through the Inmate Commissary Store Company of the institution of South Woods State Prison.  Are being sold to us inmates for a higher rate of price in the amount of (61-Cents)-(Per Stamp) profiting (6-Cents) from each stamp sale which is by Federal Government Postal Laws a [FELONY CRIME].

11

77.     That the New Jersey Department of Corrections and the
Commissary Company of South Woods State Prison unlawfully and
purposely perform a violation of United States Federal Postal
Laws.   That under the United States Federal Code of [TITLE 18]
on "CRIMES AND CRIMINAL PROCEDURES" are violations of the
following codes:

Title [18 USC § 1711]-[Misappropriation of Postal Funds].
Title [18 USC §  880]-[Receiving the Proceeds of Extortion].
Title [18 USC § 1726]-[Postage Collected Unlawfully].
Title [18 USC § 1721]-[Sale or Pledge of Stamps].

78.     This unlawful policies and practices are being allowed
by the Commissioner (Mr. Marcus O. Hicks) in South Woods State
Prison and in other institutions in the State which is nothing
than [EXTORTION].   By a State Agency by charging inmates extra
funds to have access to "UNITED STATES POSTAL STAMPS" that is
without a doubt the acts of [EXTORTION AND RACKETEERING].

79.     These are just a few of the unlawful Policies and
Procedures being initiated by the New Jersey Department of
Corrections Commissioner (Mr. Marcus O. Hicks).   Which are
perfect examples of the level of [CORRUPTION] existing in the
Department of Corrections in the State of New Jersey now a days!
That I believe that it was my right as a State inmate victim
to bring to the attention of the United States District Court!

---

### (PLAINTIFF UNLAWFUL ASSESSMENT ENTRY)-(No. SIX)

80.     **COMMISSIONER:** (Mr. Marcus O. Hicks), is the Commissioner
of the New Jersey Department of Corrections.   Whom, is guilty
of the actions of "Dereliction of Duties" due to his lack of
oversight and supervision of the Department of Corrections!
By allowing his State agency along with a great amount of his
New Jersey Department of Corrections Personnel to become the
most [CORRUPT AGENCY] in the State of New Jersey.

81.     By allowing these Administrative and Commissioned and
Non-Commissioned Corrections Officers.   To turn a blind eye
involving all the [NARCOTICS TRAFFICKING] and [CONTRABAND] that
are saturating all the Penal institutions in the State Prison
System of New Jersey!   The Commissioner totally being oblivious
to the solution to all his institutional (Narcotic Trafficking)
and inmate drug addicts problems!

82.     The solution to Commissioner (Mr. Marcus O. Hicks) is
so obvious "THAT IF IT WAS A RATTLESNAKE IT WOULD BITE HIM"!
Please allow me to elaborate in greater detail on the solution
to the Commissioner's (Narcotic Trafficking) and (Drug Usage)
in the State of New Jersey Prison System!   Which will strike
right at the heart of the problem with Corrections Officers
who have gone of "RESERVATION"!

83.    The solution to the problems could be solved with just [TWO SIGNS]!  One sign displayed in the intake department where all the Correction Officers and Civilian Personnel enter their institutions.  And one sign in every housing unit in every institution in the New Jersey Prison System, stating the following:

<div align="center">**"WARNING"**</div>

84.    **PLEASE OFFICIALLY TAKE NOTICE:**  To all the New Jersey Department of Corrections Officers and Civilian Personnel who are employed in any State Penal Institution in the State of New Jersey.  It is hereby ordered by the State of New Jersey GOVERNOR: (Philip Murphy), and COMMISSIONER: (Marcus O. Hicks), of the New Jersey Department of Corrections!

85.    **PLEASE OFFICIALLY NOTE:**  That any New Jersey Department of Corrections Officer or Civilian employee of the New Jersey Department of Corrections.  Who engages or is implicated in any illegal or unlawful "Acts or Actions" of trafficking in any kind of [NARCOTICS] or any kind of [CONTRABAND].  In any institution in the New Jersey Prison Penal System will face "EXTREME CRIMINAL PROSECUTION AND FINES" against the individual or individuals involved in the Crimes, which are as follow:!

86.    (1)-(Twenty Years of Imprisonment), (2)-(800,000 Dollars in Fines)! (Which will be collected by liquidating the following assets)! (A)-(House), (B)-(Assets in house), (C)-(Bank Accounts), (D)-(Pensions Funds), (E)-(Vehicles), (F)-(College Tuition Funds)

87.    This will emphatically stop any New Jersey Department of Corrections Officers from taking the chance of getting caught smuggling [Narcotics] and [Contraband] into any Penal institution in the New Jersey Prison System!

88.    Now for the inmates their customers that purchase the (Narcotics) and (Contraband) that they smuggle into these Penal institutions in the New Jersey Prison System!  Which is a simpler solution then the New Jersey Department of Corrections Officers that have gone of [RESERVATION] that I just mentioned, which should be as follows:

89.    (A). Any State inmate in the New Jersey Prison System who is in anyway, tests positive for any illegal drugs in any institution's urine test will receive a Prosecutorial charge and a additional (3-years) of "Forced Prison Labor" added to their Prison sentence!

90.    (B). Any State inmate in the New Jersey Prison System that is caught doing any drugs either by a Corrections Officer in person or on camera (video).  Will receive a Prosecutorial Charge and a additional (3-years) of "Force Prison Labor" added to their Prison sentence!

91.    (C). Any State inmate in the New Jersey Prison System that is caught or implicated in dealing drugs in any institution in the New Jersey Prison System.  Will receive a Prosecutorial charge and a additional (5 to 10) years of "Forced Prison Labor" added to their Prison sentence!

92.    This will stop all the (Narcotics) and (Contraband) trafficking or entering into any State Penal institution in the State of New Jersey!  Also if I may add, the Commissioner of the New Jersey Department of Corrections.  Must stop running the New Jersey Prison System like a (Motel-6) and become more Penal with these younger inmates to change their lives!

93.    He must implement mandatory military hair cuts and cell standards to enforce major discipline along with force labor with the younger inmate population!  He must also stop providing "Medical Drugs" to these drug addicts in the institution, because all they are doing is selling the drugs they get to other inmates in the institution.

94.    Nothing get you off drugs like physical labor daily it will burn out the drugs out of their system!  He must also stop giving these drug addict inmates the (Suboxone Drugs)!  Allow me to elaborate young inmate addicts when they get sent to Prison don't get any medical drugs for years becoming clean.

95.    But if you could believe it (6-Months) before they get released the Prison medical department puts them on the (Suboxone Program) making them addicts once again before their release, which to me just does not make any sense!  Unless the New Jersey Department of Corrections is performing these (Suboxone Drug) programs for job security having them come back on a drug crime!

---

## III FACTS

### (PLAINTIFF CLAIM)-(No. ONE)

#### "VIOLATION OF EIGHTH AMENDMENT PRISONERS RIGHTS"
(The Prohibition of Cruel and unusual Punishment)

96.    **DEFENDANT No.(1):** (Mr. John Powell) is the Administrator of South Woods State Prison whom is guilty of the acts and actions of "Dereliction of his Duties"!  By allowing the following unlawful policies to continue in South Woods State Prison.  By allowing them to practice the acts and actions of "EIGHTH AMENDMENT PRISONERS RIGHTS VIOLATIONS"!

97.    Please allow me to elaborate on the unlawful policies and practices by the Department of Corrections Administrative Personnel of South Woods State Prison.  Concerning the malicious policies to neglect the [SAFETY] and [WELFARE] of the [INMATE] population in the [HOT SUMMER MONTHS] of the year!

14

98.     When the institution of South Woods State Prison was
built by the company "NATKIN & COMPANY" that were sub-contracted
by "Robert Kimball & Associates".  To provide the [HEATING],
[VENTILATION] and [AIR-CONDITIONING SYSTEM] for the institution
of South Woods State Prison.

99.     Which was designed as a Close Climate Control Environment
that only operates proficiently when the "Climate Control System"
is functioning properly! Which is not possible at the institution
since the climate control system has become obsolete by today
standards.   Due to the fact that the State and Department of
Corrections has never updated the system since it was installed.

100.    That being the case on (APRIL) and (MAY) of (2019) the
Administration of the institution of South Woods State Prison.
Did begin [TORTURING] the inmates of the institution with
absolutely [NO VENTILATION] or [AIR CONDITIONING] in the housing
unit cells in the beginning of the summer months.   The inmates
population dread the arrival of summer in the institution of
South Woods State Prison.

101.    Allow me to explain what I do go through when the hot
months do come without any "VENTILATION OR AIR-CONDITIONING"
coming into our Prison cells.   Where the temperature in the
cells reaches over [100° Degrees] without any ventilation coming
into the Prison cells through the air vents.

102.    The institution of South Woods State Prison [DOES NOT]
also bring into the cell any fresh air ventilation from the
outside.   And it keeps on circulating the same contaminated
hot air with all the human gas contaminates back into the inmates
cells.   Which includes all the inmates gases of [CARBON DIOXIDE]
that each inmate in his Prison cell expels.

103.    That without hardly any air ventilation coming into the
Prison cells in the summer months you start feeling the affects
of [BRAIN ASPHYXIA].   Which is a lack of [OXYGEN] or major excess
of the [CARBON DIOXIDE GAS] in the body that will result in
unconsciousness and often death!

104.    Which there are no other word to describe these actions
by the State and Civilian Administrative and Commissioned
Corrections Officers Personnel.   But as [MALICIOUS AND CRIMINAL]
against the inmate population of the institution of South Woods
State Prison in Bridgeton, New Jersey.

105.    "UPON INFORMATION AND BELIEF".   Not to mention, all the
anguish and suffering of all the inmates who have major medical
problems like myself.   In South Woods State Prison they could
hardly breath in their cells as I have been informed by them.
That they have passed out in their cells out of [HEAT EXHAUSTION]
and absolutely [NO VENTILATION] coming into their cells, that
the institution of South Woods State Prison always covers up.

15

NJAC 5: COMMUNITY AFFAIRS CHAPTER (10)
VIOLATION AND PENALTIES SUB-CHAPTER (2) DEFINITIONS.

106.    **5:10-2.2 DEFINITIONS.** "VENTILATION" means the supply
and removal of air to and from any space by natural or mechanical
means. See (NJAC-5:10-2.2 definitions of "Mechanical Ventilation"
and "Natural Ventilation").

107.    **"MECHANICAL VENTILATION"**, means the process of introducing
outdoor air into, or removing vitiated air from a building by
mechanical means. A mechanical ventilating system may include
air heating, air cooling, or air conditioning, components.

108.    **"NATURAL VENTILATION"**, means ventilation by opening to
outer air through windows, skylights, doors, louvers, or stacks
with or without wind-driven devices.

109.    **"CRUEL AND UNUSUAL PUNISHMENT"** (1) The objective
component; Cruel Conditions (Wilson v. Seiter, 501 U.S. 304,
111 S.Ct. 2321, 115 L.Ed. 2d 271 (1991). "Shelter" includes
various aspects of physical conditions including lighting,
ventilation, and structural deterioration. (2) The subjective
component; Deliberate Indifference - (Estelle v. Gamble, 429
U.S. 97, 106 97 S.Ct. 285 50, L.Ed. 2d 251.

110.    **"VENTILATION AND HEATING"**, Ventilation is a fundamental
attribute of shelter and sanitation, both of which are basic
"EIGHTH AMENDMENT" concerns. Many Courts have held that
inadequate ventilation violates the "EIGHTH AMENDMENT" or
Contributes to an unconstitutional combination of conditions.

111.    Inadequate or excessive heat also violates the Eighth
Amendment. (Gates v. Cook, 376 F.3d 323, 339-40 (5th Cir. 2004),
requiring provisions of FAN, ICE WATER, and cooling off SHOWERS!
Which inmates of South Woods, never receive in the summer months!

112.    (Dixon v. Godinez, 114 F.3d 640, 642-45 (7th Cir. 1997),
"SEVERE DISCOMFORT" can be unconstitutional without imminently
threatening health, draw the distinction between "Short Term"
or "One Time" conditions and "Continuing" or "Systemic"
conditions (Where Official state of mind would be irrelevant)!

---

### (PLAINTIFF CLAIM)-(No. TWO)

### **"VIOLATION OF EIGHTH AMENDMENT PRISONERS RIGHTS"**
(The Prohibition of Cruel and Unusual Punishment)

113.    **DEFENDANT No.(1):** (Mr. John Powell), is the new appointed
Administrator of South Woods State Prison. Whom, is guilty of
"Dereliction of Duties" as overseer of the rules and regulations.
And the monitoring of his Commissioned and Non-Commissioned
Corrections Officers actions in South Woods State Prison!

16

114.   During the Administrators appointment to his office and new position in South Woods State Prison.  I have experienced extremely malicious treatment by his Senior Corrections Officers when attending all my "JEWISH RELIGIOUS HOLIDAY EVENTS"!  That could be only described as extreme "RELIGIOUS RACIAL PREJUDICE" and "ANTI-SEMITISM" by these Department of Corrections Personnel.

115.   Please allow me to elaborate in greater detail what has transpired in these incidents. That I have experienced and has force me to file this Complaint under (Section 1983) suit with the United States District Court of the (3d Circuit) in Newark!

116.   On **(September 10th & 11th, 2018),** I attended my Jewish New Year Service "ROSH HASHANAH" on the facility-2 compound in South Woods State Prison.  It was raining so very hard that night, and I and the rest of the Jewish inmates rushed to the facility-1 compound control booth to be processed.  And to wait for the Officer to take us to our Jewish Services!

117.   It being such terrible weather, raining so hard we asked if we could wait inside the (A-Building) by the medication line space that was empty until the officer would arrive!  The answer I received from the officer in the booth was a flat (NO)!  And he told us very arrogantly that we all have to wait against the wall, and ordered us to do so or get a charge!

118.   I and other Jewish inmates who were going to the services waited against the wall.  Getting soaked for about (20-Minutes) then finally an Officer came to take us to facility-2, compound. Once we reached facility-2 compound we were made to wait in the pouring rain against the wall for another (20-Minutes) again.

119.   Waiting in the pouring rain to be searched by facility-2, compound Officers that were looking through the control booth window laughing while we were getting soaked against the wall. By the time they came out to search us on facility-2, compound for our religious service.  We the Jewish inmates were already soaked to the bone and our State clothes, underwear, and boots.

120.   And at the end of our religious services the Officers once again made us wait against the wall in the pouring rain until the Officer came to take me back to facility-1 compound. Once we got back to the facility-1 compound we were once again made to wait against the wall in the pouring rain for no reason at all but to be malicious and vindictive!

121.   The next morning I woke up with the flu and (102-fever) which kept me in bed for the following two weeks all this to a man of (60-years) with medical problems.  These unlawful acts that were perpetrated against me by the South Woods State Prison Corrections Officers on facility-2, compound.  Were by State and Federal Laws no less than "CRIMINAL AND MALICIOUS" acts.

## (PLAINTIFF CLAIM)-(No. THREE)

### "VIOLATION OF EIGHTH AMENDMENT PRISONERS RIGHTS"
(The Prohibition of Cruel and Unusual Punishment)

122.   **DEFENDANT No.(1):** (Mr. John Powell), is the Administrator of South Woods State Prison. Whom, like his predecessor is guilty of dereliction of his duties as overseer and the [Welfare] of [Safety] of the [Inmates]. And the monitoring of his Commissioned and Non-Commissioned Corrections Officers in the institution.

123.   On **December (2nd, through the 9th)-(2018)** was the time for me to observe the eight days of the wondrous triumphs. And miraculous victories of my ancestors in ancient days of my Jewish Faith "THE EIGHT DAYS OF HANUKKAH".  My Religious Holiday once again began as the other previous religious holidays with the same acts by the Corrections Officers on facility-1, compound.

124.   Forcing us to wait against the wall in the freezing cold until the Officer came to take us to facility-2 compound.  Once there we were made to wait against the wall for a long period of time.  While the Officers in the control booth watched us all against the wall huddling together trying to stay warm.

125.   Once we were allowed to enter the (A-Building) room to began our candle lighting ceremony and prayers. Once we completed lighting the Hanukkah Candles, we were forcefully ordered to leave immediately.  Thus, preventing us from observing our Hanukkah Candles Ritual which was against Jewish Holy Laws.

126.   Basically throwing us all out of the room and back against the wall in the cold, waiting to be taken back to the facility-1 compound. This time we waited an hour in the freezing cold before an Officer came to take us back to facility-1, compound.  The next day we were taken this time to facility-3, compound for our "Hanukkah Candle Lighting Ceremony".

127.   Also the Administration purposely scheduled me during my Hanukkah Services for (K.O.P.)-(Keep on Person Medication) pick-up.  Which forced me to miss two days of "Hanukkah" or receive an institutional charge.  Which was irresponsible for them scheduling me those days during my "Hanukkah Services"!

128.   On the Sixth days of Hanukkah, we were all taken to the facility-3, compound to observe our Candle Lighting Holiday. And "Chaplain Richard Moyer" lit the sixth candle of "Hanukkah" and we began to recite our "Hanukkah Prayers".  Then we took our seats and were getting ready to begin other Hanukkah Prayers and Songs while observing the Hanukkah candles burning.

18

129.    But were immediately prevented by "Chaplain Moyer" who stated to us the following: And I quote "You know you guys that you are not suppose to stay here and watch the "Hanukkah Candles" burn out, I was told this by "Rabbi Loschak"! Then he informed us that we all had to leave, and that he would let the "Hanukkah Candles" burn out themselves, he promised.

130.    I the Plaintiff, must inform the United States District Court that I and the rest of the Jewish inmates attending the "Hanukkah" candle lighting service did not believe him.  Being raised in a Jewish household, but just to be sure I would ask Rabbi Loschak.  At my next Jewish Services I immediately informed the "Rabbi" what was said by (Chaplain Moyer).

131.    And what had happen with (Chaplain Moyer), not allowing us Jewish inmates to view the "Hanukkah Candles" to burn out. And then removing us from the "Hanukkah Ceremony" and making us leave immediately, but at my Jewish Service I spoke to the "Rabbi Loschak" that comes to do our Jewish Services on Tuesday.

132.    He told me at my Service on Tuesday, that he never told (Chaplain Moyer) any such thing!  And he said that we were supposed to stay there at the "Hanukkah" service praying and observing the Hanukkah Candles burn out, and what (Mr. Moyer) told us was not true and was false!

---

### (PLAINTIFF CLAIM)-(No. FOUR)

#### "VIOLATION OF EIGHTH AMENDMENT PRISONERS RIGHTS"
(The Prohibition of Cruel and Unusual Punishment)

133.    DEFENDANT No.(1): (Mr. John Powell), is the Administrator of South Woods State Prison.  Whom, like his predecessor is guilty of dereliction of his duties as overseer and the [Welfare] and [Safety] of the [Inmates].  And the monitoring of his Commissioned and Non-Commissioned Corrections Officers in the institution of South Woods State Prison in Bridgeton, New Jersey.

134.    On (February 28th, and March 1st, 2018), we celebrate the joyous holiday of "PURIM".  Which is to commemorate the day when Jews throughout the "Persian Empire" rested from fighting their enemies on the previous day, totally routing them in ancient days in battle!

135.    To relive the miraculous events of "PURIM", we listen to the reading of the "Megillah" [the Scroll of Esther] on Wednesday night February 28th, and once again on Tuesday March 1st, during the daytime. As on all festivals we celebrate "Purim" with a "Special Festive Meal" on (March 1st, 2018) during the day time.

136.    Which the Commissioned & Non-Commissioned Corrections Officers of the facility-2, compound of South Woods State Prison. Quickly purposely destroy our festive moments with malicious acts, they verbally are always rushing us to complete our religious services after the Jewish Canters that came to read the [Megillah]-[The Scroll of Esther] leave the "Purim Service"!

137.    They would begin their harassment by informing us that we have to leave immediately.  And that we can not take back any remaining foods of the "Purim Festival Meal".  And forcing us to throw away all of the leftovers of our (Purim) "Religious Festival Meals" in the trash can, informing us that if we don't like it to bad!  Which is a perfect example of the act of unprofessionalism and anti-semitism against us Jewish inmates!

_____

### (PLAINTIFF CLAIM)-(No. FIVE)

### "VIOLATION OF EIGHTH AMENDMENT PRISONERS RIGHTS"
(The Prohibition of Cruel and Unusual Punishment)

138.    **DEFENDANT No.(1):** (Mr. John Powell), is the Administrator of South Woods State Prison. Whom, like his predecessor is guilty of dereliction of his duties as overseer and the [Welfare] and [Safety] of the [Inmates]. And the monitoring of his Commissioned and Non-Commissioned Corrections Officers in the institution.

139.    On **(March 31, to April 7th, 2018)** we observe (8-Eight) of the holiest days for the Jewish people and the Jewish inmates in the institution the Holy days of "PASSOVER".  Which I at South Woods State Prison could only observe the (2-Two) beginning days with a feast.  Which was (March 31st), and (April 1st,) which we observe the "Exodus" from "Egypt"!

140.    "PASSOVER", means to all Jewish people and inmates, was the night the GOD, sent the destroyer (Death) to take the first born of every Egyptian in "Egypt" including "Pharaoh's first born Son"!  For us Jewish inmates and people its a extremely religious days, that we spend in prayer with rituals of eating "Matzah, Grape Juice, and Bitter Herbs"

141.    It is written in "THE HOLY SCRIPTURES" that after splitting of the Red Sea.  Three days after the Exodus from Egypt, Pharaoh discovered that the Jewish people did not plan to return to Egypt.  He pursued them with his army and caught them next to the Red sea.

142.    A Divine miracle split the Red sea that night, and the Jewish people crossed over on dry land.  The Egyptians followed, but the Red sea poured back over them and the Egyptians perished. The Jewish People lead by "MOSES" then "SANG" the "Shirat Hayam", "the song at the sea", which is part of the Jewish inmates daily Shacharit Prayer.

143.    I give you this short religious history lesson so you could understand the importance of "<u>PASSOVER</u>" for the Jewish inmates in South Woods State Prison! Its a Holy Religious Holiday for us to praise **"GOD"**, for our deliverance and His, divine miracles He performed for the Jewish People in ancient days!

144.    Please allow me to continue how the facility-2, compound Corrections Officers treated us on one of the Holiest Jewish days of the year. When we arrive at the facility-2, compound we Jewish inmates are made to wait for about a half an hour against the wall. Until they decide to search us and finally are allowed to enter the building for religious services.

145.    Once there we're rushed to cut down our Passover Service, that we perform informing us that we have only an hour. Which is impossible to complete in that time frame, but we Jewish inmates got it done. It takes time to praise the Lord, with prayer and religious foods, but we do our very best to do so.

146.    But at the end of our "Religious Passover Services and Meal" they [<u>DO NOT</u>] allow us to bring any leftovers religious foods back with us! The Corrections Officers of facility-2, compound basically make us throw out the left over fresh foods in the trash can. Which by Jewish laws its sacrileges to throw out "<u>Religious Foods Items</u>" that were just used to praise God!

147.    Which is always accompanied with malicious languish and Jewish racial comments in the form of a subdued voice murmurs! And the rushing of every body to leave immediately, and constant malicious harassment. To make sure that we pick up every crumb of food that is on the table or that has fallen on the floor!

148.    The Corrections Officers of facility-2, compound of South Woods State Prison. Turn our "<u>Holy Religious Experience</u>" that us Jewish inmates could have in South Woods State Prison into a living hell. With great exhibition of unprofessionalism and lack of proficiency with the added traits and acts of members of the "<u>NAZI FASCIST PARTY</u>"!

149.    Which for those of us who have family that had lived through the second world war in Europe. As we have been informed by them in their horrible stories under "<u>Nazi Occupation</u>", and the way they treated all the Jewish People. Something that they always tell us and pray to God, that we never will have to live through ever in our lives again!

150.    I am sorry to inform you but the truth of the matter is that we Jewish inmates. Are being treated the same way our living ancestor were treated in "<u>Nazi Germany</u>" during the second world war. By these Corrections Officers of South Woods State Prison that have been given a green light by the upper echelons Commissioned Officers the institution to harass us!

151.    We have been treated by these Corrections Officers with great resentment even when we attend our weekly Jewish Services on every compound of the institution of South Woods State Prison. Something that is not necessary since we Jewish inmate always show all the Administrative and Correctness Officers Personnel in the institution nothing but the highest level of respect!

152.    It has gotten to the point for me that I don't attend hardly any Jewish Special Services or events now a days on the facility-2, compound!  I have submitted multiple Inmate Inquiry Complaint Forms about the abuse and as well [Legal Letters] to the Administrator (Mr. Willie Bonds), of the institution of South Woods State Prison! See (Exhibits "A")

---

### (PLAINTIFF CLAIM)-(No. SIX)

### "VIOLATION OF EIGHTH AMENDMENT PRISONERS RIGHTS"
(The Prohibition of Cruel and Unusual Punishment)

153.    **DEFENDANT No.(1):** (Mr. John Powell), is the Administrator of South Woods State Prison. Whom, like his predecessor is guilty of dereliction of duties as overseer and the [Welfare] and [Safety] of the [Inmates]. And the monitoring of his Commissioned and Non-Commissioned Corrections Officers in the institution.

154.    **PLEASE OFFICIALLY NOTE:**  That during the Holy Jewish Religious Holidays that we observe in the institution of South Woods State Prison.  Especially when we have the Religious Holidays feast that we Jewish Inmates enjoy during our religious services and prayers on those days.

155.    We Jewish inmates are always provided with religious "Kosher Foods" from a Jewish Organization in Florida, called "THE ALEPH INSTITUTE".  Which they ship to all the Jewish inmates in the New Jersey Prison System, and the rest of the Country for our enjoyment during our "Religious Holidays".

156.    **"UPON INFORMATION AND BELIEF".**  I am sorry to have to inform you in this Federal Complaint under [Section 1983] suit that a great amount of the [KOSHER FOOD AND MEALS] have gone missing [STOLEN].  Either by the South Woods State Prison Corrections Officer and the institution's inmate worker Personnel who have access to the Kosher Foods items.

157.    **"UPON INFORMATION AND BELIEF".**  And when we do receive some of the Kosher Foods items during our Religious Holidays Services all of the Kosher Food Items are [ICE COLD] always. Any extra Kosher Food Item packages that are left over from "THE ALEPH INSTITUTE" as gifts that they sent for us. Are always without question confiscated by (Chaplain Richard Moyer), stating to us Jewish inmates that we [CAN NOT] have them.

22

158.    **"UPON INFORMATION AND BELIEF"**.  Which I must inform you that its not the truth, because due to the fact that all of the "KOSHER FOODS ITEMS".  That are religiously sent to us by the "ALEPH INSTITUTE" are only meant for all the Jewish inmate in South Woods State Prison, and no one else!  And by the instruction of the "Aleph Institute" the remaining religious food items are to be distributed among all the Jewish inmates!

159.    **"UPON INFORMATION AND BELIEF"**.  I believe that their are unlawful policies and procedures being initiated.  By the Administrative and Commissioned Corrections Officers Personnel of South Woods State Prison.  Which includes (Chaplain Moyer), whom enforces the directives of the Administration and the Commissioned Officer Personnel of the institution of South Woods State Prison.

160.    To harass us Jewish inmates of South Woods State Prison until we don't attend any of our Religious Services anymore. I will provide proof which is required by Federal Laws, by providing the following [WITNESSES] to give legal testimony to the "UNITED STATES DISTRICT COURT" in this Federal Complaint under [Section 1983] suit claims!

161.    The [WITNESSES] are the Jewish inmates who experienced these violations of our [FIRST AMENDMENT RIGHTS] in the following [CLAIMS NUMBERED]-[TWO, THREE, FOUR, FIVE, SIX,] that were purposely and maliciously violated against the Jewish inmates in the institution of South Woods State Prison in Bridgeton, New Jersey!

(Mr. Peter L. Caratini)-(667844). (Mr. Eliyahu Abdo)-(675270).
(Mr. David Tadjiev)-(1107879).   (Mr. Rafael Baylor)-(1171137).
(Mr. Basel Moshe Harb)-(925945). (Mr. Yosef Kolko)-(847958).
(Mr. David Cardonick)-(563357).

162.    I the PLAINTIFF, (Mr. Caratini), must officially mention in this Federal Complaint under [Section 1983] suit of an incident that occurred.  Against one of our Jewish inmates in our congregation in the institution of South Woods State Prison in Bridgeton, New Jersey.

163.    His name is (Mr. Yosef Kolko), whom, is a (Rabbi), in the Hebrew Religion.  That must be investigated by the United States District Court as well, allow me to elaborate what occurred concerning (Mr. Yosef Kolko). the morning when he was attending [Tefillin Prayers] on the facility-2, compound.

164.    He informed me when I saw him at the South Woods State Prison Clinic, that he had been given a disciplinary charge. And sent to Administrative Segregation as well, for not following a Corrections Officers orders, was the charge.  He informed me that they were forcing him to do his morning [Tefillin Prayers] in just (5-minutes) which is impossible to perform.

23

165.    Due to the fact that it takes about (5-Minutes) alone to just put on the religious items for Prayer! Not to mention, that once you start your (Tefillin Prayer) you [CAN NOT] stop the prayer until completed. To cut the story short Five Sergeants came into the room where he was performing his [Tefillin Prayer] that morning.

166.    And informed him that his time was up and to stop praying which by [God's Laws] he could not do.  Then they arrested him and locked him up for praising and obeying God's, Commandments with his daily [Tefillin Prayers]. Which by Constitutional Laws is nothing than a [First Amendment Right Violation], which in my opinion was nothing more than a "Malicious and Vindictive" actions against him for just being Jewish! See (Exhibits "A")

---

### (PLAINTIFF CLAIM)-(No. SEVEN)

### "VIOLATION OF EIGHTH AMENDMENT PRISONERS RIGHTS"
(The Prohibition of Cruel and Unusual Punishment)

167.    DEFENDANT No.(1): (Mr. John Powell), is the Administrator of South Woods State Prison. Whom, like his predecessor is guilty of dereliction of duties as overseer and the [Welfare] and [Safety] of the [Inmates]. And the monitoring of his Commissioned and Non-Commissioned Corrections Officers Personnel of South Woods State Prison in Bridgeton, New Jersey.

168.    The New Jersey Department of Corrections Personnel has adopted the unlawful policies and practices against the inmates population of the tactics of "SLEEP DEPRIVATION".  That could only be described as "Malicious and Vindictive" actions by the (Third Shift) Corrections Officers Personnel of the institution of South Woods State Prison!

169.    On (2016), (2017), (2018), and (2019) I have experienced (Third Shift) Corrections Officers on my housing unit (2-2-R) and other housing units purposely and maliciously exercise this unlawful tactic against me the Plaintiff, and sleeping inmate. There have been Corrections Officers that have woken me and the other inmates up late night while sleeping about (5 to 6) times a night.

170.    When they are performing their rounds on the housing unit at night, they go out of their way to harass inmates every hour on the hour, coming to the cell door.  And striking the door with their brass keys repeatedly until they wake me and every other inmate up from our sleep!

171.    Others Officers come around purposely pulling and slamming the cell steel doors back and forth. Repeatedly until they wake me and other inmates out of our deep sleep in shock! Which is a Constitution's "EIGHTH AMENDMENT PRISONERS RIGHTS VIOLATION"!

172.   Which is considered by a United States District Court
of the (3d Circuit), and other Circuit Courts a perfect example
of "CRUEL AND UNUSUAL PUNISHMENT" of State Prisoners!  By the
New Jersey Department of Corrections Personnel of the institution
of South Woods State Prison.

173.   Which the convicted State inmates do not deserve, because
they have been already physically and mentally abused.  By the
Law Enforcement Agencies, the Prosecutor's, and I am sorry to
say even the Courts of their Counties!  With a great deal of
injustice involving the violations of their "DUE PROCESS RIGHTS"
from the first ten amendments in the U.S. Constitution called
the [BILL OF RIGHTS]!

174.   I have to mention a few facts about sleep deprivation,
anyone who regularly sleeps less than (6-hours) has a higher
risk of DEPRESSION, PSYCHOSIS, STROKE, and OBESITY. Sleeplessness
undermines your whole body, the first segment of the brain that
begins to fizzle when we don't get enough sleep is the prefrontal
cortex, the cradle of decision-making and problem-solving.

175.   Under slept people are more irritable, moody. and
irrational. "Every cognitive function to some extent seems to
be affected by sleep lost, says (Chiara Cirelli) a neuroscientist
at the Wisconsin Institute for sleep and Consciousness.  Sleep
deprived suspects held by the police, its been shown, will
confess to anything in exchange for rest.

176.   Anyone who regularly is allowed to sleep less than six
hours a night has an elevated risk of "DEPRESSION", "PSYCHOSIS",
and "STROKE".  Also lack of sleep is also directly tied to major
obesity that causes the illness of diabetes in a great many
inmates in the Prison Systems in the Country!

177.   Which is the exact mental conditions that the Commissioned
and Non-Commissioned Corrections Officers of South Woods State
Prison want us inmates.  So the un-rested irritable and sleep
deprived inmate could draw a charge. A [BLUE SHEET CHARGE] to
be sent to Administrative Segregation for six months to a year!

178.   So the Administrative Personnel and Commissioned and
Non-Commissioned Corrections Officers of the institution of
South Woods State Prison.  Could now send the Blue Sheet Charge
documentation to the Department of Corrections in Trenton. To
claim that the inmates population are out of control.

179.   Which will be accompanied by an official request for
more Corrections Officers to maintain order and discipline in
South Woods State Prison.  Which is a fraudulent claim a [LIE]
and a unlawful tactic to acquire additional Officers for job
security that are not necessary at South Woods State Prison!

**(PLAINTIFF CLAIM)-(No. EIGHT)**

**"VIOLATION OF EIGHTH AMENDMENT PRISONERS RIGHTS"**
(The Prohibition of Cruel and Unusual Punishment)

180.   **DEFENDANT No.(1):** (Mr. John Powell), is the Administrator of South Woods State Prison. Whom, like his predecessor is guilty of dereliction of duties as overseer and the [Welfare] and [Safety] of the [Inmates]. And the monitoring of his Commissioned and Non-Commissioned Corrections Officers in the institution!

181.   In addition to the [SLEEP DEPRIVATION TACTICS] in those years of (2016)-(2017)-(2018)-(2019). The Administrative and Commissioned and Non-Commissioned Corrections Officer Personnel of South Woods State Prison. Maintain in the housing units old damaged mattresses in the cells that are completely deteriorated and are falling apart which assist them in their unlawful goals.

182.   The cell mattresses are split and cracked to the point that the inner foam has disintegrated and is falling out of the mattress itself having no padding left in them!  Allow me to describe what it feels like to try to get some sleep on these housing unit damaged mattresses that are in our inmate cells.

183.   The first thing you experience after waking up in the morning is the great pain.  Your Hip, Knees, Ribs, and Shoulders bones, are all bruised with light contusions, like you have been sleeping on a "Metal Autopsy Table"!  You feel like you have been beaten all night with a rubber hose needing Aspirin in the morning for the Pain.

184.   The truth is that I have not received a good night sleep in years ever since I arrived at South Woods State Prison in (October 2015).  Due to the great pain that I experience when I try to get to sleep, which is almost impossible to accomplish knowing mentally and physically the outcome of your efforts.

185.   I have requested a new mattress in writing multiple times since arriving at the institution.  But have not received any response to my requests, for a [4"-INCH THICK MEDICAL MATTRESS]. Due to my [FRACTURED TAILBONE], and [VERTEBRAE DISK], problems that I have, and not to mention the damaged (ROTATOR CUP), in my left shoulder and in my left arm. See (Exhibits "B")

186.   Which the "Rotator Cup" injury claim I will address further along in great detail in this Federal Complaint in this section designated Cruel and Unusual Punishment. That I sustained at the hands of the New Jersey Department of Corrections Officers and State inmate Personnel in Administrative Segregation after being wrongfully accused and framed with the offense.

### (PLAINTIFF CLAIM)-(No. NINE)

### "VIOLATION OF EIGHTH AMENDMENT PRISONERS RIGHTS"
(The Prohibition of Cruel and Unusual Punishment)

187.   **PLAINTIFF No.(1):** (Mr. John Powell), is the Administrator of South Woods State Prison. Whom, like his predecessor named (Mr. Gary M. Lanigan) is guilty of dereliction of duties as overseer of the [Welfare] and [Safety] of the [Inmates]. And the monitoring of his Commissioned & Non-Commissioned Corrections Officers Personnel in South Woods State prison.

188.   On the dates of (07-18-2017), (10-23-2017), (01-15-2018), (04-21-2018), the Administrative Office Personnel of South Woods State Prison are charged with [IMPEDING AND OBSTRUCTION]!   By denying my multiple submissions of my "INMATE PHONE LIST NUMBERS" of my family and State Government Agencies Personnel Contact Numbers.  By returning to me multiple denials the I received back from the Administrative office of South Woods State Prison.

189.   I the Plaintiff has already submitted to the South Woods State Prison Administrative office four telephone numbers list [DEPARTMENT OF CORRECTIONS (IPIN) ASSIGNMENT FORM].  Which included on each of the form [FAMILY PERSONAL PHONE NUMBERS], [ATTORNEYS OFFICE NUMBERS].

190.   And not to mention, a great amount of the following legal [STATE AND FEDERAL GOVERNMENT AGENCIES PERSONNEL NUMBERS]. Which the Administration office has always [IMPEDED AND OBSTRUCTED] in every way possible.  Thus, preventing me from contacting any State and Federal Government Offices and their Personnel!

191.   The Administrative Office Personnel of South Woods State Prison would always cross out the numbers and the name of the personnel with an (X) across the box of the State or Federal Agency. And then would write below it "THIS NUMBER IS A BUSINESS" which is not permitted by New Jersey Department of Corrections "Rules and Regulations" which nothing could be further from the truth.

192.   The truth of the matter is that the Administrative Office Personnel of the institution of South Woods State Prison. I must inform the United States District Court of the (3d Circuit) [DOES NOT] want any New Jersey Department of Corrections inmate contacting any State and Federal Government Agencies ever!

193.   Concerning any of the Civilian Administrative and Department of Corrections Officer Personnel's [CORRUPTION] and [PRISONER ABUSE] that is occurring in the institution of South Woods State Prison in Bridgeton, New Jersey! See (Exhibits "C")

## (PLAINTIFF CLAIM)-(No. TEN)

### "VIOLATION OF EIGHTH AMENDMENT PRISONERS RIGHTS"
(The Prohibition of Cruel and Unusual Punishment)

194.   **DEFENDANT No.(1):** (Mr. John Powell), is the Administrator of South Woods State Prison. Whom, like his predecessor is guilty of Dereliction of Duties of his State appointed official duties as overseer of the institution.  Including the [Welfare] and [Safety] of the [Inmates] and the monitoring of his Commissioned and Non-Commissioned Corrections Personnel of South Woods State Prison in Bridgeton, New Jersey.

195.   I must inform the United States District Court that the Department of Corrections has adopted the unlawful policies and procedures.  Since I have been in South Woods State Prison in the years (2015), (2016), (2017), (2018) and (2019). That are involving the execution of the tactics of "SLEEP DEPRIVATION" against the sleeping inmates of South Woods State Prison.

196.   By using the tactics of (Malicious and Vindictive) methods of "CONSTANT ILLUMINATION" in the State Prisoners cells all through the night!  Just for the purpose to "PUNISH AND TORMENT" the Plaintiff, and all the other inmates!  Please allow me to elaborate on the situation that these Department of Corrections Officer Personnel on all (3-Shifts) of duty are committing!

197.   By using the unlawful tactics daily and on purpose to "PHYSICALLY AND MENTALLY IRRITATE" the Plaintiff, and the other inmates in their housing unit cells.  These Corrections Officers Personnel in the (LCP)-(Control Booths) are purposely always turning on and off the main overhead lights in the cells about (20-times) a day when its not necessary.

198.   Which its not necessary because due to the fact that there is a great amount of natural light always coming into the cells through the cell windows.  Since every cell on the housing unit has on its ceiling a light fixture that has two light settings or so-called (Modes).

199.   On (Mode One) of lighting consist of using (2-Two) (4'-foot long fluorescent bulbs) for the general lighting of the cells.  And on (Mode Two) are (2-Two)-(4"-Fluorescent bulbs) for night lights that could be used to illuminate the cell them being so bright.  That a Corrections Officer performing his/her daily or nightly rounds could see clearly into the cells.

200.   I the Plaintiff, must inform the United States District Court that I believe that these [Acts and Actions].  That are being performed on purpose by these Department of Corrections Officer Personnel of South Woods State Prison.

28

201.   Are purposely being done to "PUNISH AND TORMENT" the
Plaintiff, and the rest of the inmates population on each and
every housing unit.  Nightly in the institution of South Woods
State Prison due to the lack of proper training of the Department
of Corrections Officers Personnel of the institution!

202.   **PLEASE OFFICIALLY NOTE:** That multiple Circuit Courts
have held that [CONSTANT ILLUMINATION] of a State inmates housing
unit cell is "UNCONSTITUTIONAL"!  Through the decisions favoring
the State inmates claims depends in part on how bright the light
is and weather it is alleged or shown to interfere with the
State inmate's sleep!

203.   (Keenan v. Hall, 83 F.3d at 1090)-("moreover [t]here
is no legitimate penological justification for requiring inmates
to suffer physical and penological harm by living in "Constant
Illumination".  The unlawful practice is unconstitutional").
Amended on other grounds, 35 F.3d 1318 (9th Cir. 1998).

204.   (King v. Frank, 328 F.Supp. 2d 940, 946-47 (W.D.Wis.2004).
"Constant Illumination" violates the "Eighth Amendment" if it
causes (Sleep Deprivation) or leads to other serious "Physical
or Mental" health problems).

---

### (PLAINTIFF CLAIM)-(No. ELEVEN)

### "VIOLATION OF EIGHTH AMENDMENT PRISONERS RIGHTS"
(The Prohibition of Cruel and Unusual Punishment)

205.   **DEFENDANT No.(1):** (Mr. John Powell), is the Administrator
of South Woods State Prison. Whom, like his predecessor is guilty
of "Dereliction of his Duties" as overseer of the institutional
maintenance.  Including the scheduling of the maintenance of
the [VENTILATION DUCT SYSTEM] of each facility compound housing
unit in the institution of South Woods State Prison.

206.   Which since I arrived on (2015) through (2019) has become
nothing less than a great major [HEALTH HAZARD].  To the physical
[Welfare] and [Safety] of the [Inmates] and Corrections Officers
population of the institution health conditions!  I must inform
the Court that the Department of Correction Commissioner named
(Mr. Marcus O. Hicks), and the Administrator (Mr. John Powell),
of the institution of South Woods State Prison.

207.   Have purposely and maliciously neglected the scheduled
the maintenance of the "Heating & Air-Conditioning Ventilation
Duct System". In each housing unit in each of the facility
compounds of the institution of South Woods State Prison.  Please
allow me to elaborate in greater detail on the situation that
has  been occurring with the housing units ventilation system
in the institution !

208.    The (Ventilation System) that is some what operational
that provides air into the housing unit cells on (2-2-R) in
South Woods State Prison. This "VENTILATION SYSTEM" in my housing
unit has caused me since I arrived in this institution nothing
but [MAJOR RESPIRATORY PROBLEMS AND CONDITIONS].  Which is due
to all the "CONSTANT AIR CONTAMINANTS" of "DUST", "DIRT", "DEAD",
"SKIN", "MITES", and "MOLD"!

209.    That are constantly being blown into my cell through
the cell's [INTAKE VENTILATION VENTS SYSTEM] that have never
been cleaned or serviced since I have been here.  And since
the institution was built back in the years of (1997-1998)!
I must inform the Court that I have to perform preventive
maintenance in my housing unit cell (2033) every day!

210.    By wiping my cell all down "CEILING TO FLOOR" every day
to remove the layers of fine [DUST AND DIRT PARTICULATES] that
have accumulated everywhere in my cell.  That I the Plaintiff,
am constantly breathing into my lungs daily when I am sleeping
or am spending the time in my cell locked-in.  Which I must
inform the Court that it has already taken, since I arrived
in this institution on (2015) its toll on my lungs and health!

211.    To the point that I the Plaintiff, could hardly go up
a flight of stairs or to my medical appointments that I have
to walk to in the institution.  Without fighting to catch my
breath which was something that never happened to me physically
until I was transferred to South Woods State Prison.

212.    (Benjamin v. Fraser, 343, F.3d 35, 52 2d 900, 904
(N.D. Cal. 2004).  (Evidence of "Large numbers of inoperable
windows, clogged or dirty ventilation registers and exhaust
vents in showers and cells), and "Poor Air Quality" plus findings
concerning threatened and actual health hazards, supporting
finding of ("CONSTITUTIONALLY INADEQUATE VENTILATION").

213.    (Board v. Farnhan, 394 F.3d 469, 486 (7th Cir. 2005).
(Holding evidence that the ventilation system was contaminated
with (Fiberglass), (Dust), and (Mold), supporting an immediate
"EIGHTH AMENDMENT VIOLATION AND CLAIM".

---

### (PLAINTIFF CLAIM)-(No. TWELVE)

### "VIOLATION OF EIGHTH AMENDMENT PRISONERS RIGHTS"
(The Prohibition of Cruel and Unusual Punishment)

214.    DEFENDANT No.(2): (Mr. Willie Bonds), was the pervious
Administrator of South Woods State Prison.  Whom, like his
replacement (Mr. John Powell), is also guilty of dereliction
of duties as overseer and the [WELFARE] and [SAFETY] of the
[Inmates].  And the monitoring of his Corrections Officers
Personnel of the institution of South Woods State Prison.

215.    Being responsible for the official operations of South
Woods State Prison.  Which includes the [WELFARE] and [SAFETY]
of all the inmates in the institution, which his Administrative
office has neglected to address.  Even after notifying him at
his Administrative Office in the form of [LEGAL LETTERS].

216.    Which was concerning all the [PHYSICAL AND MENTAL ABUSE],
that was being inflicted upon me the Plaintiff by his facility-3,
Compound Corrections Officers of South Woods State Prison!
Please allow me to elaborate on one of these accusations and
claims involving State inmate harassment that ended up becoming
"CRUEL AND UNUSUAL PUNISHMENT" as by Constitutional Laws.

217.    That was perpetrated by the Department of Corrections
Officers of the institution of South Woods State Prison intake
department.  Which has assisted in given raise to this Federal
Complaint under the [Section 1983] suit in the United States
District Court of the (3d Circuit) as by Federal Laws.

---

### (PLAINTIFF CLAIM)-(No. THIRTEEN)

### "VIOLATION OF EIGHTH AMENDMENT PRISONERS RIGHTS"
(The Prohibition of Cruel and Unusual Punishment)

218.    On about (March 12th or 15th, 2017) I was scheduled for
a medical trip to "Saint Francis Hospital" for an emergency
(MRI) procedure on my injured Rotator Cup and left shoulder.
To see the extent of the damage that was after the assault on
my person when I was in Administrative Segregation at the
institution of Northern State Prison in Newark, New Jersey.

219.    The (MRI) scan that was performed at the Saint Francis
Hospital showed that I have server damage to the (Rotator Cup)
requiring surgery on the shoulder.  The damage is a pieces of
splintered bones that are piercing through two compartments
inside my Rotator Cup in my left shoulder.  Allowing two fluids
to mix "Blood & Lubricate" for the rotator cup that any movement
causes me extreme pain in my Rotator Cup, Shoulder, and Arm!

220.    On my return to the institution of South Woods State
Prison later on that day I was treated in a very hostile manner
by two of the Senior Corrections Officers on duty in the intake
department.  I was treated very disrespectfully to the point
of being nothing but malicious harassment informing Me directly
"THAT THIS WAS NOT YOUR LUCKY DAY".

221.    Then being forced maliciously and angrily to submit to
a stripe search with a major shoulder injury that would not
allow me raise my left arm past my chest.  And to add insult
to injury, while getting dress they decided to forcefully and
maliciously confiscate my "STATE ISSUED BUTTON DOWN SHIRT" that
I had since being in New Jersey State Prison in Trenton.

31

222.   Which was malicious to do to a man my age of (61-years)
with medical problems.  And then to complete their harassment
actions by throwing my State button down shirt into the trash
can while taunting me.  And continuing their harassment of an
injured inmate that just returned from a "HOSPITAL MEDICAL TRIP"
with an injured shoulder that I could not hardly move.

223.   Which was a perfect text book example of [PRISONER ABUSE]
and the lack of "PROFESSIONALISM" by the Corrections Officers
of South Woods State Prison!  I did write down their names when
the incident occurred but they confiscated the piece of paper
before I left the intake department.  But to their dismay, I
still remember their faces to identify them from their Department
of Corrections Officer picture files! See (Exhibits "D")

---

### (PLAINTIFF CLAIM)-(No. FOURTEEN)

### "VIOLATION OF EIGHTH AMENDMENT PRISONERS RIGHTS"
(The Prohibition of Cruel and Unusual Punishment)

224.   **PLEASE OFFICIALLY NOTE:**  The following New Jersey
Department of Corrections Administrative Civilian, Commissioned
and Non-Commissioned Corrections Officer Personnel.  In South
Woods State Prison are hereby [DEFENDANTS] in this Federal
Complaint under [Section 1983] suit.

225.   And are all hereby guilty of inflicting upon the Plaintiff
physical and mental injuries.  Through the unlawful acts and
actions of direct and indirect participation in the violations
of the U.S. Constitution.  Eighth Amendment Prisoners Rights
of "THE PROHIBITION OF CRUEL AND UNUSUAL PUNISHMENT"!.

        <--------------(DEFENDANTS)-------------->

No.2-(MR. WILLIE BONDS).          No.7-(SGT. HUNTER-S003).
No.3-(MS. L. SWIFT).              No.8-(SCO. A. HERNANDEZ-00735).
No.4-(MAJ. O. KELLER).            No.9-(SCO. R. SEENEY-00440).
No.5-(LT. P. SHEPPARD-SW007).     No.10-(SCO. A. DOOLEY-00726).
No.6-(SGT. J. KUHLEN-S104).

226.   Involving incidents that occurred on (01-19-2016), that
included the previous Administrator (Mr. Willie Bonds). And
the Assistant Superintendent (Ms. Lisa Swift) of South Woods
State Prison.  Are hereby guilty of participating in these
[CRIMINAL ACTS] of [PRISONER ABUSE] that was the catalyst for
[CRUEL AND UNUSUAL PUNISHMENT] against the Plaintiff.

227.   That are named in the New Jersey Department of Corrections
form [CUS-101]-[PRELIMINARY INCIDENT REPORT].  In the unlawful
acts and actions of a "CONSPIRACY" to have me the Plaintiff,
be charged with a "Fraudulent Disciplinary Charge", after my
ex-cell mate's written complaint. See (Exhibits "E")

228.    In the unlawful acts and actions of Corrections Officer
retaliation for my ex-cell mate a (<u>Mr. Robert Calvin</u>), writing
an official complaint.  Against a South Woods State Prison Senior
Corrections Officers named (<u>SCO. E. Chevarria</u>), of the housing
unit (5-2-R), on the facility-3, compound of the institution
of South Woods State Prison in Bridgeton, New Jersey.

229.    These unlawful acts by these Department of Corrections
Officers while acting under "<u>THE COLOR OF STATE LAW</u>" could only
be described as "<u>CRIMINAL ACTS</u>" against an inmate of senior
years!  Which were nothing but malicious violations of the
<u>Plaintiff</u>, "Eighth Amendment Prisoners Rights", which resulted
in acts and actions of "<u>CRUEL AND UNUSUAL PUNISHMENT</u>" that by
Constitutional Laws constituted "<u>PHYSICAL AND MENTAL TORTURE</u>"

---

## "STATEMENT TO THE UNITED STATES DISTRICT COURT JUDGES"

230.    If I may be permitted your [Honor], of the United State
District Court.  To submit in support of this Federal Complaint
excerpts from a [<u>PRO SE BRIEF & APPENDIX</u>] as evidence.  That
I submitted to the New Jersey Appellate Division to contest
that "<u>FRAUDULENT DISCIPLINARY CHARGE</u>" that I received.

---

## (PLAINTIFF CLAIM)-(No. FIFTEEN)

### VIOLATION OF MY CONSTITUTIONAL EIGHTH AMENDMENT RIGHTS
(The Prohibition of Cruel and Unusual Punishment)

231.    On (01-19-2016) I was informed by my housing unit Officer
(SCO. Byers), of (5-2-R) that "<u>THE POWERS AT HAND</u>" were trying
to move me off the housing unit.  Because of a written complaint
that my ex-cell mate named (Mr. Robert Carvin), wrote against
this second shift Corrections Officer named (SCO. E. Chevarria)!

232.    After completion of my morning shower, I was informed
that Corrections Officers were in my cell searching!  Coming
from Trenton State Prison this is normal, as is checking the
cell afterward for contraband.  I began checking and found a
broken razor with an exposed blade in my housing unit cell.

233.    At that moment (SCO. R. Seeney) swung my cell door open
abruptly and told me and my new cell mate to step out of the
cell.  I the <u>Plaintiff</u>, (Mr. Caratini), must note that his timing
for me was a little to perfect.  Like he was purposely waiting
for us to find the razor before arresting us both.

234.    I believe that [<u>RAZOR</u>] was [<u>PLANTED</u>] when they were
searching my cell while I was in the shower.  SCO. Seeney, padded
us both down and told us to wait by the Officers desk there
we were both handcuffed and escorted of the housing unit (5-2-R).

---

## (PLAINTIFF CLAIM)-(No. SIXTEEN)

### VIOLATION OF EIGHTH AMENDMENT PRISONERS RIGHTS
(The Prohibition of Cruel and Unusual Punishment)

235.   On (01-19-2016) I was put into a holding cell right next to the control center on facility-3 compound handcuffed from behind.  The handcuffs that were installed on me were installed so tightly on my wrists that they began to [CUT OFF] the blood circulation in my hands which began to cause me great pain.

236.   It also prohibited me from obtaining any drinking water from the holding cell sink.  Which I required having kidney problems which make me extremely thirsty due to the constant urination.  I tried to obtain drinking water by depressing the button with my nose which had to be held down to obtain any water which was impossible to do without the use of your hands.

237.   Not to mention, that there was no way to lower my pants to urinate while handcuffed from behind.  Something that I have to do about (20-times) a day due to my severe kidney problems. I attempted to call to the Officer in the control center booth to inform him that I desperately needed to use the toilet and that I needed him to remove the handcuffs.

238.   But my desperate cries for any assistants went unanswered, which I am ashamed to admit.  That I had no other choice but to relieve myself out of extreme necessity in my pants due to the bladder pains!  That for a man my age was extremely morally degrading and malicious for these Corrections Officers of South Woods State Prison to do! A wise man long ago once told me that "HELL IS THE IMPOSSIBILITY OF REASON", now I know he was correct!

## (PLAINTIFF CLAIM)-(No. SEVENTEEN)

### VIOLATION OF EIGHTH AMENDMENT PRISONERS RIGHTS
(The Prohibition of Cruel and Unusual Punishment)

239.   On (01-19-2016) two hours later I was moved to the Detention building there I was treated harshly for a man my age with medical problems. The Officers of the Detention building began taunting me with false accusations about my trial charges. Then began to "PHYSICALLY AND MENTALLY" torturing me about their fellow Officer before placing me into the detention cell.

240.   They maliciously assigned me to a top bunk in the Detention cell knowing that I have medical pass because I roll off the bed in my sleep.  I was assigned to this top bunk on purpose and vindictively for a man with internal organ illnesses, hoping that I would roll off the top bunk and injure myself.

241.    I was denied my "Renal Medical Dietary Meals", taunting me when I would ask for them, that they had eaten them already and now that I would have to eat feces.  These acts that were performed by these Corrections Officers by Law constitute nothing less than [MISCONDUCT OF OFFICE] and [PRISONER ABUSE]. And the violations of the Plaintiff, "Eighth Amendment Prisoners Rights" of [THE PROHIBITION OF CRUEL AND UNUSUAL PUNISHMENT]!

242.    All these unlawful acts that were perpetrated against me by these South Woods State Prison Corrections Officers. Were all planned and calculated by those higher ranking Commissioned Corrections Officer.  And this (SCO. R. Seeney). Who actions against me were "VINDICTIVE RETRIBUTION" for my ex-cell mate a (Mr. Robert Carvin).  Submitting the written complaint against this fellow Corrections Officers of South Woods State Prison.

243.    "UPON INFORMATION AND BELIEF".  That got the Senior Corrections Officer reprimanded and then dismissed or placed on Administrative leave from the New Jersey Department of Correction I believe!  I must officially state that the broken razor that I (Mr. Caratini), and (Mr. Chrzempiec), my new cell mate found in our cell after searching was [NOT MINE] or [HIS]!

244.    "UPON INFORMATION AND BELIEF".  I believe that the broken [SECURITY RAZOR] was [PLANTED] when these Corrections Officers were searching my cell while I was taking a shower!  To have only me (Mr. Caratini), not my new cell mate draw a disciplinary charge as retribution for the incident involving this written complaint by my ex-cell mate (Mr. Robert Calvin), that had two months left on his prison sentence and then went home.

245.    "UPON INFORMATION AND BELIEF".  This would be considered "PROOF" that it was vindictive retribution.  By (SCO. Seeney), that was appointed by the other Corrections Officers of (5-2-R). And (SGT. J. Kuhlen) and the Commissioned and Non-Commissioned Officer of the facility-3 compound to settle the score as you will for their fellow Corrections Officer on (5-2-R).

---

## (PLAINTIFF CLAIM)-(No. EIGHTEEN)

### "VIOLATION OF EIGHTH AMENDMENT PRISONERS RIGHTS"
(The Prohibition of Cruel and Unusual Punishment)

246.    The Violation of my "STATE PRISONERS RIGHTS" by the [COURTLINE PERSONNEL] of South Woods State Prison.  The Prisoners Rights of the State Case of "Avant v. Clifford, 67 N.J. at (525-28), (529), (529-30), (533), and including the (10A-Laws) (10A: 4-9.13).

247.    Prisoners are entitled to certain limited protection prior to being subjected to disciplinary sanctions. The rights are defined in "Avant, Supra," as follows:

248. Written notice of the charge at least (24-hours) prior to the hearing, 67 N.J. at 525; ("Please officially note that this Prisoners Right was upheld by institutional Administrative and Corrections Officer Personnel of the institution of South Woods State Prison").

---

### (PLAINTIFF CLAIM)-(No. NINETEEN)

### VIOLATION OF PRISONERS RIGHTS 67 N.J. AT 525-28.

249. An impartial tribunal, which may consist of personnel from the central office staff of the Department, 67 N.J. at 525-28;

250. By the hearing officer of the institution of South Woods State Prison "Court Line Department Personnel" that [WAS NOT] at all in anyway "IMPARTIAL". That was more like a "DESPOTIC" person exercising power "TYRANNICALLY" like anyone having unlimited power does in their position, like President "TRUMP"!

251. As I went before her and observed her optical and facial muscle expressions while looking at me that could be described only as [PREJUDICE AND DISGUST]. I immediately discovered that I would not receive any justice in these Courtline proceedings!

### "IMPARTIAL HEARING OFFICER"

252. According to "Wolff v. McDonnel" you have the right to have an impartial [unbiased] hearing officer preside over your disciplinary proceedings. The hearing officer doesn't have to meet the strict standards of impartiality that applies to Judges.

253. But the hearing officer, however, must not be so biased against you as to create a "Hazard of Arbitrary Decision Making" which becomes then "Violative of Due Process".
Wolff v. McDonnell, 418 U.S. 539, 592, 94 S.Ct 2963, 2992, 41 L. ED. 2d 935. 972 (1974).

---

### (PLAINTIFF CLAIM)-(No. TWENTY)

### VIOLATION OF PRISONERS RIGHTS 67 N.J. 529 & 10A-4-9.13 LAW

254. A limited right to call witnesses and present documentary evidence in defense to the charges, 67 N.J. at 529;

255. The opportunity to call witnesses and to present evidence must be afforded to the accused. (A)-(Inmates shall be allowed to call a fact witness to present documentation and documentary evidence in his defense). (Wolff v. McDonnell, U.S. SUP. CT.1974)

256.    My Constitutional Eighth Amendment Prisoners Rights were violated by this hearing officer in that courtline department of the institution of South Woods State Prison.  By not allowing me (Mr. Caratini), the opportunity and right under the case (Avant v. Clifford), to call my cell mate at the time named (Mr. Chrzempiec), as a witness.

257.    That for some reason or another, that I can not explain or understand, he did not receive any disciplinary charge.  For this so-called weapon (Razor) that they found in our cell which does not make any sense.  He (Mr. Chrzempiec), being in the same cell as [Me] the Plaintiff, (Mr. Caratini), at the same time and in the same place of the incident, which was against the Department of Corrections rules and regulations I have been informed.

258.    I believe that this is substantial proof that it was [Me] the Plaintiff, (Mr. Caratini).  That these Department of Corrections Officers of my housing unit (5-2-R), on facility-3, compound in the institution of South Woods State Prison wanted to frame with out a doubt with this fraudulent institutional disciplinary charge.

259.    I must inform you that I (Mr. Caratini), was not permitted to obtain any supportive documentive evidence from my legal files in my cell on my housing unit.  To assist me in my defense against this false accusation and institutional charge that they framed me with on the housing unit (5-2-R) on facility-3, compound in the institution of South Woods State Prison!

---

### (PLAINTIFF CLAIM)-(No. TWENTY-ONE)

### VIOLATION OF PRISONERS RIGHTS 67 N.J. 529-30 & 10A: 4-9.14 LAW

260.    A limited right to confront and cross-examine adverse witnesses, 67 N.J. at 529-30.

261.    A) The opportunity for confrontation and cross examination of the Accuser(s) and/or States witnesses if requested, shall be provided to the inmate or counsel substitute is such instances where the disciplinary hearing officer of adjustment committee deems if necessary for adequate presentation of the evidence, particularly when serious issues of credibility are involved.

262.    B). No.(9)  A request to call unavailable witnesses as defined in the chapter of (10A-Laws).  An unavailable witness maybe asked to submit a written statement answering cross examination questions in "Lieu" of an in-person appearance!

---

37

### (PLAINTIFF CLAIM)-(No. TWENTY-TWO)

### VIOLATION OF PRISONERS RIGHTS 67 N.J. at 533.

263.    A right to a written statement of the evidence relied
upon and the reasons for the sanctions imposed, 67 N.J. at 533;
Since the written statement of evidence that was filed with
South Woods State Prison was purposely and deceptively [ALTERED]
at the Commissioned & Non-Commissioned Corrections Officer level.
To provide a distorted version of the facts and truth to charge
only [Me] with this fraudulent institutional disciplinary charge.

### (PLAINTIFF CLAIM)-(No. TWENTY-THREE)

### VIOLATION OF PRISONERS RIGHTS 67 N.J. AT 529

264.    Where the charges are complex or the inmate is illiterate
otherwise unable to prepare his defense the inmate should be
permitted the assistance of counsel substitute 67 N.J. at 529;

265.    I was denied the opportunity to defend myself against
this disciplinary charge (*202) that I received.  Having studied
the law at New Jersey State Prison basically being able to pass
the Bar Examination but was prohibited from doing so.

266.    And I would have gotten this fraudulent disciplinary
charge dismissed without a doubt.  But instead was appointed
this inmate that was legally incompetent to represent [Me] at
my up and coming court line proceedings.  Which was a planned
tactic of ineffective assistance of counsel done on purpose
to impede my defense!

### (PLAINTIFF CLAIM)-(No. TWENTY-FOUR)

### VIOLATION OF EIGHTH AMENDMENT PRISONERS RIGHTS
(The Prohibition of Cruel and Unusual Punishment)

267.    **PLEASE PERMIT ME TO CONTINUE,** On (01-22-2016) I was then
transferred to the South Woods State Prison intake department
building.  And placed in a intake holding cell after being held
in a Detention cell for (3-days).  Once there I observed two
Corrections Officers communicating, through the intake control
booth window, explaining to another Officer behind the glass.

268.    That I was the inmate on (5-2-R), that got the Corrections
Officer in question fired. As they both gave me a sinister look
while staring in my direction in the intake department holding
cell.  I was held there for about (2-Hours), until the New Jersey
Department of Corrections Transport Van arrived to pick me up.

269.    Once there they placed me into the Department of
Corrections transport unit van to be transported to Northern
State Prison, Administrative Segregation in the middle of a
winter snow storm.   The van ride to Northern State Prison, took
[7]-[Seven Hours] in the snow storm, which included one stop
at "Saint Francis Hospital" in Trenton, to drop off an inmate.

270.    In that time I was never permitted to get out of the
Department of Corrections transport unit van in those whole
[7]-[Seven Hours] of van ride.   Not even to stretch my legs
or even to use the rest room which I desperately needed to do,
not being able to hold back the bladder pains.   I was left with
no other choice but to relieve myself in my pants once again!

271.    By the time I arrived at Northern State Prison, it was
about (2:00 A.M.) in the morning due to the snow storm.   When
they finally did opened the transport unit van doors I could
not move.   My legs would not work, or much less not even to
allow me to get up from the hard metal seat in the van after
the nightmare transport van ride that I was just force to take.

272.    Which was due to the "EXCRUCIATING TAILBONE" and the
"SPINAL PAIN" that I was experiencing, that also included the
feeling of being [PARALYZED].   That was nothing less than the
beginning of what is called "MUSCLE ATROPHY", settling into
my muscles in my legs and arms and back.

273.    After remaining in that seated and cramped physical
position "HANDCUFFED AND SHACKLED" in that confined space for
such a very long time.   In the back of that New Jersey Department
of Corrections Transport Van inside that very small compartment.
That is basically a long and very narrow steel box with hardly
any kind of "AIR VENTILATION" and in a sense a metal coffin.

274.    That by State and Federal Government Laws was nothing
less than [CRUEL AND UNUSUAL PUNISHMENT] to inflict on any State
Prisoner while being transported.   When I finally arriving at
"Northern State Prison", I required major physical assistance
to just get out of the Department of Corrections transport van
and up on my feet which took some time to do at my age.

275.    My legs were useless and would not function, due to the
severe [SEIZED MUSCLE CRAMPS] which prohibited there movement.
I had to be actually pulled out of the transport van and held
up by the Corrections Officer that transported us, in that
Northern State Prison intake Garage.   The functionality of my
legs and my Spine did not fully return for about two hours.

276.    Until the blood had flowed back into my legs and the
very "PAINFUL MUSCLE SPASMS" would stop!   And not to mention,
the unbelievable excruciating [TAILBONE AND SPINAL VERTEBRA]
pain! That I was greatly experiencing that forced me at my age
of (60-years) to shed silent quivering tears.

277.   **PLEASE OFFICIALLY NOTE:** That I must officially report
in this my Federal Complaint that is under [Section 1983] suit.
That the [7]-[Seven Hours] Department of Corrections Transport
Unit van ride has [RE-INJURED] my [FRACTURED TAILBONE INJURY]
on my lower spine once again.   That no doubt will require lower
spinal surgery at the end of my Spinal Column.

278.   To remove the piece of the tailbone that was damaged
once again after sustaining that [7]-[SEVEN HOUR] nightmare
Department of Corrections transport van ride.   That I was forced
to endure and suffer in the back of that van after being [FRAMED]
with this [FRAUDULENT DISCIPLINARY CHARGE] that I received.

279.   I must inform the United States District Court of the
(3d Circuit).   That to this day I still greatly suffer from
the re-injuring of my [TAILBONE AND LOWER SPINAL INJURY] that
I sustained in that nightmare transport van ride.   I still suffer
with great tailbone pain when ever I sit on any hard suffices!

280.   I must officially note that these New Jersey Department
of Corrections transport vans that are being used.   To transport
State inmates are no way meant for any "HUMAN TRANSPORTATION"!
I believe that they were originally designed for the use to
transport two [K-9 OFFICERS]-[DOG KENNELS] vehicles and not
for the use of transporting any State Prisoners of New Jersey.

281.   I say because every time that I am transported in
them they smell like a [WET DOG] has been in them.   Which I
must mention that they are also being used as instruments of
"PHYSICAL AND MENTAL TORTURE" when transporting State Prisoners.
Which is a violation of the "Eighth Amendment Prisoners Rights"
of "THE PROHIBITION OF CRUEL AND UNUSUAL PUNISHMENT" by State
and Federal Government Laws against any State inmates!

282.   Which is due to the lack of physical movement ability
in the vehicle in such a tight space that is only [24-inches]
wide.   On each side of the back of the transport vehicle and
about [8'-Feet Deep] and [5'-Feet High] inside.   Which also
has a metal wall down the length of the van splitting the back
of the van in two rows of State Prisoners (5) on each side.

283.   That only allows a limited amount of ventilation being
provided to both rows of State Prisoners, but only when the
vehicle is running!   But I must inform the United States District
Court that when the transport vehicle is [SHUT OFF] so is the
[AIR-VENTILATION] to the Prisoners in the back of the vehicle!

284.   That in the summer months the temperature inside of the
back of the transport vehicle could reach over (120°)-(DEGREES)!
Without any ventilation coming into the back of the vehicle,
while the State Prisoners that are being transported are left
for hours in there baking in the back of those transport vehicle
on purpose and maliciously!

285.    These Corrections Officers don't even open the rear doors of the van to give the Prisoners some sought of relief.  Even after Prisoners have "VOMITED" and "DEFECATED" on themselves that have become sick or the lack of laboratory facilities and are left sitting in their "VOMIT, URINE and FECES" for hours!

---

## (PLAINTIFF CLAIM)-(No. TWENTY-FIVE)

### VIOLATION OF EIGHTH AMENDMENT PRISONERS RIGHTS
(The Prohibition of Cruel and Unusual Punishment)

286.    On (01-22-2016) after I the Plaintiff, was permitted to recover some of my legs movement I was escorted to a room in the intake department area.  Were I was then placed into a [CAGE]-[AN OPENWORK ENCLOSURE FOR CONFINING ANIMALS] for about an hour. That was filthy and smelled like urine and feces, there I was force to submit to a stripe search by the Northern State Prison intake department Corrections Officers.

287.    And then two Northern State Prison Corrections Officers came and "Handcuffed and Shackled" me.  To another two inmates extremely close together to take us to Administrative Segregation building.  Which was on the other side of the Prison compound, being now [PHYSICALLY FORCED TO HOBBLE] through the center of the Northern State Prison grounds.

288.    On the outside of the Prison, purposely, maliciously, and vindictively, during a winter snow storm while being chained to two other inmates.  So close together that we could hardly walk just hobble all the way to the Administrative Segregation building.  I falling to the ground several times due to my lack of walking movement ability.

289.    And I would hear these Corrections Officers that were escorting us [LAUGHING OUT LOUD] when I would fall to the ground. Once I reached (3-Wing) Administrative Segregation I asked the Officer on duty if it was possible to get something to eat. Since the Officers back at South Woods State Prison ate my "Renal Medical Dietary Meals", and I had not eaten all day.

290.    The Corrections Officer, responded by saying "to bad that it was to late to get any food for you, and that I would have to wait until tomorrow to eat".  I had to basically [BEG] this Corrections Officer in Administrative Segregation, to please try to get me and the rest of us something to eat.

291.    And I added, that if he would not get us any food, that then he had to call a (Sergeant) immediately. He then went off the housing unit with a disgruntle look on his face and got me and the other two inmates some food from some where that did not exist a moment ago!

---

## (PLAINTIFF CLAIM)-(No. TWENTY-SIX)

### VIOLATION OF EIGHTH AMENDMENT PRISONERS RIGHTS
(The Prohibition of Cruel and Unusual Punishment)

292.   On (01-22-2016) I was then put into an Administrative
Segregation cell (112) on (3-Wing) with another inmate. Assigning
me to a top bunk once again maliciously after informing the
Corrections Officer that I had bottom bunk status!  The first
thing I notice when I entered that cell was that it was filthy
and smelled like human body waste odors [URINE AND FECES]!

293.   And including a strong smell of fresh [PEPPER SPRAY]
permeating the whole holding cell to the point that you could
not breath, let alone sleep in there.  I informed the Corrections
Officer in Administrative Segregation that the cell smelled
like someone had just sprayed some "Pepper Spray" in it.

294.   The Corrections Officer informed me that the two previous
inmates that were in there were fighting in the cell a few days
ago.  And both of them had to be Pepper sprayed, to get them
to stop fighting, sorry to say that I did not believe him because
the Pepper Spray smell was much to strong to be a few days old.

295.   I knowing all to well what [FRESH PEPPER SPRAY] smell's
like coming from one of the most dangerous Prison's in the State
of New Jersey, "NEW JERSEY STATE PRISON" in Trenton!  I suspect
and believe that the cell I was put into by this Administrative
Segregation Corrections Officer.  Had just been "PEPPER SPRAYED"
moments before my arrival on purpose and maliciously.

296.   To punish [Me] as you will for what my ex-cell mate a
(Mr. Robert Carvin), did back at South Woods State Prison. With
his written complaint that he wrote against this Corrections
Officer, which I did not know.  I informed this Administrative
Segregation Corrections Officer that I could not stay in that
cell because I could not breath in there having medical problems.

297.   Which included respiratory problems of "C.O.P.D." which
is basically "EMPHYSEMA" and that he had to move me to another
cell immediately.  His response to my request and declaration
that I just made to him was that he could not do anything about
it right now.  It being after (3:00 A.M.) in the morning, but
that he would move me tomorrow he said while smiling.

298.   I informed this Officer that tomorrow would be to late
if I would suffocate in this cell in my sleep in the middle
of the night that is "SATURATED" with this "PEPPER SPRAY"!
This Corrections Officer just looked at me while still smiling
and told me to deal with it and then locked the Administrative
Segregation cell door right in front of my face!

42

299.   Him caring nothing about my medical respiratory problems or complaints that I just reported to him. I must say that I did not get much sleep that night being afraid to fall asleep and suffocating. Due to my major breathing problems that I have now at my age due to all my heavy smoking in my life.

300.   I was losing the battle with exhaustion and sleeplessness and I had to try to get some sleep. So I removed the mattress off the top bunk in my Administrative Segregation cell. And I laid it on the floor right next to the intake air vent to try be able to breath with some small amounts of fresh air that was coming into the Administrative Segregation holding cell.

301.   I finally fell asleep right there on the filthy dirty cell floor in my Administrative Segregation cell # 112 on (3-Wing) right next to the intake air vent for a few hours. [CHOKING AND GAGGING] on and off through the rest of the night, which the amount of sleep was not long just about two hours!

---

### (PLAINTIFF CLAIM)-(No. TWENTY-SEVEN)

### VIOLATION OF EIGHTH AMENDMENT PRISONERS RIGHTS
(The Prohibition of Cruel and Unusual Punishment)

302.   February 22nd, 2016, the day I arrived at Administrative Segregation and was placed into cell # (112) on (3-Wing), in Northern State Prison. I was never provided or issued any kind of a change of under clothes like (Underwears), (T-Shirts), or even a pair of (Shower Slippers), or a (Towel) were ever provided to me the Plaintiff, by the Corrections Officers.

303.   That I required for use in the shower on (3-Wing), which I was forced to use only once barefooted! Since I was never allowed to bring an over night bag from South Woods State Prison by the Corrections Officers Personnel malicious acts against me the Plaintiff. Which was a total disregard of the Rules and Regulations, they said, back at South Woods State Prison.

304.   The Showers that I had no other choice but to use just once had no lighting in them whatsoever! They were all dark and were nothing but "DISGUSTING" and "UNSANITARY" for human use! There was [DIRT] and [PUBIC HAIRS] every where, to be seen with the little light that came in from the hallway through the shower door window. It was on the walls and the shower floor from inmates who have shaved their genitalia.

305.   The shower doors were covered with rust and corroding metal fragments that would fall off at the touch. Their was even evidence on the shower floor of previous inmates that have, how should I say, [RELIEVED THEIR SEXUAL TENSION] which was disgusting! The water temperature that was coming from the shower head was "ICE COLD" that you could not use without getting sick!

43

306.    I believe that this kind of water temperature is purposely and maliciously being provided to the inmate population in this Administrative Segregation (3-Wing). In the middle of the (2016) and (2017) winter, to punish the inmates in Administrative Segregation. The water is so cold that anytime you attempt to get into the shower the water leaves you in a state of shock!

307.    That its impossible for any Administrative Segregation inmate to hygienically wash yourself properly as a human being in that kind of water temperature.  In other words, its cold enough to stop an older inmate's of senior years heart in a minute.   Which is by Federal Laws unlawful to do and I have a [WITNESS] to collaborate my claims my old cell mate in Administrative Segregation a (Mr. Danser)-(234329).

308.    I ask the Associate Administrator (Ms. Cindy Sweeney), of Northern State Prison in a "Legal Letter" that I wrote her. If this was a standard or normal Administrative Segregation policy in Northern State Prison.   That is especially directed against the older inmates that are over (60-years) of age with medical problems, I never received a response from her.

---

### (PLAINTIFF CLAIM)-(No. TWENTY-EIGHT)

### VIOLATION OF EIGHTH AMENDMENT PRISONERS RIGHTS
(The Prohibition of Cruel and Unusual Punishment)

309.    On (01-22-2016) since I arrived at Northern State Prison and placed into Administrative Segregation I was not provided with any of my "RENAL MEDICAL DIETARY MEALS".  Being an inmate with major internal organ medical problems which has been verified by three medical department Doctors.   From "New Jersey State Prison, South Woods State Prison, and Northern State Prison" which are as follow:

310.    (Angina, C.O.P.D., Emphysema, Diabetes, Anemia, High Blood Pressure, Edema, Under Active Thyroid, Swollen Pancreas, Swollen Kidneys, Tumors on Both Kidneys, Kidney Stones, Prostate Problems, No Protein in Blood, Psoriasis, Bladder Problems, Blood in Urine and Feces, Vertebrae Disk Problems, Fractured Tailbone, Sciatica, Hearing Problems, Severe Toenail Fungus!

311.    All I had to eat for meals [3-times] a day at Northern State Prison Administrative Segregation for [174-DAYS] was just [BREAD AND MILK].   And that was only when I could get them from the inmate kitchen worker that came on the housing unit. I inform him that I was of the "JEWISH FAITH" and was also a "DIABETIC". To please talk to the "Culinary Food Supervisor" of Northern State Prison named (Mr. Mahmond EL Dekki), that he had three choices of dietary meals!

44

312.    That he could provided me with a (Renal), (Diabetic), or (Kosher), meals me being of the "Jewish Faith".  I must inform you that when I arrived at Administrative Segregation I was examined by (Dr. Meo), and my weight was (231 lbs)!  A month later when I went to see the Doctor, they checked my weight once again and I was now (220 lbs) in one month I lost (11 lbs) while in their custody!

313.    By not being provided with any of my Renal Medical Dietary Meals, that Doctors, from three medical department from three different New Jersey State Prison institutions ordered. I had to investigate why I was not receiving any of my "Renal Medical Dietary Meals" and was receiving only some regular meals that were nothing but disgusting.

314.    That consisted of (Uncooked Rice), (Raw Sliced Potatoes), (Boiled Chicken Skin), (Chicken Cartilage), (Raw Vegetables), and (Spoiled Fruit)! I submitted [INMATE INQUIRY COMPLAINT FORMS] to the "Food Service Department Supervisor" and the answers that I received to two of them was to speak to my housing unit Officer in Administrative Segregation.

315.    I asked the inmate food server worker that use to bring my meals, why was I not receiving my Renal Medical Dietary Meals. He informed me right out that I had to get with the program back here in Administrative Segregation and begin paying for my meals.  He told me that the price for eating back here was ($50.00) dollars a month and we will tell you where your people can send the money to in the Prison or on the outside.

316.    That is if you want to eat back here, he said everyone in Administrative Segregation in Northern State Prison pays to eat.  I asked him, what if you don't have anyone to send them money, he said I could pay in "STAMPS", "MEDICATION", or "DRUGS"!  That they will take any of those three, I asked, who is they, he said the "kitchen Workers" and (I.T.I's) and the [INSTITUTIONAL TRAINING INSTRUCTORS].

317.    I the Plaintiff, (Mr. Caratini), was in shock to discover that this form of corruption was in control of the main kitchens in Northern State Prison.  Which was nothing but an illegal and unlawful enterprise business of "EXTORTION AND RACKETEERING" that was being run by the Corrections Officers and (I.T.I.'s) (Institutional Training Instructors) and the inmates kitchen workers of the institution of Northern State Prison!

318.    That was going on in this institution of Northern State Prison in Newark, New Jersey for years.  I informed the inmate kitchen worker that use to bring my (Milk and Bread) that I would think about it.  And that I will let him know, which I must inform you that it was something that I am proud to say that I never did because I [DO NOT] support any "CRIMINAL ACTS"!

### (PLAINTIFF CLAIM)-(No. TWENTY-NINE)

**VIOLATION OF EIGHTH AMENDMENT PRISONERS RIGHTS**
(The Prohibition of Cruel and Unusual Punishment)

319.    The Northern State Prison Mailroom (SGT. A. Washington)
and Corrections Officer (Ms. Colon). Did violated my Constitution
First Amendment Prisoners Rights of the Freedom to Exercise
my Religion.  By confiscating my [HOLY JEWISH SCRIPTURES BIBLE]
and other [JEWISH RELIGIOUS BOOKS] which disappeared from my
personal property when I was in Administrative Segregation.

320.    That I require for my Religious Prayer Services and
Studies daily.  Thus, preventing me the Plaintiff, from Studying
the "TORAH HOLY SCRIPTURES" and my "Holy Siddur Prayers" while
worshipping my Judaic Religion.  In Administrative Segregation
which was a violation of my Prisoners Rights (10A-4-3.1.).

321.    They also confiscated all of my New Jersey Law books
of [CRIMINAL PRACTICE AND PROCEDURES] and [10A LAW BOOKS] not
to mention my [NEW JERSEY CRIMINAL CODE 2C-LAW BOOK] as well.
That I use to redress the State Courts in my Appeal and (PCR)
Legal Proceedings. And also the Northern State Prison Corrections
Officer and inmate property room workers.

322.    **"UPON INFORMATION AND BELIEF"**. They also confiscated
[STOLE] all of my Commissary Food Items, that were worth about
and over ($300.00) dollars.  Which I did purchase from the Inmate
Commissary Store with the funds from my Department of Corrections
inmate trust account at the institution of South Woods State
Prison in Bridgeton, New Jersey.

323.    And I was informed by other inmate workers on the housing
unit that my commissary items were distributed among the Northern
State Prison Property Room inmate worker.  Which additionally
included a great amount of my personal property as well I was
informed by inmates the I know from New Jersey State Prison
that were now at Northern State Prison in Newark, New Jersey!

### (PLAINTIFF CLAIM)-(No. THIRTY)

**VIOLATION OF EIGHTH AMENDMENT PRISONERS RIGHTS**
(The Prohibition of Cruel and Unusual Punishment)

324.    On February 4th 2016, I the PLAINTIFF, (Mr. Caratini),
was injured while in Administrative Segregation and in the
custody of Northern State Prison in cell (112) on (3-Wing)!
I suffered the injury while defending myself in my cell against
my Administrative Segregation cell mate that they put in my
cell unit (112) on (3-Wing) with me!

325.    I put in a Health Service Request Form on 02-08-16, to
the Northern State Prison Medical Department.  Due to the great
pain that I was experiencing in my shoulder and [Rotator Cup]
due to the injury.  I was finally seen by a (Dr. Meo), about
a month later at the medical department at Northern State Prison,
and was briefly examined by him on (02-22-16).

326.    He diagnoses was that I had a bad shoulder injury and
required an (X-RAY) of my shoulder immediately.  To determine
the extent of the damage that was done after the fall (Dr. Meo),
while looking at me strangely some how knew there was more to
this story. That I was telling him about this injury him being
a Doctor, in Northern State Prison, for quite some time!

327.    I must inform you that I never had any (X-RAYS) taken
of my shoulder immediately like the Doctor, had ordered to be
done right away.  I had to wait until the next month (3-10-2016)
while suffering in great pain to have an (X-Ray) taken of my
[Rotator Cup] and shoulder.  And I also never received any pain
medication for the shoulder injury pain from the medical
department personnel of Northern State Prison.

328.    I was not even provided with a "Sling" for my injured
shoulder that I could hardly move in any way, shape, or form!
Which returning to my cell (112) in Administrative Segregation
I had no other choice but to try to make a makeshift (Sling)
for my arm myself.  Out of a old bed sheet that I found under
the lower bunk to hold my shoulder and arm stable and in place.

329.    The pain was so [INTENSE AND UNBEARABLE] that when I
moved or tried to do anything with my arm it would make me shed
tears.  Especially when I was lying down in my bunk at night
trying to go to sleep, any movement by me would resulted in
excruciating sharp pain in my shoulder, neck, and back.

330.    The weight of the arm itself on the shoulder when I was
lying in bed cause me great pain and discomfort which did not
allow me to sleep ever!  I have [CHIPPED BROKEN BONES] and some
[NERVE DAMAGE] in the "Rotator Cup Area" of my left shoulder
that will require surgery in the near future.

331.    I must inform you that I was made to suffer and endure
with this injury since it happened on (02-04-16).  Along with
the great shoulder pain for approximately [174-days] in that
Administrative Segregation cell at Northern State Prison.  That
to this day (12-27-2019) at South Woods State Prison I am still
suffering with the sustained injury and pain.

332.    Since I have not been able to have the surgery to remove
the [SPLINTERED BONE FRAGMENTS].  That are still in my left
shoulder "Rotator Cup Area" that I received in the attack. Which
is due to the medical problems that I have and the fear of major
surgical infection after the surgery at Saint Francis Hospital.

47

333.    Which has become a normal situation when State inmates are sent to "Saint Francis Hospital" for any kind of Surgical procedures.   That they will have to suffer with for days until the inmate can finally get to see a real Doctor, at the medical department clinic at South Woods State Prison.

334.    "UPON INFORMATION AND BELIEF". Their has been several inmates at South Woods State Prison that had surgery on their shoulders.   For similar (Rotator Cup) damage that had major problems with their shoulders and I have been informed first hand from one of my Jewish inmates.   That attend Jewish Services that after the surgery have developed major shoulder infections!

335.    That have been neglected by the medical department personnel of South Woods State Prison.   To the point that when the inmate was finally taken back to the Hospital for the infection in his shoulder. It had grown to the size of a softball which resemble [GANGRENE] with a [YELLOW PUS AND ROTTING ODORS] at the sight of opening the wound in surgery!

336.    Which is a surgical procedure that I [CAN NOT] approve of due to my age of (61-years) with medical problems.   And I the Plaintiff, can not afford such medical complications after surgery in a Hospital.   That is known not to provide the greatest medical care to the inmate population in New Jersey! Which is a perfect text book example of MEDICAL NEGLIGENCE by the medical departments of South Woods State Prison! See (Exhibits "E")

---

### (PLAINTIFF CLAIM)-(No. THIRTY-ONE)

#### VIOLATION OF EIGHTH AMENDMENT PRISONERS RIGHTS
(The Prohibition of Cruel and Unusual Punishment)

337.    I the Plaintiff, was [PHYSICALLY ASSAULTED] by the inmate that they put into my Administrative Segregation cell with me, which was done on purpose, maliciously and vindictively.   By those Corrections Officers Personnel of South Woods State Prison that are legally mentioned, and I am accusing in this Federal Complaint under [Section 1983] suit.

338.    This inmate named (Victor) that was an unstable individual with "VIOLENT PSYCHOLOGICAL BEHAVIORAL TENDENCIES"! That should have been placed and housed in a "Psychotic Mental Unit", not in my Administrative Segregation cell with me.   That exhibited in his behavior a "VIOLENT EUPHORIC ATTITUDE OF INVINCIBILITY" and domination against anyone in his vicinity!

339.    By verbal and physical intimidation and threats to try and make any individual in his vicinity to conform to his subservient will, which was not going to happen with me.   He would walk around in the Administration Segregation cell # (112) claiming to be a descendant of a "Spartan King".

48

340.    With a piece of ripped off t-shirt sleeve around his
head with the number (300) written in pen on it that he wore
on his forehead!  The confrontation between this inmate named
(Victor), and [Me] the Plaintiff, came on (02-10-16).  When
he tried to take away my only (Renal Medical Dietary Meal) that
I received just only once.

341.    Stating to me to give him some of that meaning my dietary
meal which I replied to him "NO"!  He then said, how about if
I come over there and take it from you old man, I replied that
he could try anytime it if he just wanted to commit suicide!
He then got up from his bunk and tried to take away my only
"Renal Medical Dietary Meal Tray" that I received once from
me and I got into a very violent physical altercation with him.

342.    This is when I the Plaintiff, injured my shoulder trying
to defend myself against this [DERANGED INDIVIDUAL] that was
placed in my cell on purpose and vindictively.  While defending
myself I heard the bones in my [ROTATOR CUP] break which followed
immediately with great excruciating pain.  But I am very proud
of myself for holding my own ground against this (38-year) old
[STREET THUG] that under estimated a (60-year) old man!

343.    Which I must inform the United States District Court
that it infuriated him, that someone my age of (60-years) had
showed him off and stopped him from getting what he wanted!
Other times he would just go into these violent seizures of
hateful "SERIAL KILLER BEHAVIOR".  Informing me that he wanted
to go back to the old ways and kill someone, I asked him why
would you want to kill anyone, his answer was because he just
wanted to and it made him feel good.

344.    He informed me that he wanted to kill his trial Prosecutor
that was with a child in her womb.  That he wanted to cut out
her baby from her stomach and dismember it in half in front
of her with left me in shock!  This is when he then turned to
me and threaten to "KILL ME" one night if he would wake up just
feeling like it in our cell.  I informed him that he needed
to speak to a "Psychiatrist" right away about these evil feelings
that he was experiencing all the time!

345.    I the PLAINTIFF, (Mr. Caratini), must inform you that
I never got a good night sleep from then on, being always on
my guard in my cell.  I submitted a inquiry complaint form on
(02-29-2016), asking the Administration to be moved out of that
cell immediately.

346.    But I was never moved out of my cell or ever received
any response to my official complaint request that I filed to
the Administration or any Commissioned or Non-Commissioned
Corrections Officer Personnel of Northern State Prison in Newark,
New Jersey! See (Farmer v. Brennan, 511 U.S. 825 (1994).

## (PLAINTIFF CLAIM)-(No. THIRTY-TWO)

### VIOLATION OF EIGHTH AMENDMENT PRISONERS RIGHTS
(The Prohibition of Cruel and Unusual Punishment)

347.   On (03-02-2016) while in Administrative Segregation in cell (112) on 3-Wing.  The "AIR VENTILATION SYSTEM" of the housing unit was [SHUT OFF] at about (10:00 P.M.).  That meant that there was "No Fresh Air" circulation into my cell # (112) what-so-ever.  Due to the fact that the cells in Administrative Segregation are now almost all "Hermetically Sealed"!

348.   They have welded thick metal plates on the bottom and on the top of the doors.  Not allowing for any air circulation or anything else to pass through the Administrative Segregation doors.  About three hours later into the shut down of the air ventilation system [Me] (Mr. Caratini), and my new cell mate a (Mr. Danser), about (1:00 A.M.) in the morning began feeling the effects of "NO AIR VENTILATION" in the cell.

349.   Our eyes began burning and we had a very strange taste in our mouths, and we were both having difficulty breathing! I immediately knew what we were suffering from, and that was that we were both feeling the first effects to the body of "CARBON DIOXIDE POISONING" and of "BRAIN ASPHYXIA"!

350.   I immediately came down off the top bunk and ran to the cell door looking for the night housing unit Corrections Officer. But he was no where to be seen or found, I then began calling out for him and began knocking hard on the cell door but there was no response from him anywhere I am sorry to say!

351.   I came to the quick realization that I and my new cell mate (Mr. Danser), were in big trouble.  Not loosing my head I remembered what to do having been in this kind of situation before in my life.  The secret to surviving a situation like this is to remain calm and take short breaths while trying to get out of the place that you are in or opening the windows!

352.   But I and my cell mate did not have that option we were at the mercy of the housing unit Corrections Officer that was no where to be found.  All I could do was wait for the housing unit Corrections Officer to do his next count.  Which would be at (5:00 A.M.) in the morning, so I did what I needed to do and that was to write a note and stick it on the cell door window which read as follows:

353.   "OFFICER!" "PLEASE TURN ON THE VENTILATION SYSTEM BEFORE WE BOTH DIE OF CARBON DIOXIDE POISONING AND BRAIN ASPHYXIA"! And I added "NOTE WAS WRITTEN AT (1:00 A.M.) ON (03-02-2016), JUST IN CASE WE ARE BOTH DEAD IN THE MORNING"! THANK YOU!

50

354.    And I just waited as the time went by hoping that this housing unit Corrections Officer in Administrative Segregation on (3-Wing) would read the note on the cell door window soon! Then at about (5:30 A.M.) in the morning the air ventilation system was finally turned back on once again. Just before we both passed out, I guess he finally read the note on the cell door window in Administrative Segregation.

355.    And the air in the Administrative Segregation cell once again began flowing and circulating in the cell with some what fresh air. But only after being shut off for about (6-hours), which I strongly believe that it was done on purpose and maliciously. By the Administrative or Commissioned Corrections Officers Personnel of the institution of Northern State Prison in Newark, New Jersey.

356.    **"UPON INFORMATION AND BELIEF"**. I have been informed by multiple inmates in Administrative Segregation that the housing unit Corrections Officers. Use this unlawful tactic all the time to punish the housing unit completely because of one inmate that has been giving them a hard time. Which by Eighth Amendment Prisoners Rights is [CRUEL AND UNUSUAL PUNISHMENT] which is against Federal Constitutional Laws! See (Exhibits "F")

---

### (PLAINTIFF CLAIM)-(No. THIRTY-THREE)

### VIOLATION OF EIGHTH AMENDMENT PRISONERS RIGHTS
(The Prohibition of Cruel and Unusual Punishment)

357.    Since (02-29-16), we had no heat in our Administrative Segregation cell in Northern State Prison for a few months. While the temperature on the outside at night would go down to the (20-twenties) and even lower. The cell was so cold that the milk containers that we would get with our breakfast stay fresh for about a weeks, if they did not freeze.

358.    Its was so cold in my Administrative Segregation cell that you could see your breath coming out of your mouth when you exhaled, and you have to wear your State coat to stay warm in the cell! I will try to tell you how cold it got in my Cell during those winter months, when you get up to use the toilet you could actually see frost on and in the toilet bowl.

359.    And God, forbid that you had to have some bowel movement and had to sit on the toilet bowl. I must inform you that there are State (10-A Laws) and Federal Government Laws as well that prohibit this sought of unlawful actions. And treatment against any State and Federal Prisoners which is nothing less than an [EIGHTH AMENDMENT VIOLATION] of "CRUEL AND UNUSUAL PUNISHMENT"! See (Exhibits "F")

---

## (PLAINTIFF CLAIM)-(No. THIRTY-FOUR)

### VIOLATION OF EIGHTH AMENDMENT PRISONERS RIGHTS
(The Prohibition of Cruel and Unusual Punishment)

360.    On (04-06-16) the toilet in my Administrative Segregation
Cell (112) in Northern State Prison broke down, it would not
flush any of our human waste.  I informed the housing unit
Corrections Officer that our toilet in cell # (112) on (3-Wing)
had broken and that we required a plumber immediately.

361.    He informed me that he would put in a work order to get
the toilet fixed right away!  Something that I must inform you
that never happen for the next few weeks [TWO WEEK].  The toilet
stayed broken until (04-20-16), that whole two weeks we had
to use the [SINK] in our cell I am sorry to say as a [URINAL].

362.    It was something to see as we had to balance ourselves
on the edge of the toilet bowl rim in the middle of the night
half asleep!  During the day we would asked the first shift
Corrections Officer in Administrative Segregation on (3-Wing).
To let us use the another toilet in an empty cell, they would
let us use it only once a day in the morning!

363.    But when the second shift Corrections Officers of the
Administrative Segregation housing unit would come on duty and
we would ask them if we could use the toilet.  In one of the
empty cells they would always procrastinate and make us wait
a long time making believe that they forgot that we asked them!

364.    We had to actually beg them some afternoons to please
let us both use the toilet in one of the empty cells on the
first floor.  Having multiple empty cell on the first floor
right next to ours in Administrative Segregation that could
not be used because due to physical wall and health issue damage.

365.    While me the Plaintiff, and my cell mate were suffering
the great pains in our [RECTUMS] while painfully holding back
our [EXCREMENT] from being accidentally released into our
underwear and pants!  This became our daily routine and worries
every day the whole two weeks that the toilet was broken until
they came to fix the toilet in our cell.

366.    The repair of our broken toilet took a whole of five
minutes to make it function once again.  Which should have been
done the day it broke not two weeks later, so I believe those
acts that were performed.  Were meant on purpose and maliciously
as punishment against both of us older inmates in Administrative
Segregation in cell # (112) at Northern State Prison in Newark,
New Jersey. See (Exhibits "F")

52

## (PLAINTIFF CLAIM)-(No. THIRTY-FIVE)

### VIOLATION OF EIGHTH AMENDMENT PRISONERS RIGHTS
(The Prohibition of Cruel and Unusual Punishment)

367.    I must inform the United States District Court you that
I the PLAINTIFF, (Mr. Caratini). During that whole Administrative
Segregation time sentence of (174-days) that I spent in Northern
State Prison in Newark, New Jersey.  I was never allowed or
permitted to go out to the yard movement to get much needed
[FRESH AIR AND EXERCISE] for my well being as is required by
State (10-A Laws) and Federal Constitutional Laws!

368.    I was never informed when yard would be available to
me for much needed recreation that I desperately required for
my health and well being.  After being locked in my cell for
(6-Months) a half a year, day in and day out, for a charge that
had [NO MERIT] of "PHYSICAL VIOLENCE OF ASSAULT" against anyone!
Which in any other sense it was an Administrative Segregation
sentence in solitary confinement to injury my mental health.
(Wilson v. Seiter, 501 U.S. 294, 304, 111 S.Ct. 2321 (1991).

369.    For a broken razor that I found in my cell after a search
which I believe was planted by one of the Corrections Officers
that was seeking vindictive retribution against me!  For what
my ex-cell mate did against a Corrections Officer in the form
of a written complaint.  Against one of his fellow Corrections
Officers of South Woods State Prison in Bridgeton, New Jersey!

## (PLAINTIFF CLAIM)-(No. THIRTY-SIX)

### VIOLATION OF EIGHTH AMENDMENT PRISONERS RIGHTS
(The Prohibition of Cruel and Unusual Punishment)

370.    During the first months in Administrative Segregation
on (3-Wing), when I was taken to the Dental Department of
Northern State Prison.  Please allow me to elaborate in the
following paragraphs in this Federal Complaint that I am filing
under [Section 1983] suit.  An accurate account of my experience
in that "Dental Department Clinic" of Northern State Prison
in Newark, New Jersey.

371.    Please allow me the Plaintiff, to begin when I was taken
to the Dentist Clinic, "Handcuffed and Chained" around my waist,
even when I was at the Dentist Office!  I was taken down to
have my teeth in my mouth examined by the Dentist, I was then
forced to submit to an physical oral examination while still
being "Handcuffed and Chained" up around my waist being
(60-years) of age.

372.    The experience was quite unsettling for me bringing back memories of my family tree "Second World War II Stories".   From my Father and Uncles when they were in the Military in Europe, and the torture they saw of the people in the death champs of "Nazi Germany"!  And the memories of what I have read about the South American Military Hauteur Death Squads and the physical experimentation on their civilian and military captives for information!

373.    As I the Plaintiff, (Mr. Caratini), was "FORCED" to sit in the Dentist, operating chair and then as I felt him slowly reclined it to the flat lying down position while he was looking at me and smiling!  While still being "Handcuffed and Chained" around my waist mind you, and the indescribable feeling that began to come over me of helplessness.

374.    Being unable to move or do anything, while being ordered to open my mouth up wide.  While his audience of spectators consisting of his "Female Assistant".  And the two Northern State Prison Corrections Officers that were there in the Dentist office intensely watching me while smiling.  As they observed the Dentist, every move of his oral dental instruments that were in his hands and now in my mouth!

375.    He began by informing me that he had to remove a few of my teeth, while still smiling, and that he was going to start by removing the broken one that I had, first!  I began to feel great duress beginning to over come me as I could see that all of his spectators were intensely watching me and all of the Dentist, physical movements and actions of his hands.

376.    The Dentist, then began probing my teeth with his Dental instruments until he found a very sensitive one, informing me while jabbing it that this one is bad also!  Him having no kind of consideration for the severe oral pain that I was beginning to experience in my mouth due to his acts!  Instantly I came to realize that he did not have the skills to be a real Dentist!

377.    I began to feel in my mind like I was some kind of a [TORTURE TEST SUBJECT] in some past torture military seminar. That the Persons there watching, were purples of some kind of "NAZI INTERROGATORS".  In some third world Country for their Military Hauteur Personnel in some hidden facility somewhere in the South American jungle.

378.    Them all watching me intensely while waiting to hear my [HIGH PITCH SCREAMS] while the Dentist, (interrogator) began to remove my teeth in cold blood for information!  I could not take it anymore, I had to get out of there, so I informed the Dentist, to [STOP], and not to bother doing anything.  Since I was going to be release soon and was going to have them removed when I got out!

379.    The Dentist said fine, and the look he gave me was one of disappointment that he was not going to get the chance to cause me any more oral pain!  The Dentist, then informed me that I had to sign a refusal form for him and he signaled his Dental Nurse Assistant came over to [Me] and bring the form over to the Dentist operating chair.

380.    And if you could believe it she wanted me to write down what I just told the Dentist, being handcuffed and chained around my waist.  Which was impossible to do, knowing that I could hardly raise my hands no higher than my waist.  To be able to write down anything legible on the waiver form so I just scribbled down what I could, just to get the hell out of there.

381.    I must mention that the Dental operating chair that I was forced to sit in was filthy and had cracks in the chair upholstery.  Almost like it was pulled out of the trash for use in the Dentist office and also had no privacy certain whatsoever in the Dental operating area if you could believe that, which I could not.

382.    And also the Dental operating area was open to the general public for viewing what was being done to you orally by this Dentist.  Something just be ethics should never be allowed and I myself would never allow to occur on the outside.  And much less while I was in Northern State Prison in Newark, New Jersey.

---

### (PLAINTIFF CLAIM)-(No. THIRTY-SEVEN)

#### VIOLATION OF EIGHTH AMENDMENT PRISONERS RIGHTS
(The Prohibition of Cruel and Unusual Punishment)

383.    The air ventilation system that is suppose to provide fresh air into the cells in Administrative Segregation at Northern State Prison is criminally ineffective!  The fresh air that is suppose to come into the Prison cells is highly contaminated with [AIRPLANE JET ENGINE EXHAUSTS FUMES].

384.    At night when you are sleeping you are forced to wake up in your cell choking from the jet exhaust fumes!  And in addition on other days you could smell the [CARBON DIOXIDE FUMES] coming into your Administrative Segregation cells through the air ventilation system of Northern State Prison.

385.    Which is from the Northern State Prison, boiler systems exhaust that they operate once and a while.  The bottom line is that they are basically poisoning the inmates population in Administrative Segregation.  With the exhaust fumes from the "AIRPLANE JET ENGINES" and their "DAMAGED HEATING SYSTEMS" that is not working properly when I was serving me Fraudulent Charge and Administrative Segregation Sentence.

---

UNITED STATES DISTRICT COURT
NEW JERSEY (3d Circuit)
District of New Jersey



Mr. Peter L. Caratini
INM # 667844/SBI # 295345E
South Woods State Prison
215 Burlington Road South
Bridgeton, N.J. 08302-0379

```
_____
                                    :
    Mr. Peter L. Caratini           :
                                    :
        Plaintiff                   :         COMPLAINT
                                    :
         -v-                        :  Civil Action_____
                                    :
John Powell, Administrator-SWSP     :
Willie Bonds, Pre. Administrator-SWSP :
Lisa Swift, Asst. Superintendent-SWSP :
Oliver Keller, Major-SWSP           :
P. Sheppard-SW007, Lieutenant-SWSP  :
SCO. J. Kuhlen-S104, Sergeant-SWSP  :
SCO. S. Hunter-S003, Sergeant-SWSP  :
SCO. A. Hernandez-00735, Officer-SWSP :      PLEASE NOTE:
SCO. R. Seeney-00440, Officer-SWSP  :
SCO. A. Dooley-00726, Officer-SWSP  :  Section (Two) of (Two)
SCO. D. Sheehan, Sergeant-SWSP      :
SCO. L. Vastano, Officer-SWSP       :  Pages (56) through (115)
Lisa R. Mills, Medical Provider-SWSP :
Jillian Tanner, Dietitian-SWSP      :
David Metelow, Package Committee-SWSP :
Cindy Sweeney, Administrator-NSP    :
SCO. April Washington, Sergeant-NSP :
SCO. Colon, Officer-NSP             :
Mahmond EL Dekki, Food Supervisor-NSP :
SCO. Osborne, Officer-NSP           :
                                    :
        Defendants                  :
_____:
```

## I. JURISDICTION & VENUE

1.      This is a Civil action authorized by 42 U.S.C. Section
1983 to redress the deprivation, under color of State Law, of
rights secured by the "Constitution of the United States". The
court has jurisdiction under 28 U.S.C. Section 1331 and 1343
(a)(3).

1

**(PLAINTIFF CLAIM)-(No. THIRTY-EIGHT)**

**VIOLATION OF EIGHTH AMENDMENT PRISONERS RIGHTS**
(The Prohibition of Cruel and Unusual Punishment)

386.   One final thing that I (Mr. Caratini), must mention in
this my Federal Complaint under [Section 1983] documentation.
And that is that on the day before my release from Administrative
Segregation.   I was instructed by a Department of Corrections
Officer named (SCO. Osborne), in Northern State Prison.

387.   To bring all of my personal property down to him to
prepare it for shipping to what ever institution I was going
to be sent to.   Once I did, I observed Officer (SCO. Osborne),
through my cell door window going through my property that I
brought down to him. I witnessed him removing items from my
property and throwing them aside that he had no right to do.

388.   I the <u>Plaintiff</u>, personally witness (SCO. Osborne), remove
from my personal property the following items.   He began by
confiscating my State (Coat, Soaps, etc.), and then he began
to go through all my "Legal Paperwork".   Then he took some of
my [<u>LEGAL PAPERWORK DOCUMENTATION</u>] and handed it over to one
of his Administrative Segregation inmate workers.

389.   To take some where most likely to the Administrative
and Commissioned Corrections Officers Personnel offices of
Northern State Prison.   I then witnessed Officer (SCO. Osborne),
as he began handing out some of my personal property to a few
other Administrative Segregation inmate workers on (4-Wing).

390.   As I watched as they scudded to hide my property on the
housing unit. I must inform you that I have a [<u>WITNESS</u>] my cell
mate in Administrative Segregation named (Mr. Angel Martinez),
(INM # 889738/SBI # 563660-C).   That [<u>WITNESSED</u>] the unlawful
act of [<u>THEFT</u>] being performed on my personal property through
the Administrative Segregation door window on (4-Wing).

391.   A few weeks later when I did receive my personal property
from the South Woods State Prison Property room.   I discovered
that a great amount of my property had been (<u>STOLEN</u>) by the
property room personnel of (N.S.P.) and (S.W.S.P.) in the amount
of about (<u>$2562.66</u>) dollars. See Exhibits (Aa 18-19).

392.   They also on purpose did maliciously did [<u>DAMAGE</u>] my
"<u>Brother 1700-MDS Word Processor</u>".   To impede and obstruct me
from reporting their unlawful actions to the Department of
Corrections in Trenton.   From also redressing the Courts for
their "<u>EIGHTH AMENDMENT PRISONERS RIGHTS VIOLATIONS</u>" that they
committed in Northern State Prison and South Woods State Prison.

393.    The repair cost to me for the Word Processor was over
($482.00) dollars which brings the grand total to ($3044.66)
dollars.   This Senior Corrections Officer in Administrative
Segregation also "STOLE AND DISCARDED" about three complete
[LEGAL DOCUMENTATION FILES] of pending State and Federal Court
proceedings. See (Exhibits)-(Aa-20)

394.    I the Plaintiff, (Mr. Caratini), did in fact submit on
time about (15)-(Fifteen) "Lost, Damaged, or Destroyed", personal
property claims to first the institution of South Woods State
Prison.   Which then I was instructed to submit them to Northern
State Prison, which I did and were immediately [DENIED]!

395.    My next course of action was the New Jersey Appellate
Division while contesting the Fraudulent Disciplinary Charge
that I received which is [STILL PENDING] in the Appellate Court.
For my ex-cell mate (Mr. Robert Calvin)-(803906)-(276070C)
writing the official complaint against this Corrections Officer
named (SCO. E. Chevarria). See (Exhibits "G")

396.    Finally to the [UNITED STATES DISTRICT COURT] of the
(3d Circuit) in this my Federal Complaint under [Section 1983].
To try and redress the criminal issues of all the violations
of my [EIGHT AMENDMENT PRISONERS RIGHTS] and to obtain relief
from them. See (Exhibits "G")-(Aa 16-17), (Aa 18-19), (Aa-20).

397.    To try to recover some or all the damages for all the
[CRUEL AND UNUSUAL PUNISHMENT] that was inflicted on [Me] while
in their custody!   And not to mention all the unlawful actions
that was taken against my Personnel Property.   While being held
in Administrative Segregation at Northern State Prison in Newark,
New Jersey.

398.    PLEASE OFFICIALLY NOTE: I must inform the United States
District Court that I have been impeded and obstructed by the
Appellate Division.   From filing the Disciplinary Charge Appeal
documentation in the pass.   Which I was forced to re-submit
[3-TIMES] for [MINOR CLERICAL DISCREPANCIES] which is to this
day still [PENDING]!

---

### "A PERSONAL NOTE TO THE UNITED STATES DISTRICT COURT JUDGES"

399.    PLEASE ALSO OFFICIALLY NOTE:  That I the PLAINTIFF, would
like to acknowledge to the United States District Court of the
(3d Circuit).   That these (Plaintiff Claims)-(14 through 38)
are involving incidents of [EIGHTH AMENDMENT PRISONERS RIGHTS]
violations of "CRUEL AND UNUSUAL PUNISHMENT"!   That occurred
in the years of (2016-2017), are I do believe have fallen now
in (2019-2020), pass the Statutes of Limitations in this Federal
Complaint filing!

400.   Which was due to the fact that the Federal Complaint under [Section 1983] documentation that I submitted to the United States District Court of the (3d Circuit) in those two years. Were both [IMPEDED AND OBSTRUCTED] I believe by the Civilian Administration and Commissioned and Non-Commissioned Corrections Officer Personnel of the institution South Woods State Prison.

401.   To prevent me the Plaintiff, from filing my Federal Complaint under [Section 1983] suit against the Administrative and Correction Officer Personnel of the institution.   For all my "EIGHTH AMENDMENT PRISONERS RIGHTS VIOLATIONS" that I suffered and endured.   Which I attempted to file [TWICE] in the years of (2016-2017) but was never permitted by the institutional upper echelons personnel of South Woods State Prison.

402.   So I would ask the United States District Court to please consider my request to permit me to add those (Plaintiff Claims) (14)-through-(38) into this my recently filed Federal Complaint. Against the Civilian Administrative and Commissioned Department of Corrections Officer Personnel of the institution of South Woods State Prison in Bridgeton, New Jersey.

---

## (PLAINTIFF CLAIM)-(No. THIRTY-NINE)

### VIOLATION OF EIGHTH AMENDMENT PRISONERS RIGHTS
(The Prohibition of Cruel and Unusual Punishment)

403.   **PLAINTIFF No.11:** (SGT. D. SHEEHAN), is the Mail/Property Room [Sergeant] of South Woods State Prison.   Whom, is guilty of the dereliction of the "Rules and Regulations" and multiple unlawful acts.   In the form of [Mental Harassment and Abuse] against inmates of South Woods State Prison which include the following charges:

404.   (1)-(Confiscating inmates personal property, once it arrives at the Mailroom of South Woods State Prison from any other State Penal institution in the State of New Jersey)!

405.   (2)-(Confiscating of inmates personal property, once the inmate returns back to the institution of South Woods State Prison.   From Administrative Segregation after receiving a institutional disciplinary charge and completing his sentence)!

406.   (3)-(Impeding & obstructing any United States Postal Service Government documentation from a Postal Service Customer. By withholding (U.S. Postal Service Certified Mail Receipts) from the inmate population!   Which is the documentive proof that the legal documentation had been mailed out to the State or Federal Government Agencies addressee!

**407.**   **ADDRESSING CHARGE No.(1):** (SGT. D. SHEEHAN), is the Mail and Property Room [Sergeant] in the institution of South Woods State Prison.   Whom, unlawfully Confiscates inmates personal property when it arrives from other institutions at South Woods State Prison.   That has been payed for by the inmates trust account funds after being authorized for purchase of the items by the New Jersey Department of Corrections!

**408.**   That proves that (SGT. D. SHEEHAN), is guilty of exceeding her own authority in her Mailroom position in South Woods State Prison.   By disregarding the [RULES AND REGULATIONS] of the Department of Corrections which is a violation!   With her own [VATICANISTIC POLICIES], in which I could make such a comment [Me] being of the "Jewish and Catholic" faith.

**409.**   She purposely disregards the Department of Corrections rules by confiscating my personal property once I arrived at the institution.   Like Incentive Foods Package Items, Clothing, Electronics, Law Books.   That I purchased at other institutions with my trust account funds, which was unlawful for her to do.

**410.**   **ADDRESSING CHARGE No.(2):** (SGT. D. SHEEHAN), is also guilty of maliciously and vindictively confiscating a great deal of my personal property.   Once I returned back from my Administrative Segregation sentence at Northern State Prison and once my personal property arrived here at South Woods State Prison Mail/Property!

**411.**   **ADDRESSING CHARGE No.(3):** (SGT. D. SHEEHAN), is guilty of violating "UNITED STATES POSTAL SERVICE LAWS"!   And even (SGT. D. WATSON-1913), and other Officers that work in the Mailroom.   Whom, purposely withhold Postal Service documentation "CERTIFIED MAIL RECEIPTS" from inmates of the institution!

**412.**   **"UPON INFORMATION AND BELIEF".**   That the Mailroom Corrections Officer Personnel are in fact [TAMPERING] with the (UNITED STATES POSTAL SERVICE)-(RETURN RECEIPT PS FORM-3811) itself.   To many of us inmates in the institution are receiving back the (RETURN RECEIPT PS FORM-3811)-(THE GREEN CARD) unsigned by the State and Federal Government Agency Personnel.

**413.**   When I receive the (RETURN RECEIPT PS FORM-3811) back from the mailroom it seems like the (PS 3811-GREEN CARD) shows no wear and tear.   Like it has been [RIPPED OFF] by the Mail Room Corrections Officer Personnel.   And then returned to me without going through the (U.S. POSTAL SERVICE SYSTEM)!

**414.**   And when I contact any of the State or Federal Government Agency that I Mailed the legal documentation too they have inform me that they have not received any of my legal documents that I have sent them.   I believe my legal Mail had been purposely [IMPEDED AND OBSTRUCTED] and then [DISCARDED] by the Mailroom Personnel of South Woods State Prison!

59

415.    I have written to the Administrator of the institution
of South Woods State Prison (Mr. Willie Bonds) at his office.
Several times in the form of LEGAL LETTERS informing and
explaining to him the unlawful actions that are being taken
by his Mailroom [SERGEANT] and Corrections Officer Personnel.

416.    And have written directly to (SGT. D. SHEEHAN), and Senior
Corrections Officer (SCO. L. VASTANO), at the Mailroom as well.
And to the [OMBUDSMAN] of South Woods State Prison.  Requesting
his assistance in the immediate return of all my missing personal
property that they have taken without delay. See (Exhibits "H").

417.    And not to mention, that the Mailroom (SGT. D. SHEEHAN),
and (SCO. L. VASTANO), from the institution of South Woods State
Prison.  Have also purposely have violated the Federal Criminal
Code "[TITLE 18]" Laws as well, which are by Federal laws as
follow: [18 USC § 1701], [18 USC § 1702], [18 USC § 1709].

---

### (PLAINTIFF CLAIM)-(No. FORTY)

#### VIOLATION OF EIGHTH AMENDMENT PRISONERS RIGHTS
(The Prohibition of Cruel and Unusual Punishment)

418.    **DEFENDANT No.(12):** (SCO. L. VASTANO), is the Mailroom
Senior Corrections Officer.  Whom, is also one of the assistants
of (SGT. D. SHEEHAN), in the South Woods State Prison Mailroom.
Who is guilty of unlawfully confiscating inmates personal
property when they arrive from another institution.

419.    And just like (SGT. D. SHEEHAN), is just as guilty of
maliciously and vindictively confiscating the inmates personal
property that he has purchased.  When the inmates does return
from Northern State Prison after serving his Administrative
Segregation sentence for his disciplinary charge he received!

420.    That when the inmate receives his Property from the
Mailroom he discovers that a great deal of his property was
missing "STOLEN, CONFISCATED, or DISCARDED".  Which his property
was approved by the Department of Corrections and the institution
from once the Plaintiff, has come from. See (Exhibits "I")

---

### (PLAINTIFF CLAIM)-(No. FORTY-ONE)

#### VIOLATION OF EIGHTH AMENDMENT PRISONERS RIGHTS
(The Prohibition of Cruel and Unusual Punishment)

421.    **DEFENDANT No.(13):** (Ms. Lisa R. Mills), holds the position
of Nurse Practitioner in the Medical Department of the facility-1
compound in South Woods State Prison.  Whom is guilty of the
[CRIMINAL ACTS] of [MEDICAL NEGLIGENCE] when it comes to the
medical welfare of the inmates on facility-1, in the institution.

422.    On (February 2018) please allow me to elaborate what transpires when I go and see my medical provider (Ms. R. Mills). With me the <u>Plaintiff</u>, (Mr. Caratini), (Ms. Lisa R. Mills), has the medical mannerisms that could be only described as medically "<u>EVASIVE AND MISGUIDING</u>" to say the least.

423.    Always down playing all my medical symptoms and illnesses complaints that I provide to her during my very limited medical examinations.   That she performs very quickly during my so-called "<u>Chronic Care Visits</u>" most of the time She, ignores all of my physical medical complaints that I tell her about in my visits.

424.    Down playing them as you will, like if I the <u>Plaintiff</u>, (Mr. Caratini), does not know my own body when I am feeling sick.   At my age of (61-years), I being on this planet longer than she has been alive!  Her physical examinations of my physical body only consist of taking a few very quick readings with some hand held medical instruments.

425.    That look like some medical instruments that she borrowed from (Dr. Macoy's), sick bay on the Star Ship Enterprise on what use to be the T.V. series "<u>STAR TREK</u>".  Basically not paying any attention to any of my medical complaints that I just made to her in her medical department office.

426.    I have tried my best to have her address all my medical illnesses that I am suffering with while in South Woods State Prison.   When she calls me down to the medical department and I have to deal with her, but it has been to no avail.   And She never informs me of any of my medical test results until I return on my next "Chronic Care Visit" months later.

427.    The problem in the three medical departments and one Clinic, of South Woods State Prison is that you never get to see a real Doctor, in this institution!  She also never provides me with any kind medication when ever I come in to see her with any kind of major common cold symptoms.  Having a major "<u>COUGH</u>" and a very painful "<u>SOAR THROAT</u>" and painful "<u>SINUS CONGESTION</u>".

428.    And even when I am having a difficult time breathing and am secreting very "<u>THICK YELLOW AND GREEN MUCUS</u>" from my nose and chest which means that I have a major infection. I would ask her for some "<u>ANTIBIOTICS</u>" and "<u>COUGH SYRUP</u>" or even some "<u>COUGH DROPS</u>" that I required for my soar throat.  Which (Ms. Lisa R. Mills), would automatically refuse to provide me with, not even some "<u>ASPIRIN</u>".

429.    To try to fight the cold symptoms that I was experiencing were ever provided by her to me.  She would dismiss my request for an ex-ray of my chest and lungs or any kind of medication to battle the fever and these cold symptoms!  Which since She, refused to address and were left unattended by her for months immediately turned into a major walking pneumonia!

430.   Her actions are almost like (Ms. Lisa R. Mills), is being financially compensated and rewarded for [NOT] providing any medication to the inmate population.  By the upper echelons of the medical departments in the institution of South Woods State Prison.  And additionally from the New Jersey Department of Corrections in Trenton, New Jersey.

431.   In a malicious futile attempt to scale back prescription medication cost and treatment to the inmate populations of South Woods State Prison.  Which has become quite clear to me that the "FEDERAL FINANCIAL BOSOM" for the State and the New Jersey Department of Corrections.  That they have been feeding off for all these years unlawfully, has now with out a doubt finally beginning to dry up! See (Exhibits  "J")

---

### (PLAINTIFF CLAIM)-(No. FORTY-TWO)

### VIOLATION OF EIGHTH AMENDMENT PRISONERS RIGHTS
(The Prohibition of Cruel and Unusual Punishment)

432.   **DEFENDANT No.(13):** (Ms. Lisa R. Mills), in the years of (2017), (2018), (2019) has also ignored my complaints about my severe "DIABETIC FOOT & ANKLE NERVE PAIN" for years.  Even after requesting from her to provide me with some desperately needed "MEDICAL BOOTS" due to the severe pain when I walk. But she has always informed me that I don't need them, like if she knew what kind of foot and ankle pain I was suffering with!

433.   I had no other choice after her refusal but to submit in writing a request to the Administration of South Woods State Prison.  For the immediate approval to have a family member purchase a pair of (CONVERSE SNEAKERS WHITE CANVAS HI-TOP'S) for support of my "Diabetic Foot and Ankle Nerve Pain".  The Administration then informed me in writing that I had to first get a medical approval from my Medical Provider.

434.   Which I did receive from my South Woods State Prison medical provider (Ms. Lisa R. Mills).  Which is kind of ironic because she would not approve me for my "Medical Boots" for my "Diabetic Foot and Ankle Nerve Pain". But would approve me for my medical sneakers footwear from the outside, that I then submitted the medical approval documents to the Administration of the institution of South Woods State Prison.

435.   Which they immediately returned to me my approval to go ahead and have my family purchase the sneakers from a company on the outside.  Which only proves that the institution of South Woods State Prison [DOES NOT] want to pay for any medical equipment or treatment that an inmate may need or requires and wants the State inmate to go ahead and pay for the medical equipment himself! See (Exhibits "K")

---

### (PLAINTIFF CLAIM)-(No. FORTY-THREE)

**VIOLATION OF EIGHTH AMENDMENT PRISONERS RIGHTS**
(The Prohibition of Cruel and Unusual Punishment)

436.   **DEFENDANT No.(13):** (Ms. Lisa R. Mills), is guilty of
"MEDICAL NEGLIGENCE".   By allowing me to suffer with the aliment
of [SEVERE TOENAIL FUNGUS] for several years (2017), (2018),
and (2019).   Which has deformed my Toenails so hideously that
cause me nothing but great pain every time I walk or stand.

437.   Please allow me to elaborate in greater detail of the
painful effects of the toenail deformity that I have been made
to suffer with for years!   I will begin with the big toenail
deformity itself that has deformed in a way like a horse shoe
(U)-(Shape).   That is permanently and painfully pinching the
toenail flesh underneath the toenail itself always!

438.   That it feels like someone has taken a pair of pressure
pliers and pinched the flesh underneath the toenail, permanently.
The pain that I have been forced to suffer with all this time
is excruciating and unbearable!   I tried through Medical Service
Request Forms and Grievances to have the medical departments
address this infection in my toenails, was to no avail.

439.   All they prescribe for the toenail fungus infection after
examining my toenails is some (Clotrimazole Cream 1%) that cures
most Athlete's Foot fungus.   Which basically does nothing for
my severe toenail fungus infection no matter how much of it
I apply to my toenails daily.

440.   The medical providers in both of the facility compounds
refused to prescribe any oral medication for my toenail infection
ever!   I even requested to be sent to the Hospital to have a
Doctor, remove the two large toenails that were causing me the
greatest pain!   Which they denied my medical request that I
made to both my medical providers on both facility compounds.

441.   Which left me with only one alternative to relieve the
excruciating toenail pain pressure that I have been experiencing!
I that was to perform the toenail surgery myself to the best
of my ability and any way I could I am sorry to say!   The
procedure that I had to perform on one of my big toenails myself
was surgically primitive by today's medical standards!

442.   Please allow me to elaborate in greater detail the
surgical procedure that I had to perform on myself in my cell.
First, I had to prepare the makeshift instruments that I would
use to perform the primitive surgery on my big toenail on my
right foot.   Which did consist of a new "SECURITY RAZOR" and
a "LARGE TOENAIL CLIPPER" that I used as a surgical instruments.

443.    For cutting the flesh underneath the toenail and holding
and the pulling up of the big toenail itself.  I also prepare
a bucket of lukewarm water since there is no hot water in any
of the Prison cells, and of cause a large tourniquet!  I began
by soaking the toenail in the bucket of water until it would
soften the big toenail and the flesh around it.

444.    Then I began to cut the flesh around the toenail while
gently pulling the toenail upward with the large toenail clipper!
Once the toenail began to pull away from the big toe I had to
continue cutting the flesh underneath the toenail as quickly
as possible! While holding back the tears due to the excruciating
pain that I was experiencing while performing the primitive
surgery in my cell without any kind of anesthetic!

445.    Not to mention, having to deal with all the blood that
was profusely bleeding out of the big toe and toenail area.
Which I could some what controlled with the home made tourniquet
that I wrap around the big toe before I began the primitive
surgery!  Then final procedure that I had to perform was to
cut away the infected fungus flesh underneath the toenail.

446.    And then the final action that I had to perform was to
pull away the toenail off the toe itself, that you would know
when it was done when I heard the crunch then you knew that
its was off the toe!  After I completed the primitive surgery
on myself I had to immediately proceed to stop the bleeding
on the big toe.

447.    And then after that, I had to begin cleaning out the
wound by cutting away all the infected fungus flesh that remained
on the toe itself.  That was left there after the toenail was
removed with the large toenail clipper and the razor.  Once
that was completed I wrapped the right foot big toe with some
gauze and some medical surgical tape that I had from a previous
finger injury.

448.    I must inform you that I saved the physical evidence
the [TOENAIL] itself that I removed.  And have forwarded it
to my [ATTORNEY-IN-FACT] whom has [GENERAL POWER OF ATTORNEY]
from me to handle completely all my legal matters!  Whom, is
(MR. JOHN J. ZELENKA)-(6 FERRUZZA DRIVE) (CHESTNUT RIDGE, N.Y.)
(ZIP CODE, 10977-6701)-(PHONE: 845-426-0427).

449.    Whom, is also the President of ZelenCom Enterprises Ltd.,
an International Telecommunications Company from New York, for
(40-Years).  And is also a (FAA UAS0)-(Unmanned Aerial System)
and (ID and Tracking Aviation Rules Committee Member) in our
Nations Capital Washington, DC.  Which he also holds the
clearances with the "Washington and New York Secret Service"
for many years as well!

### (PLAINTIFF CLAIM)-(No. FORTY-FOUR)

**VIOLATION OF EIGHTH AMENDMENT PRISONERS RIGHTS**
(The Prohibition of Cruel and Unusual Punishment)

450.   **DEFENDANT No.(13):** (Ms. Lisa R. Mills), my Nurse
Practitioner is guilty of "<u>Medical Negligence</u>".  By allowing
me (Mr. Caratini), to suffer with [<u>RESPIRATORY PROBLEMS</u>] for
several years since I arrived at the Facility-1, Compound.
My official complaints began to my medical providers on two
of the facility compounds medical departments.  Being facilities
(1 and 3), of South Woods State Prison in Bridgeton, New Jersey!

451.   My medical complaints to (Ms. Lisa R. Mills), began on
(2017), (2018), and (2019), informing my medical provider that
I have been having great difficulty breathing.  When I go up
a flight of stairs or go to all my medical appointments in the
institution of South Woods State Prison.  And also when I have
to walk to my medical appointments at the main Clinic in the
institution's (V-building) which is the length of about (5-Five)
New York City blocks.

452.   I informed (Ms. Lisa R. Mills), that I always have to
stop to catch my breath multiple times along the way to my
medical appointments and on my way back to my housing unit.
I also informed both of my medical providers of both medical
departments (3 and 1) that I have been having great difficulty
breathing.  When I am sleeping and wake up choking and having
[IRREGULAR HEART BEATS] almost every night that leaves me soaked
in sweat and great distress and scared !

453.   I informed (Ms. Lisa R. Mills), that I believe that it
is the beginning signs of becoming a [<u>NAPALECTIC</u>], as I have
been informed by other medical personnel in the institution.
I informed (Ms. Mills), of all this while she was performing
her brief examination of me.  By listening to my chest and my
lungs through my back with her medical stethoscope after I told
her that I have irregular heart beats.

454.   I informed (Ms. Lisa R. Mills), that I have been a heavy
smoker all my life, since the age of (11-years) old and that
I had lung illnesses.  Her response to the personal medical
information that I just provided to her about my smoking was
that my lungs were just fine!

455.   (Ms. Lisa R. Mills), totally ignoring the personal medical
information that I just gave her about my lungs and breathing
during her quick examination of my upper body.  And then finally
rushing me out of her medical office in the most unprofessional
medical manner that I have ever experienced!

---

### (PLAINTIFF CLAIM)-(No. FORTY-FIVE)

### VIOLATION OF EIGHTH AMENDMENT PRISONERS RIGHTS
(The Prohibition of Cruel and Unusual Punishment)

456.   **DEFENDANT No.(13):** (Ms. Lisa R. Mills), my medical provider is guilty of "Medical Negligence". By allowing me to suffer continuously with my [ROTATOR CUP INJURY] that I sustained while being held at Administrative Segregation at Northern State Prison.   After being framed with a fraudulent disciplinary charge for my ex-cell mate exposing corruption in a written complaint against a Correction Officer of South Woods State Prison!

457.   Since (02-04-2016) through (2020) the injury has left me with a permanent disability in my left arm, since no surgery was ever performed.   Due to the fact that I [WILL NOT] sign any [WAIVER] absolving the medical department of South Woods State Prison.   And the Doctor, who would performed the surgery along with Saint Francis Hospital.   And finally the New Jersey Department of Corrections Medical Department of New Jersey!

458.   The permanent disability injury has left me with a left arm that I the Plaintiff, could hardly use. Allow me to elaborate what I am suffering with every single day since I got injured, I [CAN NOT] raise my arm no higher then my chest.   Any attempts to raise the arm higher causes me great sharp pain like someone is stabbing me with an [ICE PICK] in my (Rotator Cup).

459.   Which feels like a piece of sharp bone is punching through my flesh in my "ROTATOR CUP" in my shoulder that prevents me from working in any jobs in the institution. As the Doctor that wanted to do the surgery explained to me that a piece of bone that has broken off the main (Rotator Cup Bones). Is continuously punching through "TWO COMPARTMENTS" in my "Rotator Cup" area in my left shoulder causing me the great pain until I have the surgery performed!

460.   And that the two fluids in the Rotator Cup area the are the "LUBRICANT FLUID" from one compartment. And the "BLOOD FLUID" from another compartment are mixing in my "Rotator Cup" due to the injury!   And that I require immediate surgery to remove the piece of broken bone that is causing me the problem when it punches through both Rotator Cup compartments!

461.   The results of not having the surgery is that these two fluids that are mixing together in my damage "Rotator Cup" and shoulder, is that the fluids have to go somewhere!   Which end up being very [LARGE CYST] under my arm pit on my left shoulder that are extremely painful every since the (Rotator Cup) injury happened in my Administrative Segregation cell in Northern State Prison.

462.    Especially when they reach the size of an egg which leaves me with no other choice but to [POP AND DRAIN] the cyst of the [BLOOD AND PUS] which is very painful!  Another major problem with my injury is that its began to cause my whole left arm great pain.   When my whole left arm becomes [PARALYZED] with pain and I lose all muscle control in my arm and fingers.

463.    My fingers in my left hand become [TWISTED] and [DEFORMED] for about an hours until the seizure passes!   Since I did not ever have the "Rotator Cup" surgery and just have been receiving shots of steroid medication for the pain and injury!   Every (3-months) which I am sorry to say that it only stops the pain for only about (2-weeks) and then the pain returns.

---

### (PLAINTIFF CLAIM)-(No. FORTY-SIX)

**VIOLATION OF EIGHTH AMENDMENT PRISONERS RIGHTS**
(The Prohibition of Cruel and Unusual Punishment)

464.    **DEFENDANT No.(13):** (Ms. Lisa R. Mills), is my medical provider whom I requested to intercede with the problems that I am having with the Dental departments of South Woods State Prison.   As my medical provider she had the responsibility to make sure that I had the medical care that I required. And to [NOT] assist me with my medical needs was "Medical Negligence"!

465.    I informed (Ms. Lisa R. Mills), the since I arrived at South Woods State Prison on (2016) through (2019).   That I have submitted multiple Health Service Request Forms to the Dental departments! Requesting an oral examinations and some extractions of some teeth that were damaged after an attack being a detainee at the Bergen County Jail, that cause me pain.

466.    I informed her that I submitted Health Service Request Forms to the facility compounds Dental department multiple times to be seen by a Dentist, immediately.   But I am sorry to say that I have never received any reply to my Health Requests Forms that I submitted to their Dental departments in any form.

467.    I then submitted to the institution of South Woods State Prison multiple (NJDOC Inmate Inquiry) and (Grievance Forms). On both facilities compounds (3 and 1) informing them that I required to see a Dentist immediately!   In which I never also received any reply to my Inmate Inquiry Forms or Grievance complaints as well!   See (Exhibits "M").

468.    Now since everything I tried through the institutional and Department of Corrections "Inmate Remedy System" has failed! I was left with no choice but to deal with my dental problems on my own.   Which was to extract the teeth's that were causing me the greatest problems and pain myself in my own cell. Allow me to describe the procedure that I had to perform on myself.

67

469.    First, I would have to prepare the instruments that I
would use to do the surgical procedures in my mouth.  I would
had to use a (RAZOR) a (LARGE NAIL CLIPPER) and the wood handle
from a (HAIR BRUSH).  And finally (WARM SALT WATER) that I would
require to perform the oral surgery on myself!

470.    Second, I had to cut the gum above the tooth with the
razor that I was going to extract all the way to expose the
whole tooth and root!  Then I would place the large toenail
clipper, the long way like a chisel against the side of the
tooth to be removed.  And with my right hand I would take the
hair brush, using the wood of the hair brush as a hammer to
strike the toenail clipper while collecting the blood with gauze.

471.    Until the tooth would break loose, and then I would
extract the tooth by pulling on it with my fingers!  All this
was performed without any anesatheic while holding back the
tears from the excruciating pain that I was experiencing!  I
have performed this oral surgical procedure on myself about
[9-Times], already in my cell due to the severe tooth aches!

472.    I have kept all the teeth's that I have extracted as
physical evidence for my Attorneys that will represent [Me]
in Court.  And forwarded them to my [ATTORNEY-IN-FACT] who has
complete [GENERAL POWER OF ATTORNEY] named (Mr. John J. Zelenka),
that his contact information is on (Page-64) for my Attorneys,
to contact him for the physical evidence for Court!

---

### (PLAINTIFF CLAIM)-(No. FORTY SEVEN)

#### VIOLATION OF EIGHTH AMENDMENT PRISONERS RIGHTS
(The Prohibition of Cruel and Unusual Punishment)

473.    **DEFENDANT No.(13):** (Ms. Lisa R. Mills), my medical
provider is guilty of "Medical Negligence".  By allow me to
suffer continuously with my [FRACTURED TAILBONE & SPINAL INJURY],
that was re-injured.  After a nightmare Department of Corrections
Van ride that took (7-hours) to reach Northern State Prison!

474.    I informed my medical provider (Ms. Lisa R. Mills), that
I've been experiencing excruciating [TAILBONE PAIN] every since
that terrible van ride on (01-22-2016) and until now in the
year of (2019).  And that I required an [EX-RAY] to be taken
of my [SPINAL TAILBONE AREA] because I believed the tailbone
has once again become partially separated from the Spinal Cord.

475.    I explained to (Ms. Mills), during my "Chronic Care"
medical visit that I could not sit on any hard surfaces.  For
more then a few Minutes without experiencing excruciating
tailbone pain.  And to please schedule an appointment with a
[SPINAL DOCTOR] at the South Woods State Prison clinic because
I [DID NOT] want to end up paralyzed for the rest of my life!

476.    I also informed her that I needed her to add to my medical records that if I am to be transported anywhere out of South Woods State Prison to any "Medical or Court" trips.    That I could only be transported in a Department of Corrections medical transport vehicle [NO REGULAR HARD SEAT VEHICLES] ever because it might break my tailbone clean off my spine!

477.    After I finish informing (Ms. Lisa R. Mills), of the situation with my [FRACTURED SPINAL TAILBONE] that I have been suffering with since the injury.    She informed me that she was going to order a "DONUT" for me so when I go on medical or Court trips.    That I would have it to sit on, which [WAS NOT] what I asked her to enter in my medical records.

478.    I also asked (Ms. Lisa R. Mills), for a prescription of some "Anti-Inflammatory" and "Pain Medication" for my tailbone pain.    She informed me that she could not do that until a Spinal Doctor, would issue a prescription.    Which then she would fill the prescription out for me at South Woods State Prison which was not true and was a [LIE].

479.    My response to (Ms. Mills), was that she needed to put this information on my medical records permanently!    And to contact the Doctor, for the medication for my spinal pain which she informed me that she would take care of it.    I am sorry to say that she never complied with my medical request for the Spinal Doctor, or any pain medication for my tailbone!

---

### (PLAINTIFF CLAIM)-(No. FORTY-EIGHT)

### VIOLATION OF EIGHTH AMENDMENT PRISONERS RIGHTS
(The Prohibition of Cruel and Unusual Punishment)

480.    **DEFENDANT No.(13)**: (Ms. Lisa R. Mills), my medical provider is guilty of "Medical Negligence". By allowing me to suffer continuously with [HEARING PROBLEMS] that I have been suffering with for years in the institution of South Woods State Prison!    I officially informed (Ms. Lisa R. Mills), that I have been having major hearing problems for the last couple of years.

481.    Like I have informed the other medical provider on the facility-3, compound of South Woods State Prison when I first arrived at South Woods State Prison on (2015) through (2019). I told (Ms. Mills) that I have been having major problems hearing the Senior Corrections Officers orders when they talk to me!

482.    And that I have to get real close to them to hear what they are saying, which automatically puts them on the defensive! Which if left uncorrected by the medical department at the institution of South Woods State Prison.    Will make me draw a institutional disciplinary charge for [Me] not following their orders when told too, due to my hearing problems.

483. And that I required a hearing test performed at the Prison Clinic and after to be provided with a "HEARING AID" for my ears immediately! (Ms. Mills), then got up and performed the most primitive hearing test on my ears by putting her fingers near my ears and rubbing them together next to my ears.

484. While asking me "CAN YOU HEAR THAT", which I replied [NO], which she then informed me that my ears were just fine! And that I did not need a "Hearing Aid", and then she said that we were done and that I could leave! I am sorry to inform you that my hearing has just only gotten worst over the years with "No Hearing Aids" in the New Jersey Prison System.

485. Me now being the age almost (62-years), in the New Jersey Prison System. And not to mention, I am sorry to say that the same has happen to a great many other body parts as well at my age. No "NOT THAT", that still works just fine at my age, if you could believe it, I must have maybe a little "SUPER MAN", in me due to the Super Food I eat, "Oatmeal"!

---

### (PLAINTIFF CLAIM)-(No. FORTY-NINE)

**VIOLATION OF EIGHTH AMENDMENT PRISONERS RIGHTS**
(The Prohibition of Cruel and Unusual Punishment)

486. **DEFENDANT** No.(13): (Ms. Lisa R. Mills), my medical provider is guilty of "MEDICAL NEGLIGENCE". By prescribing the wrong medication that was suppose to help me with the injury that I have in my [ROTATOR CUP] in my left shoulder! (Ms. Mills), informed me that the medication would help me with the pain in my (Rotator Cup) so I could get some sleep at night.

487. The medication that She, prescribed for the pain in my (Rotator Cup) and shoulder is named [NORTRIPTYLINE HCL] common brands (Aventyl) and (Pamelor). Which my medical personnel on the outside have informed me with medical documentation that this medication that (Ms. Lisa R. Mills), has prescribed for me is not for pain but for the following medical uses.

488. USES: This medication is use to treat [MENTAL AND MOOD] problems such a depression. It may help improve mood and feeling of well-being, relieve anxiety and tension, and increase your energy level. This medication belongs to a class of medications called [TRICYCLIC ANTIDEPRESSANTS]. It works by affecting the balance of certain natural chemicals (Neurotransmitters) in the brain.

489. SIDE EFFECTS: ("Drowsiness, dizziness, dry mouth, blurred vision, constipation, weight gain, or trouble urinating"), may occur. To reduce the risk of dizziness and lightheadedness, get up slowly when raisin from a sitting or lying position.

490.   I believe that my medical provider (Ms. Lisa R. Mills), on the facility-1, compound medical department of South Woods State Prison.  Did in fact prescribed this "Anti-depressants Medication" for me out of "MALICIOUS AND VINDICTIVE RETALIATION". For me writing her up in "Legal Letters" multiple official medical complaints to Trenton.

491.   To the [DIRECTOR OF MEDICAL HEALTH SERVICES] in Trenton, first to (Dr. R. Woodward), and then to the new Director of Medical Health Services (Dr. Heshan Soliman) on (2018) & (2019). She prescribe this medication for me in her attempt to try to classify me as some inmate with mental problems and issues. Which my New Jersey Prison System and institutional records will prove that this could be nothing further from the truth!

492.   Its was an [UNLAWFUL DECEPTIVE TACTIC] that the Department of Corrections Medical Provider Personnel.  Along with the Administrative and Commissioned Corrections Officers Personnel of South Woods State Prison. Use against inmates that have filed any complaints with Trenton, against either of their department Personnel in the institution of South Woods State Prison!

---

### (PLAINTIFF CLAIM)-(No. FIFTY)

**VIOLATION OF EIGHTH AMENDMENT PRISONERS RIGHTS**
(The Prohibition of Cruel and Unusual Punishment)

493.   **DEFENDANT No.(13):** (Ms. Lisa R. Mills) my medical provider is guilty of "MEDICAL NEGLIGENCE".  For [NOT] addressing my [BLADDER PROBLEMS] and [KIDNEY PROBLEMS] that cause me to urinate about (20-Times) a days. These medical problems with my excessive urination has been going on for a few years now even before I arrived at South Woods State Prison in Bridgeton, New Jersey.

494.   I informed (Ms. Lisa R. Mills), that I [CAN NOT] stop urinating and having pain in my bladder and kidneys when I urinate or have bowel movement.  And also when I have any kind of bowel movement being constipated most of the time which is a major problem for me.   (Ms. Mills), turned to me and informed me at my "Chronic Care Visits" that my Kidneys were just fine, which I did not believe in any way.

495.   Due to the fact that when I have "Lab Work" on my Blood and Urine the results on my Lab Test come back that I'm urinating out my "PROTEIN" with even "BLOOD" in my urine as well.   And (Ms. Mills), refuses to acknowledge any of my medical problems that I have.   And even refuses to prescribe medication for my illnesses including even a stronger laxatives so that I could have better bowel movement.   Which has become a major problem for me at my age of (62-years) as well!

---

## (PLAINTIFF CLAIM)-(No. FIFTY-ONE)

### VIOLATION OF EIGHTH AMENDMENT PRISONERS RIGHTS
(The Prohibition of Cruel and Unusual Punishment)

496.   **DEFENDANT No.(13):** (Ms. Lisa R. Mills) my previous medical provider who was guilty of "Medical Negligence". Whom, has now in (2019) has been replaced with a new medical provider named (Mr. R. Malta). That is just as "Negligent" as (Ms. Mills) was in the medical department of South Woods State Prison.

497.   Please allow me to elaborate on his "Medical Negligence", when I am called down to his medical office. The first thing that he asks you is why are you here him being the one that called you down to see him. Him being oblivious to your medical problems and conditions and the medication that you need!

498.   He physically displays the mannerisms of someone that does not want to be at his job in the medical department! His lack of medical actions are like my previous medical provider (Ms. Mills). Always down playing my illnesses and medical needs that you desperately require for your health. And also refuses to provide you with any medication for your medical illnesses!

499.   **UPON INFORMATION AND BELIEF:** (Mr. R. Malta) When he first started his new position as medical provider in the facility-1, medical department in South Woods State Prison. When an inmate would came to his medical office, he would provide the necessary medication for the inmate's illnesses that he would required!

500.   **UPON INFORMATION AND BELIEF:** But his actions as a great medical provider would not last long in the medical department. The Administration and upper echelons medical personnel of South Woods State Prison a (Dr. Collier), could not allow that. He was ordered to [STOP] providing medication to the inmate population on facility-1 compound. This is why (Mr. R. Malta), and (Dr. Collier), will be added to this Federal Complaint under [Section 1983] suit in an "AMENDMENT" as well!

501.   This is why (Mr. R. Malta), is not refilling my (K.O.P.) medication prescriptions that I require monthly for my health. I submitted multiple refill forms asking him for the following medications that I am not receiving in months. Which are (Triamcinolone 0.5% Cream) & (Clobetasol Propionate 0.5% Cream) for the Psoriasis sores that I have all over my body.

502.   He Informs me that he can not prescribe the medication for me unless I have the Psoriasis sores all over my face! Which is the most absurd medical excuse that I have ever heard in my life them being (K.O.P.)-(Medication) that I always receive every month and am [NOT] getting from him.

72

503.   Medical provider (Mr. R. Malta), also would not provided me with any (Metamucil SF Orange Packets) that I require for my bowl movement at my age of (62-years)!  He is also not providing me with some of my "High Blood Pressure" medication (Lisinopril 40-mg Tablets).  That I require daily to keep my blood pressure down to normal among other (K.O.P.)-(Medications).

---

### (PLAINTIFF CLAIM)-(No. FIFTY-TWO)

**VIOLATION OF EIGHTH AMENDMENT PRISONERS RIGHTS**
(The Prohibition of Cruel and Unusual Punishment)

504.   **DEFENDANT No.(14)**: (Ms. Jillian Tanner), is the Civilian Dietitian for the institution of South Woods State Prison. Whom, at all times mentioned in this Complaint is responsible for the "Dietary Welfare" of the inmates of the institution. Whom, is guilty of "Dereliction of her Duties" as the dietitian and overseer of the Food Service Culinary Personnel.

505.   That as overseer has the responsibility of enforcing all the "Rules and Regulations"!  Concerning all the Food Service Culinary Personnel in South Woods State Prison.  Including all the (I.T.I's)-(Institutional Training Instructors) and all the housing units "PANTRY KITCHEN WORKERS".  And all the inmates "Main Culinary Kitchens Workers" on the facility-1, compound.

506.   That prepare the inmates meals for each housing unit which these "Institutional Training Instructors" [DO NOT] train the "Inmate Culinary kitchen Workers".  On how to prepare a "Renal Medical Dietary Meal" which are suppose to be "BLAND" always due to the inmate's medical conditions.  But are being prepared full of salt and species which are not for the benefit of the sick inmate. But for the (Inmate Culinary Kitchen Workers) themselves and for sale to other inmates in their food contracts!

---

### (PLAINTIFF CLAIM)-(No. FIFTY-THREE)

**VIOLATION OF EIGHTH AMENDMENT PRISONERS RIGHTS**
(The Prohibition of Cruel and Unusual Punishment)

507.   **DEFENDANT No.(14)**: (Ms. Jillian Tanner), the dietitian and her (Institutional Training Instructors), on the facility-1, compound are guilty of "Dereliction of Duties!  When it comes to the inmates dietary requirements that are provided to every Prisoners in the institution of South Woods State Prison.

508.   Permit me to elaborate on the illegal activities in the facility-1, compound "Main Culinary Kitchen" and with the housing unit "Pantry Kitchens Workers"!  What these Civilian (I.T.I.'s) of South Woods State Prison have been permitted to violate by manipulating the inmates daily [MEDICAL DIETARY MEAL MENUS].

509.    That also involves the violations of all the inmates
"EIGHTH AMENDMENT PRISONERS RIGHTS".   Which states under the
heading [SPECIAL CONDITIONS] of [MEDICAL DIETS] that by rulings
of the U.S. Supreme Court that "Prison Officials" [MUST] provide
medical required diets to Prisoners!  A [RENAL MEDICAL DIET MEALS]
is a diet for Prisoners that have (Kidney Problems) like I the
Plaintiff, (Mr. Caratini), do have!

510.    And must eat nothing but high quality foods in his diet,
in other words a [HOSPITAL DIET FOOD MENU] plane and simple.
That [CAN NOT] be in anyway substituted with any kind of process
Prison foods that may cause him more damage in anyway to the
kidneys of the Prisoner.  Which would happen if the inmate's
dietary meals are some how altered or tampered with in any form.

511.    Which this Dietitian (Ms. Jillian Tanner), has already
[CANNIBALIZED] my [RENAL MEDICAL DIET MEALS]!  And has purposely
substituted the Renal Food Items in my meals with process food
items off the Prison food line!  That a few days out of the week
I [DO NOT] receive my [RENAL MEDICAL DIETARY MEALS].  From the
"Main Culinary Kitchen" or "Pantry Kitchen Workers" of my housing
unit on (2-2-R), and I am force to except a regular food tray!

---

### (PLAINTIFF CLAIM)-(No. FIFTY-FOUR)

### VIOLATION OF EIGHTH AMENDMENT PRISONERS RIGHTS
(The Prohibition of Cruel and Unusual Punishment)

512.    **DEFENDANT No.(14):** (Ms. Jillian Tanner), the dietitian
and her (Institutional Training Instructors) on the facility-1,
compound of South Woods State Prison are guilty of dereliction
of their supervisory duties!  By allowing the following unlawful
actions by their "Main Culinary Kitchen" and the housing unit
(Pantry kitchen Workers), please allow me to elaborate!

513.    Since my arrival on the housing unit (2-2-R) on the
facility-1, compound on (07-11-2016) and until now (01-22-2020)
which is approximately over (3-years).  I have never received
any [HOT MEALS] from the "Main Culinary Kitchen" or the housing
unit (Pantry Kitchen Workers) on (2-2-R).  I must inform you
that all of my [RENAL MEDICAL DIETARY MEALS] that I have been
receiving have been always [ICE COLD]!

514.    The conditions of some of the foods that I receive is
laying in a pool of [ICE COLD COAGULATED WHITE GREASE FAT] that
could not be eaten because it has not been heated!  I asked the
Pantry Kitchen Workers, why are my meals always [ICE COLD] all
the time?  The answers that I have received from the housing
unit "Pantry Kitchen Workers" was that "ITS NOT THEIR JOB" to
heat up my food.  And that its the Main Kitchen's responsibility
to heat up my food, not theirs!

74

515.    Which is nothing but a "LIE" because all Pantry Kitchen
Workers are suppose to heat up all the foods that they bring
on the housing units in there Pantry Kitchens!  They are suppose
to use the "Electric Warming Tables" to heat up all the foods
that they bring up in the metal food trays.  Which Include my
[RENAL MEDICAL DIETARY MEALS] in the aluminum trays in which
they come in, with the hot water using the boiler method.

516.    They never provide any hot meals to the rest of the
inmates on the housing unit either, due to their assembly line
methods that they use to serve the food!  These Pantry Kitchen
Workers that are never supervised stack the food tray about
(20-trays) high at a time and leave them there for about a
(1-hour)!  So by the time the inmates of the housing unit come
out to get their food trays the food on the trays is [ICE COLD]!

517.    This is allow to happen because the Institution Training
Instructors never make their rounds of inspection!  To the housing
units pantries and allow the housing unit Pantry Kitchen Workers
on every housing unit to conduct their illegal enterprises!
Which include [STEALING] anything off the inmates food trays
they can by [SHORTENING] their food portions every day.

518.    And then having the gall to sell the food they stole
back to the inmates on the housing unit in food contracts!
Which by State and Federal Government Laws is [EXTORTION] and
also for running their illegal enterprises in a State Penal
Institution the charge of [RACKETEERING].  Which could only
happens because its permitted by the housing unit Corrections
Officers and the Dietitian of South Woods State Prison!

519.    And when I have gone to the food line to pick-up my Renal
Meals I have notice that the Pantry Workers have removed food
items from my food tray.  Stating to me that I am not suppose
to get those food items being fruits and sugar that are in my
"Renal Meal" that I receive!  And on the "Holidays" they [STEAL]
my pieces of [Pie] or [Cake] that comes with my Renal Meals,
which they sell later on to other inmates on the housing unit.

520.    If the Administration would like to verify my claims
of [THEFT] and of [EXTORTION AND RACKETEERING].  All they have
to do is to come on any housing units during and after the
housing unit Pantry Kitchen Workers.  Complete serving their
holiday meals and check their buckets that they carry back to
their cells, and you will have your answers and the proof of
the validity of my claims!  See (Exhibits "N")

521.    This Dietitian (Ms. Tanner), and (Institutional Training
Instructors) [DERELICTION OF DUTIES].  Is outright [NEGLIGENCE]
in the Main Kitchens and in the housing unit Pantry kitchens.
I have found in my "Renal Medical Diet Meals" while chewing
a piece of [METAL STAINLESS STEEL WIRE].  That if I would have
swallowed it would have cause me great internal injuries.

522.   From their stainless steel wire cleaning sponges from the "Main Kitchen in my food.  That cut the inside of my mouth while chewing trying to ingest my Renal Meal for nourishment. I have also found large pieces of [SHARP CHICKEN BONES FRAGMENTS] about the size of ($\frac{1}{2}$-inch) in diameter that have gotten impaled in my gums. While trying to chew my "Renal Medical Dietary Meals" which is nothing more than [CRIMINAL NEGLIGENCE]!

523.   **UPON INFORMATION AND BELIEF:**  The reason that these items end up in the State Prisoners foods is due to the following I have been informed by Inmate Main Culinary Kitchen Workers on the facility-1, compound.  Workers have informed me that in the "Main Kitchen" accidents with the food trays do happen with the Kitchen Workers.   Like dropping large cooked food trays that slip from the kitchen workers hands and fall on the floor!

524.   **UPON INFORMATION AND BELIEF:**  And the inmate kitchen worker after having that accident will clean up after himself by getting a dust pan and hand broom.  To pick-up what he dropped on the floor to put back in the food tray to put in the garbage! At that moment the (I.T.I.)-(Institutional Training Instructors) would scream at the inmate kitchen worker.

525.   **UPON INFORMATION AND BELIEF:**  To stop what he is doing and to put the food that he has just picked-up from the floor back on the serving line to be served to the State inmate population on there housing units!  Informing him that here at the institution of South Woods State Prison we don't waste anything.  And if the inmate then refuses to do it they will fire him on the spot with out any question!

526.   This Dietitian (Ms. Jillian Tanner), does not provide in my [Renal Medical Dietary Meals] any of the following food items that they serve in all the other State institutions! Like [BAKED POTATOES] or [SALADS] with [TOMATOES], [ONIONS], [PEPPERS] and [EGGS].  For any of my lunches or Dinners, in other words are not provided in my [RENAL HOSPITAL MEDICAL DIETARY MEALS]!

527.   Not to mention, that this dietitian (Ms. Jillian Tanner), has gone as far as to cut back the food portions in all the medical dietary meals.  Allow me to elaborate in greater detail on the amounts of food that the "Main Culinary Kitchen" sends me in my [RENAL MEDICAL DIETARY MEALS].  I receive about two tablespoons of any kind of meat, like (Chicken), (Beef Cubes), and (Ground Beef).

528.   Which is accompanied with (1) tablespoon of (Rice), or (Vegetables) and a few very small leafs of lettuce in a very small sandwich baggie as salad.  And (2) tablespoons of (Pasta), and (2) teaspoons of tuna in a small Styrofoam cup.  The bottom line is that they are serving me an adult of (62-years) small children size portions of food in my meals daily in South Woods State Prison in Bridgeton, New Jersey and nothing more!

529.   Which raises a very important questions and that is,
what is happening to the food items that are going missing.
From my [Renal Medical Dietary Meals] that I am suppose to
receive weekly but am not.  Are they being sent to some other
State affiliate in New Jersey being unlawfully [SOLD] to a third
party for [PROFIT]?  Basically [STEALING] these food items from
me and the other State inmates meals on a weekly bases.

530.   That should add up to substantial revenue for some
individuals in the State and Department of Corrections upper
echelons personnel and whatever third party recipients customers
in the State!  I must mention that when I confront the housing
unit "Pantry Kitchen Workers" about my missing food items I
am always threaten with physical violence them being Gang members
if I report it to the upper echelons of the institution!

---

### (PLAINTIFF CLAIM)-(No. FIFTY-FIVE)

### VIOLATION OF EIGHTH AMENDMENT PRISONERS RIGHTS
(The Prohibition of Cruel and Unusual Punishment)

531.   **DEFENDANT No.(15)**: (Mr. David Metelow), is the Supervisor
of Education at South Woods State Prison.  Whom, at all times
mentioned in this Federal complaint holds the position of the
"SUPERVISOR OF THE EDUCATION DEPARTMENT".  Which includes all
Educational Classes, Law Libraries, and their Personnel and
also is head of the "PACKAGE COMMITTEE" which approves and
disapproves the inmate population incoming package!

532.   Whom, is guilty of the acts of [IMPEDING AND OBSTRUCTING]
my efforts to obtain "Clerical Supplies" in the years of (2017),
(2018) and (2019). That I require for my [BROTHER WORD PROCESSOR]
to prepare my legal documentation to redress the decisions of
the State and Federal Government Courts in the State of New
Jersey and in Washington, DC!

533.   Like the following "BROTHER WORD PROCESSOR SUPPLIES"
(1032 NYLON & 1030 FILM RIBBONS), (BLACK NYLON RIBBON INK) and
(BROTHER MACHINE OIL).  He has also [IMPEDED AND OBSTRUCTED]
my attempts to order from a (Art Educational Company) art
supplies for my recreational use.  Which just makes no sense
since I use to receive these kind of "Clerical & Art Supplies".

534.   Back at "NEW JERSEY STATE PRISON" in Trenton, which is
classified as the only [SUPER MAX] Prison in the State of New
Jersey!  So the only conclusion that I could come up with is
that this (Mr. David Metelow), is performing these acts of
malicious rejections on purpose.  To [IMPEDE AND OBSTRUCT] me
from redressing the State and Federal Courts and their agencies
personnel.  Which I believe is on the instructions of someone
in a State or Law Enforcement Agency in Bergen County New Jersey!

535.   **FURTHERMORE,** (Mr. David Metelow), is also guilty of not maintaining any PROFICIENT CIVILIAN LAW LIBRARY PERSONNEL in the "Law Library" of the facility-1, compound in South Woods State Prison!  Which the end results to the inmate population is that the Prison Law Library is mostly always closed.

536.   Which is due to the fact that the Civilian Law Library Personnel are unable to do the most basic thing like show up for work!  Which is a violation of State (10A-Laws) and Federal Laws by prohibiting the inmate population from having access to legal information to be able to redress the State and Federal Government Courts of the State and Washington, DC!

---

### (PLAINTIFF CLAIM)-(No. FIFTY-SIX)

### VIOLATION OF EIGHTH AMENDMENT PRISONERS RIGHTS
(The Prohibition of Cruel and Unusual Punishment)

537.   **DEFENDANT No.(16):** (Ms. Cindy Sweeney), was the Associate Administrator of Northern State Prison.  Whom, was guilty of dereliction of her duties as Associate Administrator in Northern State Prison!  Concerning the [WELFARE] and [SAFETY] of State inmates whom are temporarily assigned to Northern State Prison!

538.   Please allow me to elaborate on the Dereliction of Duties and the "Criminal Negligence"!  Which could only be described as [EIGHTH AMENDMENT PRISONERS RIGHT VIOLATIONS] that ended up being nothing less then [VINDICTIVE AND MALICIOUS ACTS] of [CRUEL AND UNUSUAL PUNISHMENT].  Against a State Prisoner that was temporarily transferred to Northern State Prison.

539.   From South Woods State Prison to serve an Administrator Segregation sentence of (180-Days) on a fraudulent disciplinary charge that had no merit!  Please allow me to elaborate on the "EIGHTH AMENDMENT PRISONERS RIGHTS VIOLATIONS".  That were committed against [Me] the Plaintiff on purpose by both of the institutions Administrative and Commissioned and Non-Commissioned Corrections Officer Personnel, which are as follow:

---

### (PLAINTIFF CLAIM)-(No. FIFTY-SEVEN)

### VIOLATION OF EIGHTH AMENDMENT PRISONERS RIGHTS
(The Prohibition of Cruel and Unusual Punishment)

540.   Please refer to the following [PLAINTIFF CLAIMS NUMBERS] in the [PRO SE BRIEF] section for a complete description of the "EIGHTH AMENDMENT PRISONERS RIGHTS VIOLATIONS".  Which describe in greater detail all the [MENTAL AND PHYSICAL ABUSE] and [INJURIES] that I sustained. At the hands of the institutions of South Woods State Prison and Northern State Prison Corrections Officer Personnel!

PLAINTIFF CLAIM NUMBERS: (24), (25), (26), (27), (28), (29),
                         (30), (31), (32), (33), (34), (35),
                         (36), (37), (38), (39), (58), (59),
                         (60), (61).

541.   I (Mr. Caratini), while I was suffering these acts of
malicious and vindictive Prisoner [PHYSICAL AND MENTAL ABUSE].
Did in fact after submitting endless amounts of "Inmate Inquiry
Complaint Forms" did write three "LEGAL LETTERS" directly to
the Administrator (Ms. Cindy Sweeney). See (Exhibits "O")

---

### (PLAINTIFF CLAIM)-(No. FIFTY-EIGHT)

#### VIOLATION OF EIGHTH AMENDMENT PRISONERS RIGHTS
(The Prohibition of Cruel and Unusual Punishment)

542.   **DEFENDANT No.(17):** (SGT. April Washington), at all times
mentioned in this Federal complaint is the Mailroom [SERGEANT]
at Northern State Prison in Newark, New Jersey.  Whom, is
responsible for all the inmates "Incoming and Outgoing" Mail
and Property, and the Senior Corrections Officers Personnel
in that "Mailroom Department" of Northern State Prison!

543.   Whom, on (2016), is guilty of the unlawful acts of
confiscating my personal property when if arrived at Northern
State Prison from South Woods State Prison.  In which afterward
took it upon herself to go ahead and [DISTRIBUTE] my confiscated
(Stolen) "COMMISSARY FOOD ITEMS" within the Property Room inmate
workers personnel of Northern State Prison!

544.   (SGT. April Washington), is also guilty of violating
the [UNITED STATE FEDERAL GOVERNMENT POSTAL LAWS].  By tampering
with the "U.S. Postal Outgoing Mail" that I mailed out from
Administrative Segregation at Northern State Prison. She directly
tampered with the outgoing "United State Mail" a [LEGAL LETTER]
that I mailed out.  To one of the Northern State Prison Property
Room Senior Corrections Officers name (SCO. Ms. Colon)!

545.   **"UPON INFORMATION AND BELIEF"**. (SGT. April Washington),
took it upon Herself, to intercept one of two [LEGAL LETTERS].
That was addressed and mailed out to a property room Corrections
Officers named (SCO. Ms. COLON) about my property.  That I
submitted through the "UNITED STATES POSTAL SERVICE" when I
was in serving an Administrative Segregation sentence in the
institution of Northern State Prison in Newark, New Jersey!

546.   **"UPON INFORMATION AND BELIEF"**. (SGT. April Washington),
when She intercepted the [LEGAL LETTER] that was address to
(SCO. Ms. Colon).  And took it upon Herself to [TEAR OFF] the
United States Postage Stamp off the mailing envelope. That was
by [U.S. FEDERAL POSTAL LAWS] legally and officially addressed
to the (SCO. Ms. Colon), as "Legal Mail Privileged".

547. Now as by the "UNITED STATES CODE [Title 18] CRIME AND CRIMINAL PROCEDURES" the acts and actions. That were performed by this Mailroom [SERGEANT] named (SGT. April Washington), of Northern State Prison are [FELONY CRIMES] as follow:

[18 USC 1701½]-(Obstruction of Mails Generally).
[18 USC 1702]-(Obstruction of Correspondence).
[18 USC 1703]-(Delay or Destruction of Mail or Newspapers).
[18 USC 1708]-(Theft or Receipt of Stolen Mail Matters Generally)
[18 USC 1709]-(Theft of Mail Matters by Officer or Employees).

548. Please find enclosed in this legal documentive package the two "Legal Letters" that I wrote to Senior Corrections Officer (Ms. Colon), in the Northern State Prison Mailroom. Along with the mailing envelope that has the (U.S. STAMP) torn off in the upper right hand corner! See (Exhibits "P")!

---

### (PLAINTIFF CLAIM)-(No. FIFTY-NINE)

### VIOLATION OF EIGHTH AMENDMENT PRISONERS RIGHTS
(The Prohibition of Cruel and Unusual Punishment)

549. **DEFENDANT No.(18):** (SCO. Colon), is a Corrections Officer at Northern State Prison. Whom at all times mentioned in this Federal Complaint holds the position of "Mail/Property Room" Senior Corrections Officer. Who is in charge of receiving all the incoming and outgoing inmate's personal property that arrives at Northern State Prison from other institutions.

550. Who official duties also entail screening all the inmates personal property that follows the inmate when he is sent to Administrative Segregation! Since the inmate now can no longer obtain all his personal property due to rules and regulations while he is serving his sentence. The property room will hold his property until his sentence time has been served.

551. While I was serving my Administrative Segregation Sentence the property room Corrections Officer and inmate worker personnel (Stole) all of my Commissary Food Items! I wrote (SCO. Ms. Colon) that by Department of Corrections Rules and Regulations she could not dispose of any of my person property while I was serving my Administrative Segregation sentence.

552. **PLEASE OFFICIALLY NOTE:** That under the State of New Jersey Department of Corrections (10A-Laws) it states the following on (Subchapter 11). "Personal Property of Inmates". (10A:1-11.4) (Storage of Non-Permissible Personal Property).

553. (A). Correctional Facilities shall not store inmates Non-Permissible personal; property for more than (60-Days) calendar days except instances as stated in (B) below.

554.    (B). When an inmate does not visitors, immediate family members or a home address, the inmate may request written approval of the "Superintendent" to [STORE] Non-permissible Personal Property for a period longer than (60-Calendar Days).

555.    (C). If the Superintendent approves the inmate's request, made Pursuant to (B) above, the personal property shall be stored at the inmate's risk, until an alternative plan can be made for storage!

556.    So by (10A-Laws) the Mail/Property Room [SERGEANT] named (SGT. April Washington).  And the Senior Corrections Officer (Ms. Colon), could not by the State (10A-Laws) and Department of Corrections Rules and Regulations dispose of any of my personal property!  Which was exactly what the Northern State Prison Mail and Property room Correction Officer Personnel did perform!

---

### (PLAINTIFF CLAIM)-(No. SIXTY)

**VIOLATION OF EIGHTH AMENDMENT PRISONERS RIGHTS**
(The Prohibition of Cruel and Unusual Punishment)

557.    **DEFENDANT No.(19):** (Mr. Mahmond EL Dekki), all the time mentioned in this Federal complaint is the Northern State Prison [FOOD SERVICE DEPARTMENT SUPERVISOR].  Whom, holds the position of "Culinary Food Supervisor" who is legally responsible for the preparations of all the meals for all the State inmates in the institution of Northern State Prison!

558.    That while I was serving my Administrative Segregation Sentence in Northern State Prison in Newark, New Jersey.  The Culinary Food Supervisor (Mr. Mahmond EL Dekki), [DID NOT] exercise his Culinary Position Authority with his Main Kitchen Workers.  To make sure that I was provided with my Renal Medical Dietary Meals while in Administrative Segregation.

559.    Due to his lack of overseeing authority and supervision his "Main Kitchen Culinary Workers".  Did provide me with the following forms of food, (UNCOOKED RICE), (RAW SLICED POTATOES), (BOILED CHICKEN SKINS), (CHICKEN CARTILAGE), (RAW VEGETABLES), and (SPOILED FRUIT) on a daily bases on purpose!

560.    This was done to force me (Mr. Caratini), to buy food trays from the Main Kitchen Culinary Workers.  Their price for providing me with my (RENAL MEDICAL DIETARY MEALS) and any real food to eat was ($50.00) dollars a month.  As I was informed by the Main Kitchen Workers that use to bring me my food trays three times a day! See (PLAINTIFF CLAIM)-(No. TWENTY-EIGHT). See (Exhibits "Q")

---

## (PLAINTIFF CLAIM)-(No. SIXTY-ONE)

### VIOLATION OF EIGHTH AMENDMENT PRISONER RIGHTS
(The Prohibition of Cruel and Unusual Punishment)

561.    **DEFENDANT No.(20):** (SCO. Mr. Osborne), is a Corrections
Officer at the institution of Northern State Prison. Whom, at
all times mentioned in this Federal complaint holds the position
of Senior Corrections Officer.  In one of the Administrative
Segregation housing units (4-Wing), in Northern State Prison!

562.    That the night before my release from Administrative
Segregation instructed me to bring my personal property down
to him.  For preparation to be shipped out to what ever Penal
institution I was going to be transferred too!  Once I did,
I observed the Senior Corrections Officer named (SCO. Osborne).

563.    Through my Administrative Segregation cell door window
going through my personal property that I just  brought down
to him.  He was looking furiously through it for something,
taking property items out and throwing them on the floor like
he was ordered to find something by the Commissioned Corrections
Officer Personnel!  I personally witness (SCO. Mr. Osborne),
remove from my personal property the following items.

564.    He began by confiscating my (State Clothing and Soaps),
then I saw him begin to go through all my "Legal Paperwork".
When he found what he was looking for in my personal property,
he called one of the housing unit workers and handed him my
[FEDERAL COMPLAINT DOCUMENTATION UNDER SECTION 1983]. To take
to the Administrative and Commissioned Corrections Officer
Personnel of Northern State Prison.

565.    And then I also witness Corrections Officer (Mr. Osborne),
as he began handing out some of my personal property. To a few
other Administrative Segregation housing unit inmate workers
on (4-Wing)!  I then watched as they scudded to hide my personal
property that he just gave them on the housing unit.

566.    I have a [WITNESS] my Administrative Segregation cell
mate named (Angel Martinez) (INM # 889738/SBI # 563660C). That
[WITNESSED] the unlawful act of [THEFT] by (SCO. Mr. Osborne),
being performed on my personal property through our
Administrative Segregation door window on (4-Wing)!

567.    Please see (PLAINTIFF CLAIM)-(No. THIRTY-EIGHT) in these
legal documents that describes in greater detail the violations
and acts that (SCO. Mr. Osborne), performed against [Me] and
my personal property when I was leaving Administrative
Segregation in Northern State Prison, in Newark, New Jersey!

## IV. EXHAUSTION OF LEGAL REMEDIES

568.    **PLAINTIFF:** (Mr. Peter L. Caratini), did used the Prisoners Grievance procedures available at [SOUTH WOODS STATE PRISON]. And at [NORTHERN STATE PRISON] to try and solve these problems and unlawful issues that I was having with these institutions.

569.    On the following dates Plaintiff, (Mr. Peter L. Caratini), presented the facts relating to this complaint.  On [NO DATE] did the Plaintiff, (Mr. Caratini), was sent any response saying the grievance had been received and denied.  On [NO DATE] was an appeal filed and I [DID NOT] appeal the grievance, since there was [NO] denial sent to [Me] the Plaintiff!

570.    The following Calendar days are the dates that I submitted [INMATE INQUIRY AND GRIEVANCE COMPLAINT FORMS]. To Administrators of South Woods State Prison and to Northern State Prison. That were followed up by "LEGAL LETTERS" to both Administrators in both institutions.  To (Mr. Willie Bonds), of South Woods State Prison and (Ms. Cindy Sweeney), of Northern State Prison!  Which are being submitted as (Exhibits) below in this Federal Complaint [Section 1983] suit!

### (EXHIBITS)-(A)

(03-10-2018)-(NJDOC Inmate Inquiry Form IRSF-101)-(S.W.S.P.).
(12-12-2018)-(NJDOC Inmate Inquiry Form IRSF-101)-(S.W.S.P.)
(09-15-2018)-(NJDOC Inmate Inquiry Form IRSF-101)-(S.W.S.P.).
(12-17-2018)-(Legal Letter to Administrator)-(S.W.S.P.).

### (EXHIBITS)-(B)

(05-18-2017)-(NJDOC Inmate Inquiry Form IRSF-101)-(S.W.S.P.).
(06-27-2017)-(NJDOC Inmate Inquiry Form IRSF-101)-(S.W.S.P.).
(10-15-2018)-(NJDOC Inmate Inquiry Form IRSF-101)-(S.W.S.P.).
(10-27-2018)-(Legal Letter to Administrator)-(S.W.S.P.).

### (EXHIBITS)-(C)

(07-18-2017)-(NJDOC Inmate IPIN Assignment Form)-(S.W.S.P.).
(10-23-2017)-(NJDOC Inmate IPIN Assignment Form)-(S.W.S.P.).
(11-12-2017)-(NJDOC Inmate Inquiry Form IRSF-101)-(S.W.S.P.).

(01-15-2018)-(NJDOC Inmate IPIN Assignment Form)-(S.W.S.P.).
(04-21-2018)-(NJDOC Inmate IPIN Assignment Form)-(S.W.S.P.).
(05-12-2018)-(NJDOC Inmate Inquiry Form IRSF-101)-(S.W.S.P.).
(07-27-2018)-(Legal Letter to Administrator)-(S.W.S.P.).

(EXHIBITS)-(D)

(03-20-2017)-(NJDOC Inmate Inquiry Form IRSF-101)-(S.W.S.P.).
(04-20-2017)-(Legal Letter to Administrator)-(S.W.S.P.).

(EXHIBITS)-(E)

(01-19-2016)-(Preliminary Incident Report CUS-101)-(S.W.S.P.).
(04-09-2016)-(NJDOC Inmate Inquiry Form IRSF-101)-(N.S.P.).
(04-12-2016)-(Medical Legal Letter)-(Ms. Hogan)-(N.S.P.).
(05-20-2016)-(NJDOC Inmate Inquiry Form IRSF-101)-(N.S.P.).
(05-26-2016)-(Medical Legal Letter)-(Dr. Meo)-(N.S.P.).

(EXHIBITS)-(F)

(02-29-2016)-(NJDOC Inmate Inquiry Form IRSF-101)-(N.S.P.).
(03-10-2016)-(Legal Letter to Administrator)-(N.S.P.).
(07-27-2016)-(Legal Letter to Administrator)-(N.S.P.).

(EXHIBITS)-(G)

(01-15-2015)-(Legal Letter to Administrator)-(S.W.S.P.).
          (Aa)-(16-17)-(Evidence).

(07-22-2016)-(Missing Personal Proeprty)-(S.W.S.P.).
          (Inventory List)-(Aa)-(18-19).

(01-05-2017)-(Will's Repair Service Receipt)-(Aa)-(20).

(EXHIBIT)-(H)

(09-28-2015)-(Legal Letter to Administrator)-(S.W.S.P.).
(12-12-2015)-(Legal Letter to Administrator)-(S.W.S.P.).
(11-11-2015)-(Legal Letter to Administrator)-(S.W.S.P.).

(11-18-2015)-(Legal Letter to Administrator)-(S.W.S.P.).
(12-28-2015)-(Legal Letter to Administrator(-(S.W.S.P.).
(08-07-2016)-(Legal Letter to Administrator)-(S.W.S.P.).

(EXHIBITS)-(I)

(11-24-2015)-(Legal Letter to Mail/Property Room)-(S.W.S.P.).
(12-10-2015)-(Legal Letter to Mail/Property Room)-(S.W.S.P.).
(12-22-2015)-(Legal Letter to Mail/Property Room)-(S.W.S.P.).

---

### (EXHIBITS)-(J)

(02-07-2019)-(Medical Legal Letter to (Dr. Soliman)-(Trenton).

---

### (EXHIBITS)-(K)

(03-07-2018)-(Medical Legal Letter to (Dr. Woodward)-(Trenton).

---

### (EXHIBITS)-(L)

(07-12-2017)-(Medical Legal Letter to (Ms. L. Mills)-(S.W.S.P.).
(05-17-2018)-(Evidence-Test Form) (Ms. L. Mills)-(S.W.S.P.).
(06-12-2018)-(Evidence Package Request Form)-(S.W.S.P.)-(18-35).

---

### (EXHIBITS)-(M)

(05-17-2018)-(NJDOC Inmate Inquiry Form IRSF-101)-(S.W.S.P.).
(06-12-2018)-(NJDOC Inmate Inquiry Form IRSF-101)-(S.W.S.P.).
(07-19-2018)-(Medical Legal Letter to (Dr. Woodward)-(Trenton).

---

### (EXHIBITS)-(N)

(10-11-2015)-(NJDOC Inmate Inquiry Form IRSF-101)-(S.W.S.P.).
(10-14-2015)-(NJDOC Inmate Inquiry Form IRSF-101)-(S.W.S.P.).
(10-22-2015)-(NJDOC Inmate Inquiry Form IRSF-101)-(S.W.S.P.).
(10-24-2015)-(NJDOC Inmate Inquiry Form IRSF-101)-(S.W.S.P.).
(12-27-2015)-(NJDOC Inmate Grievance Form IRSF-100)-(S.W.S.P.).

(06-12-2016)-(NJDOC Inmate Inquiry Form IRSF-101)-(S.W.S.P.).
(08-24-2016)-(NJDOC Inmate Inquiry Form IRSF-101)-(S.W.S.P.).
(08-25-2016)-(NJDOC Inmate Inquiry Form IRSF-101)-(S.W.S.P.).
(10-28-2016)-(NJDOC Inmate Inquiry Form IRSF-101)-(S.W.S.P.).
(10-29-2016)-(NJDOC Inmate Grievance Form IRSF-100)-(S.W.S.P.).

(11-24-2016)-(NJDOC Inmate Inquiry Form IRSF-101)-(S.W.S.P.).
(11-26-2016)-(NJDOC Inmate Inquiry Form IRSF-101)-(S.W.S.P.).
(11-26-2016)-(NJDOC Inmate Inquiry Form IRSF-101)-(S.W.S.P.).
(11-30-2016)-(NJDOC Inmate Inquiry Form IRSF-101)-(S.W.S.P.).
(11-30-2016)-(NJDOC Inmate Grievance Form IRSF-100)-(S.W.S.P.).

(12-06-2016)-(NJDOC Inmate Inquiry Form IRSF-101)-(S.W.S.P.).
(12-06-2016)-(NJDOC Inmate Inquiry Form IRSF-101)-(S.W.S.P.).
(12-06-2016)-(NJDOC Inmate Inquiry Form IRSF-101)-(S.W.S.P.).
(12-08-2016)-(NJDOC Inmate Inquiry Form IRSF-101)-(S.W.S.P.).
(12-14-2016)-(NJDOC Inmate Inquiry Form IRSF-101)-(S.W.S.P.).
(12-27-2016)-(NJDOC Inmate Grievance Form IRSF-100)-(S.W.S.P.).

(EXHIBIT)-(N)

(01-02-2017)-(NJDOC Inmate Inquiry Form IRSF-101)-(S.W.S.P.).
(01-06-2017)-(NJDOC Inmate Inquiry Form IRSF-101)-(S.W.S.P.).
(01-07-2017)-(NJDOC Inmate Inquiry Form IRSF-101)-(S.W.S.P.).
(01-12-2017)-(NJDOC Inmate Inquiry Form IRSF-101)-(S.W.S.P.).
(02-04-2017)-(NJDOC Inmate Inquiry Form IRSF-101)-(S.W.S.P.).

(02-28-2017)-(NJDOC Inmate Inquiry Form IRSF-101)-(S.W.S.P.).
(05-14-2017)-(NJDOC Inmate Inquiry Form IRSF-101)-(S.W.S.P.).
(06-23-2017)-(NJDOC Inmate Inquiry Form IRSF-101)-(S.W.S.P.).
(07-27-2017)-(Inmate Inquiry Form IRSF-101)-(S.W.S.P.).
(09-12-2017)-(Legal Letter to Administrator)-(S.W.S.P.).

(03-19-2018)-(NJDOC Inmate Inquiry Form IRSF-101)-(S.W.S.P.).
(05-22-2018)-(NJDOC Inmate Inquiry Form IRSF-101)-(S.W.S.P.).
(07-15-2018)-(NJDOC Inmate Inquiry Form IRSF-101)-(S.W.S.P.).
(10-07-2018)-(NJDOC Inmate Inquiry Form IRSF-101)-(S.W.S.P.).

(EXHIBITS)-(O)

(02-10-2016)-(Legal Letter to Administrator)-(N.S.P.).
(02-12-2016)-(Legal Letter to Administrator)-(N.S.P.).
(03-20-2016)-(Legal Letter to Administrator)-(N.S.P.).

(EXHIBITS)-(P)

(02-14-2016)-(Legal Letter to Mail/Property Room)-(N.S.P.).
(04-14-2016)-(Legal Letter to Mail/Property Room)-(N.S.P.).

(EXHIBITS)-(Q)

(02-09-2016)-(NJDOC Inmate Inquiry Form IRSF-101)-(N.S.P.).
(02-10-2016)-(NJDOC Inmate Inquiry Form IRSF-101)-(N.S.P.).
(03-19-2016)-(NJDOC Inmate Inquiry Form IRSF-101)-(N.S.P.).
(04-27-2016)-(Legal Letter to Administrator)-(N.S.P.).

## V. LEGAL CLAIMS

571.   **PLAINTIFF**, reallege and incorporate by reference
paragraphs (1)-through-(570), of the first (4-Four) sections
of this Federal Complaint under the [Section 1983] suit.

572.   The [DELIBERATE CONSPIRACY TO MALICIOUSLY & VINDICTIVELY
PUNISH A STATE INMATE FOR EXPOSING DEPARTMENT OF CORRECTIONS
OFFICERS CORRUPTION], [DELIBERATE INDIFFERENCE TO MEDICAL NEEDS],
[THE DELIBERATE PLANNED AND SUBJUGATION OF AN INMATE TO UNSAFE
PRISON CONDITIONS AND PHYSICAL DANGERS].

86

573.     Violated the plaintiff [Mr. Peter L. Caratini] rights and constituted [CRIMES] of [CRUEL AND UNUSUAL PUNISHMENT] and [DUE PROCESS] violations!  Under the "FIRST, EIGHTH, FOURTEENTH, AMENDMENTS OF THE UNITED STATES CONSTITUTION"!

574.     The **PLAINTIFF**, has no plan, adequate or complete remedy at law to redress the wrongs described herein.  PLAINTIFF, has been and will continue to be irreparably injured by the conduct of the DEFENDANTS, unless this Court grants the "DECLARATORY" and "INJUNCTIVE" relief which PLAINTIFF, seeks.

## VI. PRAYER FOR RELIEF

575.     **WHEREFORE,** Plaintiff respectfully prays that this UNITED STATES DISTRICT COURT OF THE (3d Circuit) enter judgment granting the Plaintiff:

576.     A declaration that the acts and omissions described herein violated **PLAINTIFF**, rights under the Constitution and laws of the United States.

577.     A [PRELIMINARY] and [PERMANENT INJUNCTION] ordering the [DEFENDANTS], listed below;

| | |
|---|---|
| Mr. John Powell. | SGT. D. Sheehan. |
| Mr. Willie Bonds. | SCO. L. Vastano. |
| Ms. Lisa Swift. | Ms. Lisa R. Mills. |
| Mr. Oliver Keller. | Ms. Jillian Tanner. |
| LT. P. Sheppard-SW007. | Mr. David Metelow. |
| SGT. J. Kuhlen-S104. | Ms. Cindy Sweeney. |
| SGT. S. Hunter-S003. | SGT. April Washington. |
| SCO. A. Hernandez-00735. | SCO. Ms. Colon. |
| SCO. R. Seeney. | Mr. Mahmond EL Dekki. |
| SCO. A. Dooley. | SCO. Mr. Osborne. |

578.     To immediately **[CEASE]** all or any unlawful actions that would be deemed "MALICIOUS", "VINDICTIVE", or "RETALIATORY"! By the UNITED STATES DISTRICT COURT of the (3d Circuit) against the PLAINTIFF, [Mr. Peter L. Caratini), in housing unit (2-2-R), cell # (2033) on facility-1, compound in the institution of South Woods State Prison in Bridgeton, New Jersey!

579.     The following acts and actions by any of the DEFENDANTS, or any [STATE] or any of the New Jersey Department of Corrections Civilian Administrative or Commissioned or Non-Commissioned Corrections Officer Personnel would be considered and deemed [MALICIOUS], [VINDICTIVE] and [RETALIATORY] actions!  And he requests that the (Defendants) and (Individuals) involved in the violations to be held by the Court in **[CONTEMPT]** and to be **(FINED)** and **(JAILED)**!

### "PLAINTIFF'S PRELIMINARY INJUNCTION RELIEF REQUESTS"

580.  **PRELIMINARY INJUNCTION RELIEF REQUEST No.(1)**: To **[STOP]** any attempts to "HARASS" the PLAINTIFF, by any means to impede him from continuing with this his Federal Complaint under the [Section 1983] suit against the Department of Corrections Officer Personnel of South Woods State Prison.  I ask the Court to deem their Retaliatory Acts a PRELIMINARY INJUNCTION VIOLATION and I request that the upper echelon (Defendants) and (Individuals) involved in the violation to be held in **[CONTEMPT]** and to be **(FINED)** and **(JAILED)**!

581.  **PRELIMINARY INJUNCTION RELIEF REQUEST No.(2)**: To **[ORDER]** that any attempts to issue the PLAINTIFF, (Mr. Caratini), a "FRAUDULENT DISCIPLINARY CHARGE" to [FRAME] him as you will, to send him to "Administrative Segregation".  In an act of Correction Officer Retaliation for him filing this Federal Complaint under [Section 1983] suit.

582.  Against the Department of Corrections Personnel of South Woods State Prison.  I would ask the United States District Court to deem their actions a [PRELIMINARY INJUNCTION VIOLATION]. I request that the upper echelon (Defendants and (Individual) involved in the violation to be held in **[CONTEMPT]** and to be **(FINED)** or **(JAILED)**.

583.  **PRELIMINARY INJUNCTION RELIEF REQUEST No.(3)**: To **[ORDER]** that any attempts to "TAMPER" with or "ALTER" the PLAINTIFF, (Mr. Caratini's), [RENAL MEDICAL HOSPITAL QUALITY FOOD MENU] that were issued by a [DOCTOR].  To a menu that does not consist with a (Renal Medical Dietary Menu) I would ask the Court to deem their actions a "Retaliatory Act" for him filing this Federal Complaint under [Section 1983] suit.

584.  Against the New Jersey Department of Corrections Personnel of South Woods State Prison.  And I would ask the Court to deem their actions a [PRELIMINARY INJUNCTION VIOLATION]. And I request that the (Defendants) and (Individuals) involved in the violation to be held in **[CONTEMPT]** and to be **(FINED)** or **(JAILED)**!

### "RENAL MEDICAL HOSPITAL QUALITY FOOD MENU"

Chicken, (Breast)-(Baked Chicken Leg)-(Cutlets)-(Tenders)!
Beef, (Steak)-(Ground Beef)-(Beef Cubes)-(Meat Loaf)!
Fish, (Real Fish Fillets)-(Dipped in Flour Batter & Deep Fried)!
Hamburgers, (Home Made Ground Beef)-(NO PRISON PATTIES)!

Pancakes, (Home Made)-(NO PRISON PROCESS PANCAKES)!
Potatoes, (Baked)-(Mashed)-(French Fries)-(Hash Browns)!
Eggs, (Scramble)-(Fried)-(Poach)-(NO PRISON PROCESS EGGS)!
Hot Cereal, (Oatmeal)-(Grits)-(Corn Meal)!

Cold Cereal, (Corn Flakes)-(Rice Crispies)-(Raisin Brand)!
Pasta, (Spaghetti)-(Ziti)-(Dutch Noodles)-(Shells)-(Lasagna)!
Steamed Rice, (White)-(Brown)-(Yellow)!
Salads, (With Lettuce, Onions, Peppers, Tomatoes, Eggs, etc.)!
Soups, (Chicken)-(Vegetable)-(Minestrone)!
Two Grilled Cheese Sandwiches!
Sandwiches, (Eggs)-(Tuna)-(Chicken)-(Turkey Ham)-(B.L.T)!

Two Wheat Pizza!
Fresh Fruits, (Apples)-(Pears)-(Bananas)-(Peaches)!
Jello, (Cherry)-(Grape)-(Orange)!
Pudding Cups, (Chocolate)-(Vanilla)-(Custard)!
Muffins, (Home Made)-(Brand)-(Blueberry)-(Corn)-(Yellow)!
Cake, (Home Made)-(Chocolate)-(Vanilla)-(Yellow)!

585.   **PRELIMINARY INJUNCTION RELIEF REQUEST No.(4):** To **[ORDER]**
that the <u>PLAINTIFF</u>, (Mr. Caratini), "Renal Medical Dietary Meals"
come in two package trays! (One Aluminum Tray) with his main
"Hot Meal" and (One Styrofoam Tray) with his (Salads) and meal
extras like his (Bread, Sugar, Jelly, Juice, Salad Dressing,
Pan Cake Syrup, Matzo Jewish Crackers).

586.   And both food trays are to be marked with his name and
the number of trays being sent from the main kitchen.  And must
be wrapped with Cellophane to prevent any theft of his extra
food items.  I would ask the Court to deem their lack of actions
a [PRELIMINARY INJUNCTION VIOLATION]!  And I request that the
(Defendants) and (individuals) involved in the violation to
be held in **[CONTEMPT]** and to be **(FINED)** or **(JAILED)**!

587.   **PRELIMINARY INJUNCTION RELIEF REQUEST No.(5):** To **[ORDER]**
that any attempts to [IMPEDE OR OBSTRUCT] the <u>PLAINTIFF</u> from
acquiring relief from the United States District Court with
his [RENAL MEDICAL DIETARY MEALS].  That he has been receiving
**[ICE COLD]** since he arrived on (2-2-R) and has never received
any **[HOT MEALS]** from the "Main Kitchen" on facility-1, or the
housing unit "Pantry Kitchen" in approximately (3-years)!

588.   He request from the Court to intervene with an **[ORDER]**
on his behalf to be permitted to purchase a [HOT PLATE CASSEROLE]
a small [HEATING UNIT] so that he could heat up his "Renal Meals"
in his cell.  And I ask the Court to deem their **"LACK OF ACTION"**
a [PRELIMINARY INJUNCTION VIOLATION] and I request that the
(Defendants) and (Individuals) involved in the violation to
be held in **(CONTEMPT)** and to be **(FINED)** or **(JAILED)**!

589.   **PRELIMINARY INJUNCTION RELIEF REQUEST No.(6):** To **[ORDER]**
that in the event the <u>PLAINTIFF</u>, (Mr. Caratini), so decides
to change his meals from <u>RENAL MEDICAL DIETARY MEALS</u>] to
[RELIGIOUS KOSHER MEALS] him being of the [JEWISH FAITH].  I
would request from the United States District Court to (ORDER)
that all his "<u>RELIGIOUS KOSHER MEALS</u>" must include "<u>KOSHER MEATS</u>"
like **"Chicken, Beef, and Fish"**!

590.    The Plaintiff, request this action from the Court due
to the fact that all the (Kosher Religious Meals) that are issued
daily to all (Jewish Inmates) in the institution of South Woods
State Prison.  Are all (Vegetarian Meals) that have absolutely
(NO MEAT) in them thus, (NO PROTEIN) for the body which it needs!

591.    This being a fact, I would ask the Court to deem any
(OBSTRUCTIVE ACTIONS) by any Administrative or institutional
Dietary personnel.  An action of (Retaliation) against the
Plaintiff, and also a [PRELIMINARY INJUNCTION VIOLATION]. And
I request that the upper echelons (Defendants) and (Individuals)
involved in the violations to be held in [CONTEMPT] and to be
(FINED) or (JAILED)!

592.    **PRELIMINARY INJUNCTION RELIEF REQUEST No.(7)**: To [ORDER]
that any attempts to [HARASS] or [THREATEN] the PLAINTIFF, to
be [TRANSFERRED] out of the institution of South Woods State
Prison.  To another "State Institution" in the State of New
Jersey in an (Act) of (MALICIOUS RETALIATION) against him for
filing this Federal Complaint under [Section 1983] suit.

593.    Against the New Jersey Department of Corrections Officer
Personnel of South Woods State Prison.  I ask the United States
District Court to deem any such actions to [TRANSFER] the
Plaintiff a (Malicious and vindictive Retaliatory Action) and
a [PRELIMINARY INJUNCTION VIOLATION].  And I request that the
upper echelon (Defendants) and (Individuals) involved in the
violation to be held in [CONTEMPT] and to be (FINED) or (JAILED)!

594.    **PRELIMINARY INJUNCTION RELIEF REQUEST No.(8)**: To [ORDER]
that any attempts to "PHYSICALLY ASSAULT" (Mr. Caratini), the
PLAINTIFF, in any form in an act of "VINDICTIVE RETALIATION".
For him filing this Federal Complaint under [Section 1983] suit
against the Corrections Officer Personnel of South Woods State
Prison.  I would ask the Court to deem any such (VIOLENT ACTS)
against him the Plaintiff, a (FELONY CRIME)!

595.    Against any New Jersey Department of Corrections Officer
or (State Inmate) personnel whom purposely and maliciously was
involved in the "VIOLENT PHYSICAL ASSAULT" on the Plaintiff,
(Mr. Caratini).  I would ask the United States District Court
to deem it a [PRELIMINARY INJUNCTION VIOLATION]!  And I request
that the upper echelon (Defendants) and (Individuals) involved
in the violation to be held in [CONTEMPT] and to be (FINED)
and (JAILED)!

596.    **PRELIMINARY INJUNCTION RELIEF REQUEST No.(9)**: To [ORDER]
that any attempts of "HARASSMENT" or "THREATENING" the PLAINTIFF,
(Mr. Caratini), to be "PHYSICALLY ASSAULTED".  By any Commissioned
or Non-Commissioned Corrections Officer Personnel of South Woods
State Prison.  Including any additional acts of recruiting other
(State Inmates) to (Physically Assault) the Plaintiff.

597.    I would ask the United States District Court to deem
their acts and actions a **(CRIMINAL RETALIATORY ACTION)** and also
a (Preliminary Injunction Violation)! And I would request from
the Court that the upper echelon (Defendants) and (Individuals)
involved in the violation to be held in **[CONTEMPT]** and to be
**(FINED)** and **(JAILED)**!

598.    If I may, the <u>Plaintiff</u>, would ask the Court to reach
this legal decision based upon the following important facts!
First, the <u>Plaintiff</u>, is (62-years) of age with absolutely "No
Criminal History or Record" in his entire life!  He has "No
Addictions" with **(NARCOTICS)** or **(STREET GANG AFFILIATION)** ever
in the New Jersey Prison System.

599.    This being his case, I would request that the United
States District Court analyze the whole situation and conclude
that if any kind of **(PHYSICAL ASSAULT)** does happen on his person.
That it would have been **[INITIATED]** by Department of Corrections
Officer or state inmate personnel of South Woods State Prison,
and **(NOT)** the <u>Plaintiff</u>, (Mr. Caratini)!

600.    **PRELIMINARY INJUNCTION RELIEF REQUEST No.(10):** To **[ORDER]**
that any attempts to **(MOVE)** the <u>PLAINTIFF</u>, (Mr. Caratini), out
of his cell # (2033) and his housing unit (2-2-R).   To purposely
place him in a **(PRECARIOUS DANGEROUS & UNSECURE SITUATION)** were
he may be **(VIOLENTLY PHYSICALLY ASSAULTED)** by another state
prisoner of the institution of South Woods State Prison!

601.    That would **(FORCE)** the <u>Plaintiff</u>, to "Physically Defend
Himself" at the age of (62-years) with major medical problems
would be just **(CRIMINAL)**!  To prevent to the best of his ability
any **(Physical Assault)** that will cause him **(INJURY OR TRAUMA)**
that might cause his **(DEATH)**!  By another state prisoner or
a Department of Corrections Officer Personnel.

602.    After being **(VINDICTIVELY)** **(MOVED)** and **(PLACED)** in a
dangerous situation or location in South Woods State Prison
or anywhere else.  I would ask the Court to deem their actions
**(RETALIATORY)** and a **"FELONY CRIME"** for him filing this Federal
Complaint under [Section 1983] suit.  Against the Corrections
Officer Personnel of South Woods State Prison.  I request that
the (Defendants) and (Individuals) involved in the violation
to be held in **(CONTEMPT)** and to be **(FINED)** and **(JAILED)**!

603.    **PRELIMINARY INJUNCTION RELIEF REQUEST No.(11):** To **[ORDER]**
any attempts to [IMPEDE OR OBSTRUCT] the <u>PLAINTIFF</u>, rights to
his "INCOMING" or "OUTGOING" forms of <u>"UNITED STATES MAIL"</u>.
Be it [PACKAGES], [REGULAR MAIL], or especially [LEGAL MAIL],
or [OUTGOING AND INCOMING REPAIRED ELECTRONICS ITEMS] by the
South Woods State Prison Mail Room Corrections Officer Personnel
of South Woods State Prison.

604.   I would ask the United States District Court to deem their acts (Retaliation) and a [PRELIMINARY INJUNCTION VIOLATION] it being a violation of **[Title 18]** United States Federal Postal Laws.  And I would request from the Court that the upper echelon (Defendants) and (Individuals) involved in the violations to be held in **[CONTEMPT]** and be **(FINED)** and **(JAILED)**!

605.   **PRELIMINARY INJUNCTION RELIEF REQUEST No.(12):** To **[ORDER]** that any attempts to **"FORCEFULLY MOVED"** the <u>Plaintiff,</u> out of his cell # (2033) on housing unit (2-2-R).  To another cell on the housing unit (2-2-R) or any other unit during the day or the middle of the night for what ever reason.  I would ask the Court to deem their actions a (Retaliatory Act) against the <u>Plaintiff,</u> for filing this Federal Complaint under the (Section 1983) suit.

606.   Which the **(ORDER)** will automatically protect actions against his cell mate (Mr. David Henry), for the same reason they would try to enforce upon the <u>Plaintiff.</u>  He would ask the United States District Court to deem their acts **(RETALIATORY)** and a [PRELIMINARY INJUNCTION VIOLATION].  And he requests that the (Defendants) and (Individuals) involved in the violation to be held in **[CONTEMPT]** and to be **(FINED)** or **(JAILED)**!

607.   **PRELIMINARY INJUNCTION RELIEF REQUEST No.(13):** To **[ORDER]** that any attempts to [MOVE] the <u>PLAINTIFF,</u> (Mr. Caratini), off his housing unit (2-2-R) and cell # (2033).  When he has gone on a [MEDICAL TRIP] or [SUMMONED] (Remanded) to Court, no matter how long he remains at those locations.  He is to retain his housing unit and cell status on the facility-1, compound.

608.   He asks the United States District Court to deem any **(MOVE)** a **(RETALIATORY ACTION)** for him filing this Federal Complaint under [Section 1983] suit.  Against the Corrections Officer Personnel of South Woods State Prison and to deemed it a [PRELIMINARY INJUNCTION VIOLATION].  He requests that the (Defendants) and (Individuals) involved in the violation to be held in **[CONTEMPT]** and to be **(FINED)** or **(JAILED)**!

609.   **PRELIMINARY INJUNCTION RELIEF REQUEST No.(14):** To **[ORDER]** that any attempts to [FORCE] the <u>PLAINTIFF,</u> (Mr. Caratini), to submit to a [URINE DRUG TEST].  He ask the Court to considered this action a [RETALIATORY ACT] against him for filing this Federal Complaint under [Section 1983] suit.  Against the Corrections Officer Personnel of South Woods State Prison.

610.   Which is due to the fact that the <u>PLAINTIFF,</u> is (62-years) old and soon will be a <u>SENIOR CITIZEN.</u>  And he has never had [NO SUBSTANCE ABUSE PROBLEMS OR HISTORY] with any [NARCOTICS] ever in any Prison, in the New Jersey Prison System.  And the <u>PLAINTIFF,</u> except for this **[FIRST OFFENSE],** has never had [NO CRIMINAL HISTORY OR RECORD] in his entire life.

611.    And has been a law abiding citizen his whole life which raises a great many legal questions with the higher Courts of New Jersey and in Washington, DC.  He would ask the Court if he is **[FORCED]** to submit to a [UNDERLINE DRUG TEST] through **"THREATS"** **"HARASSMENT"** or **"INTIMIDATION"** to deem it a **"Retaliatory Act"** against the Plaintiff, (Mr. Caratini).

612.    For filing this Federal Complaint under [Section 1983] suit against the Department of Corrections Officer Personnel of South Woods State Prison.  And he would ask the United States District Court to deem their (RETALIATORY ACTIONS) against him a [PRELIMINARY INJUNCTION VIOLATION]. And he requests that the (Defendants) and (Individuals) involved in the violation to be held in **[CONTEMPT]** and to be **(FINED)** or **(JAILED)!**.

613.    **PRELIMINARY INJUNCTION RELIEF REQUEST No.(15):** To **[ORDER]** that any attempt by the Administration or Commissioned and Non-Commissioned Corrections Officer Personnel of South Woods State Prison.  To adhere on the PLAINTIFF, (Mr. Caratini), a [DIRTY URINE DRUG CHARGE] them knowing all to well that he is not a **(DRUG USER OR ADDICT).**

614.    He ask the Court to considered the facts that the charge is a [FRAUDULENT DISCIPLINARY CHARGE].  And he ask the Court to deem their acts a [RETALIATORY ACTION] against him for filing this Federal Complaint under [Section 1983] suit.  And he asks the Court to deem it a [PRELIMINARY INJUNCTION VIOLATION] and he also requests that the (Defendants) and (Individuals) that are involved in the violation to be held in **[CONTEMPT]** and to be **(FINED)** or **(JAILED)!**

615.    **PRELIMINARY INJUNCTION RELIEF REQUEST No.(16):** To **[ORDER]** that any attempts to [SEARCH] the PLAINTIFF (Mr. Caratini) cell # (2033) on the housing unit (2-2-R), by the Corrections Officer Personnel of South Woods State Prison.  Without following the [STRICT SEARCH GUIDE LINES] that he is asking the Court to set forth in this "Preliminary Injunction Relief Request".

616.    I would ask the United States District Court to deem their **(LACK OF ACTIONS)** a [PRELIMINARY INJUNCTION VIOLATION]. He requests that the upper echelon (Defendants) and (Individuals) that are involved in the violations to be held in **[CONTEMPT]** and to be **(FINED)** or **(JAILED)!**

617.    **FURTHERMORE,** Please note that the following "Search Guide Lines Parameters" that he is asking the Court.  To set in place in paragraphs designated "(A) through (R)" that the PLAINTIFF, is humbly requesting from the Court.  Are **"NOT MEANT"** in anyway to **"IMPEDE OR OBSTRUCT"** any **"SECURITY PROCEDURES OR PROTOCOLS"** of the institution of South Woods State Prison.

618.    And are also **"NOT MEANT"** to **"ENDANGER"** the **"WELFARE"**, **"SAFETY"**, and **"SECURITY"**, of any Administrative or Commissioned or Non-Commissioned Department of Correction Officer or Civilian Personnel in the institution of South Woods State Prison.    And he must inform the U.S. District Court that these "Search Guide Line Parameters", that he is requesting from the Court.

619.    Are in fact mean strictly for the **"GENERAL PROTECTION"** of the Plaintiff, (Mr. Caratini).  From any kind of search **(RETALIATORY ACTS)** that might be taken in **(MALICIOUS RETRIBUTION)** by the Corrections Officer Personnel of South Woods State Prison.

620.    For the Plaintiff, filing this Federal Complaint under [Section 1983] suit against the Corrections Officers of South Woods State Prison. For their **(MALICIOUS & VINDICTIVE)** violations of his **[EIGHTH AMENDMENT PRISONERS RIGHTS]** of the Prohibition of **[CRUEL AND UNUSUAL PUNISHMENT]** against a **(STATE PRISONER)**!

621.    (A) The search of the PLAINTIFF, (Mr. Caratini's), cell # (2033) on the housing unit (2-2-R) on the facility-1, compound must be performed with a "High Ranking" [COMMISSIONED OFFICER] from South Woods State Prison present!  With the rank of **[MAJOR]** with a **[GOLD OAK LEAF INSIGNIA]** must be present during the Plaintiff, cell search **[NO EXCEPTIONS]**!

622.    (B) Before the "Non-Commissioned Corrections Officer" begins his search of the PLAINTIFF, cell # (2033) on (2-2-R). The Corrections Officer must first **[EMPTY ALL HIS POCKETS]** in front of the **[MAJOR]** and the Plaintiff.  To make absolutely sure by both witnesses that **[NO CONTRABAND]** will be carried into the cell to be planted!

623.    (C) **FURTHERMORE**, in the event that during the search of the PLAINTIFF, cell # (2033) on housing unit (2-2-R) by a chance some sort of contraband is found.  For example like [NARCOTICS] or a [WEAPON] he would ask the Court to access the situation in general.  And take a look at the facts that the Plaintiff, "New Jersey State Prison Record" has no such charges and his record will without a doubt will speak for itself!

624.    (D) **FIRST**, lets look at the facts, the PLAINTIFF, is (62-years) of age with a great deal of "Medical Illnesses and Problems" that has never had any [NARCOTICS USER HISTORY] in the State of New Jersey Prison System!  **SECOND**, the Plaintiff, has [NO GANG AFFILIATIONS] in the South Woods State Prison.

625.    And unusually keeps to himself, having such a vast age difference between him and the younger inmates, and he has been informed by Corrections Officers that he could be considered a **[MODEL PRISONER]** in the State of New Jersey Prison System!

626.    (E) Who spends his time Preparing legal paperwork in
his cell to redress the Courts with issues in his case!  And
since he is **(NOT)** a **(DRUG USER)** would never require any kind
of [NARCOTICS] or any kind of a [WEAPON] in his senior years
to use on anyone in the institution of South Woods State Prison!

627.    And **THIRD,** he would hope the United States District Court
after assessing and analyzing the fact will draw its own
conclusions that if some contraband is some how found in his
cell # (2033) on housing unit (2-2-R).  That it must have been
**[PLANTED]** in his cell before the search was performed, when
he was away from his cell and was not there!

628.    (F) The PLAINTIFF, would like to request from the Court
to **[ORDER]** the [COMMISSIONED OFFICER]-[MAJOR] to stand outside
of the cell with the Plaintiff, next to him observing the search
of his Cell by the "NON-COMMISSIONED CORRECTIONS OFFICER" of
South Woods State Prison. That he requests to be performed within
the "STRICT FOURTH AMENDMENT PRISONERS RIGHTS" guild lines in
mind involving searches of an inmate's Prison cell.

629.    (G) **PLEASE OFFICIALLY NOTE:** That State Prisoners still
retain and have limited "FOURTH AMENDMENT RIGHTS", protection
from the Constitution that are as follow: "Searches must be
Conducted in a Reasonable Manner".  "Prisoners Mail **[CAN NOT]**
be **[OPENED AND READ]** which automatically will includes the
Plaintiff, (Mr. Caratini's), **[WORD PROCESSOR ELECTRONIC FILES]**".

630.    (H) And when it comes to the PLAINTIFF, (Mr. Caratini's),
Personal Property that he has in his cell # (2033) on his housing
unit (2-2-R).  He would like to request from the Court to issue
an **(ORDER)** that all of his belongings **[CAN NOT]** be **[DAMAGED],**
**[STOLEN],** or **[DISCARDED],** or **[CONFISCATED]** or by any other means
**[TAMPERED]** with beyond necessity by the Corrections Officer(s)!

631.    (I) Which will include the PLAINTIFF, (Mr. Caratini's),
"PRISON COMMISSARY FOOD ITEMS" that he has bought that are in
his cell # (2033) on the housing unit (2-2-R)!  In what ever
containers the "Commissary Food Items" are being stored in his
cell, which will include all his (Kosher Food Spices).

632.    And he would ask the United States District Court to
consider his [FOURTH AMENDMENT RIGHTS VIOLATIONS] concerning
his personal property in his cell.  A **"VIOLATIVE ACTIONS"** by
the Administration and Commissioned or Non-Commissioned Officer
Personnel to deem their acts a **"RETALIATORY ACTION"** and also
a [PRELIMINARY INJUNCTION VIOLATION]!

633.    (J) In the event that a Housing unit Corrections Officer
of housing unit (2-2-R), or any relief Corrections Officer of
South Woods State Prison.  Would takes it upon "Him or Herself"
to perform a Search of the PLAINTIFF, cell (2033) without having
a [HIGH RANKING COMMISSIONED OFFICER] a [MAJOR] being present.

634.    (K) The PLAINTIFF hereby requests from the Court to issue
an official directive ordering him to [SUMMON] at once a [HIGH
RANKING COMMISSIONED OFFICER] a [MAJOR] on the seen! Once the
Commissioned Officer arrives on the seen he is to immediately
[RELIEVE] the Corrections Officer of (His/Her) official duties.
And then place the Corrections Officer on [ADMINISTRATIVE LEAVE]!

635.    (L) Which the Senior Corrections Officer will remain
until [SUMMONED] by the Court to appear in front of the [Judge].
Along with the other upper echelons of the New Jersey Department
of Corrections Personnel.  That are hereby named in this Federal
Complaint under [Section 1983] suit as "DEFENDANTS", in front
of the United State District Court [Judge] of the (3d Circuit).

636.    (M) Searching the PLAINTIFF, (Mr. Caratini's), cell when
"He or His" cell mate (Mr. David Henry), are not in their cell
# (2033) or housing unit (2-2-R).  He asks the Court to consider
it an "Injunction Violation" that would have the same protection
as when the Plaintiff, (Mr. Caratini), cell is being searched.

637.    (N) He requests the United States District Court to deemed
any such invasion of the Plaintiff, housing unit cell # (2033)
a violation of the Court's [ORDER].  And a violation of the
search Parameters set in this "Preliminary Injunction Request"
and to deemed it a [PRELIMINARY INJUNCTION VIOLATION]!

638.    (O) I request that the Corrections Officer Personnel
involved in the violation to appear before the United States
District Court.  To explain under whose authority did this
Corrections Officer violate this [PROTECTIVE ORDER]!  That was
set in place for the Federal Protection of the Plaintiff, by
the Court in this [PRELIMINARY INJUNCTION RELIEF REQUEST]!

639.    (P) Any attempt by the New Jersey Department of
Corrections [TACTICAL TEAMS] units of South Woods State Prison.
And any of the State's other "Special Search Tactical Units"
like [S.O.G.]-[SPECIAL OPERATIONS GROUP].  That only answer
to the [NEW JERSEY GOVERNOR]-[MR. PHILIP D. MURPHY] and to the
[DEPARTMENT OF CORRECTIONS COMMISSIONER]-[MR. MARCUS O. HICKS].

640.    (Q) He request that the Court issue a [WARNING] to the
"SPECIAL TACTICAL TEAMS"! That any attempts by [EITHER] agencies
to [HARASS], [INTIMIDATE] or [PHYSICALLY ASSAULT] the PLAINTIFF.
He would request that the Court to deem their "Violative Actions"
a [PRELIMINARY INJUNCTION VIOLATION]. And he requests that the
(Defendants) and (Individuals) involved in the violation to
be held by the Court in [CONTEMPT] and to be (FINED) or (JAILED)!

641.    (R) Including forcing their will upon the PLAINTIFF,
(Mr. Caratini), will answer to the United States District Court.
And without hesitation will [SUMMON] the [DEFENDANTS] before
the Court to explain to the [JUDGE] that under whose authority
did they violate his [PRELIMINARY INJUNCTION ORDER].

**642.** **PRELIMINARY INJUNCTION RELIEF REQUEST No.(17):** To **[ORDER]** that any attempts to [HARASS] the PLAINTIFF, (Mr. Caratini), by the means of [PHYSICAL AND MENTAL HARASSMENT] of his cell mate (Mr. David Henry)-(INM # 597972)-(SBI # 36842B). By moving him out of his cell # (2033) to another cell or housing unit I ask the Court to deem it a [PRELIMINARY INJUNCTION VIOLATION].

**643.** **PRELIMINARY INJUNCTION RELIEF REQUEST No.(18):** To **[ORDER]** that any attempts by Administration or Commissioned Corrections Officers or Medical Department Personnel of South Woods State Prison.  To [IMPEDE OR OBSTRUCT] the PLAINTIFF, from acquiring any medical treatment or 'Preventive Medication" by the means of being maliciously and vindictively **[DENIED]** on purpose!

**644.**    In an act of **"RETALIATION"** by the institutions Corrections Officer or Medical Department Personnel incompetence of South Woods State Prison.  That the Plaintiff, requires for his **"Physical Illnesses"** that he has been diagnosed with by three Doctor's, in multiple State Penal institutions in the New Jersey Prison System.

**645.**    He would like to request from the Court to deem their **(LACK OF MEDICAL ACTIONS)** on his person a **"CRIMINAL ACT"** of **(MEDICAL NEGLIGENCE).**  Against the Plaintiff, for filing this Federal Complaint under [Section 1983] against the Department of Corrections Officer and Medical Department Personnel of South Woods State Prison.  And he requests that the upper echelon (Defendants) and (Individuals) involved in the violation to be held in **[CONTEMPT]** and to be **(FINED)** and **(JAILED)!**

**646.**    **PLEASE OFFICIALLY NOTE:** That there is something that he has to mention in this Federal Complaint under [Section 1983] suit to the United States District Court of the (3d Circuit). And that is that the Plaintiff, does believe that he has been slowly physically and internally **"POISONED"** by all the **"Food"** that he has been eating for the past (9-years).  And not to mention, all the hideous **"Environment"** conditions that exist in every institution in the New Jersey Prison System!

**647.**    Please allow him to elaborate in greater detail about his "Medical Physical Problems and Conditions".  When he entered the New Jersey Prison System on (2010) he was in great physical shape and health with just a few minor medical issues. But after (9-years) in New Jersey Prison System and after having his only "Physical Examination" at New Jersey State Prison and then in South Woods State Prison he was diagnosed with the following major medical illnesses which are as follow:

| | |
|---|---|
| Diabetes. | Under Active Thyroid. |
| Edema. | Enlarged & Swollen Pancreas. |
| Anemia. | Enlarged & Swollen Kidneys. |
| Psoriasis. | Tumors/Growth on Kidneys. |
| Kidney Stones. | Angina Pectoris. |

High Blood Pressure.               Emphysema.
Sciatica.                          Afib-Heart Problems.
C.O.P.D.                           Fractured Tailbone.
Urinating out Protein.             Spinal Vertebra Disk Problems.
Severe Toenail Fungus.             Prostate Problems.
Bladder Problems.                  Severe Hearing Problems.

---

648.  **PRELIMINARY INJUNCTION RELIEF REQUEST No.(19)**: To [ORDER]
that any medical treatment that the PLAINTIFF, may require must
be performed at the [Clinic] of South Woods State Prison that
has all the Medical Testing Equipment.  He would request that
all his scheduled (Medical Appointments) with (Doctors) or
(Specialist) must be performed at the [Clinic].

649.  And the Plaintiff, would requests from the United States
District Court of the (3d Circuit).  That any of the (Defendants)
and (Individuals) that are involved in any of the violations
against him.  To be held by the Court in [CONTEMPT] and to be
(FINED) or (JAILED)!

650.  **PRELIMINARY INJUNCTION RELIEF REQUEST No.(20)**: To [STOP]
any attempts to **"PHYSICALLY FORCE"** the Plaintiff, (Mr. Caratini),
to be transported to a "Medical Facility" or "Court". In any
of those Department of Corrections [HARD SEAT VEHICLES] ever
would be a "VIOLATION".  And he must be only transported in
a [Medical Transport Vehicle] or a vehicle with [Soft Seats]
due to his **"Spinal Tailbone Injuries"**!

651.  **FURTHERMORE,** Those Department of Corrections Transport
Vehicles that they use to transport State Prisoners.  Were
basically designed for [K-9 OFFICERS]-[DOG KENNELS VEHICLES]
that they "Unlawfully and Illegally" use to transport "State
Prisoners".  Which is a EIGHTH AMENDMENT PRISONERS RIGHTS
violation of the prohibition of [CRUEL AND UNUSUAL PUNISHMENT]
by Federal Constitutional Laws!

652.  The PLAINTIFF, has a **"SPINAL INJURY"** that requires him
to be only transported in [MEDICAL VEHICLES WITH SOFT SEATS]
so [NOT] to re-injure the Tailbone.  He ask the Court to consider
any such **"LACK OF ACTIONS"** a [MALICIOUS & VINDICTIVE ACT] and
he ask the Court to deem it a [PRELIMINARY INJUNCTION VIOLATION].
And he requests that the (Defendants) and (Individuals) involved
in the violation to be held in [CONTEMPT] and to be (FINED)
and (JAILED)!

653.  **PRELIMINARY INJUNCTION RELIEF REQUEST No.(21)**: To [ORDER]
that any attempts to **"PHYSICALLY FORCE"** upon the PLAINTIFF,
anything that would be deemed as [EXCESSIVE RESTRAINS] for a
man of (62-years) of age with medical problems.  In the form
of [HANDCUFF & CHAINS] around his waist and [IRON SHACKLES]
on his legs while being transported to any location.

654.    He would request from the United States District Court
to deem these kind of restraints to be **[EXTREMELY EXCESSIVE]**
for a man his age! And he would ask the Court to issue an **[ORDER]**
that when transported him to be only restrained with a pair
of **"REGULAR HANDCUFF"**. With just **(1-Click)** on the instruments
of detention due to the fact that he is **"NO DANGER"** to anyone,
with his [PHYSICAL INTERNAL INJURIES AND ILLNESSES] as follow:

655.    The PLAINTIFF, (Mr. Caratini), has a [FRACTURED TAILBONE],
on his lower Spine and a [VERTEBRA DISK INJURY]. And he has
also a [DAMAGED ROTATOR CUP] in his left shoulder that prohibits
him from raising his arm that requires Surgery!  That [PARALYZES]
his left arm with great pain which [TWISTS AND DEFORMS] his
fingers in his left arm out of shape for about an hour until
the seizure passes!

656.    The PLAINTIFF, also has [KIDNEY ILLNESSES] that cause
him great pain daily that makes him urinate about [20-Times]
a day.  Which makes his life in the New Jersey Prison System
in South Woods State Prison a living hell.  And also has great
[LOWER ABDOMINAL PAIN], and [LUNG RESPIRATORY PROBLEMS] and
[DIABETIC FOOT AND ANKLE NERVE PAIN] that he suffer with daily!

657.    This being his case the PLAINTIFF, (Mr. Caratini), does
believe that due to all his medical illnesses and problems that
he has absolutely poses **[NO DANGER]** to anyone.  While being
transported in any "New Jersey Department of Corrections Medical
Vehicle", him having absolutely **[NO CRIMINAL HISTORY OR RECORD]**
in my life!

658.    He requests that the Court issue an **[ORDER]** that if any
Department of Corrections Officer of South Woods State Prison.
Does "Violate" these restraints guild lines set by the Court
for a (62-years) old man with physical disabilities!  He requests
that the Court deems it a [PRELIMINARY INJUNCTION VIOLATION].
And that the (Defendants) and (individuals) involved in the
violation to be held in **[CONTEMPT]** and to be **(FINED)** or **(JAILED)**!

659.    **PRELIMINARY INJUNCTION RELIEF REQUEST No.(22)**: To **[ORDER]**
that any attempts to **"HARASS"** or **"INTIMIDATE"** or **"FORCE"** the
PLAINTIFF, (Mr. Caratini), to make him [CARRY ANYTHING].  With
all his "Physical Internal Illnesses" will be considered a
**[CRIMINAL ACT]** being perpetrated by the Department of Corrections
Officer Personnel of South Woods State Prison.

660.    He would ask the United State District Court to deem
their acts "MALICIOUS & VINDICTIVE" intended to purposely cause
him additional "PHYSICAL INJURIES" on his person in an act of
Corrections Officer "RETALIATION"!  He would ask the Court to
add in the (Order) that the Plaintiff, **[CAN NOT]** perform any
institutional "WORK DUTIES" due to his (Physical Illnesses).

661.   And since the <u>Plaintiff</u>, (Mr. Caratini), **[CAN NOT]** carry
anything, if any of his personal property would ever have to
be **[MOVED]**.   It must be relocated by the housing unit inmate
workers or by the Department of Corrections Officer Personnel
of the institution of South Woods State Prison.

662.   **PRELIMINARY INJUNCTION RELIEF REQUEST No.(23):** To **[ORDER]**
that any attempts to [<u>HARASS</u>] the <u>PLAINTIFF</u>, (Mr. Caratini),
before his [<u>MEDICAL</u>] or [<u>COURT</u>] trips.   By the Intake Department
Corrections Officers by [<u>CONFISCATING</u>] his personal property
like [<u>WRIST WATCH</u>], [<u>PEN & PAPER</u>] or [<u>LEGAL DOCUMENTS</u>] for Court.

663.   And he would request from the United States District
Court to deem their actions a [<u>PRELIMINARY INJUNCTION VIOLATION</u>].
And that the (Defendants) and (Individuals) that are involved
in the violations be held by the Court in **[CONTEMPT]** and be
**(FINED)** or **(JAILED)**!

664.   **PRELIMINARY INJUNCTION RELIEF REQUEST No.(24):** To **[ORDER]**
that any attempts to [<u>MALICIOUSLY & VINDICTIVELY</u>] (Confiscate),
(<u>Discard</u>), or (<u>Destroy</u>) any of the <u>Plaintiff</u>, (Mr. Caratini's),
(K.O.P.)-(Keep on Person Medication). That he does prepare daily
for ingestion in advance and sets aside in a small plastic
container (Pill Case) for his **"Memory Convenience"** for his daily
dosage of (15-Pills) prescription medication.

665.   He would request from the United States District Court
to deem their acts a **"RETALIATORY ACTION"** against the <u>Plaintiff</u>,
for him filing this Federal Complaint under [Section 1983].
Against the Department of Corrections Personnel of South Woods
State Prison.   He would request that the Court deem their acts
against his "Medication" a [<u>PRELIMINARY INJUNCTION VIOLATION</u>],
and he requests that the (Defendants) and (Individuals) involved
to be held in **[CONTEMPT]** and to be **(FINED)** or **(JAILED)**!

666.   **PRELIMINARY INJUNCTION RELIEF REQUEST No.(25):** To **[ORDER]**
that any attempts to [<u>HARASS</u>] the PLAINTIFF, by means of calling
him to the Medical Department.   More then [<u>ONCE A MONTH</u>] to
acquire all of his monthly (K.O.P.)-(Keep on Person Medication).
Which is due to their flagrant Medical Personnel incompetence
he ask the Court to deem it a [<u>PRELIMINARY INJUNCTION VIOLATION</u>]!
And that the (Defendants) and (Individuals) involved in the
violation to be held in **[CONTEMPT]** and to be **(FINED)** or **(JAILED)**!

667.   **PRELIMINARY INJUNCTION RELIEF REQUEST No.(26):** To **[STOP]**
any attempts to issue the <u>PLAINTIFF</u>, a disciplinary charge for
missing any (K.O.P.)-(Keep on Person Medication) appointments.
I ask the Court to view this act a **[RETALIATORY ACTION]** and
to deem it a [<u>PRELIMINARY INJUNCTION VIOLATION</u>]!   And he requests
that the (Defendants) and (Individuals) involved in the violation
to be held in **[CONTEMPT]** and to be **(FINED)** or **(JAILED)**!

668.    **PRELIMINARY INJUNCTION RELIEF REQUEST No.(27):** To **[ORDER]**
that any attempts to **[IMPEDE OR OBSTRUCT]** the PLAINTIFF, from
receiving any of his (K.O.P.)-(Keep on Person Medication). That
he requires daily for his **[PHYSICAL INTERNAL ILLNESSES]** that
he has been forced to live with and requires to sustain his
life.   Due to the medical department personnel failure to order
or provide because of their **"FLAGRANT INCOMPETENCE"** and their
**"MEDICAL NEGLIGENCE"**.

669.    He would request from the United States District Court
to deem their "Malicious & Vindictive" act a **[Retaliatory Action]**
for the PLAINTIFF, filing this Federal Complaint.   Against the
Department of Corrections Personnel of South Woods State Prison,
and he would ask the Court to deem their [Lack of Action] a
[PRELIMINARY INJUNCTION VIOLATION].   And that the (Defendants)
and (Individuals) involved in the violation to be held in
**[CONTEMPT]** and to be **(FINED)** or **(JAILED)**!

670.    **PRELIMINARY INJUNCTION RELIEF REQUEST No.(28):** To **[ORDER]**
that any attempts by the Department of Corrections Medical
Department to **[IMPEDE OR OBSTRUCT]** the PLAINTIFF, (Mr. Caratini),
from acquiring "REAL MEDICATION".   He requests the Court **"ORDER"**
that all his Prescriptions must be [Non-Genetic Medications]
for all his "Physical Illnesses".

671.    And he request that the United States District Court
deem any acts of (Non-Compliance) a **[RETALIATORY ACTION]** against
the Plaintiff's, "Health and Treatment".   For him filing this
Federal Complaint against the Department of Corrections Officer
Personnel of the institution of South Woods State Prison.

672.    And he would also ask the United States District Court
to deem their actions a [PRELIMINARY INJUNCTION VIOLATION].
And that all the (Defendants) and (Individuals) involved in
the violation to be held in **[CONTEMPT]** and to be **(FINED)** or
**(JAILED)**!

673.    **PRELIMINARY INJUNCTION RELIEF REQUEST No.(29):** To **[STOP]**
any attempts by the Administration or Medical Department
Personnel of South Woods State Prison.   To **[IMPEDE OR OBSTRUCT]**
the PLAINTIFF, (Mr. Caratini), from obtaining all of his much
needed "Pharmaceutical Medication Information" of each medication
that he is receiving from his (Medical Provider). He would ask
the Court to deem any [OBSTRUCTIVE ACTS] a form of **"RETALIATION"**
and [Medical Negligence].

674.    **FURTHERMORE,** He would request from the United States
District Court to issue in this **[ORDER]** a **[MANDATE]** that the
PLAINTIFF.   Must be provided by his (Medical Provider) medical
information on all the medications that he is "ingesting" for
all his illnesses.   Which must include the following medical
prescription information which is as follows:

675. (1)-(the uses of the medication and for what illnesses), (2)-(the side affects of the medication), (3)-(The Therapeutic affects of the medication). All the information being provided to the Patient must be in detail. He would ask the Court to deem any **"OBSTRUCTIVE ACTS"** a [PRELIMINARY INJUNCTION VIOLATION]. And he requests that the (Defendants) and (Individuals) involved in the violations to be held by the Court in **[CONTEMPT]** and to be **(FINED)** or **(JAILED)**!

676. **PRELIMINARY INJUNCTION RELIEF REQUEST No.(30):** To **[STOP]** any attempts by the Administration or Commissioned Officers or Medical Department Personnel of the New Jersey Department of Corrections. To **[IMPEDE OR OBSTRUCT]** the PLAINTIFF, from receiving a "Complete General Physical Examination" performed by a real **[DOCTOR]** at a "Hospital Medical Center" as by **[ORDER]**!

677. To officially determine the extent of the Plaintiff's, [Medical Physical Illnesses]. That are **[NOT]** being addressed by the Department of Corrections Medical Department Personnel in the institution of South Woods State Prison! He would request from the Court to deem their acts of **[MEDICAL NEGLIGENCE]** a **"RETALIATORY ACTION"**!

678. For the PLAINTIFF, filing this Federal Complaint against the Department of Corrections Officers and Medical Personnel of South Woods State Prison. And he would ask the Court to deem any **"OBSTRUCTIVE ACTIONS"** a [PRELIMINARY INJUNCTION VIOLATION]. And that the (Defendants) and (Individuals) involved in the violation be held in **[CONTEMPT]** and to be **(FINED)** or **(JAILED)**!

679. **PRELIMINARY INJUNCTION RELIEF REQUEST No.(31):** To **[ORDER]** that any attempts by the Administration or Commissioned and Non-Commissioned Corrections Officer Personnel of South Woods State Prison. To **[PHYSICALLY FORCE]** the PLAINTIFF, (Mr. Caratini) to go on any "Medical or Court" trips while he is under the influence of **[LAXATIVES]** which might cause him to accidentally **[DEFECATE]** on himself.

680. In a waiting area, or in a New Jersey Department of Corrections transport vehicle on his way to a (Medical Facility) or (Court) would be a **[MALICIOUS & VINDICTIVE ACT]** against the PLAINTIFF, (Mr. Caratini). And he would ask the United States District Court to deem such an act a **[RETALIATORY ACTION]** against him for filing this Federal Complaint under [Section 1983] suit.

681. Against the New Jersey Department of Corrections Officer Personnel of the institution of South Woods State Prison. And he would request from the United States District Court to deem their **[MALICIOUS ACTS]** a [PRELIMINARY INJUNCTION VIOLATION]. And the Plaintiff, (Mr. Caratini), requests that the (Defendants) and (Individuals) involved in the violation to be held in **[CONTEMPT]** and to be **(FINED)** and **(JAILED)**!

682.    **PRELIMINARY INJUNCTION RELIEF REQUEST No.(32):** To **[ORDER]** that any attempts to [FORCE] the PLAINTIFF, (Mr. Caratini), to submit to a [STRIP SEARCH]. He would ask the United States District Court to considered the act against him [RETALIATORY]! Due to the fact that he is (61-years) old and has never had [NO SUBSTANCE ABUSE PROBLEMS] with [NARCOTICS] or [CONTRABAND] in his New Jersey State Prison History.

683.    **FURTHERMORE,** please note once again that the PLAINTIFF, except for this [FIRST OFFENSE] and conviction has had absolutely [NO CRIMINAL HISTORY OR RECORD] ever and has been a law abiding Citizen his whole life! And he ask the United States District Court to deem any [HARASSMENT] of the PLAINTIFF, in this matter a [PRELIMINARY INJUNCTION VIOLATION]. And that the (Defendants) and (Individuals) involved in the violation to be held in **[CONTEMPT]** and to be **(FINED)** or **(JAILED)!**

684.    **PRELIMINARY INJUNCTION RELIEF REQUEST No.(33):** To **[ORDER]** that any attempts to [PHYSICALLY HARASS] or [THREATEN] any of the PLAINTIFF, (Mr. Caratini), inmates **[WITNESSES]** at "South Woods State Prison" or "Northern State Prison". That are by Federal Laws legally mentioned in this Federal Complaint under [Section 1983] suit. I would officially request from the United States District Court to deem it a **[FELONY CRIME]!**

685.    The PLAINTIFF, hereby request that Criminal Charges be brought against the Administration and Commissioned Department of Corrections Civilian and Officer Personnel of South Woods State Prison. That are legally named as DEFENDANTS, in this Federal complaint whom, has unlawfully and purposely committed these violations of Federal Laws under the United States Criminal Code of **[TITLE 18]-[18 USC § 1512].**

686.    For **[TAMPERING]** with a **[WITNESS], [VICTIM],** or **[INFORMANT]** which if found guilty of the "Criminal Charges" by a Federal Court would face major **[FINES]** and **[IMPRISONMENT]** for their Crimes. And he would request from the United States District Court to deem their actions **[CRIMINAL ACTS].**

687.    And the violation of Federal Government Laws on the **[CRIMINAL HARASSMENT]** of his State Prisoner **"WITNESSES"!** And he would also ask the United States District Court to deem their unlawful acts a [PRELIMINARY INJUNCTION VIOLATION]. And he requests that the (Defendants) and (Individuals) involved in the violation to be held in **[CONTEMPT]** and to be **(FINED)** and **(JAILED)** immediately!

688.    **PRELIMINARY INJUNCTION RELIEF REQUEST No.(34):** To **[STOP]** any attempts to purposely and maliciously [IMPEDE OR OBSTRUCT] the PLAINTIFF, (Mr. Caratini), from attending any of his Holiday [JEWISH RELIGIOUS SERVICES OR EVENTS]. By any unlawful means of "Harassment, Intimidation, Simultaneous Appointment Scheduling when he is scheduled for "Jewish Services and Events".

689.    By any action that would prevent him from participating in his (Jewish Religious Rituals).  And which will automatically include prohibiting him from returning back to his housing unit with any **[JEWISH RELIGIOUS HOLIDAY FEAST MEALS LEFTOVERS]**.  Which are the following "Jewish Religious Kosher Foods Items" Matzah, Grape Juice, Macaroons, Pastries, Chips, Candy, Halah Bread.

690.    To [IMPEDE OR OBSTRUCT] the PLAINTIFF, (Mr. Caratini), from obtaining any of these "Religious Kosher Foods Items" would be a **[FIRST AMENDMENT VIOLATION]** and a **[FEDERAL CRIME]**.  And he asks the United States District Court to deem any such acts "RETALIATION" against him for filing this Federal Complaint under [Section 1983] suit.

691.    And to deem it a [PRELIMINARY INJUNCTION VIOLATION] and he also requests that the (Defendants) and (Individuals) involved in the violations against the Plaintiff, (Mr. Caratini), to be held by the United States District Court in **[CONTEMPT]** and to be **(FINED)** or **(JAILED)**!

692.    **PRELIMINARY INJUNCTION RELIEF REQUEST No.(35)**: To **[STOP]** any attempts to [IMPEDE OR OBSTRUCT] the PLAINTIFF (Mr. Caratini) from purchasing any of the following [KOSHER FOOD ITEMS].  From a **[Kosher Food Vender]** from outside of the institution of South Woods State Prison for his religious [SHABBAT] (Sabbath) services on "Friday through Saturday".  Like some (Matzah, Grape Juice, Macaroons, Chips, Pastries, Halah Bread).

693.    He would request from the United States District Court that if any Administrative or Commissioned or Non-Commissioned Corrections Officer or Civilian Personnel of the institution of South Woods State Prison.  Does [IMPEDE OR OBSTRUCT] his purchases of these "Kosher Foods" he would ask the Court to deem it a **[RETALIATORY ACT]**.

694.    Against the Plaintiff, (Mr. Caratini), for filing this Federal Complaint under [Section 1983].  He would ask the United States District Court to deem their acts and actions against him a [PRELIMINARY INJUNCTION VIOLATION].  And that the (Defendants) and (Individuals) involved in the violation to be held in **[CONTEMPT]** and to be **(FINED)** or **(JAILED)**!

695.    **PRELIMINARY INJUNCTION RELIEF REQUEST No.(36)**: To **[STOP]** any attempts to [IMPEDE OR OBSTRUCT] the PLAINTIFF from attending his (Religious Jewish Services or Events).  By purposely delaying him by forcing him to wait for any amount of time in the open environment during adverse weather conditions.

696.    Which would include any type of stormy conditions like **(Rain), (Lighting), (Wind), (Snow), (Hail), (Fire and BrimStone)**!  He would ask the United States District Court to deem their actions a [**RETALIATORY ACT**] against the Plaintiff, for filing this Federal Complaint under [Section 1983] suit.

104

697. Against the Department of Corrections Personnel of the institution of South Woods State Prison. And he requests that the Court to deem their "Malicious and Vindictive" acts a [PRELIMINARY INJUNCTION VIOLATION]. And that the (Defendants) and (Individuals) involved in the violation to be held in **[CONTEMPT]** and to be **(FINED)** or **(JAILED)**!

698. **PRELIMINARY INJUNCTION RELIEF REQUEST No.(37):** To **[STOP]** any attempts by institutional Personnel of South Woods State Prison to purposely and maliciously try to [IMPEDE OR OBSTRUCT] the PLAINTIFF, (Mr. Caratini). From purchasing the following **[CLERICAL SUPPLIES]** from a (Brother Word Processor Supplies vender outside of the institution.

699. That he requires for his [BROTHER 1700-WORD PROCESSOR] for the preparation of his [LEGAL DOCUMENTATION]. That he legally requires to perform his rebuttal to the decisions and arguments in his redress to the State and Federal Courts in the State of New Jersey and in Washington, DC.

700. The clerical supplies are (Brother 1032 Nylon Ribbons), and (Brother 1030 Film Ribbons), (Daisy Letter Printwheels). (Black Typewriter Ribbon Ink) to re-ink his Ribbons and a small (Stapler and Staples). And a small plastic bottle of (3-in-1) machine oil to lubricate his (Brother 1700-MDS Word Processor).

701. He request that the Court deem any **[OBSTRUCTIVE ACTS]** of his efforts to purchase any of these Brother Word Processor Supplies. By the Administration or Commissioned corrections Officer Personnel of South Woods State Prison. He ask the Court to deem it a [PRELIMINARY INJUNCTION VIOLATION] and that the (Defendants) and (Individuals) involved in the violation to be held in **[CONTEMPT]** and to be **(FINED)** or **(JAILED)**!

702. **PRELIMINARY INJUNCTION RELIEF REQUEST No.(38):** To **[STOP]** any attempts by Administrative Personnel of South Woods State Prison to purposely and maliciously try to [IMPEDE OR OBSTRUCT] the PLAINTIFF (Mr. Caratini). From acquiring his educational **[ART DRAWING AND ENGINEERING DESIGN SUPPLIES]** that he requires for his recreational activities.

703. That are the following Like (Water Base Color Markers), (Highlighters), (Lettering Guilds), (Mechanical Pencils), (Pens), (Circle Templates), (Flexible Rulers), (Color Pencils) and some (Engineering Graph Paper Pads)! That the PLAINTIFF, requires for all his (Technical Engineering Drawings and Designs)!

704. He would ask the United States District Court that if the Civilian Administrative or Commissioned Corrections Officer Personnel of the institution of South Woods State Prison attempts to **[OBSTRUCT]** the purchase of his (Engineering Drawing Supplies). He would ask the Court to deem their Administrative actions a **[RETALIATORY ACT]** for him filing this Federal Complaint.

705.    Against the Department of Corrections Officer Personnel of South Woods State Prison and he would ask the United States District Court to deem it a [PRELIMINARY INJUNCTION VIOLATION]. And also he requests that the (Defendants) and (Individuals) involved in the violation to be held in **[CONTEMPT]** and to be **(FINED) or (JAILED)!**

706.    **PRELIMINARY INJUNCTION RELIEF REQUEST No.(39):** To **[ORDER]** that any attempts by the Civilian Administration or Commissioned or Non-Commissioned Corrections Officer Personnel of South Woods State Prison.  To [IMPEDE OR OBSTRUCT] the PLAINTIFF, from receiving any "New State Prison Clothing" or "New State Boots" from South Woods State Prison.  He would ask the Court to deem any **[OBSTRUCTIVE ACTS]** a **[RETALIATORY ACTION]** against him for filing this Federal Complaint under [Section 1983] suit.

707.    Against the New Jersey Department of Corrections Civilian Administrative and Commissioned Corrections Officer Personnel of the institution of South Woods State Prison.  And he ask the Court to deem their acts a [PRELIMINARY INJUNCTION VIOLATION] and that the (Defendants) and (Individuals) involved in the violation to be held in **[CONTEMPT]** and to be **(FINED) or (JAILED)!**

708.    **PRELIMINARY INJUNCTION RELIEF REQUEST No.(40):** To **[ORDER]** that any attempts to [IMPEDE OR OBSTRUCT] the PLAINTIFF, from any [PHYSICAL RECREATION EXERCISE] like [YARD] and [GYM]. By issuing him a fraudulent institutional [ON THE SPOT] disciplinary charge (L.O.R.P.)-(Lost of Recreational Privileges).  He would ask the Court to deem their actions a **[RETALIATORY ACT]** for him filing this Federal Complaint under [Section 1983] suit.

709.    Against the New Jersey Department of Corrections Civilian Administrative or Commissioned Corrections Officer Personnel of the institution of South Woods State Prison.  And he would ask the United States District Court to deem their actions a [PRELIMINARY INJUNCTION VIOLATION].  And he also requests that the (Defendants) and (Individuals) involved in the violation to be held in **[CONTEMPT]** and to be **(FINED) or (JAILED).**

710.    **PRELIMINARY INJUNCTION RELIEF REQUEST No.(41):** To **[STOP]** any attempts to [IMPEDE OR OBSTRUCT] the PLAINTIFF (Mr. Caratini) from any daily [HYGIENICAL] or [COMMUNICATIONAL] State Prisoners Rights.  On his housing unit during his [EXTENDED SHOWER TIME] that he requires to administer multiple medical applications of **[PSORIASIS TREATMENT MEDICATION]** on his physical body for the illness daily.

711.    That he also requires his [RECREATIONAL PHONE TIME] to contact his (Family), (Friends), (Lawyers), (Business Associates) and finally [State Government Personnel]. As by State and Federal Eighth Amendment Prisoners Rights that the Plaintiff, is entitled to on his housing unit during his recreational time in the institution of South Woods State Prison.

712.    He would ask the United States District Court to deem any [OBSTRUCTIVE ACTS] against him a **[RETALIATORY ACTION]**. For him filing this Federal Complaint against the Department of Corrections Officer Personnel of South Woods State Prison. And to deem these acts a [PRELIMINARY INJUNCTION VIOLATION] and that the (Defendants) and (Individuals) involved in the violation to be held in **[CONTEMPT]** and to be **(FINED)** or **(JAILED)**!

713.    **PRELIMINARY INJUNCTION RELIEF REQUEST No.(42):** To **[STOP]** any attempts to [IMPEDE OR OBSTRUCT] the PLAINTIFF (Mr. Caratini) [Inmate Trust Account Funds] or [Trust Account Statements] or [Inmate Trust Account Receipts]. From funds deposited by his (Family), (Friends), or (Business Associates), in the United States or from other Countries.

714.    He would ask the United States District Court to deem these acts of [Unlawful Financial Transactions] against his [Inmate Trust Account Funds] by the "Business Office Personnel" of South Woods State Prison and the (JPAY) company in Florida. A **[FEDERAL FELONY CRIME]** of **"MISAPPROPRIATIONS"** of a State Inmate Trust Account Funds.

715.    And he would ask the United States District Court to deem these financial obstructive transactions a **[CRIMINAL ACTION]** of my "Inmate Trust Account". By the (Business Office Personnel) of South Woods State Prison and the (JPAY) company in Florida a [PRELIMINARY INJUNCTION VIOLATION]! And that the (Defendants) and (Individuals) involved in the violation to be held in **[CONTEMPT]** and to be **(FINED)** or **(JAILED)**!

716.    **PRELIMINARY INJUNCTION RELIEF REQUEST No.(43):** To **[STOP]** any attempts by the Administration or Commissioned Corrections Officer Personnel OF South Woods State Prison.  To try and [IMPEDE OR OBSTRUCT] the PLAINTIFF (Mr. Caratini) from obtaining a [Single Cell Status] on his housing unit (2-2-R) in cell (2033) of the facility-1, compound in the institution of South Woods State Prison due to his medical problems.

717.    The PLAINTIFF, request is due to his (Medical Illnesses) and (Extreme Health Problems) that he has that include major **[Kidney Problems]**.  That constantly has him **"Urinating"** about (6-Times) through the night which is torture for a cell mate! He would ask this from the United States District Court to grant his request in this [Preliminary Injunction Request].

718.    Once his cell mate a (Mr. David Henry), voluntarily (Moves) or is hereby released from the New Jersey Prison System. I would ask the Court to deem any **[OBSTRUCTIVE ACTION]** of his **[SINGLE CELL STATUS]** by the Administration or Commissioned Corrections Officers Personnel of South Woods State Prison. And he requests from the Court that any **[DENIAL]** be considered nothing less than a **[RETALIATORY ACTION]**.

107

719.    Against the <u>Plaintiff</u>, for filing this Federal Complaint under [Section 1983] suit.  Against the Department of Corrections Administrative and Corrections Officer Personnel.  And he ask the Court to deem the act a [<u>PRELIMINARY INJUNCTION VIOLATION</u>] and that the (Defendants) and (Individuals) involved in the violation to be held in **[CONTEMPT]** and to be **(FINED)** or **(JAILED)!**

720.    **PRELIMINARY INJUNCTION RELIEF REQUEST No.(44):** To **[ORDER]** that any attempts by the Administration or Commissioned Officer Personnel to [<u>IMPEDE OR OBSTRUCT</u>] the <u>PLAINTIFF</u>, (Mr. Caratini), from obtaining a [<u>4-INCH THICK MEDICAL MATTRESS</u>].  From the Medical Department of South Woods State Prison, which his medical request is due to a [<u>FRACTURED TAILBONE AND VERTEBRA DISK INJURY</u>] that he has in his lower spine.

721.    That cause him to suffer with great "Tailbone and Spinal" pain daily especially when he attempts to sit on any hard seats or suffices.  And also he has a [<u>ROTATOR CUP</u>] injury that is constantly leaving his arm [<u>PARALYZED</u>] with excruciating pain daily due to the pieces of chip bone in his "Rotator Cup" that hardly allows him to raise his left arm no higher than the level of his chest.

722.    That **[TWISTS AND DEFORMS]** his fingers in his left hand out of shape for about an hour until the extremely painful seizures pass!  And he would require a medical pass from his medical provider to be authorized to have the mattress in my possession in his cell as well.

723.    And in addition the <u>PLAINTIFF</u>, has **[KIDNEY]**, **[ABDOMINAL]**, and **[DIABETIC FOOT AND ANKLE NERVE PAIN]** as well. He would ask the Court to deem any lack of actions a **[RETALIATORY ACT]** against him for filing this Federal Complaint against the Corrections Officer Personnel of South Woods State Prison.  And he ask the Court to deem it a [<u>PRELIMINARY INJUNCTION VIOLATION</u>], and that the (Defendants) and (Individuals) involved in the violation to be held in **[CONTEMPT]** and to be **(FINED)** or **(JAILED)!**

724.    **PRELIMINARY INJUNCTION RELIEF REQUEST No.(45):** To **[ORDER]** that any attempts to [<u>IMPEDE OR OBSTRUCT</u>] the <u>PLAINTIFF</u>, from acquiring [Medical Footwear] from outside of the institution. Having a **[Medical Authorization Pass]** from his Medical Provider for new [<u>HIGH-TOP SNEAKERS</u>] or [<u>LEATHER HIGH-TOP BOOTS</u>]. That he medically requires for support for his foot and ankles due to his extreme medical [<u>DIABETIC FOOT AND ANKLES NERVE PAIN</u>].

725.    That is unbearable to live with in the New Jersey Prison system.  He would ask the Court to deem their **[OBSTRUCTIVE ACTS]** **[RETALIATION]** for filing this Federal Complaint.  Against the Correction Officer Personnel of South Woods State Prison and he ask to deem their acts a [<u>PRELIMINARY INJUNCTION VIOLATION</u>]. and that the (Defendants) and (Individuals) involved in the violation to be held in **[CONTEMPT]** and to be **(FINED)** or **(JAILED)!**

726.   **PRELIMINARY INJUNCTION RELIEF REQUEST No.(46):** To **[ORDER]** that any attempts by the Administration or Commissioned Officer Personnel of South Woods State Prison.   To [IMPEDE OR OBSTRUCT] the PLAINTIFF, from submitting [Physical Specimens Samples] to [Medical Laboratories] of his (Urine), (Blood), and (Feces). For the verification of test results that were performed by the medical department personnel of the institution of South Woods State Prison.

727.   That he is forced to perform due to the flagrant medical department personnel **[NEGLIGENCE AND INCOMPETENCE].**  He would request from the United States District Court to deem any actions of **[OBSTRUCTION]** of my efforts.  By the Civilian Administrative or Commissioned Corrections Officer or Medical Department Personnel of South Woods State Prison.

728.   To prevent the PLAINTIFF, from submitting any of his **[Medical Physical Specimens]** to the "Medical Laboratories". To absolutely verify those **[FRAUDULENT LABORATORY TEST RESULTS]** that they a **[NOT]** performing or never provided him the inmate Patient with.   In the medical department of the facility-1, compound of South Woods State Prison.

729.   Which is performed on purpose on the New Jersey Department of Corrections medical Department upper echelons personnel directives!   To purposely **[CUT BACK]** the cost of any medical physical treatment and medication to the inmate population by **[FALSIFYING AND ALTERING]** their medical records to hide his medical results of the **[LABORATORIES TEST]!**

730.   He would ask the United States District Court to deem any **[OBSTRUCTIVE ACTS]** nothing less than **[RETALIATION].** For him filing this Federal Complaint against the Corrections Officer Personnel of South Woods State Prison.   And he would ask the Court to deem it a [PRELIMINARY INJUNCTION VIOLATION] and that the (Defendants) and (Individuals) involved in the violation to be held in **[CONTEMPT]** and to be **(FINED)** or **(JAILED)!**

731.   **PRELIMINARY INJUNCTION RELIEF REQUEST No.(47):** To **[STOP]** any attempts to [IMPEDE OR OBSTRUCT] the PLAINTIFF, Mr. Caratini) from purchasing from a vender outside of the institution a small [TRAVEL IRON] or a [PORTABLE PLASTIC CLOTHES STEAMER]. For him to [PRESS] or [STEAM] his extremely wrinkled [PRISON CLOTHING] that he is [FORCED] to wear always extremely wrinkled.

732.   That he requires to maintain his New Jersey State Prisoner presentable appearance in the institution of South Woods State Prison and during his [MEDICAL TRIPS] and [COURT APPEARANCES]. He requests from the Court to deem these [OBSTRUCTIVE ACTIONS] by the Administration or Commissioned Officer Personnel that he is requesting a **"RETALIATORY ACT".**

733.    That would be purposely directed against the <u>PLAINTIFF</u>, for filing this Federal Complaint under [Section 1983] against the Department of Corrections Officer Personnel of South Woods State Prison.  And he would ask the Court to deem any such act of **[OBSTRUCTING]** a [<u>PRELIMINARY INJUNCTION VIOLATION</u>] and that the (Defendants) and (Individuals) involved in the violation to be held in **[CONTEMPT]** and to be **(FINED)** or **(JAILED)!**

734.    **PRELIMINARY INJUNCTION RELIEF REQUEST NO.(48):** To **[ORDER]** that any attempts by the Administration or Commissioned Officers or Culinary Supervisory Personnel of South Woods State Prison. To [<u>MALICIOUSLY</u>] and [<u>VINDICTIVELY</u>] provide the <u>PLAINTIFF</u>, with any kinds of **[SPOILED FOODS]**.  Which will include **[ROTTEN MEATS]** from the Main Kitchen like it has been served to him before.

735.    In his [<u>RENAL MEDICAL DIETARY MEALS</u>] in act of Corrections Officer **[Retaliation]** as punishment for him complaining about his **[ICE COLD FOOD TRAYS]**. And for filing this Federal Complaint against the Corrections Officers of South Woods State Prison. He ask the Court deem it a [<u>PRELIMINARY INJUNCTION VIOLATION</u>], and that the (Defendants) and (Individuals) involved in the violation to be held in **[CONTEMPT]** and to be **(FINED)** or **(JAILED)!**

736.    **PRELIMINARY INJUNCTION RELIEF REQUEST No.(49):** To **[ORDER]** that any attempts by the Administration or Commissioned Officer Personnel of South Woods State Prison.  To [<u>IMPEDE OR OBSTRUCT</u>] the <u>PLAINTIFF</u>, from participating in the New Jersey Department of Correction [<u>INCENTIVE FOOD PACKAGE PROGRAM</u>]. Every (6-Months) as by State regulation from the following Venders below.

1. Parkway Vending Company.
   24 Roberts Street
   South River, N.J. 08882

2. Apple Valley Natural Foods.
   9067 U.S. Route 31
   Berrien Spring, Michigan
   Zip Code, 49103-1634

3. Halal Middle Eastern Grocery.
   1681 Princeton Ave
   Lawrenceville, N.J. 08648

4. Ezra Mediterranean Delights
   and Halal Foods.
   8998 Route 18, Suite 203
   Old Bridge, N.J. 08857

737.    The <u>PLAINTIFF</u>, (Mr. Caratini), would ask the Court to deem any [<u>OBSTRUCTIVE ACTIONS</u>] by the Administration and the Commissioned Corrections Officer Personnel of South Woods State Prison.  By **[NOT]** allowing him to participate in the purchase of any of the approved [<u>INCENTIVE FOOD PACKAGE ITEMS</u>] I would ask the Court to deem it a **[RETALIATORY ACT]!**

738.    For him filing this Federal Complaint against the New Jersey Department of Corrections Personnel of South Woods State Prison. The <u>Plaintiff</u>, would also like to request from the Court to issue an (ORDER) that once his does purchase his "Incentive Food Package".  And it does arrive at the institution of South Woods State Prison, that the "Incentive Food Package Boxes".

739.    After inspection by the (Mailroom) Corrections Officer Personnel must be immediately delivered without delay to the Plaintiff.    At his housing unit (2-2-R) on the facility-1, compound by the Corrections Officer Personnel from the mailroom, due to the fact that as by New jersey Department of Corrections [RULES AND REGULATIONS] **"No Inmate"** is allowed to handle any "Inmate Incentive Food Packages!

740.    Which is due to the fact that the Plaintiff, **[CAN NOT]** **[CARRY]** or **[LIFT]** or **[PICK-UP]** anything heavy, due to all of his (Physical Internal Injuries and Illnesses), which are quite severe.    He ask the Court to deem any attempts to **[FORCE]** him to physically carry anything a [Malicious and Vindictive Act] that is intended to cause him additional physical injury.

741.    Which he would ask the Court to conclude that these acts are being performed because of him filing this Federal Complaint. Against the Corrections Officer Personnel of South Woods State Prison in an act of **[RETALIATION]**! And the Plaintiff, in addition would like to request from the United States District Court of the (3d Circuit) that it include in the issued (Court Order).

742.    That he is to be provided with a large bag of [ICE] daily for his (Styrofoam Cooler).    In his housing unit cell # (2033) to prevent any of his (Inmate Incentive Food Package Items) from spoiling.    And he ask the Court to deem any **[OBSTRUCTION]** of these requests a [PRELIMINARY INJUNCTION VIOLATION].    And that the (Defendants) and (Individuals) involved in the violation to be held in **[CONTEMPT]** and to be **(FINED)** or **(JAILED)**!

743.    **PRELIMINARY INJUNCTION RELIEF REQUEST No.(50):** To **[ORDER]** that any attempts by the Administration or Commissioned Officers Personnel of the institution of South Woods State Prison.    To [IMPEDE OR OBSTRUCT] the PLAINTIFF, (Mr. Caratini) from acquiring all the electronic items that he has legally purchased through the Prison Commissary Store of the institution.

744.    That are included with the purchase of any new electronic items like a "New Television" or (New J-Player) which are hereby associated and included with the items. As (Instruction Manuals), (USB-Cables), (Remote Control), (90° F-Connectors), (Chargers). (Ear Plugs Head Phones), (Re-chargeable Batteries) and so on!

745.    Which automatically will include all of the original (Boxes and Packing) that the electronic items came in. For the purpose of returning the electronic items if damaged back to the manufacture for replacement!    He would request from the United States District Court to deem their acts and actions a "RETALIATORY ACT" and a [PRELIMINARY INJUNCTION VIOLATION]! And he would also request that the (Defendants) and (Individuals) involved in the violations to be held by the Court in **[CONTEMPT]** and to be **(FINED)** or **(JAILED)**!

111

746.   **PRELIMINARY INJUNCTION RELIEF REQUEST No.(51):** To **[ORDER]**
that any attempts by the Administration or Commissioned Officer
Personnel of South Woods State Prison.   To [IMPEDE OR OBSTRUCT]
the PLAINTIFF, (Mr. Caratini), from taking with him all of his
bedding if he so decides to move voluntarily off his housing
unit (2-2-R).   Like the following items of bedding (Mattress),
(Pillows), (Blankets), (Sheets), (Pillow Cases), etc.,.

747.   And the Plaintiff, would request from the United States
District Court to deem any "OBSTRUCTIVE ACTS" an action of
"RETALIATION" for him filing his Federal Complaint under the
[Section 1983] suit.   Against the Corrections Officer Personnel
of the institution of South Woods State Prison.

748.   And he would request from the United States District
Court to deem their acts a [PRELIMINARY INJUNCTION VIOLATION].
And that all the (Defendants) and (Individuals) involved in
the violations to be held by the Court in **[CONTEMPT]** and to
be **(FINED)** or **(JAILED)!**

749.   **PRELIMINARY INJUNCTION RELIEF REQUEST No.(52):** To **[ORDER]**
that any attempts by the Administration or Commissioned Officer
Personnel of South Woods State Prison.   To [FORCE] the Plaintiff,
(Mr. Caratini), to appear in the intake department of South
Woods State Prison when he has a [MEDICAL] or [COURT] trip.
Any earlier then (5:00 A.M.) in the morning I asks the United
States District Court to deem it a [RETALIATORY ACT]!

750.   Since the Department of Corrections Central Transport
Unit Vehicles only begin arriving at the institutions of South
Woods State Prison no earlier then (6:00 A.M.) in the morning.
So forcing the Plaintiff, to appear at the intake department
at (3:30 A.M.) in the morning to wait until (6:00 A.M.)!

751.   He would ask the United States District Court to deem
these actions a [MALICIOUS ACT] against the Plaintiff, and a
[PRELIMINARY INJUNCTION VIOLATION].   And he request that the
(Defendants) and (Individuals) involved in the violations to
be held by the Court in **[CONTEMPT]** and to be **(FINED)** or **(JAILED)!**

752.   **PRELIMINARY INJUNCTION RELIEF REQUEST No.(53):** To **[ORDER]**
that any attempts by the Administration or Commissioned Officer
Personnel of South Woods State Prison.   To [IMPEDE OR OBSTRUCT]
the Plaintiff, (Mr. Caratini), from ordering food commissary
items from the "WALKEN HORST'S" (National Prisoners Commissary
Food Company Catalog) at (445 Ingenuity Ave)-(Sparks, NV. 89441).

753.   Since the Prison Commissary Store at South Woods State
Prison is not providing him the necessary Commissary Food Items.
That are sold in every other State Prison in the New Jersey
Prison System but not in South Woods State Prison which every
other State Prison in the Country allows!   I would ask the Court
to deem any [OBSTRUCTIVE ACTS] a "Retaliatory Actions"!

112

754.    I the Plaintiff, (Mr. Caratini), do also request that
the United States District Court to deem their acts and actions
nothing less than a [PRELIMINARY INJUNCTION VIOLATION]!  And
he request that the (Defendants) and (Individuals) involved
in the violations to be held by the Court in [CONTEMPT] and
to be (FINED) or (JAILED)!

755.    **PRELIMINARY INJUNCTION RELIEF REQUEST No.(54):** To [ORDER]
that any attempts by the Administration or Commissioned Officer
Personnel of South Woods State Prison.   To [FORCE] the Plaintiff,
(Mr. Caratini), to witness the [CRIMINAL HORRIFIC ACTS] against
the "Canadian Geese and their off Spring" which is a violation
of "The Criminal provisions of the Migratory Bird Treaty Act,
Section 703-711 of title 16, U.S.C., 1940 ed."

756.    Please allow me to elaborate on what I have personally
witnessed through my Prison cell window on South Woods State
Prison.   I have witnessed a civilian person that was hired by
the Administration or Commissioned Corrections Officer Personnel
of South Woods State Prison.   To commit the most horrific crimes
against the Canadian Geese bird wild life that have made the
Prison grass lands their sanctuaries for refuges and breeding!

757.    This Civilian individual that they have hired goes around
the grounds of the institutions of South Woods State Prison
in Bridgeton, New Jersey.   With a broom stick handle purposely
destroying the Canadian Geese's eggs that have been just laid
by the female Geese!  And I have even witness this individual
that they hired, go as far as the killing of the newly hatched
hatchlings!

758.    While the baby geese try to run for protection to their
Geese parents which is to no avail, which has left me the
Plaintiff, (Mr. Caratini).   Emotionally devastated and in great
pain, and in tears I having to witness such a "Criminal Act"!
Against the babies of the Canadian Geese wildlife that are
nesting on the institution of South Woods State Prison grounds!

759.    Which is by Federal Law a violation under [Title 18]
crimes of [18 U.S.C. § 41] against (Hunting, Fishing, Trapping;
Disturbance or Injury on Wildlife Refuges)"! And I the Plaintiff,
believe that the institutional personnel involved in South Woods
State Prison.   Should be punished to the full extent of Federal
Laws and fined under this [Title 18] and then imprisoned!

760.    **PRELIMINARY INJUNCTION RELIEF REQUEST No.(53):** To [ORDER]
that the Plaintiff's, "Preliminary" and "Permanent Injunction"
request that he is submitting to the United States District
Court of the (3d Circuit).   That will be ordering the Defendants
in his Federal Complaint what the Plaintiff, wants them to [Do]
or [STOP] doing.  He request that it include all the State Prison
institution in the State of New Jersey!

761. And the <u>Plaintiff</u>, also hereby request that these [<u>PRELIMINARY INJUNCTION RELIEF REQUESTS</u>] that he has submitted to the United States District Court. For his Protection in the "<u>ORDER TO SHOW CAUSE FOR A PRELIMINARY INJUNCTION</u>" in this Federal Complaint under [Section 1983] suit.

762. That the <u>Plaintiff</u>, is requesting from the United States District Court of the (3d Circuit) that it include a general [<u>PROPHYLACTIC</u>] protection. To include all of the County Jail's in the State of New Jersey that they all must adhere to the [<u>PRELIMINARY INJUNCTION RELIEF REQUESTS</u>]. That are being set forth in the "<u>ORDER TO SHOW CAUSE FOR PRELIMINARY INJUNCTION</u>" that the <u>Plaintiff</u>, (Mr. Caratini), has submitted to the Court!

---

763. Please allow me (Mr. Peter L. Caratini), to humble myself before the authority of the <u>UNITED STATES DISTRICT COURT JUDGES</u>, of the (3d Circuit)! By surrendering all my self-assertiveness to respectfully ask the Court to consider my legal request that if any of these [<u>PRELIMINARY INJUNCTION RELIEF REQUESTS</u>]. Are hereby violated in anyway, shape, or form, to grant his Federal Complaint Claims in his favor by [DEFAULT]!

764. I am requesting **"COMPENSATORY DAMAGES"** in the amount of [**$333,333.33**] dollars against each defendant, jointly and severally.

765. And I am also requesting **"PUNITIVE DAMAGES"** in the amount of [**$333,333.33**] dollars against each defendant.

766. A jury trial on all issues by jury? Yes__X__ No_____

767. **PLAINTIFF**, cost in this suit [$400.00].

768. And any additional relief that this United States District Court deems just, proper, and equitable.


Dated:_____.
            Respectfully submitted

---

114

MR. PETER L. CARATINI
INM # 667844/SBI # 295345E
S.W.S.P. 2-2-R, 2033-D
215 Burlington Road South
Bridgeton, N.J. 08302-0379


VERIFICATION


I the _Plaintiff_, have read the forgoing Federal Complaint
under [Section 1983] suit. And I hereby verify that the matters
alleged therein are true, except as to matters alleged on
information and belief, and as to those, I believe them to be
absolutely true. And I certify that under penalty of perjury
that the foregoing is true and correct.


[1st Submitted on]-[02-12-2017]
[2nd Submitted on]-[10-27-2018]

Executed at [Bridgeton, New Jersey] now on [02-21-2020]


Signature_____
              MR. PETER L. CARATINI

115

UNITED STATES DISTRICT COURT
NEW JERSEY (3rd Circuit)
District of New Jersey

JUN 1 6 2020

U.S.C.A. 3rd CIR.

```
------------------------------     :
Mr. Peter L. Caratini            :
                                 :
        Plaintiff                :      ORDER TO SHOW CAUSE FOR
                                 :      A PRELIMINARY INJUNCTION
        v.                       :
                                 :
Mr. John Powell, et al.,         :
                                 :      CIVIL ACTION No._____
        Defendants               :
------------------------------     :
```

Upon the complaint, the supporting affidavits of Plaintiff, and the memorandum of law submitted herein, it is:

**ORDERED** that defendants that are named below;

| | |
|---|---|
| Mr. John Powell | SGT. D. Sheehan-S134 |
| Mr. Willie Bonds | SCO. L. Vastano |
| Ms. L. Swift | Ms. Lisa R. Mills |
| MAJ. Oliver Keller | Ms. Jillian Tanner |
| LT. P. Sheppard-SW007 | Mr. David Metelow |
| SGT. J. Kuhlen-S104 | Ms. Cindy Sweeney |
| SGT. S. Hunter-S003 | SGT. April Washington |
| SCO. A. Hernandez-00735 | SCO. Ms. Colon |
| SCO. R. Seeney-00440 | Mr. Mahmond EL Dekki |
| SCO. A. Dooley-00726 | SCO. Osborne |

To show cause in room _____ of the United States Courthouse, at Martin Luther King U.S. Courthouse 50 Walnut Street, Room. 4015, Newark, New Jersey 07101 on the_____day of _____, 20_____, at _____ o'clock, why a preliminary injunction should not issue pursuant to Rule 65(a) of the Federal Rules of Civil Procedure enjoining the defendants, their successors in office, agents and employees and all other persons acting in concert and participation with them, from

1.    **PRELIMINARY INJUNCTION RELIEF REQUEST No.(1):** To **[STOP]** any attempts to "HARASS" the PLAINTIFF, by any means to impede him from continuing with this his Federal Complaint under the [Section 1983] suit against the Department of Corrections Officer Personnel of South Woods State Prison. He ask the Court to deem their Retaliatory Acts a PRELIMINARY INJUNCTION VIOLATION and he request that the upper echelon (Defendants) and (Individuals) involved in the violations to be held in **[CONTEMPT]** and to be **(FINED)** and **(JAILED)!**

1

2.    **PRELIMINARY INJUNCTION RELIEF REQUEST No.(2):**  To **[ORDER]** that any attempts to issue the <u>PLAINTIFF</u>, (Mr. Caratini), a **"FRAUDULENT DISCIPLINARY CHARGE"** to **[FRAME]** him as you will, to send him to "Administrative Segregation". In an act of Correction Officer Retaliation for him filing this Federal Complaint under [Section 1983] suit.

3.    Against the Department of Corrections Personnel of South Woods State Prison. He would ask the United States District Court to deem their actions a [<u>PRELIMINARY INJUNCTION VIOLATION</u>]. He request that the upper echelon (Defendants) and (Individuals) involved in the violations to be held in **[CONTEMPT]** and to be **(FINED)** or **(JAILED).**

4.    **PRELIMINARY INJUNCTION RELIEF REQUEST No.(3):**  To **[ORDER]** that any attempts to <u>"TAMPER"</u> with or <u>"ALTER"</u> the <u>PLAINTIFF</u>, (Mr. Caratini), [RENAL MEDICAL HOSPITAL FOOD MENU] that was issued by a [<u>DOCTOR</u>]. To a menu that does not consist with his (Renal Medical Dietary Meals) which is also to be provided additionally with any "Jewish Holiday Meals". He would ask the Court to deem their actions a **"Retaliatory Act"** for him filing this Federal Complaint under [Section 1983] suit.

5.    Against the New Jersey Department of Corrections Personnel of South Woods State Prison. He would ask the Court deem their actions a [<u>PRELIMINARY INJUNCTION VIOLATION</u>]. And he requests that the (Defendants) and (Individuals) involved in the violation to be held in **[CONTEMPT]** and to be **(FINED)** or **(JAILED)!**

### **"RENAL MEDICAL HOSPITAL QUALITY FOOD MENU"**

Chicken, (Breast)-(Baked Chicken Leg)-(Cutlets)-(Tenders)!
Beef, (Steak)-(Ground Beef)-(Beef Cubes)-(Meat Loaf)!
Fish, (Real Fish Fillets)-(Dipped in Flour Batter & Deep Fried)!
Hamburgers, (Home Made Ground Beef)-(NO PRISON PATTIES)!
Pancakes, (Home Made)-(NO PRISON PROCESS PANCAKES)!
Potatoes, (Baked)-(Mashed)-(French Fries)-(Hash Browns)!
Eggs, (Scramble)-(Fried)-(Poach)-(NO PRISON PROCESS EGGS)!
Hot Cereal, (Oatmeal)-(Grits)-(Corn Meal)!
Cold Cereal, (Corn Flakes)-(Rice Crispies)-(Raisin Brand)!
Pasta, (Spaghetti)-(Ziti)-(Dutch Noodles)-(Shells)-(Lasagna)!
Steamed Rice, (White)-(Brown)-(Yellow)!

Salads, (With Lettuce, Onions, Peppers, Tomatoes, Eggs, etc.)!
Soups, (Chicken)-(Vegetable)-(Minestrone)!
Grilled Cheese Sandwiches!
Sandwiches, (Eggs)-(Tuna)-(Chicken)-(Turkey Ham)-(B.L.T)!
Wheat Pizza!
Fresh Fruits, (Apples)-(Pears)-(Bananas)-(Peaches)!
Jello, (Cherry)-(Grape)-(Orange)!
Pudding Cups, (Chocolate)-(Vanilla)-(Custard)!
Muffins, (Home Made)-(Brand)-(Blueberry)-(Corn)-(Yellow)!
Cake, (Chocolate)-(Vanilla)!

2

6.     **PRELIMINARY INJUNCTION RELIEF REQUEST No.(4)**.  To **[ORDER]**
that the <u>PLAINTIFF</u>, (Mr. Caratini), "Renal Medical Dietary Meals"
come in two package trays!  (One Aluminum Tray) with his main
"Hot Meal" and (One Styrofoam Tray) with his (Salads) and meal
extras like his (Bread, Sugar, Jelly, Juice, Salad Dressing,
Pan Cake Syrup, Matzo Jewish Crackers).

7.     And both food trays are to be marked with his name and
the number of trays being sent from the main kitchen.  And must
be wrapped with Cellophane to prevent any theft of his extra
food items.  He would ask the Court to deem their lack of actions
a [<u>PRELIMINARY INJUNCTION VIOLATION</u>]! And he requests that the
(Defendants) and (individuals) involved in the violations to
be held in **[CONTEMPT]** and to be **(FINED)** or **(JAILED)**!

8.     **PRELIMINARY INJUNCTION RELIEF REQUEST No.(5)**:  To **[ORDER]**
that any attempts to [<u>IMPEDE OR OBSTRUCT</u>] the <u>PLAINTIFF</u> from
acquiring relief from the United States District Court with
his [<u>RENAL MEDICAL DIETARY MEALS</u>].  That he has been receiving
**[ICE COLD]** since he arrived on (2-2-R) and has never received
any **[HOT MEALS]** from the "Main Kitchen" on facility-1, or the
housing unit "Pantry Kitchen Workers" in approximately (3-years)!

9.     He request that the Court intervene with an **[ORDER]** on
his behalf to be permitted to purchase a [<u>HOT PLATE CASSEROLE</u>]
a small [<u>HEATING UNIT</u>] or [<u>MICROWAVE</u>] so that he could heat
up his "Renal Meals" in his cell.  And he ask the Court to deem
any **"LACK OF ACTION"** a [<u>PRELIMINARY INJUNCTION VIOLATION</u>] and
he request that the (Defendants) and (Individuals) involved
in the violations to be held by the Court in **(CONTEMPT)** and
to be **(FINED)** or **(JAILED)**!

10.     **PRELIMINARY INJUNCTION RELIEF REQUEST No.(6)**:  To **[ORDER]**
that in the event the <u>PLAINTIFF</u>, (Mr. Caratini), so decides
to change his meals from a <u>RENAL MEDICAL DIETARY MEALS</u>] to
[<u>RELIGIOUS KOSHER MEALS</u>] him being of the [<u>JEWISH FAITH</u>].  He
would request from the United States District Court to (ORDER)
that all his "<u>RELIGIOUS KOSHER MEALS</u>" must include "<u>KOSHER MEATS</u>"
like **"CHICKEN, BEEF, and FISH"**!

11.     The <u>Plaintiff</u>, request this action from the Court, due
to the fact that all the (Kosher Religious Meals) that are issued
daily to all (Jewish Inmates) in the institution of South Woods
State Prison.  Are all (Vegetarian Meals) that have absolutely
**(NO MEAT)** in them thus, **(NO PROTEIN)** for the body which he needs!

12.     This being a fact, he would ask the Court to deem any
**(OBSTRUCTIVE ACTIONS)** by any Administrative or institutional
dietary personnel.  An action of (Retaliation) against the
<u>Plaintiff</u>, and also a [<u>PRELIMINARY INJUNCTION VIOLATION</u>].  And
he request that the upper echelons (Defendants) and (Individuals)
involved in the violations to be held in **[CONTEMPT]** and to be
**(FINED)** or **(JAILED)**!

3

13.   **PRELIMINARY INJUNCTION RELIEF REQUEST No.(7):**  To **[ORDER]**
that any attempts to [HARASS] or [THREATEN] the PLAINTIFF, to
be [TRANSFERRED] out of the institution of South Woods State
Prison.   To another "State Institution" in the State of New
Jersey in an (Act) of **(MALICIOUS RETALIATION)** against him for
filing this Federal Complaint under [Section 1983] suit.

14.   Against the New Jersey Department of Corrections Officer
Personnel of South Woods State Prison.   He ask the United States
District Court to deem any such actions to **[TRANSFER]** the
Plaintiff a **"Malicious and Vindictive Retaliatory Action"** and
a [PRELIMINARY INJUNCTION VIOLATION].  And he requests that the
upper echelon (Defendants) and (Individuals) involved in the
violation to be held in **[CONTEMPT]** and to be **(FINED)** or **(JAILED)!**

15.   **PRELIMINARY INJUNCTION RELIEF REQUEST No.(8):**  To **[ORDER]**
that any attempts to **"PHYSICALLY ASSAULT"** (Mr. Caratini), the
PLAINTIFF, in any form in an act of **"VINDICTIVE RETALIATION"**.
For him filing this Federal Complaint under [Section 1983] suit
against the Corrections Officer Personnel of South Woods State
Prison.   He would ask the Court to deem any such **(VIOLENT ACTS)**
against him the Plaintiff, a **(FELONY CRIME)!**

16.   Against any New Jersey Department of Corrections Officer
or (State Inmate) personnel whom purposely and maliciously was
involved in the **"VIOLENT PHYSICAL ASSAULT"** on the Plaintiff,
(Mr. Caratini).   He would ask the United States District Court
to deem it a [PRELIMINARY INJUNCTION VIOLATION]!  And he requests
that the upper echelon (Defendants) and (Individuals) involved
in the violation to be held in **[CONTEMPT]** and to be **(FINED)**
and **(JAILED)!**

17.   **PRELIMINARY INJUNCTION RELIEF REQUEST No.(9):**  To **[ORDER]**
that any attempts of **"HARASSMENT"** or **"THREATENING"** the PLAINTIFF,
(Mr. Caratini), to be **"PHYSICALLY ASSAULTED"**.  By any Commissioned
or Non-Commissioned Corrections Officer Personnel of South Woods
State Prison.   Including any additional acts of recruiting other
(State Inmates) to **(Physically Assault)** the Plaintiff.

18.   He would ask the United States District Court to deem
their acts and actions a **(CRIMINAL RETALIATORY ACTION)** and also
a [PRELIMINARY INJUNCTION VIOLATION]!  And he would request from
the Court that the upper echelon (Defendants) and (Individuals)
involved in the violation to be held in **[CONTEMPT]** and to be
**(FINED)** and **(JAILED)!**

19.   If I may, the Plaintiff, would ask the Court to reach
this legal decision based upon the following important facts!
First, the Plaintiff, is (62-years), of age with absolutely
"No Criminal History or Record" in his entire life!  He has
"No Addictions" with **(NARCOTICS)** or **(STREET GANG AFFILIATION)**
ever in the New Jersey Prison System.

4

20.     This being his case, he would request that the United
States District Court analyze the whole situation and conclude
that if any kind of **(PHYSICAL ASSAULT)** does happen on his person.
That it would have been **[INITIATED]** by Department of Corrections
Officer or State inmate personnel of South Woods State Prison,
and **(NOT)** the Plaintiff, (Mr. Caratini)!

21.     **PRELIMINARY INJUNCTION RELIEF REQUEST No.(10):**  To **[ORDER]**
that any attempts to **(MOVE)** the PLAINTIFF, (Mr. Caratini), out
of his cell # (2033) and his housing unit (2-2-R).  To purposely
place him in a **(PRECARIOUS DANGEROUS & UNSECURE SITUATION)** were
he may be **(VIOLENTLY PHYSICALLY ASSAULTED)** by another State
Prisoner of the institution of South Woods State Prison!

22.     That would **(FORCE)** the Plaintiff, to "Physically Defend
Himself" at the age of (62-years) with major medical problems
would be just **"CRIMINAL"**!  To prevent to the best of his ability
any **(Physical Assault)** that will cause him **(INJURY OR TRAUMA)**
that might cause his **(DEATH)**!  By another State Prisoner or
a Department of Corrections Officer Personnel.

23.     After being **(VINDICTIVELY) (MOVED)** and **(PLACED)** in a
dangerous situation or location in South Woods State Prison
or anywhere else.  He would ask the Court to deem their actions
**(RETALIATORY)** and a **"FELONY CRIME"** for him filing this Federal
Complaint under [Section 1983] suit.  Against the Corrections
Officer Personnel of South Woods State Prison. He requests that
the (Defendants) and (Individuals) involved in the violation
to be held in **(CONTEMPT)** and to be **(FINED)** and **(JAILED)**!

24.     **PRELIMINARY INJUNCTION RELIEF REQUEST No.(11):** To **[ORDER]**
any attempts to [IMPEDE OR OBSTRUCT] the PLAINTIFF, rights to
his "INCOMING" or "OUTGOING" forms of "UNITED STATES MAIL".
Be it [PACKAGES], [REGULAR MAIL], or especially [LEGAL MAIL],
or [OUTGOING AND INCOMING REPAIRED ELECTRONICS ITEMS] by the
South Woods State Prison Mail Room Corrections Officer Personnel
of South Woods State Prison.

25.     He would ask the United States District Court to deem
their acts (Retaliation) and a [PRELIMINARY INJUNCTION VIOLATION]
it being a violation of **[Title 18]** United States Postal Laws.
And he would request from the Court that the upper echelon
(Defendants) and (Individuals) involved in the violation to
be held in **[CONTEMPT]** and to be **(FINED)** and **(JAILED)**!

26.     **PRELIMINARY INJUNCTION RELIEF REQUEST No.(12):** To **[ORDER]**
that any attempts to **"FORCEFULLY MOVED"** the Plaintiff, out of
his cell # (2033) on housing unit (2-2-R).  To another cell
on the housing unit (2-2-R) or any other unit during the day
or the middle of the night for what ever reason.  He would ask
the Court to deem their actions a (Retaliatory Act) against
the Plaintiff, for filing this Federal Complaint under the
[Section 1983] suit.

5

27.     Which the **(ORDER)** will automatically protect actions against his cell mate (Mr. David Henry), for the same reason they would try to enforce upon the <u>Plaintiff</u>.  He would ask the United States District Court to deem their acts **(RETALIATORY)** and a [<u>PRELIMINARY INJUNCTION VIOLATION</u>].  And he requests that the (Defendants) and (Individuals) involved in the violation to be held in **[CONTEMPT]** and to be **(FINED)** or **(JAILED)**!

28.     **PRELIMINARY INJUNCTION RELIEF REQUEST No.(13)**: To **[ORDER]** that any attempts to [<u>MOVE</u>] the <u>PLAINTIFF</u>, (Mr. Caratini), off his housing unit (2-2-R) and cell # (2033).  When he has gone on a [<u>MEDICAL TRIP</u>] or [<u>SUMMONED</u>] (Remanded) to Court, no matter how long he remains at those locations.  He is to retain his housing unit and cell status on the facility-1, compound.

29.     He asks the United States District Court to deem any **(MOVE)** a **(RETALIATORY ACTION)** for him filing this Federal Complaint under [Section 1983] suit.  Against the Corrections Officer Personnel of South Woods State Prison and to deemed it a [<u>PRELIMINARY INJUNCTION VIOLATION</u>].  He requests that the (Defendants) and (Individuals) involved in the violation to be held in **[CONTEMPT]** and to be **(FINED)** or **(JAILED)**!

30.     **PRELIMINARY INJUNCTION RELIEF REQUEST No.(14)**:  To **[ORDER]** that any attempts to [<u>FORCE</u>] the <u>PLAINTIFF</u>, (Mr. Caratini), to submit to a [<u>URINE DRUG TEST</u>].  He ask the Court to considered this action a [<u>RETALIATORY ACT</u>] against him for filing this Federal Complaint under [Section 1983] suit.  Against the Corrections Officer Personnel of South Woods State Prison.

31.     Which is due to the fact that the <u>PLAINTIFF</u>, is (62-years) old and soon will be a <u>SENIOR CITIZEN</u>.  And he has never had [<u>NO SUBSTANCE ABUSE PROBLEMS OR HISTORY</u>] with any [NARCOTICS] ever in any Prison, in the New Jersey Prison System.  And the <u>PLAINTIFF</u>, except for this **[FIRST OFFENSE]**, has never had [<u>NO CRIMINAL HISTORY OR RECORD</u>] in his entire life.

32.     And has been a law abiding citizen his whole life which raises a great many legal questions with the higher Courts of New Jersey and in Washington, DC.  He would ask the Court if he is **[FORCED]** to submit to a [<u>URINE DRUG TEST</u>] through **"THREATS"** **"HARASSMENT"** or **"INTIMIDATION"** to deem it a **"Retaliatory Act"** against the <u>Plaintiff</u>, (Mr. Caratini).

33.     For filing this Federal Complaint under [Section 1983] suit against the Department of Corrections Officer Personnel of South Woods State Prison.  And he would ask the United States District Court to deem their (RETALIATORY ACTIONS) against him a [<u>PRELIMINARY INJUNCTION VIOLATION</u>]. And he requests that the (Defendants) and (Individuals) involved in the violation to be held in **[CONTEMPT]** and to be **(FINED)** or **(JAILED)**!.

34.    **PRELIMINARY INJUNCTION RELIEF REQUEST No.(15):**  To **[ORDER]**
that any attempt by the Administration or Commissioned and
Non-Commissioned Corrections Officer Personnel of South Woods
State Prison.  To adhere on the <u>PLAINTIFF</u>, (Mr. Caratini), a
[<u>DIRTY URINE DRUG CHARGE</u>] them knowing all to well that he is
not a **(DRUG USER OR ADDICT).**

35.    He ask the Court to considered the facts that the charge
is a [<u>FRAUDULENT DISCIPLINARY CHARGE</u>].  And he ask the Court
to deem their acts a [<u>RETALIATORY ACTION</u>] against him for filing
this Federal Complaint under [Section 1983] suit.  And he asks
the Court to deem it a [<u>PRELIMINARY INJUNCTION VIOLATION</u>] and
he also requests that the (Defendants) and (Individuals) that
are involved in the violation to be held in **[CONTEMPT]** and to
be **(FINED)** or **(JAILED)!**

36.    **PRELIMINARY INJUNCTION RELIEF REQUEST No.(16):**  To **[ORDER]**
that any attempts to [<u>SEARCH</u>] the <u>PLAINTIFF</u> (Mr. Caratini) cell
# (2033) on the housing unit (2-2-R), by the Corrections Officer
Personnel of South Woods State Prison.  Without following the
[<u>STRICT SEARCH GUIDE LINES</u>] that he is asking the Court to set
forth in this "Preliminary Injunction Relief Request".

37.    He would ask the United States District Court to deem
their **(LACK OF ACTIONS)** a [<u>PRELIMINARY INJUNCTION VIOLATION</u>].
He requests that the upper echelon (Defendants) and (Individuals)
that are involved in the violations to be held in **[CONTEMPT]**
and to be **(FINED)** or **(JAILED)!**

38.    **FURTHERMORE,** Please note that the following "Search Guide
Lines Parameters" that he is asking the Court.  To set in place
in paragraphs designated "(A) through (R)" that the <u>PLAINTIFF</u>,
is humbly requesting from the Court.  Are **"NOT MEANT"** in anyway
to **"IMPEDE OR OBSTRUCT"** any **"SECURITY PROCEDURES OR PROTOCOLS"**
of the institution of South Woods State Prison.

39.    And are also **"NOT MEANT"** to **"ENDANGER"** the **"WELFARE"**,
**"SAFETY"**, and **"SECURITY"**, of any Administrative or Commissioned
or Non-Commissioned Department of Correction Officer or Civilian
Personnel in the institution of South Woods State Prison.  And
he must inform the U.S. District Court that these "Search Guide
Line Parameters", that he is requesting from the Court.

40.    Are in fact meant strictly for the **"GENERAL PROTECTION"**
of the <u>Plaintiff</u>, (Mr. Caratini). From any kind of search
**(RETALIATORY ACTS)** that might be taken in **(MALICIOUS RETRIBUTION)**
by the Corrections Officer Personnel of South Woods State Prison.

41.    For the <u>Plaintiff</u>, filing this Federal Complaint under
[Section 1983] suit against the Corrections Officers of South
Woods State Prison. For their **(MALICIOUS & VINDICTIVE)** violations
of his **[EIGHTH AMENDMENT PRISONERS RIGHTS]** of the Prohibition
of **[CRUEL AND UNUSUAL PUNISHMENT]** against a **(STATE PRISONER)!**

7

42.    (A) The search of the <u>PLAINTIFF</u>, (Mr. Caratini's), cell # (2033) on the housing unit (2-2-R) on the facility-1, compound must be performed with a "High Ranking" [COMMISSIONED OFFICER] from South Woods State Prison present! With the rank of [MAJOR] with a [GOLD OAK LEAF INSIGNIA] must be present during the <u>Plaintiff</u>, cell search [NO EXCEPTIONS]!

43.    (B) Before the "Non-Commissioned Corrections Officer" begins his search of the <u>PLAINTIFF</u>, cell # (2033) on (2-2-R). The Corrections Officer must first [EMPTY ALL HIS POCKETS] in front of the [MAJOR] and the <u>Plaintiff</u>.  To make absolutely sure by both witnesses that [NO CONTRABAND] will be carried into the cell to be planted!

44.    (C) **FURTHERMORE**, in the event that during the search of the <u>PLAINTIFF</u>, cell # (2033) on housing unit (2-2-R) by a chance some sort of contraband is found.  For example like [NARCOTICS] or a [WEAPON] he would ask the Court to access the situation in general.  And take a look at the facts that the <u>Plaintiff</u>, "New Jersey State Prison Record" has no such charges and his record will without a doubt will speak for itself!

45.    (D) **FIRST**, lets look at the facts, the <u>PLAINTIFF</u>, is (62-years) of age with a great deal of "Medical Illnesses and Problems" that has never had any [NARCOTICS USER HISTORY] in the State of New Jersey Prison System!  **SECOND**, the <u>Plaintiff</u>, has [NO GANG AFFILIATIONS] in the South Woods State Prison.

46.    And unusually keeps to himself, having such a vast age difference between him and the younger inmates, and he has been informed by Corrections Officers that he could be considered a [MODEL PRISONER] in the State of New Jersey Prison System!

47.    (E) Who spends his time Preparing legal paperwork in his cell to redress the Courts with issues in his case!  And since he is (NOT) a (DRUG USER) would never require any kind of [NARCOTICS] or any kind of a [WEAPON] in his senior years to use on anyone in the institution of South Woods State Prison!

48.    And **THIRD**, he would hope the United States District Court after assessing and analyzing the fact will draw its own conclusions that if some contraband is some how found in his cell # (2033) on housing unit (2-2-R).  That it must have been [PLANTED] in his cell before the search was performed, when he was away from his cell and was not there!

49.    (F) The <u>PLAINTIFF</u>, would like to request from the Court to [ORDER] the [COMMISSIONED OFFICER]-[MAJOR] to stand outside of the cell with the <u>Plaintiff</u>, next to him observing the search of his Cell by the "NON-COMMISSIONED CORRECTIONS OFFICER" of South Woods State Prison. That he requests to be performed within the "<u>STRICT FOURTH AMENDMENT PRISONERS RIGHTS</u>" guild lines in mind involving searches of an inmate's Prison cell.

50.    (G) **PLEASE OFFICIALLY NOTE:** That State Prisoners still retain and have limited "FOURTH AMENDMENT RIGHTS", protection from the Constitution that are as follow: "Searches must be Conducted in a Reasonable Manner".   "Prisoners Mail **[CAN NOT]** be **[OPENED AND READ]** which automatically will includes the Plaintiff, (Mr. Caratini's), **[WORD PROCESSOR ELECTRONIC FILES]**".

51.    (H) And when it comes to the PLAINTIFF, (Mr. Caratini's), Personal Property that he has in his cell # (2033) on his housing unit (2-2-R).   He would like to request from the Court to issue an **(ORDER)** that all of his belongings **[CAN NOT]** be **[DAMAGED]**, **[STOLEN]**, or **[DISCARDED]**, or **[CONFISCATED]** or by any other means **[TAMPERED]** with beyond necessity by the Corrections Officer(s)!

52.    (I) Which will include the PLAINTIFF, (Mr. Caratini's), "PRISON COMMISSARY FOOD ITEMS" that he has bought that are in his cell # (2033) on the housing unit (2-2-R)!   In what ever containers the "Commissary Food Items" are being stored in his cell, which will include all his (Kosher Food Spices).

53.    And he would ask the United States District Court to consider his [FOURTH AMENDMENT RIGHTS VIOLATIONS] concerning his personal property in his cell.   A **"VIOLATIVE ACTIONS"** by the Administration and Commissioned or Non-Commissioned Officer Personnel to deem their acts a **"RETALIATORY ACTION"** and also a [PRELIMINARY INJUNCTION VIOLATION]!

54.    (J) In the event that a Housing unit Corrections Officer of housing unit (2-2-R), or any relief Corrections Officer of South Woods State Prison.   Would takes it upon "Him or Herself" to perform a Search of the PLAINTIFF, cell (2033) without having a [HIGH RANKING COMMISSIONED OFFICER] a [MAJOR] being present.

55.    (K) The PLAINTIFF, hereby requests from the Court to issue an official directive ordering him to **[SUMMON]** at once a [HIGH RANKING COMMISSIONED OFFICER] a **[MAJOR]** on the seen! Once the Commissioned Officer arrives on the seen he is to immediately **[RELIEVE]** the Corrections Officer of (His/Her) official duties.   And then place the Corrections Officer on **[ADMINISTRATIVE LEAVE]**!

56.    (L) Which the Senior Corrections Officer will remain until **[SUMMONED]** by the Court to appear in front of the **[Judge]**. Along with the other upper echelons of the New Jersey Department of Corrections Personnel.   That are hereby named in this Federal Complaint [Section 1983] as **"DEFENDANTS"**, in front of the United State District Court [Judge] of the (3d Circuit).

57.    (M) Searching the PLAINTIFF, (Mr. Caratini's), cell when He or His cell mate (Mr. David Henry), are not in their cell # (2033) or housing unit (2-2-R).   He asks the Court to consider it an "Injunction Violation" that would have the same protection as when the Plaintiff, (Mr. Caratini), cell is being searched.

9

58.     (N) He requests the United States District Court to deemed any such invasion of the Plaintiff, housing unit cell # (2033) a violation of this [ORDER].  And a violation of the search Parameters set in this "Preliminary Injunction Request" and to deemed it a [PRELIMINARY INJUNCTION VIOLATION]!

59.     (O) He request that the Corrections Officer Personnel involved in the violation to appear before the United States District Court Judge.  To explain under whose authority did this Corrections Officer violate this [PROTECTIVE ORDER]!  That was set in place for the Federal Protection of the Plaintiff, by the Court in this [PRELIMINARY INJUNCTION REQUEST]!

60.     (P) Any attempt by the New Jersey Department of Corrections [TACTICAL TEAMS] units of South Woods State Prison. And any of the State's other "Special Search Tactical Units" like [S.O.G.]-[SPECIAL OPERATIONS GROUP].  That only answer to the [NEW JERSEY GOVERNOR]-[MR. PHILIP D. MURPHY] and to the [DEPARTMENT OF CORRECTIONS COMMISSIONER]-[MR. MARCUS O. HICKS].

61.     (Q) He request that the Court issue a [WARNING] to the "SPECIAL TACTICAL TEAMS"! That any attempts by [EITHER] agencies to [HARASS], [INTIMIDATE] or [PHYSICALLY ASSAULT] the PLAINTIFF. He would request that the Court to deem their "Violative Actions" a [PRELIMINARY INJUNCTION VIOLATION]. And he requests that the (Defendants) and (Individuals) involved in the violations to be held in [CONTEMPT] and to be (FINED) or (JAILED)!

62.     (R) Including forcing their will upon the PLAINTIFF, (Mr. Caratini), will answer to the United States District Court. And without hesitation will [SUMMON] the [DEFENDANTS] before the Court to explain to the [JUDGE] that under whose authority did they violate his [PRELIMINARY INJUNCTION ORDER].

63.     **PRELIMINARY INJUNCTION RELIEF REQUEST No.(17):** To [ORDER] that any attempts to [HARASS] the PLAINTIFF, (Mr. Caratini), by the means of [PHYSICAL AND MENTAL HARASSMENT] of his cell mate (Mr. David Henry)-(INM # 597972)-(SBI # 36842B).  By moving him out of his cell # (2033) to another cell or housing unit I ask the Court to deem it a [PRELIMINARY INJUNCTION VIOLATION].

64.     **PRELIMINARY INJUNCTION RELIEF REQUEST No.(18):** To [ORDER] that any attempts by Administration or Commissioned Corrections Officers or Medical Department Personnel of South Woods State Prison.   To [IMPEDE OR OBSTRUCT] the PLAINTIFF, from acquiring any medical treatment or 'Preventive Medication" by the means of being maliciously and vindictively [DENIED] on purpose!

65.     In an act of **"RETALIATION"** by the institutions Corrections Officer or Medical Department Personnel incompetence of South Woods State Prison.   That the Plaintiff, requires for his **"Physical Illnesses"** that have been diagnosed by three Doctor's, in multiple institutions in the New Jersey Prison System.

10

66.     He would like to request from the Court to deem their
**(LACK OF MEDICAL ACTIONS)** on his person a **"CRIMINAL ACT"** of
**(MEDICAL NEGLIGENCE).**  Against the <u>Plaintiff</u>, for filing this
Federal Complaint under [Section 1983] against the Department
of Corrections Officer and Medical Department Personnel of South
Woods State Prison.   And he requests that the upper echelon
(Defendants) and (Individuals) involved in the violation to
be held in **[CONTEMPT]** and to be **(FINED)** and **(JAILED)!**

67.     **PLEASE OFFICIALLY NOTE:** That there is something that
he has to mention in this Federal Complaint to the United States
District Court.   And that is that the <u>Plaintiff</u>, does believe
that he has been slowly internally **"POISONED"** by all the **"Food"**
that he has been eating for years. And not to mention, all the
hideous **"Environment"** conditions that exist in every institution
in the New Jersey Prison System!

68.     Please allow him to elaborate in greater detail about
his "Medical Physical Conditions".  When he entered the New
Jersey Prison System on (2010) he was in great physical health
with just a few minor medical issues.  But after (9-years) in
New Jersey Prison System and his only "Physical Examination"
there and in South Woods State Prison he was diagnosed with
major medical illnesses which are as follow:

1.  Diabetes.
2.  Edema.
3.  Anemia.
4.  Psoriasis.
5.  Kidney Stones.
6.  High Blood Pressure.
7.  Sciatica.
8.  C.O.P.D.
10. Urinating out Protein.
11. Severe Toenail Fungus.
12. Bladder Problems.

13. Under Active Thyroid.
14. Enlarged & Swollen Pancreas.
15. Enlarged & Swollen Kidneys.
16. Tumors/Growth on Kidneys.
17. Angina Pectoris.
18. Emphysema.
19. Afib-Heart Problems.
20. Fractured Tailbone.
21. Spinal Vertebra Disk Problems.
22. Prostate Problems.
23. Severe Hearing Problems.

69.     **PRELIMINARY INJUNCTION RELIEF REQUEST No.(19):** To **[ORDER]**
that any medical treatment that the <u>PLAINTIFF</u>, may require must
be performed at the [Clinic] of South Woods State Prison that
has all the Medical Testing Equipment. He would request that
all his scheduled (Medical Appointments) with (Doctors) or
(Specialist) must be performed at the [Clinic].  And he requests
that the (Defendants) and (Individuals) involved in any violation
to be held in **[CONTEMPT]** and to be **(FINED)** or **(JAILED)!**

70.     **PRELIMINARY INJUNCTION RELIEF REQUEST No.(20):** To **[STOP]**
any attempts to **"PHYSICALLY FORCE"** the <u>Plaintiff</u>, (Mr. Caratini),
to be transported to a "Medical Facility" or "Court". In any
of those Department of Corrections **[HARD SEAT VEHICLES]** ever
would be a <u>"VIOLATION"</u>.  And he must be only transported in
a **[Medical transport Vehicles]** or a vehicle with **[Soft Seats]**
due to his **"Spinal Tailbone Injuries"**!

11

71.   **FURTHERMORE,** Those Department of Corrections Transport
Vehicles that they use to transport State Prisoners.   Were
basically designed for **[K-9 OFFICERS]**-**[DOG KENNELS VEHICLES]**
that they "Unlawfully and Illegally" use to transport "State
Prisoners".   Which is a EIGHTH AMENDMENT PRISONERS RIGHTS
violation of the prohibition of [CRUEL AND UNUSUAL PUNISHMENT]
by Federal Constitutional Laws!

72.   The PLAINTIFF, has a **"SPINAL INJURY"** that requires him
to be only transported in [MEDICAL VEHICLES WITH SOFT SEATS]
so **[NOT]** to re-injure the Tailbone.   He ask the Court to consider
any such **"LACK OF ACTIONS"** a **[MALICIOUS & VINDICTIVE ACT]** and
he ask the Court to deem it a [PRELIMINARY INJUNCTION VIOLATION].
And he requests that the (Defendants) and (Individuals) involved
in the violation to be held in **[CONTEMPT]** and to be **(FINED)**
and **(JAILED)!**

73.   **PRELIMINARY INJUNCTION RELIEF REQUEST No.(21):** To **[ORDER]**
that any attempts to **"PHYSICALLY FORCE"** upon the PLAINTIFF,
anything that would be deemed as [EXCESSIVE RESTRAINS] for a
man of (61-years) of age with medical problems.   In the form
of **[HANDCUFF & CHAINS]** around his waist and **[IRON SHACKLES]**
on his legs while being transported to any location.

74.   He would request from the United States District Court
to deem these kind of restraints to be **[EXTREMELY EXCESSIVE]**
for a man his age! And he would ask the Court to issue an **[ORDER]**
that when transported him to be only restrained with a pair
of **"REGULAR HANDCUFF"**.   With just **(1-Click)** on the instruments
of detention due to the fact that he is **"NO DANGER"** to anyone,
with his [PHYSICAL INTERNAL INJURIES AND ILLNESSES] as follow:

75.   The PLAINTIFF, (Mr. Caratini), has a [FRACTURED TAILBONE],
on his lower Spine and a [VERTEBRA DISK INJURY].   And he has
also a [DAMAGED ROTATOR CUP] in his left shoulder that prohibits
him from raising his arm that requires Surgery!   That [PARALYZES]
his left arm with great pain which [TWISTS AND DEFORMS] his
fingers in his left arm out of shape for about an hour until
the seizure passes!

76.   The PLAINTIFF, also has [KIDNEY ILLNESSES] that cause
him great pain daily that makes him urinate about [20-Times]
a day.   Which makes his life in the New Jersey Prison System
in South Woods State Prison a living hell.   And also has great
[LOWER ABDOMINAL PAIN], and [LUNG RESPIRATORY PROBLEMS] and
[DIABETIC FOOT AND ANKLE NERVE PAIN] that he suffer with daily!

77.   This being his case the PLAINTIFF, (Mr. Caratini), does
believe that due to all his medical illnesses and problems that
he has absolutely poses **[NO DANGER]** to anyone.   While being
transported in any "New Jersey Department of Corrections Medical
Vehicle", him having absolutely **[NO CRIMINAL HISTORY OR RECORD]**
in my life!

78.    He requests that the Court issue an **[ORDER]** that if any Department of Corrections Officer of South Woods State Prison. Does "Violate" these restraints guild lines set by the Court for a (61-years) old man with physical disabilities!  He requests that the Court deems it a [PRELIMINARY INJUNCTION VIOLATION]. And that the (Defendants) and (individuals) involved in the violation to be held in **[CONTEMPT]** and to be **(FINED)** or **(JAILED)**!

79.    **PRELIMINARY INJUNCTION RELIEF REQUEST No.(22):** To **[ORDER]** that any attempts to **"HARASS"** or **"INTIMIDATE"** or **"FORCE"** the PLAINTIFF, (Mr. Caratini), to make him [CARRY ANYTHING].  With all his "Physical Internal Illnesses" will be considered a **[CRIMINAL ACT]** being perpetrated by the Department of Corrections Officer Personnel of South Woods State Prison.

80.    He would ask the United State District Court to deem their acts "MALICIOUS & VINDICTIVE" intended to purposely cause him additional "PHYSICAL INJURIES" on his person in an act of Corrections Officer "RETALIATION"!  He would ask the Court to add in the (Order) that the Plaintiff, **[CAN NOT]** perform any institutional "WORK DUTIES" due to his (Physical Illnesses).

81.    And since the Plaintiff, (Mr. Caratini), **[CAN NOT]** carry anything, if any of his personal property would ever have to be **[MOVED]**.  It must be relocated by the housing unit inmate workers or by the Department of Corrections Officer Personnel of the institution of South Woods State Prison.

82.    **PRELIMINARY INJUNCTION RELIEF REQUEST No.(23):** To **[ORDER]** that any attempts to [HARASS] the PLAINTIFF, (Mr. Caratini), before his [MEDICAL] or [COURT] trips.  By the Intake Department Corrections Officers by [CONFISCATING] his personal property like [WRIST WATCH], [PEN & PAPER] or [LEGAL DOCUMENTS] for Court. He asks the Court to deem it a [PRELIMINARY INJUNCTION VIOLATION] and that the (Defendants) and (Individuals) involved in the violation be held in **[CONTEMPT]** and be **(FINED)** or **(JAILED)**!

83.    **PRELIMINARY INJUNCTION RELIEF REQUEST No.(24):** To **[ORDER]** that any attempts to [MALICIOUSLY & VINDICTIVELY] (Confiscate), (Discard), or (Destroy) any of the Plaintiff, (Mr. Caratini's), (K.O.P.)-(Keep on Person Medication). That he does prepare daily for ingestion in advance and sets aside in a small plastic container (Pill Case) for his **"Memory Convenience"** for his daily dosage of (15-Pills) prescription medication.

84.    He would request from the United States District Court to deem their acts a **"RETALIATORY ACTION"** against the Plaintiff, for him filing this Federal Complaint under [Section 1983]. Against the Department of Corrections Personnel of South Woods State Prison.  He would request that the Court deem their acts against his "Medication" a [PRELIMINARY INJUNCTION VIOLATION], and he requests that the (Defendants) and (Individuals) involved to be held in **[CONTEMPT]** and to be **(FINED)** or **(JAILED)**!

85.    **PRELIMINARY INJUNCTION RELIEF REQUEST No.(25):** To **[ORDER]** that any attempts to [HARASS] the PLAINTIFF, by means of calling him to the Medical Department.  More then [ONCE A MONTH] to acquire all of his monthly (K.O.P.)-(Keep on Person Medication). Which is due to their flagrant Medical Personnel incompetence he ask the Court to deem it a [PRELIMINARY INJUNCTION VIOLATION]! And that the (Defendants) and (Individuals) involved in the violation to be held in **[CONTEMPT]** and to be **(FINED)** or **(JAILED)**!

86.    **PRELIMINARY INJUNCTION RELIEF REQUEST No.(26):** To **[STOP]** any attempts to issue the PLAINTIFF, a disciplinary charge for missing any (K.O.P.)-(Keep on Person Medication) appointments. He ask the Court to view this act a **[RETALIATORY ACTION]** and to deem it a [PRELIMINARY INJUNCTION VIOLATION]!  And he requests that the (Defendants) and (Individuals) involved in the violation to be held in **[CONTEMPT]** and to be **(FINED)** or **(JAILED)**!

87.    **PRELIMINARY INJUNCTION RELIEF REQUEST No.(27):** To **[ORDER]** that any attempts to **[IMPEDE OR OBSTRUCT]** the PLAINTIFF, from receiving any of his (K.O.P.)-(Keep on Person Medication). That he requires daily for his **[PHYSICAL INTERNAL ILLNESSES]** that he has been forced to live with and requires to sustain his life.  Due to the medical department personnel failure to order or provide because of their **"FLAGRANT INCOMPETENCE"** and their **"MEDICAL NEGLIGENCE"**.

88.    He would request from the United States District Court to deem their "Malicious & Vindictive" act a **[Retaliatory Action]** for the PLAINTIFF, filing this Federal Complaint.  Against the Department of Corrections Personnel of South Woods State Prison, and he would ask the Court to deem their [Lack of Action] a [PRELIMINARY INJUNCTION VIOLATION].  And that the (Defendants) and (Individuals) involved in the violation to be held in **[CONTEMPT]** and to be **(FINED)** or **(JAILED)**!

89.    **PRELIMINARY INJUNCTION RELIEF REQUEST No.(28):** To **[ORDER]** that any attempts by the Department of Corrections Medical Department to **[IMPEDE OR OBSTRUCT]** the PLAINTIFF, (Mr. Caratini), from acquiring "REAL MEDICATION".  He requests the Court **"ORDER"** that all his Prescriptions must be [Non-Genetic Medications] for all his "Physical Illnesses".

90.    And he request that the United States District Court deem any acts of (Non-Compliance) a **[RETALIATORY ACTION]** against the Plaintiff's, "Health and Treatment".  For him filing this Federal Complaint against the Department of Corrections Officer Personnel of the institution of South Woods State Prison.

91.    And he would also ask the United States District Court to deem their actions a [PRELIMINARY INJUNCTION VIOLATION]. And that all the (Defendants) and (Individuals) involved in the violation to be held in **[CONTEMPT]** and to be **(FINED)** or **(JAILED)**!

14

92.   **PRELIMINARY INJUNCTION RELIEF REQUEST No.(29):** To **[STOP]** any attempts by the Administration or Medical Department Personnel of South Woods State Prison.  To **[IMPEDE OR OBSTRUCT]** the PLAINTIFF, (Mr. Caratini), from obtaining all of his much needed "Pharmaceutical Medication Information" of each medication that he is receiving from his (Medical Provider). He would ask the Court to deem any [OBSTRUCTIVE ACTS] a form of **"RETALIATION"** and [Medical Negligence].

93.   **FURTHERMORE,** He would request from the United States District Court to issue in this **[ORDER]** a **[MANDATE]** that the PLAINTIFF.  Must be provided by his (Medical Provider) medical information on all the medications that he is "ingesting" for all his illnesses.  Which must include the following medical prescription information which is as follows:

94.   (1)-(the uses of the medication and for what illnesses), (2)-(the side affects of the medication on the Patient), and (3)-(The Therapeutic affects of the medication on the Patient). All the information being provided must be in great detail to the Patient.  He ask the Court to deem any **"OBSTRUCTIVE ACTS"** a [PRELIMINARY INJUNCTION VIOLATION] and he requests that the (Defendants) and (Individuals) involved in the violations to be held in **[CONTEMPT]** and to be **(FINED)** or **(JAILED)**!

95.   **PRELIMINARY INJUNCTION RELIEF REQUEST No.(30):** To **[STOP]** any attempts by the Administration or Commissioned Officers or Medical Department Personnel of the New Jersey Department of Corrections.  To **[IMPEDE OR OBSTRUCT]** the PLAINTIFF, from receiving a "Complete General Physical Examination" performed by a real **[DOCTOR]** at a "Hospital Medical Center" as by **[ORDER]**!

96.   To officially determine the extent of the Plaintiff's, [Medical Physical Illnesses].  That are **[NOT]** being addressed by the Department of Corrections Medical Department Personnel in the institution of South Woods State Prison!  He would request from the Court to deem their lack of action **[MEDICAL NEGLIGENCE]** and a **"RETALIATORY ACTION"**!

97.   For the PLAINTIFF, filing this Federal Complaint against the Department of Corrections Officers and Medical Personnel of South Woods State Prison. And he would ask the Court to deem any **"OBSTRUCTIVE ACTIONS"** a [PRELIMINARY INJUNCTION VIOLATION]. And that the (Defendants) and (Individuals) involved in the violations be held in **[CONTEMPT]** and to be **(FINED)** or **(JAILED)**!

98.   **PRELIMINARY INJUNCTION RELIEF REQUEST No.(31):** To **[ORDER]** that any attempts by the Administration or Commissioned and Non-Commissioned Corrections Officer Personnel of South Woods State Prison. To **[PHYSICALLY FORCE]** the PLAINTIFF, (Mr. Caratini) to go on any "Medical or Court" trips while he is under the influence of **[LAXATIVES]** which might cause him to accidentally **[DEFECATE]** on himself.

99.     In a waiting area, or in a New Jersey Department of
Corrections transport vehicle on his way to a (Medical Facility)
or (Court) would be a **[MALICIOUS & VINDICTIVE ACT]** against the
PLAINTIFF, (Mr. Caratini).  And he would ask the United States
District Court to deem such an act a **[RETALIATORY ACTION]** against
him for filing this Federal Complaint under [Section 1983] suit.

100.    Against the New Jersey Department of Corrections Officer
Personnel of the institution of South Woods State Prison.  And
he would request from the United States District Court to deem
their **[MALICIOUS ACTS]** a [PRELIMINARY INJUNCTION VIOLATION].
And the Plaintiff, (Mr. Caratini), requests that the (Defendants)
and (Individuals) involved in the violation to be held in
**[CONTEMPT]** and to be **(FINED)** and **(JAILED)!**

101.    **PRELIMINARY INJUNCTION RELIEF REQUEST No.(32):** To **[ORDER]**
that any attempts to [FORCE] the PLAINTIFF, (Mr. Caratini),
to submit to a [STRIP SEARCH].  He would ask the United States
District Court to considered the act against him [RETALIATORY]!
Due to the fact that he is (61-years) old and has never had
[NO SUBSTANCE ABUSE PROBLEMS] with [NARCOTICS] or [CONTRABAND]
in his New Jersey State Prison History.

102.    **FURTHERMORE,** please note once again that the PLAINTIFF,
except for this [FIRST OFFENSE] and conviction has had absolutely
[NO CRIMINAL HISTORY OR RECORD] ever and has been a law abiding
Citizen his whole life!  And he ask the United States District
Court to deem any [HARASSMENT] of the PLAINTIFF, in this matter
a [PRELIMINARY INJUNCTION VIOLATION].  And that the (Defendants)
and (Individuals) involved in the violation to be held in
**[CONTEMPT]** and to be **(FINED)** or **(JAILED)!**

103.    **PRELIMINARY INJUNCTION RELIEF REQUEST No.(33):** To **[ORDER]**
that any attempts to [PHYSICALLY HARASS] or [THREATEN] any of
the PLAINTIFF, (Mr. Caratini), inmates **[WITNESSES]** at "South
Woods State Prison" or "Northern State Prison". That are by
Federal Laws legally mentioned in this Federal Complaint under
[Section 1983] suit.   I would officially request from the United
States District Court to deem it a **[FELONY CRIME]!**

104.    The PLAINTIFF, hereby request that Criminal Charges be
brought against the Administration and Commissioned Department
of Corrections Civilian and Officer Personnel of South Woods
State Prison.  That are legally named as DEFENDANTS, in this
Federal complaint whom, has unlawfully and purposely committed
these violations of Federal Laws under the United States Criminal
Code of **[TITLE 18]-[18 USC § 1512].**

105.    For **[TAMPERING]** with a **[WITNESS], [VICTIM],** or **[INFORMANT]**
which if found guilty of the "Criminal Charges" by a Federal
Court would face major **[FINES]** and **[IMPRISONMENT]** for their
Crimes. And he would request from the United States District
Court to deem their actions **[CRIMINAL ACTS].**

16

106.    And the violation of Federal Government Laws on the **[CRIMINAL HARASSMENT]** of his State Prisoner **"WITNESSES"**!    And he would also ask the United States District Court to deem their unlawful acts a [PRELIMINARY INJUNCTION VIOLATION].    And he requests that the (Defendants) and (Individuals) involved in the violation to be held in **[CONTEMPT]** and to be **(FINED)** and **(JAILED)** immediately!

107.    **PRELIMINARY INJUNCTION RELIEF REQUEST No.(34):** To **[STOP]** any attempts to purposely and maliciously [IMPEDE OR OBSTRUCT] the PLAINTIFF, (Mr. Caratini), from attending any of his Holiday [JEWISH RELIGIOUS SERVICES OR EVENTS].    By any unlawful means of "Harassment, Intimidation, Simultaneous Appointment Scheduling when he is scheduled for "Jewish Services and Events".

108.    By any action that would prevent him from participating in his (Jewish Religious Rituals).    And which will automatically include prohibiting him from returning back to his housing unit with any **[JEWISH RELIGIOUS HOLIDAY FEAST MEALS LEFTOVERS]**. Which are the following "Jewish Religious Kosher Foods Items" Matzah, Grape Juice, Macaroons, Pastries, Chips, Candy, Halah Bread.

109.    To [IMPEDE OR OBSTRUCT] the PLAINTIFF, (Mr. Caratini), from obtaining any of these "Religious Kosher Foods Items" would be a **[FIRST AMENDMENT VIOLATION]** and a **[FEDERAL CRIME].**    And he ask the United States District Court to deem any such acts "RETALIATION" against him for filing this Federal Complaint and a [PRELIMINARY INJUNCTION VIOLATION]. And he requests that the (Defendants) and (Individuals) involved in the violation be held in **[CONTEMPT]** and to be **(FINED)** or **(JAILED)**!

110.    **PRELIMINARY INJUNCTION RELIEF REQUEST No.(35):** To **[STOP]** any attempts to [IMPEDE OR OBSTRUCT] the PLAINTIFF (Mr. Caratini) from purchasing any of the following [KOSHER FOOD ITEMS].    From a **[Kosher Food Vender]** from outside of the institution of South Woods State Prison for his religious [SHABBAT] (Sabbath) services on "Friday through Saturday".    Like some (Matzah, Grape Juice, Macaroons, Chips, Pastries, Halah Bread).

111.    He would request from the United States District Court that if any Administrative or Commissioned or Non-Commissioned Corrections Officer or Civilian Personnel of the institution of South Woods State Prison.    Does [IMPEDE OR OBSTRUCT] his purchases of these "Kosher Foods" he would ask the Court to deem it a **[RETALIATORY ACT].**

112.    Against the Plaintiff, (Mr. Caratini), for filing this Federal Complaint under [Section 1983].    He would ask the United States District Court to deem their acts and actions against him a [PRELIMINARY INJUNCTION VIOLATION].    And that the (Defendants) and (Individuals) involved in the violation to be held in **[CONTEMPT]** and to be **(FINED)** or **(JAILED)**!

113.   **PRELIMINARY INJUNCTION RELIEF REQUEST No.(36):** To **[STOP]** any attempts to [IMPEDE OR OBSTRUCT] the PLAINTIFF from attending his (Religious Jewish Services or Events). By purposely delaying him by forcing him to wait for any amount of time in the open environment during adverse weather conditions.

114.   Which would include any type of stormy conditions like **(Rain), (Lighting), (Wind), (Snow), (Hail), (Fire and BrimStone)!** He would ask the United States District Court to deem their actions a **[RETALIATORY ACT]** against the Plaintiff, for filing this Federal Complaint under [Section 1983] suit.

115.   Against the Department of Corrections Personnel of the institution of South Woods State Prison.  And he requests that the Court to deem their "Malicious and Vindictive" acts a [PRELIMINARY INJUNCTION VIOLATION].  And that the (Defendants) and (Individuals) involved in the violation to be held in **[CONTEMPT]** and to be **(FINED)** or **(JAILED)!**

116.   **PRELIMINARY INJUNCTION RELIEF REQUEST No.(37):** To **[STOP]** any attempts by institutional Personnel of South Woods State Prison to purposely and maliciously try to [IMPEDE OR OBSTRUCT] the PLAINTIFF, (Mr. Caratini).  From purchasing the following **[CLERICAL SUPPLIES]** from a (Brother Word Processor Supplies vender outside of the institution.

117.   That he requires for his [BROTHER 1700-WORD PROCESSOR] for the preparation of his [LEGAL DOCUMENTATION]. That he legally requires to perform his rebuttal to the decisions and arguments in his redress to the State and Federal Courts in the State of New Jersey and in Washington, DC.

118.   The clerical supplies are (Brother 1032 Nylon Ribbons), and (Brother 1030 Film Ribbons), (Daisy Letter Printwheels). (Black Typewriter Ribbon Ink) to re-ink his Ribbons and a small (Stapler and Staples).  And a small plastic bottle of (3-in-1) machine oil that he require for the lubrication of his old (Brother 1700-MDS Word Processor).

119.   He request that the Court deem any **[OBSTRUCTIVE ACTS]** of his efforts to purchase any of these Brother Word Processor Supplies.  By the Administration or Commissioned corrections Officer Personnel of South Woods State Prison.  He ask the Court to deem it a [PRELIMINARY INJUNCTION VIOLATION] and that the (Defendants) and (Individuals) involved in the violation to be held in **[CONTEMPT]** and to be **(FINED)** or **(JAILED)!**

120.   **PRELIMINARY INJUNCTION RELIEF REQUEST No.(38):** To **[STOP]** any attempts by Administrative Personnel of South Woods State Prison to purposely and maliciously try to [IMPEDE OR OBSTRUCT] the PLAINTIFF (Mr. Caratini).  From acquiring his educational **[ART DRAWING AND ENGINEERING DESIGN SUPPLIES]** that he requires for his recreational activities.

18

121. That are the following Like (Water Base Color Markers), (Highlighters), (Lettering Guilds), (Mechanical Pencils), (Pens), (Circle Templates), (Flexible Rulers), (Color Pencils) and some (Engineering Graph Paper Pads)! That the PLAINTIFF, requires for all his (Technical Engineering Drawings and Designs)!

122. He would ask the United States District Court that if the Civilian Administrative or Commissioned Corrections Officer Personnel of the institution of South Woods State Prison attempts to [OBSTRUCT] the purchase of his (Engineering Drawing Supplies). He would ask the Court to deem their Administrative actions a [RETALIATORY ACT] for him filing this Federal Complaint.

123. Against the Department of Corrections Officer Personnel of South Woods State Prison and he would ask the United States District Court to deem it a [PRELIMINARY INJUNCTION VIOLATION]. And also he requests that the (Defendants) and (Individuals) involved in the violation to be held in [CONTEMPT] and to be (FINED) or (JAILED)!

124. **PRELIMINARY INJUNCTION RELIEF REQUEST No.(39):** To [ORDER] that any attempts by the Civilian Administration or Commissioned or Non-Commissioned Corrections Officer Personnel of South Woods State Prison. To [IMPEDE OR OBSTRUCT] the PLAINTIFF, from receiving any "New State Prison Clothing" or "New State Boots" from South Woods State Prison. He would ask the Court to deem any [OBSTRUCTIVE ACTS] a [RETALIATORY ACTION] against him for filing this Federal Complaint under [Section 1983] suit.

125. Against the New Jersey Department of Corrections Civilian Administrative and Commissioned Corrections Officer Personnel of the institution of South Woods State Prison. And he ask the Court to deem their acts a [PRELIMINARY INJUNCTION VIOLATION] and that the (Defendants) and (Individuals) involved in the violation to be held in [CONTEMPT] and to be (FINED) or (JAILED)!

126. **PRELIMINARY INJUNCTION RELIEF REQUEST No.(40):** To [ORDER] that any attempts to [IMPEDE OR OBSTRUCT] the PLAINTIFF, from any [PHYSICAL RECREATION EXERCISE] like [YARD] and [GYM]. By issuing him a fraudulent institutional [ON THE SPOT] disciplinary charge (L.O.R.P.)-(Lost of Recreational Privileges). He would ask the Court to deem their actions a [RETALIATORY ACT] for him filing this Federal Complaint under [Section 1983] suit.

127. Against the New Jersey Department of Corrections Civilian Administrative or Commissioned Corrections Officer Personnel of the institution of South Woods State Prison. And he would ask the United States District Court to deem their actions a [PRELIMINARY INJUNCTION VIOLATION]. And he also requests that the (Defendants) and (Individuals) involved in the violation to be held in [CONTEMPT] and to be (FINED) or (JAILED).

128.  **PRELIMINARY INJUNCTION RELIEF REQUEST No.(41):** To **[STOP]** any attempts to [IMPEDE OR OBSTRUCT] the PLAINTIFF (Mr. Caratini) from any daily [HYGIENICAL] or [COMMUNICATIONAL] State Prisoners Rights.  On his housing unit during his [EXTENDED SHOWER TIME] that he requires to administer multiple medical applications of **[PSORIASIS TREATMENT MEDICATION]** on his physical body for the illness daily.

129.  That he also requires his [RECREATIONAL PHONE TIME] to contact his (Family), (Friends), (Lawyers), (Business Associates) and finally [State Government Personnel]. As by State and Federal Eighth Amendment Prisoners Rights that the Plaintiff, is entitled to on his housing unit during his recreational time in the institution of South Woods State Prison.

130.  He would ask the United States District Court to deem any [OBSTRUCTIVE ACTS] against him a **[RETALIATORY ACTION]**. For him filing this Federal Complaint against the Department of Corrections Officer Personnel of South Woods State Prison. And to deem these acts a [PRELIMINARY INJUNCTION VIOLATION] and that the (Defendants) and (Individuals) involved in the violation to be held in **[CONTEMPT]** and to be **(FINED)** or **(JAILED)!**

131.  **PRELIMINARY INJUNCTION RELIEF REQUEST No.(42):** To **[STOP]** any attempts to [IMPEDE OR OBSTRUCT] the PLAINTIFF (Mr. Caratini) [Inmate Trust Account Funds] or [Trust Account Statements] or [Inmate Trust Account Receipts].  From funds deposited by his (Family), (Friends), or (Business Associates), in the United States or from other Countries.

132.  He would ask the United States District Court to deem these acts of [Unlawful Financial Transactions] against his [Inmate Trust Account Funds] by the "Business Office Personnel" of South Woods State Prison and the (JPAY) company in Florida. A **[FEDERAL FELONY CRIME]** of **"MISAPPROPRIATIONS"** of a State Inmate Trust Account Funds.

133.  And he would ask the United States District Court to deem these financial obstructive transactions a **[CRIMINAL ACTION]** of my "Inmate Trust Account".  By the (Business Office Personnel) of South Woods State Prison and the (JPAY) company in Florida a [PRELIMINARY INJUNCTION VIOLATION]!  And that the (Defendants) and (Individuals) involved in the violation to be held in **[CONTEMPT]** and to be **(FINED)** or **(JAILED)!**

134.  **PRELIMINARY INJUNCTION RELIEF REQUEST No.(43):** To **[STOP]** any attempts by the Administration or Commissioned Corrections Officer Personnel OF South Woods State Prison.  To try and [IMPEDE OR OBSTRUCT] the PLAINTIFF (Mr. Caratini) from obtaining a [Single Cell Status] on his housing unit (2-2-R) in cell (2033) of the facility-1, compound in the institution of South Woods State Prison due to his medical problems.

135. The PLAINTIFF, request is due to his (Medical Illnesses) and (Extreme Health Problems) that he has that include major **[Kidney Problems]**. That constantly has him **"Urinating"** about (6-Times) through the night which is torture for a cell mate! He would ask this from the United States District Court to grant his request in this [Preliminary Injunction Request].

136. Once his cell mate a (Mr. David Henry), voluntarily (Moves) or is hereby released from the New Jersey Prison System. I would ask the Court to deem any **[OBSTRUCTIVE ACTION]** of his **[SINGLE CELL STATUS]** by the Administration or Commissioned Corrections Officers Personnel of South Woods State Prison. And he requests from the Court that any **[DENIAL]** be considered nothing less than a **[RETALIATORY ACTION]**.

137. Against the Plaintiff, for filing this Federal Complaint under [Section 1983] suit. Against the Department of Corrections Administrative and Corrections Officer Personnel. And he ask the Court to deem the act a [PRELIMINARY INJUNCTION VIOLATION] and that the (Defendants) and (Individuals) involved in the violation to be held in **[CONTEMPT]** and to be **(FINED)** or **(JAILED)**!

138. **PRELIMINARY INJUNCTION RELIEF REQUEST No.(44):** To **[ORDER]** that any attempts by the Administration or Commissioned Officer Personnel to [IMPEDE OR OBSTRUCT] the PLAINTIFF, (Mr. Caratini), from obtaining a [4-INCH THICK MEDICAL MATTRESS]. From the Medical Department of South Woods State Prison, which his medical request is due to a [FRACTURED TAILBONE AND VERTEBRA DISK INJURY] that he has in his lower spine.

139. That cause him to suffer with great "Tailbone and Spinal" pain daily especially when he attempts to sit on any hard seats or suffices. And also he has a [ROTATOR CUP] injury that is constantly leaving his arm [PARALYZED] with excruciating pain daily due to the pieces of chip bone in his "Rotator Cup" that hardly allows him to raise his left arm no higher than the level of his chest.

140. That **[TWISTS AND DEFORMS]** his fingers in his left hand out of shape for about an hour until the extremely painful seizures pass! And he would require a medical pass from his medical provider to be authorized to have the mattress in my possession in his cell as well.

141. And in addition the PLAINTIFF, has **[KIDNEY]**, **[ABDOMINAL]**, and **[DIABETIC FOOT AND ANKLE NERVE PAIN]** as well. He would ask the Court to deem any lack of actions a **[RETALIATORY ACT]** against him for filing this Federal Complaint against the Corrections Officer Personnel of South Woods State Prison. And he ask the Court to deem it a [PRELIMINARY INJUNCTION VIOLATION], and that the (Defendants) and (Individuals) involved in the violation to be held in **[CONTEMPT]** and to be **(FINED)** or **(JAILED)**!

142.  **PRELIMINARY INJUNCTION RELIEF REQUEST No.(45):** To [ORDER] that any attempts to [IMPEDE OR OBSTRUCT] the PLAINTIFF, from acquiring [Medical Footwear] from outside of the institution. Having a [Medical Authorization Pass] from his Medical Provider for new [HIGH-TOP SNEAKERS] or [LEATHER HIGH-TOP BOOTS]. That he medically requires for support for his foot and ankles due to his extreme medical [DIABETIC FOOT AND ANKLES NERVE PAIN].

143.  That is unbearable to live with in the New Jersey Prison system.  He would ask the Court to deem their [OBSTRUCTIVE ACTS] [RETALIATION] for filing this Federal Complaint.  Against the Correction Officer Personnel of South Woods State Prison and he ask to deem their acts a [PRELIMINARY INJUNCTION VIOLATION]. And that the (Defendants) and (Individuals) involved in the violation to be held in [CONTEMPT] and to be (FINED) or (JAILED)!

144.  **PRELIMINARY INJUNCTION RELIEF REQUEST No.(46):** To [ORDER] that any attempts by the Administration or Commissioned Officer Personnel of South Woods State Prison.  To [IMPEDE OR OBSTRUCT] the PLAINTIFF, from submitting [Physical Specimens Samples] to [Medical Laboratories] of his (Urine), (Blood), and (Feces). For the verification of test results that were performed by the medical department personnel of South Woods State Prison.

145.  That he is forced to perform due to the flagrant medical department personnel [NEGLIGENCE AND INCOMPETENCE].  He would request from the United States District Court to deem any actions of [OBSTRUCTION] of his efforts.  By the Civilian Administrative or Commissioned Corrections Officer or Medical Department Personnel of South Woods State Prison.

146.  To prevent the PLAINTIFF, from submitting any of his [Medical Physical Specimens] to any "Medical Laboratories". To absolutely contest those [FRAUDULENT LABORATORY TEST RESULTS] that they have performed.  And do never provided him the inmate Patient with in the medical department of the facility-1, compound of South Woods State Prison.

147.  Which is performed on purpose by the New Jersey Department of Corrections medical Department upper echelons personnel own directives!  To purposely [CUT BACK] the cost of any medical physical treatment and medication to the inmate population by [FALSIFYING AND ALTERING] their medical records to hide his medical results of the [LABORATORIES TEST]!

148.  He would ask the United States District Court to deem any [OBSTRUCTIVE ACTS] nothing less than [RETALIATION]. For him filing this Federal Complaint against the Corrections Officer Personnel of South Woods State Prison.  And he would ask the Court to deem it a [PRELIMINARY INJUNCTION VIOLATION] and that the (Defendants) and (Individuals) involved in the violation to be held in [CONTEMPT] and to be (FINED) or (JAILED)!

149.   **PRELIMINARY INJUNCTION RELIEF REQUEST No.(47):** To **[STOP]** any attempts to [IMPEDE OR OBSTRUCT] the PLAINTIFF, Mr. Caratini) from purchasing from a vender outside of the institution a small [TRAVEL IRON] or a [PORTABLE PLASTIC CLOTHES STEAMER]. For him to [PRESS] or [STEAM] his extremely wrinkled [PRISON CLOTHING] that he is [FORCED] to wear always extremely wrinkled.

150.   That he requires to maintain his New Jersey State Prisoner presentable appearance in the institution of South Woods State Prison and during his [MEDICAL TRIPS] and [COURT APPEARANCES]. He requests from the Court to deem any [OBSTRUCTIVE ACTIONS] by the Administration or Commissioned Officer Personnel that he is requesting a **"RETALIATORY ACT".**

151.   That would be purposely directed against the PLAINTIFF, for filing this Federal Complaint under [Section 1983] against the Department of Corrections Officer Personnel of South Woods State Prison.   And he would ask the Court to deem any such acts of **[OBSTRUCTING]** a [PRELIMINARY INJUNCTION VIOLATION] and that the (Defendants) and (Individuals) involved in the violation to be held in **[CONTEMPT]** and to be **(FINED)** or **(JAILED)**!

152.   **PRELIMINARY INJUNCTION RELIEF REQUEST NO.(48):** To **[ORDER]** that any attempts by the Administration or Commissioned Officers or Culinary Supervisory Personnel of South Woods State Prison. To [MALICIOUSLY & VINDICTIVELY] provide the PLAINTIFF, with any kinds of **[SPOILED FOODS].**   That includes **[ROTTEN MEATS]** from the Main Kitchen like it has been served to him before.

153.   In his [RENAL MEDICAL DIETARY MEALS] or [KOSHER MEALS] as an act of Corrections Officer **[Retaliation]** as punishment for him complaining about his **[ICE COLD FOOD TRAYS].**   And for filing this Federal Complaint against the Corrections Officers of South Woods State Prison.   He ask the Court deem it a [PRELIMINARY INJUNCTION VIOLATION],   and that the (Defendants) and (Individuals) involved in the violation to be held in **[CONTEMPT]** and to be **(FINED)** or **(JAILED)**!

154.   **PRELIMINARY INJUNCTION RELIEF REQUEST No.(49):** To **[ORDER]** that any attempts by the Administration or Commissioned Officer Personnel of South Woods State Prison.   To [IMPEDE OR OBSTRUCT] the PLAINTIFF, from participating in the New Jersey Department of Correction [INCENTIVE FOOD PACKAGE PROGRAM]. Every (6-Months) as by State regulation from the following Venders below.

1. Parkway Vending Company.
   24 Roberts Street
   South River, N.J. 08882

2. Apple Valley Natural Foods.
   9067 U.S. Route 31
   Berrien Spring, Michigan
   Zip Code, 49103-1634

3. Halal Middle Eastern Grocery.
   1681 Princeton Ave
   Lawrenceville, N.J. 08648

4. Ezra Mediterranean Delights
   and Halal Foods.
   8998 Route 18, Suite 203
   Old Bridge, N.J. 08857

23

155.    The PLAINTIFF, (Mr. Caratini), would ask the Court to
deem any [OBSTRUCTIVE ACTIONS] by the Administration or the
Commissioned Corrections Officer Personnel of South Woods State
Prison.  By [NOT] allowing him to participate in the purchase
of any of the approved [INCENTIVE FOOD PACKAGE ITEMS] he would
ask the Court to deem it a [RETALIATORY ACT]!

156.    For him filing this Federal Complaint against the New
Jersey Department of Corrections Personnel of South Woods State
Prison.  He would like to request from the Court to issue an
[ORDER] that once he does purchase his "Incentive Food Package".
And it does arrive at the institution of South Woods State
Prison, that the "Incentive Food Package Boxes".

157.    After inspection by the (Mailroom) Corrections Officer
Personnel must be immediately delivered without delay to the
Plaintiff.  At his housing unit (2-2-R) on the facility-1,
compound by the Corrections Officer Personnel from the mailroom.
Due to the fact that as by New Jersey Department of Corrections
[RULES AND REGULATIONS] "No Inmate" is allowed to handle any
of the "Inmate Incentive Food Packages!

158.    Which is due to the fact that the Plaintiff, [CAN NOT]
[CARRY] or [LIFT] or [PICK-UP] anything heavy.  Due to all his
(Physical Internal Injuries and Illnesses), which are quite
severe.  He ask the Court to deem any attempts to [FORCE] him
to physically carry anything a [Malicious & Vindictive Act]
that is intended to cause him additional physical injury.

159.    Which he would ask the Court to conclude that this
malicious act is being performed for him for filing this Federal
Complaint under [Section 1983].  Against the Corrections Officer
Personnel of South Woods State Prison in an act of [RETALIATION]!
And the Plaintiff, in addition would like to request from the
Court that it include in the issued (Court Order Injunction).

160.    That he is to be provided with a large bag of [ICE] daily
for his (Styrofoam Cooler).  In his housing unit cell # (2033)
to prevent any of his Inmate Incentive Food Package Items from
spoiling.  And he ask the Court to deem any [OBSTRUCTION] of
these requests to deem it a [PRELIMINARY INJUNCTION VIOLATION].
And that the (Defendants) and (Individuals) involved in the
violation to be held in [CONTEMPT] and to be (FINED) or (JAILED)!

161.    **PRELIMINARY INJUNCTION RELIEF REQUEST No.(50):** To [ORDER]
that any attempts by the Administration or Commissioned Officer
Personnel of South Woods State Prison.  To [IMPEDE OR OBSTRUCT]
the PLAINTIFF, (Mr. Caratini), from acquiring all the electronic
items.    That are associated with the purchase of a new Television
or (J-Player) which are hereby listed like (Instruction Manuals),
(USB-Cables), (Remote Control), (90°-F-Connectors), (Chargers).
(Ear Plugs Head Phones), (Batteries).

24

162.   Which must automatically include all of the original (Boxes and Packing) that the electronic items come in for the purpose of returning the electronic items back to the manufacture if damaged for replacement!  He would request from the United States District Court of the (3d Circuit).

163.   To deem their acts and actions a "RETALIATORY ACT" and a [PRELIMINARY INJUNCTION VIOLATION]!  And he would also request that all the (Defendants) and (Individuals) involved in the violations to be held by the Court in [CONTEMPT] and to be (FINED) or (JAILED)!

164.   **PRELIMINARY INJUNCTION RELIEF REQUEST No.(51):** To [ORDER] that any attempts by the Administration or Commissioned Officer Personnel of South Woods State Prison.  To [IMPEDE OR OBSTRUCT] the PLAINTIFF, (Mr. Caratini), from taking with him all of his bedding if he so decides to move voluntarily off his housing unit (2-2-R).  Like the following items of bedding; (Mattress), (Pillows), (Blankets), (Sheets), (Pillow Cases), etc.,.

165.   And he would request from the United States District Court to deem any "OBSTRUCTIVE ACTS" an act of "RETALIATION". For him filing his Federal Complaint under [Section 1983] suit against the Corrections Officer Personnel of the institution of South Woods State Prison.

166.   And he would request from the United States District Court to deem their acts a [PRELIMINARY INJUNCTION VIOLATION]. And that all the (Defendants) and (Individuals) involved in the violations to be held by the Court in [CONTEMPT] and to be (FINED) or (JAILED)!

167.   **PRELIMINARY INJUNCTION RELIEF REQUEST No.(52):** To [ORDER] that any attempts by the Administration or Commissioned Officer Personnel of South Woods State Prison.  To [FORCE] the Plaintiff, (Mr. Caratini), to appear in the intake department when he has a [MEDICAL] or [COURT] trip.  Any earlier then (5:00 A.M.) in the morning he asks the United States District Court to deem it a [RETALIATORY ACT]!

168.   Since the Department of Corrections Central Transport Unit Vehicles only begin arriving at the institutions no earlier then (6:00 A.M.) in the morning.  So forcing the Plaintiff, to appear at the intake department at (3:30 A.M.) in the morning to have him wait (3-hours) in a holding cell until (6:00 A.M.) in the morning would be [PUNITIVE]!

169.   And he would ask the United States District Court to deem these actions a [MALICIOUS ACT] against the Plaintiff, and a [PRELIMINARY INJUNCTION VIOLATION].  And he ask that the (Defendants) and (Individuals) involved in the violations to be held by the Court in [CONTEMPT] and to be (FINED) or (JAILED)!

25

170.   **PRELIMINARY INJUNCTION RELIEF REQUEST No.(53):** To **[ORDER]**
that any attempts by the Administration or Commissioned Officer
Personnel of South Woods State Prison.   To [IMPEDE OR OBSTRUCT]
the Plaintiff, (Mr. Caratini), from ordering food commissary
items from the (WALKEN HORST'S)-(National Prisoners Commissary
Food Company Catalog) at (445 Ingenuity Ave)-(Sparks, NV. 89441).

171.   Since the Prison Commissary Store at South Woods State
Prison is not providing him with the necessary Commissary Food
Items.   That are sold in every other Prison in the New Jersey
Prison System, but not in South Woods State Prison which are
also sold and allowed in every other State Prison in the Country!
He would request from the United States District Court to deem
any [OBSTRUCTIVE ACTS] a "Retaliatory Actions"!

172.   The Plaintiff, (Mr. Caratini), does also request that
the United States District Court to deem their acts and actions
nothing less than a [PRELIMINARY INJUNCTION VIOLATION]!   And
he request that the (Defendants) and (Individuals) involved
in the violations to be held by the Court in **[CONTEMPT]** and
to be **(FINED)** or **(JAILED)**!

173.   **PRELIMINARY INJUNCTION RELIEF REQUEST No.(54):** To **[ORDER]**
that any attempts by the Administration or Commissioned Officer
Personnel of South Woods State Prison.   To **[FORCE]** the Plaintiff,
(Mr. Caratini), to witness the [CRIMINAL HORRIFIC ACTS] against
the "Canadian Geese and their off Spring" which he must inform
you is a violation of [The Criminal Provisions of the Migratory
Bird Treaty Act, Section 703-711 of title 16, U.S.C., 1940 ed.].

174.   Please allow him to elaborate on what he has witnessed
through his Prison cell window in South Woods State Prison.
He has witnessed a Civilian Person that was hired by South Woods
State Prison.   And a Officer named (SCO. Palmer), committing
the most horrific crimes against the "Canadian Geese Bird Wild
Life" that have made the Prison grass lands their sanctuaries
for refuges and breeding, this Officer destroying their eggs!

175.   This Civilian individual that they have hired goes around
the grounds of the institution of South Woods State Prison in
Bridgeton, New Jersey.   With a broom stick handle purposely
and maliciously destroying the Canadian Geese's eggs that have
been just laid by the female Geese!   And he has even witness
this individual that they hired, to go as far as the killing
of the newly hatched hatchlings!

176.   While the baby geese try to run for protection to their
Geese parents which is to no avail and even poisoning them as
well which has left me the Plaintiff, (Mr. Caratini). Emotionally
devastated and in great pain, and in tears him having to witness
such a "Criminal Act"!   Against the babies of the Canadian Geese
wildlife that are nesting on the institution of South Woods
State Prison grounds!

177.    Which is by Federal Law a violation under [Title 18] crimes of [18 U.S.C. § 41] against (Hunting, Fishing, Trapping; Disturbance or Injury on Wildlife Refuges)"! And the Plaintiff, believe that the institutional personnel involved in South Woods State Prison.   Should be punished to the full extent of Federal Laws and fined under this [Title 18] and then imprisoned!

178.    **PRELIMINARY INJUNCTION RELIEF REQUEST No.(55):** To **[ORDER]** that the Plaintiff's, "Preliminary" and "Permanent Injunction" request that he is submitting to the United States District Court of the (3d Circuit).   That will be ordering the Defendants in his Federal Complaint what the Plaintiff, wants them to [Do] or [STOP] doing.   He request that it include all the State Prison institution in the State of New Jersey!

179.    And the Plaintiff, also hereby request that these [PRELIMINARY INJUNCTION RELIEF REQUESTS] that he has submitted to the United States District Court.   For his Protection in the "ORDER TO SHOW CAUSE FOR A PRELIMINARY INJUNCTION" in this Federal Complaint under [Section 1983] suit.

180.    That the Plaintiff, is requesting from the United States District Court of the (3d Circuit) that it include a general [PROPHYLACTIC PROTECTION].   To include all of the County Jail's in the State of New Jersey that they all must adhere to the [PRELIMINARY INJUNCTION RELIEF REQUESTS].   That are being set forth in this "ORDER TO SHOW CAUSE FOR PRELIMINARY INJUNCTION" that the Plaintiff, (Mr. Caratini), has submitted to the Court!

---

        **IT IS FURTHER ORDERED,** that the order to show cause, and all other papers attached to this application, be served on the aforesaid PLAINTIFF, by date_____2020.


JUDGE_____.


Date_____.


UNITED STATES DISTRICT JUDGE!

---



JUN 1 6 2020

U.S.C.A. 3rd CIR.

MR. PETER L. CAPATINI
INM # 667844 / SBI # 295345B
SOUTH WOODS STATE PRISON
215 BURLINGTON ROAD SOUTH
BRIDGETON, NEW JERSEY

(EXHIBITS PACKAGES)

(A) THROUGH (I)

Exhibits (A)

"LEGAL LETTER"

MR. WILLIE BONDS                    DATE: 12-17-2018
ADMINISTRATOR
SOUTH WOODS STATE PRISON
215 BURLINGTON ROAD SOUTH
BRIDGETON, N.J. 08302-0379


                                   MR. PETER L. CARATINI
Re: Prisoner Abuse During          INM # 667844/SBI # 295345E
    Jewish Religious Holidays!      S.W.S.P. 2-2-R, 2033-D
                                   215 BURLINGTON ROAD SOUTH
                                   BRIDGETON, N.J. 08302-0379


Dear Administrator: Mr. Willie Bonds,

        Please allow me to introduce myself in this legal letter
that I am submitting to your Administrative Office my name is
(Mr. Peter L. Caratini). And I am one of your inmates here
in your institution of South Woods State Prison in Bridgeton,
New Jersey!

        I am writing to you Sir, concerning the treatment that
I have been experiencing and been subjected to during my
Religious Holidays Services on the facility-2, compound. I and
all the rest of the Jewish inmates while attending our Jewish
religious holiday services on the facility-2, compound in your
institution of South Woods State Prison.

        Are being treated extremely most disrespectful every
time while we attend our Holy Religious Services like (PURIM),
on (02-28-2018) through (03-01-2018). And then the holy days
of (PASSOVER) (03-31-2018) to (04-04-2018) and (ROSH HASHANAH),
our New Year on (09-10-2018) to (09-11,-2018) and then on the
eight days of (HANUKKAH), (12-02-2018) to (12-09-2018).

        By your facility-2, compound Senior Corrections Officers
of South Woods State Prison when we arrive at our Holy Religious
Services. Are being left purposely outside in the freezing
rain, and bitter cold for about an hour all the time for no
reason at all but to be malicious and vindictive to the Jewish
inmates in the institution!

        Never allowing all the Jewish inmates to enter into the
(A)-Building on the facility-2, compound out of the rain and
cold to start our religious holiday services. Making all of
us wait outside for about an hour every time before padding
us Jewish inmates of the institution all down which is not at
all necessary!

                                1

And then finally allowing us Jewish inmates to enter into the building for our Religious Holiday Services that we are all there for.  And not to mention the constant harassment by the Corrections Officer Personnel against all us Jewish inmates of the institution of South Woods State Prison!

I and the rest of the Jewish inmates request that you Sir, contact (Maj. O. Keller), about the problem that we are having on the facility-2, compound.  And I hope that between you Sir, and (MAJ. Keller), could get them to stop harassing us Jewish inmates during our Religious Holiday Services. Thank You!

Respectfully submitted

Mr. Peter L. Caratini

Cc: File.

2



Exhibits
(CA)

# NJDOC INMATE INQUIRY FORM

## Must Be Placed In The Inmate Remedy System Box

## Complete One Form For Each Department / Program / Service.

(MARQUE SOLAMEIME UN DEPARTAMENTO / PROGRAMA / SERVICIO POR FORMULARIO)

Exhibits "A"

| ADMINISTRATION | |
|---|---|
| Housing Status | |
| Program Removal | |
| Reinstate Contact Visit | |

| BUSINESS OFFICE | |
|---|---|
| Business Remits / Receipts | |
| Check / Money Order | |
| Fine Payments | |
| Refunds | |
| State Pay | |
| Statements | |

| CLASSIFICATION | |
|---|---|
| Citizenship | |
| Detainers / Open Charges | |
| Institutional Transfer | |
| Interstate Status | |
| Job Eligibility | |
| Problem w/ Sentence Calc. | |
| Restoration of Comm Time | |
| SASRC | |
| Status | |
| Work Credit | |

| CUSTODY | |
|---|---|
| Cell Moves | |
| General | |
| Housing Unit Issues | |

| CUSTODY / MAILROOM | |
|---|---|
| Status on Purchases | |
| Incoming Mail | |
| Legal Mail | |
| Outgoing Mail | |

| EDUCATION / LAW LIB | |
|---|---|
| Certificates | |
| College Courses / GED / Classes | |
| Programs | |
| Legal Call | |
| Paralegal Assist / Supplies | |

| FOOD SERVICES | |
|---|---|
| Denied / Not Received Diet | |
| Food Allergies | |
| Food Issues / Prep | |
| Proper Special Diet | |

| MEDICAL / MENTAL HEALTH / DENTAL | |
|---|---|
| Class Sign-up / Completed Programs | |
| Concerns | |
| Co-Pay Refunds | |
| Emergencies | |
| Eye Glasses | |
| Medical Records | |
| Medication | |
| M007 Form | |
| Referrals | |
| Dental | |

| PAROLE | |
|---|---|
| Address Change / Parole Plan | |
| Opt Out of Parole Hearing | |
| Parole Board Hearings | |
| PED Calculations | |

| RCRP COMM. PROGRAMS | |
|---|---|
| Denial of Program | |
| Eligibility Criteria | |
| Status of Application | |

| RELIGIOUS SERVICES | |
|---|---|
| Certificate Completions | |
| Religious Classifications | |
| Religious Diets | |
| Religious Items | |

| SOCIAL SERVICES | |
|---|---|
| Family Emergency | |
| Marriage Request | |
| Program Enrollment / Completion | |
| Release ID / BC / SSN Card / MVC / Vet Asst. | |
| Release Planning | |
| SSI / SSDI / Affordable Healthcare | |
| TDD | |
| Others | |

| | SID |
|---|---|
| KIS | |
| PC | |
| STG | |
| Visitor Ban | |

| VISITS | |
|---|---|
| Denied Visitors | |
| Ex-Offender Visits | |
| Issues at Visits | |

| OSAPAS | |
|---|---|
| Living in Balance | |
| N/A and A/VA | |
| Engaging the Family | |
| RPP | |

### THIS SECTION TO BE COMPLETED BY INMATE

Inmate Name: _____   Date: _____   Date: 03-10-2015

State Number: _____   SBI#: _____

Housing Unit: _____   Work Detail Hours: Cell Sanitation

REQUEST: _____

### THIS FORM CANNOT BE PROCESSED:

(PARA USO OFICIAL SOLAMENTE - NO ESCRIBA EN EL AREA SOMBREADA)

Date Received: _____

Staff Receiving Request: _____

### FOR OFFICIAL USE ONLY

(Usted ha sido citado para entrevista en:)
You have been scheduled for an interview on: _____
Check the Daily Appointment Schedule for your name.

Staff Response: _____

IF YOU NEED ASSISTANCE IN COMPLETING THIS FORM, SEE YOUR HOUSING
UNIT SOCIAL WORKER
(SI USTED NECESITA AYUDA COMPLETANDO ESTE FORMULARIO, VEAA SU
TRABAJADOR SOCIAL DE UNIDAD)

Distribution: (Original) Department Copy
(Yellow) Inmate's Copy With Response
(Pink) Inmate Copy

Form IRSF-101

Exhibits



Exhibits (A)

# NJDOC INMATE INQUIRY FORM

## Must Be Placed In The Inmate Remedy System Box

# Complete One Form For Each Department / Program / Service.

(MARQUE SOLAMENTE UN DEPARTAMENTO / PROGRAMA / SERVICIO POR FORMULARIO)

| ADMINISTRATION | FOOD SERVICES | SID | VISITS | OSAPAS |
|---|---|---|---|---|
| Housing Status | Denied / Not Received Diet | K/S | Denied Visitors | Living in Balance |
| Program Removal | Food Allergies | PC | Ex-Offender Visits | N/A and A/A |
| Reinstate Contact Visit | Food Issues / Prep | STG | Issues at Visits | Engaging the Family |
| | Proper Special Diet | Visitor Ban | | RPP |

| BUSINESS OFFICE | MEDICAL / MENTAL HEALTH / DENTAL | THIS SECTION TO BE COMPLETED BY INMATE |
|---|---|---|
| Business Remits / Receipts | Class Sign-up / Completed Programs | Inmate Name: **m.P. Paster L Carter** |
| Check / Money Order | Concerns | State Number: **bbldXW**   SBI# **89 53 45 6**   Date: **9-15-2018** |
| Fine Payments | Co-Pay Refunds | Housing Unit: **2-2-6**   Work Detail Hours: **Cell Sanitation** |
| Refunds | Emergencies | |
| State Pay | Eye Glasses | REQUEST: ATTENTION – Alious Staffer – Willis Pands. |
| Statements | Medical Records | Phone my Tenish Holidays of Rosh Hashanah |
| **CLASSIFICATION** | Medication | I have been treated very disrespectfully by the |
| Citizenship | M007 Form | Facility – a commanl cofestions offered including |
| Detainers / Open Charges | Referrals | driving my religious services. Please inform |
| Institutional Transfer | Dental | mayor Oliver Keller About the Problems |

| CLASSIFICATION | PAROLE | FOR OFFICIAL USE ONLY |
|---|---|---|
| Interstate Status | | (PARA USO OFICIAL SOLAMENTE - NO ESCRIBA EN EL AREA SOMBREADA) |
| Job Eligibility | Address Change / Parole Plan | Date Received: |
| Problem w/ Sentence Calc. | Opt Out of Parole Hearing | Staff Receiving Request: |
| Restoration of Comm Time | Parole Board Hearings | |
| SASRC | PED Calculations | |
| Status | | |
| Work Credit | RCRP COMM. PROGRAMS | THIS FORM CANNOT BE PROCESSED: |

| CUSTODY | RCRP COMM. PROGRAMS | THIS FORM CANNOT BE PROCESSED: |
|---|---|---|
| Cell Moves | Denial of Program | (Usted ha sido citado para entrevista en) |
| General | Eligibility Criteria | You have been scheduled for an interview on:___ |
| Housing Unit Issues | Status of Application | Check the Daily Appointment Schedule for your name. |

| CUSTODY / MAILROOM | RELIGIOUS SERVICES | Staff Response: |
|---|---|---|
| Status on Purchases | Certificate Completions | |
| Incoming Mail | Religious Classifications | |
| Legal Mail | Religious Diets | |
| Outgoing Mail | Religious Items | |

| EDUCATION / LAW LIB | SOCIAL SERVICES | IF YOU NEED ASSISTANCE IN COMPLETING THIS FORM, SEE YOUR HOUSING UNIT SOCIAL WORKER |
|---|---|---|
| Certificates | Family Emergency | (SI USTED NECESITA AYUDA COMPLETANDO ESTE FORMULARIO, VEA A SU TRABAJADOR SOCIAL DE UNIDAD) |
| College Courses / GED / Classes | Marriage Request | |
| Programs | Program Enrollment / Completion | |
| Legal Call | Release ID / BC / SSN Card / MVC / Vet Asst. | |
| Paralegal Assist / Supplies | Release Planning | |
| | SSI / SSDI / Affordable Healthcare | |
| | TDD | |
| | Others | |

Distribution: (Original) Department Copy
(Yellow) Inmate's Copy With Response
(Pink) Inmate Copy

Form IRSF-101



Exhibits (A)



Exhibits "A"

# NJDOC INMATE INQUIRY FORM

## Must Be Placed In The Inmate Remedy System Box

## Complete One Form For Each Department / Program / Service.

(MARQUE SOLAMIEME UN DEPARTAMENTO / PROGRAMA / SERVICIO POR FORMULARIO)

### ADMINISTRATION
- Housing Status
- Program Removal
- Reinstate Contact Visit

### BUSINESS OFFICE
- Business Remits / Receipts
- Check / Money Order
- Fine Payments
- Refunds
- State Pay
- Statements

### CLASSIFICATION
- Citizenship
- Detainers / Open Charges
- Institutional Transfer
- Interstate Status
- Job Eligibility
- Problem w/ Sentence Calc.
- Restoration of Comm Time
- SASRC
- Status
- Work Credit

### CUSTODY
- Cell Moves
- General
- Housing Unit Issues

### CUSTODY / MAILROOM
- Status on Purchases
- Incoming Mail
- Legal Mail
- Outgoing Mail

### EDUCATION / LAW LIB
- Certificates
- College Courses / GED / Classes
- Programs
- Legal Call
- Paralegal Assist / Supplies

### FOOD SERVICES
- Denied / Not Received Diet
- Food Allergies
- Food Issues / Prep
- Proper Special Diet

### MEDICAL / MENTAL HEALTH / DENTAL
- Class Sign-up / Completed Programs
- Concerns
- Co-Pay Refunds
- Emergencies
- Eye Glasses
- Medical Records
- Medication
- M007 Form
- Referrals
- Dental

### PAROLE
- Address Change / Parole Plan
- Opt Out of Parole Hearing
- Parole Board Hearings
- PED Calculations

### RCRP COMM. PROGRAMS
- Denial of Program
- Eligibility Criteria
- Status of Application

### RELIGIOUS SERVICES
- Certificate Completions
- Religious Classifications
- Religious Diets
- Religious Items

### SOCIAL SERVICES
- Family Emergency
- Marriage Request
- Program Enrollment / Completion
- Release ID / BC / SSN Card / M.V.C / Vet Asst.
- Release Planning
- SSI / SSDI / Affordable Healthcare
- TDD
- Others

---

| SID | VISITS | OSAPAS |
|---|---|---|
| KS | Denied Visitors | Living in Balance |
| PC | Ex-Offender Visits | N/A and A/A |
| STG | Issues at Visits | Engaging the Family |
| Visitor Ban | | RPP |

### THIS SECTION TO BE COMPLETED BY INMATE

Inmate Name: Mr. Oscar L. Coplan   Date: 12-12-2018

State Number: 661844   SBI#: 905345E

Housing Unit: 1-2-2   Work Detail Hours: Cell San. Detail

REQUEST: A free flow administrator. While Roads

If during my religious days of Hanukkah have
been treated once again disrespectfully by UDC
Corrections Officers At the facility by Corr. Bush
All I want is for them to let us finish lunting to
to observe our religious Holy Holiday that is All.
Please inform me of... Oliver Keller About the Rabbis

### FOR OFFICIAL USE ONLY

(PARA USO OFICIAL SOLAMENTE - NO ESCRIBA EN EL AREA SOMBREADA)

**THIS FORM CANNOT BE PROCESSED:**

Date Received: _____

Staff Receiving Request: _____

(Usted ha sido citado para entrevista en)
You have been scheduled for an interview on: _____
Check the Daily Appointment Schedule for your name.

Staff Response: _____

IF YOU NEED ASSISTANCE IN COMPLETING THIS FORM, SEE YOUR HOUSING
UNIT SOCIAL WORKER
(SI USTED NECESITA AYUDA COMPLETANDO ESTE FORMULARIO, VEA A SU
TRABAJADOR SOCIAL DE UNIDAD)

Form IRSF-101

Exhibits (B)

"LEGAL LETTER"

MR. WILLIE BONDS                          DATE: 10-27-2018
ADMINISTRATOR
SOUTH WOODS STATE PRISON
215 BURLINGTON ROAD SOUTH
BRIDGETON, N.J. 08302-0379


                                          MR. PETER L. CARATINI
RE: PRISONER ABUSE!                       INM # 667844/SBI # 295345E
                                          S.W.S.P. 2-2-R, 2033-D
                                          215 BURLINGTON ROAD SOUTH
                                          BRIDGETON, N.J. 08302-0379


Dear Administrator: Mr. Willie Bonds,

        Please allow me to introduce myself in this legal Letter
my name is (Mr. Peter L. Caratini).  And I am one of your inmates
in your institution of South Woods State Prison in Bridgeton,
New Jersey.  I am writing to you Sir, once again concerning
two important issues that have developed while I have been in
your institution.

        FIRST: Since I have arrived at your institution of South
Woods State Prison I have not been able to get a good night
sleep due to the poor mattress conditions that are in the housing
unit cells.  I have written multiple NJDOC Inmate Inquiry Forms
asking for a new mattress but have never received any response
from the Prison Administration I am sorry to say!

        I (Mr. Peter L. Caratini), having spinal injuries that
require a medical mattress here at the institution of South
Woods State Prison.  That could be verified by the New Jersey
Department of Corrections medical departments of three medical
facilities.  (1)-(New Jersey State Prison), (2)-(Northern State
Prison), and finally (3)-(South Woods State Prison)!

        SECOND: I must inform you that there is a problem with
some of your third shift Senior Corrections Officers that come
on duty on my housing unit (2-2-R).  The problem is Sir, that
they don't stop from waking me and my cell mate up in the middle
of the night.

        Which I must say that it is on purpose and if I might
say maliciously multiple time a night!  Which if I may say its
could be noted as [CRUEL AND UNUSUAL PUNISHMENT] by a United
States District Court of the (3d Circuit)!  Which has become
a great possibility in the near future if these tactics by your
third shift Corrections Officers do not stop!

1

Exhibits (B)

I hope that you Sir, could help me with both of these problems that I and all the rest of the inmates on my housing unit are having.  With the actions of waking us up in the middle of the night multiple time for no reason at all by these third shift Corrections Officers of your institution of South Woods State Prison!   Thank You!

Respectfully submitted

Peter L. Caratini

**Mr. Peter L. Caratini**

Cc: File.

2

Exhibits (B)

# NJDOC INMATE INQUIRY FORM

## Must Be Placed In The Inmate Remedy System Box

## Complete One Form For Each Department / Program / Service.

(MARQUE SOLAMEME UN DEPARTAMENTO / PROGRAMA / SERVICIO POR FORMULARIO)

| ADMINISTRATION | FOOD SERVICES | SID | VISITS | OSAPAS |
|---|---|---|---|---|
| Housing Status | Denied / Not Received Diet | K/S | Denied Visitors | Living in Balance |
| Program Removal | Food Allergies | PC | Ex-Offender Visits | N/A and A/A |
| Reinstate Contact Visit | Food Issues / Prep | STG | Issues at Visits | Engaging the Family |
| **BUSINESS OFFICE** | Proper Special Diet | Visitor Ban | RPP | RPP |

**THIS SECTION TO BE COMPLETED BY INMATE**

| BUSINESS OFFICE | MEDICAL / MENTAL HEALTH / DENTAL | |
|---|---|---|
| Business Remits / Receipts | Class Sign-up / Completed Programs | Inmate Name: no. Peter L. Dantur |
| Check / Money Order | Concerns | State Number: b6 0844    SBI#: 39 534 5 B |
| Fine Payments | Co-Pay Refunds | Housing Unit: 2-2-0    Work Detail Hours: Cell San + a + on |
| Refunds | Emergencies | REQUEST: |
| State Pay | Eye Glasses | |
| Statements | Medical Records | |

**FOR OFFICIAL USE ONLY**

| CLASSIFICATION | Medication | (PARA USO OFICIAL SOLAMENTE - NO ESCRIBA EN EL AREA SOMBREADA) |
|---|---|---|
| Citizenship | M007 Form | |
| Detainers / Open Charges | Referrals | Date Received: |
| Institutional Transfer | Dental | Staff Receiving Request: |

| Interstate Status | **PAROLE** | |
|---|---|---|
| Job Eligibility | Address Change / Parole Plan | **THIS FORM CANNOT BE PROCESSED:** |
| Problem w/ Sentence Calc. | Opt Out of Parole Hearing | |
| Restoration of Comm Time | Parole Board Hearings | (Usted ha sido citado para entrevista en) |
| SASRC | PED Calculations | You have been scheduled for an interview on:___ |
| Status | | Check the Daily Appointment Schedule for your name. |
| Work Credit | **RCRP COMM. PROGRAMS** | |

| CUSTODY | Denial of Program | Staff Response: |
|---|---|---|
| Cell Moves | Eligibility Criteria | |
| General | Status of Application | |

| CUSTODY / MAILROOM | **RELIGIOUS SERVICES** | |
|---|---|---|
| Housing Unit Issues | Certificate Completions | |
| Status on Purchases | Religious Classifications | |
| Incoming Mail | Religious Diets | |
| Legal Mail | Religious Items | |
| Outgoing Mail | **SOCIAL SERVICES** | |

| EDUCATION / LAW LIB | Family Emergency | IF YOU NEED ASSISTANCE IN COMPLETING THIS FORM, SEE YOUR HOUSING |
|---|---|---|
| Certificates | Marriage Request | UNIT SOCIAL WORKER |
| College Courses / GED / Classes | Program Enrollment / Completion | (SI USTED NECESITA AYUDA COMPLETANDO ESTE FORMULARIO, VEA A SU |
| Programs | Release ID / BC / SSN Card / MVC / Vet Asst. | TRABAJADOR SOCIAL DE UNIDAD) |
| Legal Call | Release Planning | |
| Paralegal Assist / Supplies | SSI / SSDI / Affordable Healthcare | |
| | TDD | |
| | Others | |

Distribution: (Original) Department Copy
(Yellow) Inmate's Copy With Response
(Pink) Inmate Copy

Form IRSF-101

Exhibits (B)

Exhibit "B"

# NJDOC INMATE INQUIRY FORM

## Must Be Placed In The Inmate Remedy System Box

## Complete One Form For Each Department / Program / Service.

(MARQUE SOLAMEME UN DEPARTAMENTO / PROGRAMA / SERVICIO POR FORMULARIO)

| ADMINISTRATION |
| --- |
| Housing Status |
| Program Removal |
| Reinstate Contact Visit |

| BUSINESS OFFICE |
| --- |
| Business Remits / Receipts |
| Check / Money Order |
| Fine Payments |
| Refunds |
| State Pay |
| Statements |

| CLASSIFICATION |
| --- |
| Citizenship |
| Detainers / Open Charges |
| Institutional Transfer |
| Interstate Status |
| Job Eligibility |
| Problem w/ Sentence Calc. |
| Restoration of Comm Time |
| SASRC |
| Status |
| Work Credit |

| CUSTODY |
| --- |
| Cell Moves |
| General |
| Housing Unit Issues |

| CUSTODY / MAILROOM |
| --- |
| Status on Purchases |
| Incoming Mail |
| Legal Mail |
| Outgoing Mail |

| EDUCATION / LAW LIB |
| --- |
| Certificates |
| College Courses / GED / Classes |
| Programs |
| Legal Call |
| Paralegal Assist / Supplies |

| FOOD SERVICES |
| --- |
| Denied / Not Received Diet |
| Food Allergies |
| Food Issues / Prep |
| Proper Special Diet |

| MEDICAL / MENTAL HEALTH / DENTAL |
| --- |
| Class Sign-up / Completed Programs |
| Concerns |
| Co-Pay Refunds |
| Emergencies |
| Eye Glasses |
| Medical Records |
| Medication |
| M007 Form |
| Referrals |
| Dental |

| PAROLE |
| --- |
| Address Change / Parole Plan |
| Opt Out of Parole Hearing |
| Parole Board Hearings |
| PED Calculations |

| RCRP COMM. PROGRAMS |
| --- |
| Denial of Program |
| Eligibility Criteria |
| Status of Application |

| RELIGIOUS SERVICES |
| --- |
| Certificate Completions |
| Religious Classifications |
| Religious Diets |
| Religious Items |

| SOCIAL SERVICES |
| --- |
| Family Emergency |
| Marriage Request |
| Program Enrollment / Completion |
| Release ID / BC / SSN Card / MVC / Vet Asst. |
| Release Planning |
| SSI / SSDI / Affordable Healthcare |
| TDD |
| Others |

| | SID | VISITS | OSAPAS |
| --- | --- | --- | --- |
| K/S | | Denied Visitors | Living in Balance |
| PC | | Ex-Offender Visits | N/A and A/A |
| STG | | Issues at Visits | Engaging the Family |
| Visitor Ban | | | RPP |

### THIS SECTION TO BE COMPLETED BY INMATE

Inmate Name: _mo Pacer L Caplan_  Date: _Dec 30 - 2019_

State Number: _668844_  SBN: _36 5345_

Housing Unit: _2-2-2_  Work Detail Hours: _CRU South Chen_

REQUEST ATTENTION: _I am requesting a new prison press_

_ID card according to I have not received my resparse_

_from the Administration of So I would appeal this form_

_requesting a new press that I have over anything else is my_

_best balance and also my charges I rather cup is now_

_at my feet should..._

### FOR OFFICIAL USE ONLY

(PARA USO OFICIAL SOLAMENTE - NO ESCRIBA EN EL AREA SOMBREADA)

Date Received: _____

Staff Receiving Request: _____

### THIS FORM CANNOT BE PROCESSED:

(Usted ha sido citado para entrevista en)

You have been scheduled for an interview on: _____

Check the Daily Appointment Schedule for your name.

Staff Response: _____

IF YOU NEED ASSISTANCE IN COMPLETING THIS FORM, SEE YOUR HOUSING
UNIT SOCIAL WORKER
(SI USTED NECESITA AYUDA COMPLETANDO ESTE FORMULARIO, VEA A SU
TRABAJADOR SOCIAL DE UNIDAD)

Form IRSF-101

Distribution (Original) Department Copy
(Yellow) Inmate's Copy With Response
(Pink) Inmate Copy

Exhibits
(B)

Exhibits "B"

# NJDOC INMATE INQUIRY FORM

## Must Be Placed In The Inmate Remedy System Box

## Complete One Form For Each Department / Program / Service.

(MARQUE SOLAMEME UN DEPARTAMENTO / PROGRAMA / SERVICIO POR FORMULARIO)

| ADMINISTRATION | FOOD SERVICES | SID | | VISITS | OSAPAS |
|---|---|---|---|---|---|
| Housing Status | Denied / Not Received Diet | K/S | | Denied Visitors | Living in Balance |
| Program Removal | Food Allergies | PC | | Ex-Offender Visits | N/A and A/A |
| Reinstate Contact Visit | Food Issues / Prep | STG | | Issues at Visits | Engaging the Family |
| | Proper Special Diet | Visitor Ban | | | RPP |

**BUSINESS OFFICE**

| | |
|---|---|
| Business Remits / Receipts | |
| Check / Money Order | |
| Fine Payments | |
| Refunds | |
| State Pay | |
| Statements | |

**MEDICAL / MENTAL HEALTH / DENTAL**

THIS SECTION TO BE COMPLETED BY INMATE

| | |
|---|---|
| Class Sign-up / Completed Programs | |
| Concerns | |
| Co-Pay Refunds | |
| Emergencies | |
| Eye Glasses | |
| Medical Records | |

**CLASSIFICATION**

| | |
|---|---|
| Citizenship | |
| Detainers / Open Charges | |
| Institutional Transfer | |
| Interstate Status | |
| Job Eligibility | |
| Problem w/ Sentence Calc. | |
| Restoration of Comm Time | |
| SASRC | |
| Status | |
| Work Credit | |

| | |
|---|---|
| Medication | |
| M007 Form | |
| Referrals | |
| Dental | |

**PAROLE**

| | |
|---|---|
| Address Change / Parole Plan | |
| Opt Out of Parole Hearing | |
| Parole Board Hearings | |
| PED Calculations | |

**CUSTODY**

| | |
|---|---|
| Cell Moves | |
| General | |
| Housing Unit Issues | |

**RCRP COMM. PROGRAMS**

| | |
|---|---|
| Denial of Program | |
| Eligibility Criteria | |
| Status of Application | |

**CUSTODY / MAILROOM**

| | |
|---|---|
| Status on Purchases | |
| Incoming Mail | |
| Legal Mail | |
| Outgoing Mail | |

**RELIGIOUS SERVICES**

| | |
|---|---|
| Certificate Completions | |
| Religious Classifications | |
| Religious Diets | |
| Religious Items | |

**EDUCATION / LAW LIB**

| | |
|---|---|
| Certificates | |
| College Courses / GED / Classes | |
| Programs | |
| Legal Call | |
| Paralegal Assist / Supplies | |

**SOCIAL SERVICES**

| | |
|---|---|
| Family Emergency | |
| Marriage Request | |
| Program Enrollment / Completion | |
| Release ID / BC / SSN Card / MVC / Vet Asst. | |
| Release Planning | |
| SSI / SSDI / Affordable Healthcare | |
| TDD | |
| Others | |

Inmate Name: ___ PETEC L. Cara Inn Date: 10-15-2018
State Number: A6184Y   SBI#: 0653452E
Housing Unit: 2-2-A   Work Detail Hours: Cell Sanitation
REQUEST: Attention Administrator - (ollie Bonds

De you had Shift Commanations Officers that come
around in the middle of the night about house times
walk up officers up when doing their house count
Cont. (This is not Necessary to do when we are al
Sont Asleep. Thank you)

FOR OFFICIAL USE ONLY

(PARA USO OFICIAL SOLAMENTE - NO ESCRIBA EN EL AREA SOMBREADA)

Date Received: _____

Staff Receiving Request: _____

**THIS FORM CANNOT BE PROCESSED:**

(Usted ha sido citado para entrevista en)

You have been scheduled for an interview on: _____

Check the Daily Appointment Schedule for your name.

Staff Response: _____

IF YOU NEED ASSISTANCE IN COMPLETING THIS FORM, SEE YOUR HOUSING
UNIT SOCIAL WORKER
(SI USTED NECESITA AYUDA COMPLETANDO ESTE FORMULARIO, VEA A SU
TRABAJADOR SOCIAL DE UNIDAD)



Exhibits (C)

### "LEGAL LETTER"

MR. WILLIE BONDS                    DATE: 07-27-2018
ADMINISTRATOR
SOUTH WOODS STATE PRISON
215 BURLINGTON ROAD SOUTH
BRIDGETON, N.J. 08302-0379


Re: PRISONER ABUSE!                 MR. PETER L. CARATINI
    OBSTRUCTING PHONE NUMBERS!      INM # 667844/SBI # 295345E
                                    S.W.S.P. 2-2-R, 2033-D
                                    215 BURLINGTON ROAD SOUTH
                                    BRIDGETON, N.J. 08302-0379


Dear Administrator: Mr. Willie Bonds,

        Please allow me to introduce myself in this legal letter
my name is (Mr. Peter L. Caratini. And I am one of your inmates
in your institution of South Woods State Prison in Bridgeton,
New Jersey! I am writing to you Sir, once again concerning
another problem that has developed with my inmate phone account
numbers!

        I must inform you Sir, that I am being purposely being
[IMPEDED AND OBSTRUCTED] from adding State and Federal Government
Agencies and Personnel Phone numbers to may inmate phone list
by you Administrative business office! I have submitted already
about (4)-(Inmate Phone Lists)-(IPIN ASSIGNMENT FORM) four times
and all four times my Inmate Phone List have been [DENIED].

        The dates is question that I submitted the IPIN forms
are (07-18-2017), (10-23-2017), (01-15-2018), and (04-21-2018).
Sir, I must inform you that by Federal Government Laws your
institution of South Woods State Prison [CAN NOT] deny me access
to State and Federal Government Agencies and their Personnel.
I would like you Sir, to please look into this matter for me
before I submit legal documentation to Trenton! Thank You!


                            Respectfully submitted

                            _Peter L. Caratini_
                            Mr. Peter L. Caratini



Cc: File.

1

Exhibits Ⓐ Ⓑ Ⓒ

839-534004



**Name (Nombre)**
MR. John J. ZELENKA
**Street Address (Direccion Calle)**
6 FERRUZZA DRIVE
**Relationship (Relación)**
STEP - Brother
**Area Code - Telephone # (Teléfono)**
8 4 5 4 2 6 0 4 2 7

**Name (Nombre)**
MS. Gigi Northouse
**Street Address (Direccion Calle)**
713 Hollywood Ave.
**Relationship (Relación)**
Cousin
**Area Code - Telephone # (Teléfono)**
7 1 8 3 1 2 0 9 6 7

**Name (Nombre)**
MR. Stuart RABNER
**Street Address (Direccion Calle)**
25 MARKET STREET
**Relationship (Relación)**
Friend - Chief Justice
**Area Code - Telephone # (Teléfono)**
6 0 9 2 9 2 2 4 4 8

**Name (Nombre)**
MR. Edward BAROCAS
**Street Address (Direccion Calle)**
A.C.L.U - P.O. BOX 32159
**Relationship (Relación)**
Friend - Legal Director
**Area Code - Telephone # (Teléfono)**
9 7 3 6 4 2 2 0 8 4

**Name (Nombre)**
MR. Gary M. LANIGAN
**Street Address (Direccion Calle)**
NJDOC - P.O. BOX 863
**Relationship (Relación)**
Commissioner
**Area Code - Telephone # (Teléfono)**
6 0 9 2 9 2 1 5 0 0

**Name (Nombre)**
MS. Judy C. Preston
**Street Address (Direccion Calle)**
950 PENNSYLVANIA AVE
**Relationship (Relación)**
Friend - DEPT OF JUSTICE
**Area Code - Telephone # (Teléfono)**
8 3 3 7 3 6 5 5 1

**Name (Nombre)**
MR. Charles E. Samuel
**Street Address (Direccion Calle)**
320 FIRST STREET N.W.
**Relationship (Relación)**
Friend - BUREAU OF PRISONS
**Area Code - Telephone # (Teléfono)**
2 0 2 3 0 7 3 1 9 8

**Name (Nombre)**
MR. Cory BOOKER
**Street Address (Direccion Calle)**
ONE Gateway Center
**Relationship (Relación)**
Friend - U.S. SENATOR
**Area Code - Telephone # (Teléfono)**
9 7 3 6 3 9 8 7 0 0

**Name (Nombre)**
MR. John J. HOFFMAN
**Street Address (Direccion Calle)**
25 MARKET STREET
**Relationship (Relación)**
Attorney GENERAL - N.J
**Area Code - Telephone # (Teléfono)**
6 0 9 2 9 2 4 9 2 5

**Name (Nombre)**
MR. MANUEL ALFONSO
**Street Address (Direccion Calle)**
Whittlesey Road
**Relationship (Relación)**
Friend - S.I.D
**Area Code - Telephone # (Teléfono)**
6 0 9 2 9 2 4 0 3 6

**Attorney (Abogado)**
**Attorney Name (Nombre del Abogado)**
PATRICK J. JENNINGS
**Street Address (Direccion Calle)**
155 Polify Road
**Area Code - Telephone # (Teléfono)**
2 0 1 3 4 2 2 0 0 0

**Attorney (Abogado)**
**Attorney Name (Nombre del Abogado)**
Robert KEACH III
**Street Address (Direccion Calle)**
ONE Pine West Plaza
**Area Code - Telephone # (Teléfono)**
5 1 8 4 3 4 1 7 1 8

PLEASE OFFICIALLY NOTE! THAT NONE OF THESE NAME AND ADDRESSES ARE IN ANY WAY BUSINESSES!

839-534004

Exhibits-(A)(B)(C)

| Name (Nombre) | Name (Nombre) | Name (Nombre) | Name (Nombre) |
|---|---|---|---|
| mr. John J. Zelenka | ms. Gigi Northouse | mr. Cory Booker | mr. Stuart Rabns. |
| Street Address (Direccion Calle) | Street Address (Direccion Calle) | Street Address (Direccion Calle) | Street Address (Direccion Calle) |
| 6 Ferruzza Drive | 713 Hollywood Ave | 141 Harts Senate Bldg. | 25 Market Street |
| Relationship (Relación) | Relationship (Relación) | Relationship (Relación) | Relationship (Relación) |
| Step - Brother | Cousin | U.S. Senator - N.J. | Chief Justice - N.J. |
| Area Code - Telephone # (Teléfono) | Area Code - Telephone # (Teléfono) | Area Code - Telephone # (Teléfono) | Area Code - Telephone # (Teléfono) |
| 8 4 5 4 2 6 0 4 8 7 | 7 1 8 3 1 2 0 9 6 7 | 2 0 2 2 2 4 2 0 8 7 | 6 0 9 8 9 8 4 4 8 |

Business

| Name (Nombre) | Name (Nombre) | Name (Nombre) | Name (Nombre) |
|---|---|---|---|
| mr. Louis Allen. | mr. Charles E. Samuels | mr. Edward Barocas | mr. Gary m. Lanigan |
| Street Address (Direccion Calle) | Street Address (Direccion Calle) | Street Address (Direccion Calle) | Street Address (Direccion Calle) |
| 11 Center Place | 320 First Street, N.W. | A.C.L.U. - P.O. Box 32159 | NJ DOC - P.O. Box 863 |
| Relationship (Relación) | Relationship (Relación) | Relationship (Relación) | Relationship (Relación) |
| FBI - Director | B.O.P. - Director | Legal Director | DOC. - Commissioner |
| Area Code - Telephone # (Teléfono) | Area Code - Telephone # (Teléfono) | Area Code - Telephone # (Teléfono) | Area Code - Telephone # (Teléfono) |
| 9 7 3 7 9 9 3 0 0 0 | 2 0 2 3 0 7 3 1 9 8 | 9 7 3 6 4 2 2 0 8 4 | 6 0 9 2 9 2 1 5 0 0 |

| Name (Nombre) | Name (Nombre) | Attorney (Abogado) | Attorney (Abogado) |
|---|---|---|---|
| ms. Judy C. Preston | mr. Chris Christie | Attorney Name (Nombre del Abogado) | Attorney Name (Nombre del Abogado) |
| Street Address (Direccion Calle) | Street Address (Direccion Calle) | mr. Steven E. Savage | |
| 950 Pennsylvania Ave | 125 W. State Street | Street Address (Direccion Calle) | Street Address (Direccion Calle) |
| Relationship (Relación) | Relationship (Relación) | 384 Market Street | |
| U.S. Dept Justice - Chief | New Jersey Governor | | |
| Area Code - Telephone # (Teléfono) | Area Code - Telephone # (Teléfono) | Area Code - Telephone # (Teléfono) | Area Code - Telephone # (Teléfono) |
| 8 8 7 3 6 5 5 5 1 | 6 0 9 2 9 2 6 0 0 0 | 9 7 3 9 5 4 4 3 5 4 | |

Exhibits Ⓐ Ⓑ Ⓒ

| Name (Nombre) | Name (Nombre) | Name (Nombre) | Name (Nombre) |
|---|---|---|---|
| MR. John J. Zelenka | Ms. Gigi Northouse | MR. Stuart Rabner | MR. Edward Barocas |
| Street Address (Direccion Calle): 6 Ferruzza Drive | Street Address (Direccion Calle): 713 Hollywood Ave | Street Address (Direccion Calle): 25 Market Street | Street Address (Direccion Calle): A.C.L.U  P.O Box 39159 |
| Relationship (Relación): Step-Brother | Relationship (Relación): Cousin | Relationship (Relación): Friend - Chief Justice | Relationship (Relación): Friend - Legal Director |
| Area Code - Telephone # (Teléfono): 8454260437 | Area Code - Telephone # (Teléfono): 7183120967 | Area Code - Telephone # (Teléfono): 6092922448 | Area Code - Telephone # (Teléfono): 9736422084 |

| Name (Nombre) | Name (Nombre) | Name (Nombre) | Name (Nombre) |
|---|---|---|---|
| MR. Gary M. Lanigan | Ms. Judy C. Preston | MR. Charles E. Samuel | MR. Cory Booker |
| Street Address (Direccion Calle): NJDOC - P.O. Box 863 | Street Address (Direccion Calle): 950 Pennsylvania Ave | Street Address (Direccion Calle): 320 First Street N.W | Street Address (Direccion Calle): One Gateway Center |
| Relationship (Relación): Commissioner | Relationship (Relación): Friend - Dept of Justice | Relationship (Relación): Friend - Bureau of Prisons | Relationship (Relación): Friend - U.S. Senator |
| Area Code - Telephone # (Teléfono): 6092921500 | Area Code - Telephone # (Teléfono): 8837365551 | Area Code - Telephone # (Teléfono): 2023073198 | Area Code - Telephone # (Teléfono): 9736398766 |

Business

| Name (Nombre) | Name (Nombre) | **Attorney (Abogado)** | **Attorney (Abogado)** |
|---|---|---|---|
| MR. John J. Hoffman | MR. Manuel Alfonso | Attorney Name (Nombre del Abogado): Patrick J. Jennings | Attorney Name (Nombre del Abogado): Robert J. Keach III |
| Street Address (Direccion Calle): 25 Market Street | Street Address (Direccion Calle): Whittlesey Road | Street Address (Direccion Calle): 155 Polifly Road | Street Address (Direccion Calle): One Pine West Plaza |
| Relationship (Relación): NJ- Attorney General | Relationship (Relación): Friend - S. I. D | Area Code - Telephone # (Teléfono): 2013422000 | Area Code - Telephone # (Teléfono): 5184341718 |
| Area Code - Telephone # (Teléfono): 6092922435 | Area Code - Telephone # (Teléfono): 6092924026 | | |

PLEASE NOTE: NONE OF THESE NAMES & Addresses ARE IN ANY WAY BUSINESSES AS PER "SID". Also that the N.J. D.O.C. IPIN Assignment Form is Submitted on Time !

Exhibits

839-534004

**Name (Nombre)**
MR. JOHN J. ZELENKA
Street Address (Direccion Calle)
6 FETTUZZA DRIVE
Relationship (Relación)
STEP-Brother
Area Code - Telephone # (Teléfono)
8 4 5 4 2 6 0 4 2 7

**Name (Nombre)**
MS. GiGi Northouse
Street Address (Direccion Calle)
713 Hollywood Ave
Relationship (Relación)
COUSIN
Area Code - Telephone # (Teléfono)
7 1 8 3 1 2 0 9 6 7

**Name (Nombre)**
MR. STUART Rabner
Street Address (Direccion Calle)
25 MARKET STREET
Relationship (Relación)
Friend-Chief Justice
Area Code - Telephone # (Teléfono)
6 0 9 2 9 2 2 4 4 8

**Name (Nombre)**
MR. Edward Barocas
Street Address (Direccion Calle)
A.C.L.U. P.O. Box 32159
Relationship (Relación)
Friend-Legal Director
Area Code - Telephone # (Teléfono)
9 7 3 6 4 2 2 0 8 4

**Name (Nombre)**
MR. MANUEL ALFONSO
Street Address (Direccion Calle)
Whittlesey Road
Relationship (Relación)
Friend
Area Code - Telephone # (Teléfono)
6 0 9 2 9 2 4 0 3 6

**Name (Nombre)**
MR. PBill Murphy
Street Address (Direccion Calle)
125 W. STATE STREET
Relationship (Relación)
Friend
Area Code - Telephone # (Teléfono)
6 0 9 2 9 2 6 0 0 0

**Name (Nombre)**
MS. Judy C. Preston
Street Address (Direccion Calle)
950 Pennsylvania Ave.
Relationship (Relación)
Friend
Area Code - Telephone # (Teléfono)
8 8 8 7 3 6 5 5 5 1

**Name (Nombre)**
MR. Charles Sammuel
Street Address (Direccion Calle)
320 First Street, N.W.
Relationship (Relación)
Friend
Area Code - Telephone # (Teléfono)
2 0 2 3 0 7 3 1 9 8

**Name (Nombre)**
Street Address (Direccion Calle)
Relationship (Relación)
Area Code - Telephone # (Teléfono)

**Name (Nombre)**
Patrick J. Jennings
Street Address (Direccion Calle)
155 PoliFly Road
Relationship (Relación)
Attorney
Area Code - Telephone # (Teléfono)
3 0 1 3 4 2 2 0 0 0

**Attorney (Abogado)**
Attorney Name (Nombre del Abogado)
Cochran Firm PC
Street Address (Direccion Calle)
55 Broadway, N.Y.
Area Code - Telephone # (Teléfono)
2 1 2 5 5 3 9 2 1 5

**Attorney (Abogado)**
Attorney Name (Nombre del Abogado)
Robert Keach III
Street Address (Direccion Calle)
1 Pine West Plaza
Area Code - Telephone # (Teléfono)
5 1 8 4 3 4 1 7 1 8

Exhibit (C)

Exhibits (C)



# NJDOC INMATE INQUIRY FORM

## Must Be Placed In The Inmate Remedy System Box

## Complete One Form For Each Department / Program / Service.

(MARQUE SOLAMEME UN DEPARTAMENTO / PROGRAMA / SERVICIO POR FORMULARIO)

| ADMINISTRATION | FOOD SERVICES | SID | VISITS | OSAPAS |
|---|---|---|---|---|
| Housing Status | Denied / Not Received Diet | K/S | Denied Visitors | Living in Balance |
| Program Removal | Food Allergies | PC | Ex-Offender Visits | N/A and A/A |
| Reinstate Contact Visit | Food Issues / Prep | STG | Issues at Visits | Engaging the Family |
| | Proper Special Diet | Visitor Ban | | RPP |

### BUSINESS OFFICE / MEDICAL / MENTAL HEALTH / DENTAL

**THIS SECTION TO BE COMPLETED BY INMATE**

| BUSINESS OFFICE | MEDICAL / MENTAL HEALTH / DENTAL | |
|---|---|---|
| Business Remits / Receipts | Class Sign-up / Completed Programs | **Inmate Name:** DW PETER L SHAW |
| Check / Money Order | Concerns | **State Number:** 6608244  **SBI#:** 393345 E  **Date:** 11-17-2017 |
| Fine Payments | Co-Pay Refunds | **Housing Unit:** 2-2-R  **Work Detail Hours:** CELL SANITATION |
| Refunds | Emergencies | **REQUEST:** Administration - Administrate-office while Poste |
| State Pay | Eye Glasses | I have submitted Award two form on the |
| Statements | Medical Records | and the have been denise stating Phone numbers |
| | | State Agency and Personel use a commings |
| **CLASSIFICATION** | Medication | which is wrong |
| Citizenship | M007 Form | |
| Detainers / Open Charges | Referrals | **FOR OFFICIAL USE ONLY** |
| Institutional Transfer | Dental | (PARA USO OFICIAL SOLAMENTE - NO ESCRIBA EN EL AREA SOMBREADA) |
| Interstate Status | | |
| **CLASSIFICATION** | **PAROLE** | **Date Received:** |
| Job Eligibility | Address Change / Parole Plan | **Staff Receiving Request:** |
| Problem w/ Sentence Calc. | Opt Out of Parole Hearing | |
| Restoration of Comm Time | Parole Board Hearings | **THIS FORM CANNOT BE PROCESSED:** |
| SASRC | PED Calculations | |
| Status | | (Usted ha sido citado para entrevista en) |
| Work Credit | **RCRP COMM. PROGRAMS** | You have been scheduled for an interview on:___ |
| **CUSTODY** | Denial of Program | Check the Daily Appointment Schedule for your name. |
| Cell Moves | Eligibility Criteria | |
| General | Status of Application | **Staff Response:** |
| Housing Unit Issues | **RELIGIOUS SERVICES** | |
| **CUSTODY / MAILROOM** | Certificate Completions | |
| Status on Purchases | Religious Classifications | |
| Incoming Mail | Religious Diets | |
| Legal Mail | Religious Items | |
| Outgoing Mail | **SOCIAL SERVICES** | |
| **EDUCATION / LAW LIB** | Family Emergency | |
| Certificates | Marriage Request | |
| College Courses / GED / Classes | Program Enrollment / Completion | IF YOU NEED ASSISTANCE IN COMPLETING THIS FORM, SEE YOUR HOUSING UNIT SOCIAL WORKER |
| Programs | Release ID / BC / SSN Card / MVC / Vet Asst. | (SI USTED NECESITA AYUDA COMPLETANDO ESTE FORMULARIO, VEA A SU TRABAJADOR SOCIAL DE UNIDAD) |
| Legal Call | Release Planning | |
| Paralegal Assist / Supplies | SSI / SSDI / Affordable Healthcare | |
| | TDD | |
| | Others | |

Distribution: (Original) Department Copy
(Yellow) Inmate's Copy With Response
(Pink) Inmate Copy



Exhibits (C)

Exhibits ¾ ¾ C

# NJDOC INMATE INQUIRY FORM

## Must Be Placed In The Inmate Remedy System Box

## Complete One Form For Each Department / Program / Service.

(MARQUE SOLAMEME UN DEPARTAMENTO / PROGRAMA / SERVICIO POR FORMULARIO)

| ADMINISTRATION | FOOD SERVICES | SID | VISITS | OSAPAS |
|---|---|---|---|---|
| Housing Status | Denied / Not Received Diet | K/S | Denied Visitors | Living in Balance |
| Program Removal | Food Allergies | PC | Ex-Offender Visits | N/A and A/A |
| Reinstate Contact Visit | Food Issues / Prep | STG | Issues at Visits | Engaging the Family |
| **BUSINESS OFFICE** | Proper Special Diet | Visitor Ban | | RPP |
| Business Remits / Receipts | **MEDICAL / MENTAL HEALTH / DENTAL** | | | |

THIS SECTION TO BE COMPLETED BY INMATE

| | | |
|---|---|---|
| Check / Money Order | Class Sign-up / Completed Programs | Inmate Name: _M.R. Peter L. Cacatian_ Date: _06-12-2018_ |
| Fine Payments | Concerns | State Number: _661844_ SBI#: _39534158_ |
| Refunds | Co-Pay Refunds | Housing Unit: _2-2-2_ Work Detail Hours: _Cell Sanitation_ |
| State Pay | Emergencies | **REQUEST:** _An switch...advantages...unit-hour Bank..._ |
| Statements | Eye Glasses | _I have NOW submitted at-End RRP for Cats_ |
| **CLASSIFICATION** | Medical Records | _which have been denied and...a..._ |
| Citizenship | Medication | _...but one of the statements I have..._ |
| Detainers / Open Charges | M007 Form | _is a business illimitis e trunk Account_ |

| | | |
|---|---|---|
| Institutional Transfer | Referrals | |
| Interstate Status | Dental | |
| Job Eligibility | **PAROLE** | **FOR OFFICIAL USE ONLY** |
| Problem w/ Sentence Calc. | Address Change / Parole Plan | (PARA USO OFICIAL SOLAMENTE - NO ESCRIBA EN EL AREA SOMBREADA) |
| Restoration of Comm Time | Opt Out of Parole Hearing | |
| SASRC | Parole Board Hearings | Date Received: |
| Status | PED Calculations | Staff Receiving Request: |
| Work Credit | | |
| **CUSTODY** | **RCRP COMM. PROGRAMS** | **THIS FORM CANNOT BE PROCESSED:** |
| Cell Moves | Denial of Program | |
| General | Eligibility Criteria | (Listed ha sido citado para entrevista en) |
| Housing Unit Issues | Status of Application | You have been scheduled for an interview on: |
| **CUSTODY / MAILROOM** | **RELIGIOUS SERVICES** | Check the Daily Appointment Schedule for your name. |
| Status on Purchases | Certificate Completions | |
| Incoming Mail | Religious Classifications | Staff Response: |
| Legal Mail | Religious Diets | |
| Outgoing Mail | Religious Items | |
| **EDUCATION / LAW LIB** | **SOCIAL SERVICES** | |
| Certificates | Family Emergency | |
| College Courses / GED / Classes | Marriage Request | |
| Programs | Program Enrollment / Completion | |
| Legal Call | Release ID / BC / SSN Card / MVC / Vet Asst. | **IF YOU NEED ASSISTANCE IN COMPLETING THIS FORM, SEE YOUR HOUSING** |
| Paralegal Assist / Supplies | Release Planning | **UNIT SOCIAL WORKER** |
| | SSI / SSDI / Affordable Healthcare | (SI USTED NECESITA AYUDA COMPLETANDO ESTE FORMULARIO, VEA A SU |
| | TDD | TRABAJADOR SOCIAL DE UNIDAD) |
| | Others | |

Distribution: (Original) Department Copy
(Yellow) Inmate's Copy With Response
(Pink) Inmate Copy

Form IRSF-101

"LEGAL LETTER"

MR. WILLIE BONDS                    Date: 04-20-2017
ADMINISTRATOR
SOUTH WOODS STATE PRISON
215 Burlington Road South
Bridgeton, N.J. 08302-0379


                                   MR. PETER L. CARATINI
Re: Prisoner Abuse!               INM # 667844/SBI # 295345E
                                   S.W.S.P. 2-2-R, 2121-D
                                   215 Burlington Road South
                                   Bridgeton, N.J. 08302-0379

Dear Mr. Bonds,

        Please permit me to introduce myself in this legal letter
that I am submitting to your Administrative Office.  My name
is (Mr. Peter L. Caratini) and I am an inmate in your institution
of South Woods State Prison in Bridgeton, New Jersey! I am
writing to you and your Administrative Office Sir, to report
some [PRISONER ABUSE] by [TWO] of your Senior Corrections
Officers in the intake department.

        Please allow me to elaborate on the situation and Abuse
that occurred and the actions that were taken by these two intake
Senior Corrections Officers. Please note that on my return from
a medical trip to Saint Francis Hospital in Trenton, New Jersey.
To your institution of South Woods State Prison while being
in great pain, due to the fractured bones in my Rotator Cup!

        That any movement would cause me excruciating pain in
my left shoulder.  I was forced to submit to a strip search
when I could hardly move my arm, and much less raise it above
my mid chest.  While doing my very best to comply with your
intake department Corrections Officers orders.  While being
searched I was informed by one of these two Corrections Officers,
"THAT TODAY WAS NOT MY LUCKY DAY"!

        At the time I had no idea what he was talking about or
much less what he meant, being a man of senior years in the
age range of (60-years)!  When I was told to get dressed, and
was putting my State clothes on, one of the Senior Corrections
Officers proceeded to confiscate my [STATE BUTTON BROWN SHIRT],
for no reason at all!

        Then one of the Senior Corrections Officers threw my
[STATE ISSUED BUTTON SHIRT] in the trash can, while laughing
right in my face!  Then the other Senior Corrections Officer
gave me a [OLD AND SMELLY STATE NON-BUTTON SHIRT TO WEAR] while
informing me, by saying [TO BAD]!

                              1

These unlawful acts by your Senior Corrections Officers of [<u>MALICIOUS HARASSMENT</u>] and [<u>UN-PROFESSIONALISM</u>].  Were not at all necessary against a man that has just returned from a medical trip and not to mention my age!  Which seems to be the norm in your institution of South Woods State Prison, I am sorry to say Administrator (Bonds)!

At the time of the incident I did in fact write down the Senior Corrections Officers names.  But they confiscated the small piece of paper that I wrote down their names before I was allowed to leave the intake department!  But not to worry Sir, because I have been blessed with a photographic memory in my life!

And I do remember their faces and what they look like very clearly and will be able to identify them.  From the New Jersey Department of Corrections photographic files and records that are in South Woods State Prison and in Trenton!  I would like to ask you Sir, if possible to look in this matter that I am reporting to your Administrative Office.  And if at all possible the return of my "<u>STATE BUTTON SHIRT</u>" as well.

I would like to that this time to thank you Sir, for allowing me the opportunity to voice my complaint with your Administrative Office!  Thank You!

Respectfully submitted

*Mr. Peter L. Caratini*

**Mr. Peter L. Caratini**

Cc: ATTORNEY: Mr. Steven E. Savage.
    COMMISSIONER: Mr. Gary M. Lanigan.
    GOVERNOR: Mr. Chris Christie.
    DIRECTOR: Mr. Charles E. Samuels, Jr.
    U.S. DEPARTMENT OF JUSTICE, CIVIL RIGHTS DIVISION.

Exhibits (D)

# NJDOC INMATE INQUIRY FORM

## Must Be Placed In The Inmate Remedy System Box

## Complete One Form For Each Department / Program / Service.

(MARQUE SOLAMEME UN DEPARTAMENTO / PROGRAMA / SERVICIO POR FORMULARIO)

| SID | | VISITS | OSAPAS |
|---|---|---|---|
| K/S | | Denied Visitors | Living in Balance |
| PC | | Ex-Offender Visits | N/A and A/A |
| STG | | Issues at Visits | Engaging the Family |
| Visitor Ban | | | RPP |

### THIS SECTION TO BE COMPLETED BY INMATE

**Inmate Name:** ___ Osier ___ booing   **Date:** 03-20-2019

**State Number:** 26-08414   **SBI#:** 292384 E

**Housing Unit:** 2-2-0   **Work Detail Hours:** Cell ___

**REQUEST:** Attention— Alminestentor—i'llie Bonds

at my kitchen to your information Edua a medical T.C. to get Ednacio has 0-tol Eic Au Emergency (m 2 Soul Apped here on my Shoulder. I was trying (with a analocaous harassment by the inmate Decreas on my who contested my state bullang down shirt tram me for no Breach at all who he I want back Thank you

### FOR OFFICIAL USE ONLY

(PARA USO OFICIAL SOLAMENTE - NO ESCRIBA EN EL AREA SOMBREADA)

**Date Received:**

**Staff Receiving Request:**

## THIS FORM CANNOT BE PROCESSED:

(Usted ha sido citado para entrevista en)

You have been scheduled for an interview on:

Check the Daily Appointment Schedule for your name.

**Staff Response:**

IF YOU NEED ASSISTANCE IN COMPLETING THIS FORM, SEE YOUR HOUSING UNIT SOCIAL WORKER

(SI USTED NECESITA AYUDA COMPLETANDO ESTE FORMULARIO, VEA A SU TRABAJADOR SOCIAL DE UNIDAD)

---

### ADMINISTRATION
Housing Status
Program Removal
Reinstate Contact Visit

### BUSINESS OFFICE
Business Remits / Receipts
Check / Money Order
Fine Payments
Refunds
State Pay
Statements

### CLASSIFICATION
Citizenship
Detainers / Open Charges
Institutional Transfer
Interstate Status
Job Eligibility
Problem w/ Sentence Calc.
Restoration of Comm Time
SASRC
Status
Work Credit

### CUSTODY
Cell Moves
General
Housing Unit Issues

### CUSTODY / MAILROOM
Status on Purchases
Incoming Mail
Legal Mail
Outgoing Mail

### EDUCATION / LAW LIB
Certificates
College Courses / GED / Classes
Programs
Legal Call
Paralegal Assist / Supplies

### FOOD SERVICES
Denied / Not Received Diet
Food Allergies
Food Issues / Prep
Proper Special Diet

### MEDICAL / MENTAL HEALTH / DENTAL
Class Sign-up / Completed Programs
Concerns
Co-Pay Refunds
Emergencies
Eye Glasses
Medical Records
Medication
M007 Form
Referrals
Dental

### PAROLE
Address Change / Parole Plan
Opt Out of Parole Hearing
Parole Board Hearings
PED Calculations

### RCRP COMM. PROGRAMS
Denial of Program
Eligibility Criteria
Status of Application

### RELIGIOUS SERVICES
Certificate Completions
Religious Classifications
Religious Diets
Religious Items

### SOCIAL SERVICES
Family Emergency
Marriage Request
Program Enrollment / Completion
Release ID / BC / SSN Card / MVC / Vet Asst.
Release Planning
SSI / SSDI / Affordable Healthcare
TDD
Others



## State of New Jersey
### DEPARTMENT OF CORRECTIONS

CUS-101
Rev. 11-08
NJAC
10A:4-10.1
Page 1 of 2

### PRELIMINARY INCIDENT REPORT

South Woods State Prison

Control #   91869

| | |
|---|---|
| To:   Major | Date of Incident:   Jan 19, 2016 |
| From:   KUHLEN, J  Sgt. S104 | Time of Incident:   3:20 PM |

Date of Report:  Jan 19, 2016        Location of Incident:   52R

Type Of Incident:  Weapon           Placement-PHD       Hold Slip

### Inmates Involved:

| Inmate Name | Number | | Location |
|---|---|---|---|
| CHRZEMPIEC, PETER | 627767 | 134653E | 52R |
| CARATINI, PETER | 667844 | 295345E | 52R |

### Staff Involved:

| Name | Title | Badge |
|---|---|---|
| KUHLEN, J | SGT. | S104 |
| HUNTER, S | SGT. | S003 |
| HERNANDEZ, A | SCO. | O0735 |
| SEENEY, R | SCO. | O0440 |
| DOOLEY, A | SCO. | O0726 |
| CAUDILL, D | RN | |

### A Brief Statement of Fact:

On January 19, 2016 at 1520 hours while touring the mezzanine of H/5-2 Right, Officer Seeney looked in cell #2097 and saw a weapon (exposed razor) on the inmate desk. Officer Seeney immediately removed both inmates Chrzempiec #627767 / 134653E and Caratini #667844 / 295345E from the cell and called for this Sergeant (Kuhlen) to report to the unit. The weapon discovered is an inmate razor with the handle removed and parts of the guard removed to expose approximately ¼ inch of the blade making a slashing type weapon. Both inmates were mechanically restrained and escorted to Facility 3 Holding Cells #1003 (Chrzempiec #627767) and #1005 (Caratini #667844) without incident. Neither inmate admits ownership of the weapon and both refuse to sign CUS 171-II. Photos taken and saved to group drive G:\SWSP\Custody\Staff\Digital Photos\2016\01-19-2016. RN Caudill medically evaluated both inmates and cleared them both to be housed in Detention with no restrictions. PHD sought and approved by Mr. W. Bonds, Admin. at 1600 hours. Both inmates escorted to Detention without incident. SWSP #91869 iTAG #538848

*.202 – possession or introduction of a weapon, such as but not limited to, a sharpened instrument, knife or unauthorized tool

Due to Gang Min status, i/m Chrzempiec was issued a Hold Slip

Signature _____

### Related Special Reports:

See Attached

### Action Taken By Primary Supervisor:

As Noted          _____

Shift Commander has reviewed and concurs the action taken:   (A a 11)
Lt. P. Shannon

Exhibits (E)

"LEGAL LETTER"

MS. BRIDGET HOGAN.                              DATE: 04-12-2016
HEALTH CARE SERVICES.
NORTHERN STATE PRISON.
168 FRONTAGE ROAD.
P.O. BOX 2300
NEWARK, N.J. 07114

                                    MR. PETER L. CARATINI
                                    SBI # 295345E/667844
Re: Medical Negligence!             N.S.P. 3-Wing, 112
    Prisoner Abuse!                 168 FRONTAGE ROAD.
                                    P.O. BOX 2300
                                    NEWARK, N.J. 07114

Dear Ms. Hogan,

        Please allow me to introduce myself in this legal letter
my name is (Mr. Peter L. Caratini), and I am now "Temporarily"
one newly arrived inmate.  That has been transferred to the
institution of Northern State Prison in Newark from South Woods
State Prison, in Bridgeton, New Jersey on 01-22-2016.  To serve
an Administrative Segregation sentence for a term of (180-days),

        For a fraudulent disciplinary charge that I was issued
by South Woods State Prison.  That my Attorneys, are already
Appealing to the State Appellate Court!  I am writing to you
(Ms. Hogan), the Supervisor of Health Care Services in Northern
State Prison.  To officially inform you as required by Federal
Laws of the violations of my Eighth Amendment Prisoners Rights.

        By your subordinate Medical Department Personnel here
at Northern State Prison in Newark, New Jersey that is nothing
less than "Medical Negligence".  By your medical personnel and
it is bordering I must say (Ms. Hogan), on "Prisoner Abuse"
to say the least.

        FIRST: Allow me to elaborate on the "Medical Negligence"
and "Prisoner Abuse" claims.  That I and my Attorneys will be
filing against the Northern State Prison Medical Department
since I arrived on that 01-22-2016.  Late evening I was taken
to your medical department to be briefly examined by a Nurse
for my chronic care illnesses.

        There they confiscated (Madam), some of my (K.O.P.)
medication cards that came with me from South Woods State Prison.
In the process they confiscated two medications that have not
been returned to me, (1) was a medical card of (30) Tylenol
tablets the I take for my spinal vertebra pain.

                                    1



Exhibits

And (2) were medical cards of (Bisacodyl 5mg Laxatives Tablets) that I take when constipated and can not have bowel movement.  That I would like returned to me expeditiously, these three cards of my medication should have never been confiscated by that Nurse.

That were issued to me by a Doctor, in New Jersey State Prison in Trenton, and at South Woods State Prison in Bridgeton, New Jersey after receiving an examination for my abdominal pains. And I have already been charged for the medication by the medical department at South Woods State Prison!

SECOND: That night or should I say that early morning after I arrived at Northern State Prison.  And was placed in a Administrative Segregation cell # 112, on (3-Wing).  Which once I stepped into that cell I began having extreme trouble breathing almost to the point that I was going to have a stroke in that cell.

Due to the fact that the cell was saturated with (Pepper Spray) that had been used on the two previous inmates that were in there fighting.  And was never, cleaned by anyone after the incident that occurred in that Administrative Segregation cell with these two Northern State Prison inmates!  I informed the housing unit Corrections Officer on (3-Wing), that I could not be in that cell.

Because of the (Pepper Spray) and my respiratory problem that I have and required to be moved!  He informed me that he could not do it that evening being so late but that he would move me tomorrow and locked the cell door in front of my face! That night (Ms. Hogan), I slept on the floor next to the intake air vent so that I would be able to breath.

This became my nightly routine for the next couple of nights.  Within the next few days I was called to see the Doctor, to be examined for my chronic illnesses that I have.  I informed him of my respiratory problems and asked him if he could acquire my fan from the Northern State Prison, Property Room Personnel.

He informed me that he would speak to the Sergeant to see if he could acquire my fan for my use in my cell.  I regret to admit that I never heard from the Doctor, again and his attempts to acquire my fan.  From the Property Room personnel for my respiratory problems that I have or the Sergeant, that he was suppose to speak to about my situation.

THIRD: When I saw the Doctor, named (Dr. Meo), at Northern State Prison I informed him of many other medical problems that I was having for a while in the New Jersey prison System.  (ONE) was that I required oral medication for my severe toenail fungus that I have been suffering with for years.

2



That three penal institutions in the State of New Jersey have neglected to address.  That is so bad that its eating away all of my toenails and now spreading to my toes.  He informed me that he would put an order in for oral medication with Northern State Prison.

(TWO), I informed the Doctor, that I required him to examine my lower spine due to my fractured tailbone injury that I have.  And that I hear the sounds of cracking coming from my lower spine that follows with great pain! That leave me with great pain running down both my legs like severe sciatica attack.

I also requested to put me on a lower bunk status on my institutional medical records due to all my illnesses that I am living with.  Which would help me retain my lower bunk status on my housing unit (5-2-R) at South Woods State Prison.

Like the lower bunk status that I had when I was at the Bergen County Jail.  And then at New Jersey State Prison before being sent unlawfully sent to Administrative Segregation in Northern State Prison.  For a false and ridiculous charge that I had nothing to do with in any way!

I must inform you that my medical history requires that I be housed on the first floor in any Prison housing unit and in a bottom bunk.  Which the medical department should correct as soon as possible since I will be leaving in a few months back to South Woods State Prison, in Bridgeton, New Jersey.

FOURTH: I must inform you (Ms. Hogan), that I have also injured myself while in Administrative Segregation at Northern State Prison.  I had a mild seizure with muscle spasms while I was sleeping and had fallen off my top bunk and have injured my shoulder in the fall.  Which should have never happened due to my age and major medical internal organ problems.

And by State and Federal Laws should have never been assigned to a top bunk when I arrived at Northern State Prison and placed in Administrative Segregation.  I have always been assigned lower bunk status and housed no higher than the first floor due to my illnesses.

I put in a Health Service request form due to the great pain that I was having in my shoulder and was seen by the Doctor, and was examined by him.  He determined that I had a shoulder injury and require an x-ray to be taken of my shoulder to discover the extent of the damage on the shoulder.

He asked me if I needed any pain medication which I refused because I hate to do any drugs, and just excepted a prescription of aspirin that I never received. I was not even asked or provided with a sling for the injured shoulder that I could hardly move!

3



Which on my return to my cell I had no other choice but to make a makeshift arm sling myself out of a piece of an old bed sheet to hold the shoulder stable.  The pain was intense when I would lay down at night trying to go to sleep, any movement resulted in excruciating sharp pain in my shoulder, neck, and upper back!

The weight of the arm itself on the shoulder when I am lying down either on my side or on my back.  Causes major pain and discomfort which does not allow me to reach any (RAM) sleep! I suspect that I have some real (Muscle, Bone, or Nerve Damage) in the (Rotator Cup) area of my left shoulder.  That I strongly believe will require major shoulder surgery in the very near future.

I have been made to endure and suffer with this shoulder injury since it happened on (February 28th 2016) and not to mention the very great shoulder pain for approximately (75-days). Since I arrived at the institution of Northern State Prison and was placed in that Administrative Segregation cell # (112) on (3-Wing).

Which is nothing but a perfect text book example of "Medical Negligence" by the Medical Department of Northern State Prison, in Newark, New Jersey!  Which I must officially inform you (Ms. Hogan), that I never to this day have been informed or received the results of the (x-rays) that were taken on 03-10-2016, and the extent of the damage to my shoulder.

Which to this day as well, I am still experiencing great shoulder pain when I try to pick up or pull anything.  Lets say like the bed sheet over my body when I am trying to go to sleep at night, or when I try to pull the elastic in my sweat pants to tuck my shirt in causes me great pain still.

So I know for a fact without seeing the x-rays that I have some physical damage to my left shoulder area.  I am sorry to inform you (Ms. Hogan), and believe me I take no pleasure in this action that I had no other choice but to hand this over to my Attorneys.

Which have begun the Federal Complaint under Statutes [42 USC § 1983] against several official personnel of Northern State Prison!  Which you might be a defendant on the complaint right below (Dr. R. Woodward), the Director of Medical Services in Trenton!

Please believe me when I say (Ms. Hogan), that I am sorry that this situation has developed and escalated to the level of a Federal Complaint.  Due to the incompetent and medical negligence of your subordinate medical personnel in the medical department of Northern State Prison!

4

Something that should have never been allowed to happened if your medical department personnel would have followed their medical procedures with the inmate penitents. That should have been performed by your medical department competently so this legal letter to your Medical Administrative Office would have [NEVER] been necessary!

Moving on (Ms. Hogan), I wish to take this time to let you know that I have nothing but the highest respect for you and your position of authority in this medical department in this institution of Northern State Prison!

Respectfully submitted

Mr. Peter L. Caratini

CC: ATTORNEY: MR. STEVEN E. SAVAGE.
     ADMINISTRATOR: MS. CINDY SWEENEY.
     COMMISSIONER: MR. GARY M. LANIGAN.
     GOVERNOR: MR. CHRIS CHRISTIE.
     NEW JERSEY INTERNAL AFFAIRS DIVISION.
     DIRECTOR: MR. CHARLES E. SAMUELS, JR.
     U.S. DEPARTMENT OF JUSTICE, CIVIL RIGHTS DIVISION.

5

Exhibits (E)

"MEDICAL LETTER"

DR. MEO.                                    DATE: 05-26-2016
MEDICAL DEPARTMENT.
NORTHERN STATE PRISON.
168 FRONTAGE ROAD.
P.O. BOX 2300
NEWARK, N.J. 07114


                                    MR. PETER L. CARATINI.
Re: Medical Information!            SBI # 295345E/667844
    Medical Treatment!              N.S.P. 3-WING, 219
                                    P.O. BOX 2300
                                    NEWARK, N.J. 07114


Dear Dr. Meo,

        I am writing you to thank you for exhibiting such a high
level of medical professionalism and proficiency in addressing
my medical needs.  That I required on my last medical visit
to your office at Northern State Prison medical department.
Thank you, for explaining the medical nature of the injury of
my shoulder and what would be required medically to be done
in the future to repair it!

        Please allow me to move on if I may, I must inform you
in this legal letter of a few other medical problems.  That
I have been experiencing and suffering with for the last couple
of years.  That have not been addressed by any of the Prison's
medical departments in any institution in the New Jersey Prison
System.

        That I did not have the opportunity to inform you about
on my last medical visit to your medical office.  So please
bear with me while I try to explain in detail all my medical
symptoms.  That I have been experiencing for the last (6-years)
that I would like it possible entered into my medical records
if the information is not already there.

        First, I would like to inform you of the results of my
last "Physical Examination" that was performed at the New Jersey
State Prison medical department. That was over a (2-years) ago
by a new female Doctor that was named (Dr. Alejandrina Sumicad).

        That after all the test that She ordered which included
my "Lab Blood Work" and "Sonogram Test" that were performed.
The Doctor then immediately informed me of the results of my
only physical examination that had been performed in (6 years).
The results of all the test revealed the following illnesses
and diseases that I was suffering with for years.

1

I have (Angina Pectoris), (C.O.P.D.), (Emphysema), (Diabetes), (High Blood Pressure), (Under Active Thyroid), (Swollen & Enlarged Pancreas), (Prostate Problems), (Swollen & Enlarged Kidneys), (Growth on both my Kidneys), (Kidney Stones), (Edema), (Psoriasis);

(No Protein in my Blood), (Anemia), (Bladder Problems), (Sciatica), (Hearing Problems), (Blood in Urine and Feces), (Fractured Tailbone), (Vision Problems), (Lower Spinal Vertebrae Disk Problems), (Severe Toenail Fungus), (Ankle Problems).

So you see (Dr. Meo), that I was quiet concerned with the results of my last physical examination that was performed at New Jersey State Prison by their Doctor.  And all I know is that only about four of these illnesses have been some what addressed on my behalf.

And they are only my (Diabetes, High Blood Pressure, Blood in my Urine, and Edema), not the blood in my feces that some time still occurs.  The rest of these illnesses that I was diagnose with by the Doctor, at New Jersey State Prison. To the best of my knowledge have [NOT] been addressed by the medical departments of New Jersey State Prison or South Woods State Prison and now here at Northern State Prison.

Since they never inform me what medication I am taking daily is for what illnesses that I have.  On my last medical visit to the Northern State prison, medical department and office I explained to you Doctor.  Some of the medical symptoms that I have been experiencing with my heart and lungs.

And my back specifically my lower spinal vertebrae that cause me great pain when I move in certain ways making "Cracking Noises" all along my lower spine.  Which I am sorry to say is immediately accompanied with great lower spinal pain and down my both legs which becomes severe sciatica.

I believe (Dr. Meo), that I have some spinal damage occurring still due to the spinal injury that I suffered that fractured my tailbone nearly off my spine.  And in the process I also damaged my vertebrae lower disk in the accident. I (Dr. Meo), am at the point that I [CAN NOT] sit on any hard surfaces for any extended prior of time.

Without having major discomfort and great pain in the tailbone and lower spine.  This is why I have been desperately trying to obtain any documents that would only allow them to transport me in (Soft Seats) Department of Corrections vehicles.

Due to the great tailbone and lower spinal pain that I experience during and after their sadistic hard metal seat transportation van rides!  Not to mention, that I have been trying to acquire a medical mattress pass as well.

2

That I require for my housing unit cell bunk to help me finally to obtain some kind of restful and painless sleep at night and much needed rest. So I don't continue to have unrested nights since I arrived at the institution of South Woods State Prison in Bridgeton, New Jersey!

Moving on Sir, I am also writing to inform you of a few other medical problems that are occurring and concerns that I am having. I need you (Dr. Meo), to physically examine two other things on my body, (ONE), is a growth that I have on my right inner thigh that started out the size of a pea and now is the size of a lemon.

(TWO), is a large red (Sore) that was the size of a pin head, but is now the size of a nickel that does not go away or heals no matter what I try or do. I don't know how you are going to examine these two medical conditions that I have in that medical office since it will involve me having to lower my trousers to show you which I will not do in front of anyone except to you (Dr. Meo), in private.

(THREE), I have also been experiencing trouble breathing accompanied by great dizziness and become nauseous. And I feel like I have to vomit and have to lay down until the seizure passes every time that I exert myself. Like going up a flight of stairs or trying to perform some kind of exercise in my Administrative Segregation cell.

I must inform you that I did receive a response to the "Inmate Inquiry Form" that I submitted to the medical department. Concerning the lack of toenail fungus medication that I never received. That I have been suffering with for about (6-years) and no medical department of any Prison have addressed.

I was informed by them in their response to submit another "Health Service Request Form" to be seen once again by you! No doubt a tactic to charge me another ($5.00) dollars once again to have you (Dr. Meo), submit another request for toenail fungus medication that they will deny!

But please let me know if this is what I have to do to be seen by you (Dr. Meo), once again, via the medication Nurse. And finally, I must request from you to see if it may be possible to obtain before I leave Northern State Prison and 4-Wing on (July 16 2016).

That you try your utmost and some how to provide me with my bottom bunk medical pass documentation. That I require at South Woods State Prison to carry with me at all time. To show the Corrections Officers of the housing unit that I have bottom bunk status. The same would have to be provided with any other passes concerning transportation and any medical bedding for my cell, as proof on my person in document form.

3



Well (Dr. Meo), I want to take this time to apologize for taking up so much of your valuable time with all of these my medical problems and complaints, but good Doctor's are hard to find!  But it was something that I had to do for posterity you might say (Dr. Meo), so once again thank you for your time!

Respectfully submitted

Mr. Peter L. Caratini

CC: File.

4

Exhibits (E)


Exhibit (E)

# NJDOC INMATE INQUIRY FORM

## Must Be Placed In The Inmate Remedy System Box

## Complete One Form For Each Department / Program / Service.

(MARQUE SOLAMEME UN DEPARTAMENTO / PROGRAMA / SERVICIO POR FORMULARIO)

| ADMINISTRATION | FOOD SERVICES | SID | VISITS | OSAPAS |
|---|---|---|---|---|
| Housing Status | Denied / Not Received Diet | K/S | Denied Visitors | Living in Balance |
| Program Removal | Food Allergies | PC | Ex-Offender Visits | N/A and A/A |
| Reinstate Contact Visit | Food Issues / Prep | STG | Issues at Visits | Engaging the Family |
| **BUSINESS OFFICE** | Proper Special Diet | Visitor Ban | | RPP |

| CLASSIFICATION | MEDICAL / MENTAL HEALTH / DENTAL | THIS SECTION TO BE COMPLETED BY INMATE |
|---|---|---|
| Business Remits / Receipts | Class Sign-up / Completed Programs | **Inmate Name:** Mr. Perez |
| Check / Money Order | Concerns | **State Number:** 616 RGU  **SBI#:** 3053345E  **Date:** 4-9-2016 |
| Fine Payments ✓ | Co-Pay Refunds | **Housing Unit:** 3-Wing  **Work Detail Hours:** Cell Sanitation |
| Refunds | Emergencies | **REQUEST:** ATTENTION - I'm a budget hospital Supervisor as |
| State Pay | Eye Glasses | Health Services at I'm a ounce (R top) Arrived at |
| Statements | Medical Records | NJSP the Nurse Conducted my (R top) it |
| | Medication | Medication Carts And to service to see a Deuty |
| Citizenship | M007 Form | immediately because I am having multiple |
| Detainers / Open Charges | Referrals | Medical issues that he Needs to Address |
| Institutional Transfer | Dental | Thank you |
| Interstate Status | **PAROLE** | **FOR OFFICIAL USE ONLY** |
| Job Eligibility | Address Change / Parole Plan | (PARA USO OFICIAL SOLAMENTE - NO ESCRIBA EN EL AREA SOMBREADA) |
| Problem w/ Sentence Calc. | Opt Out of Parole Hearing | **Date Received:** |
| Restoration of Comm Time | Parole Board Hearings | **Staff Receiving Request:** |
| SASRC | PED Calculations | |
| Status | **RCRP COMM. PROGRAMS** | **THIS FORM CANNOT BE PROCESSED:** |
| Work Credit | Denial of Program | |
| **CUSTODY** | Eligibility Criteria | (Usted ha sido citado para entrevista en) |
| Cell Moves | Status of Application | **You have been scheduled for an interview on:** |
| General | **RELIGIOUS SERVICES** | **Check the Daily Appointment Schedule for your name.** |
| Housing Unit Issues | Certificate Completions | **Staff Response:** |
| **CUSTODY / MAILROOM** | Religious Classifications | |
| Status on Purchases | Religious Diets | |
| Incoming Mail | Religious Items | |
| Legal Mail | **SOCIAL SERVICES** | |
| Outgoing Mail | Family Emergency | |
| **EDUCATION / LAW LIB** | Marriage Request | |
| Certificates | Program Enrollment / Completion | |
| College Courses / GED / Classes | Release ID / BC / SSN Card / MVC / Vet Asst. | |
| Programs | Release Planning | |
| Legal Call | SSI / SSDI / Affordable Healthcare | **IF YOU NEED ASSISTANCE IN COMPLETING THIS FORM, SEE YOUR HOUSING UNIT SOCIAL WORKER** |
| Paralegal Assist / Supplies | TDD | (SI USTED NECESITA AYUDA COMPLETANDO ESTE FORMULARIO, VEA A SU TRABAJADOR SOCIAL DE UNIDAD) |
| | Others | |

Distribution: (Original) Department Copy
(Yellow) Inmate's Copy With Response
(Pink) Inmate Copy

Form IRSF-101

Exhibit (E)



Exhibit E

# NJDOC INMATE INQUIRY FORM

## Must Be Placed In The Inmate Remedy System Box

## Complete One Form For Each Department / Program / Service.

(MARQUE SOLAMEME UN DEPARTAMENTO / PROGRAMA / SERVICIO POR FORMULARIO)

| ADMINISTRATION | FOOD SERVICES | SID | VISITS | OSAPAS |
|---|---|---|---|---|
| | | | | |

### BUSINESS OFFICE

| ADMINISTRATION | | FOOD SERVICES | |
|---|---|---|---|
| Housing Status | | Denied / Not Received Diet | |
| Program Removal | | Food Allergies | |
| Reinstate Contact Visit | | Food Issues / Prep | |

**BUSINESS OFFICE**

| | | |
|---|---|---|
| Business Remits / Receipts | | Proper Special Diet |
| Check / Money Order | | |

**MEDICAL / MENTAL HEALTH / DENTAL**

| CLASSIFICATION | |
|---|---|
| Class Sign-up / Completed Programs | ✓ |
| Fine Payments | Concerns |
| Refunds | Co-Pay Refunds |
| State Pay | Emergencies ✓ |
| Statements | Eye Glasses |
| Citizenship | Medical Records |
| Detainers / Open Charges | Medication |
| Institutional Transfer | M007 Form |
| Interstate Status | Referrals |
| Job Eligibility | Dental |

**PAROLE**

| CUSTODY | PAROLE |
|---|---|
| Problem w/ Sentence Calc. | Address Change / Parole Plan |
| Restoration of Comm Time | Opt Out of Parole Hearing |
| SASRC | Parole Board Hearings |
| Status | PED Calculations |
| Work Credit | |

**RCRP COMM. PROGRAMS**

| CUSTODY | RCRP COMM. PROGRAMS |
|---|---|
| Cell Moves | Denial of Program |
| General | Eligibility Criteria |
| Housing Unit Issues | Status of Application |

**RELIGIOUS SERVICES**

| CUSTODY / MAILROOM | RELIGIOUS SERVICES |
|---|---|
| Status on Purchases | Certificate Completions |
| Incoming Mail | Religious Classifications |
| Legal Mail | Religious Diets |
| Outgoing Mail | Religious Items |

**SOCIAL SERVICES**

| EDUCATION / LAW LIB | SOCIAL SERVICES |
|---|---|
| Certificates | Family Emergency |
| College Courses / GED / Classes | Marriage Request |
| Programs | Program Enrollment / Completion |
| Legal Call | Release ID / BC / SSN Card / MVC / Vet Asst. |
| Paralegal Assist / Supplies | Release Planning |
| | SSI / SSDI / Affordable Healthcare |
| | TDD |
| | Others |

### SID

| SID | |
|---|---|
| K/S | |
| PC | |
| STG | |
| Visitor Ban | |

### VISITS

| VISITS | |
|---|---|
| Denied Visitors | |
| Ex-Offender Visits | |
| Issues at Visits | |

### OSAPAS

| OSAPAS | |
|---|---|
| Living in Balance | |
| N/A and A/A | |
| Engaging the Family | |
| RPP | |

---

**THIS SECTION TO BE COMPLETED BY INMATE**

Inmate Name: ___ Date: ___

State Number: ___ SB#: ___ Date: 06-30-2016

Housing Unit: ___ Work Detail Hours: NONE

REQUEST: ___

(PARA USO OFICIAL SOLAMENTE - NO ESCRIBA EN EL AREA SOMBREADA)

**FOR OFFICIAL USE ONLY**

THIS FORM CANNOT BE PROCESSED:

Date Received: ___

Staff Receiving Request: ___

(Listed ha sido citado para entrevista en)

You have been scheduled for an interview on: ___

Check the Daily Appointment Schedule for your name.

Staff Response: ___

IF YOU NEED ASSISTANCE IN COMPLETING THIS FORM, SEE YOUR HOUSING UNIT SOCIAL WORKER

(SI USTED NECESITA AYUDA COMPLETANDO ESTE FORMULARIO, VEA A SU TRABAJADOR SOCIAL DE UNIDAD)

Form IRSF-101

 Exhibits (F)

"LEGAL LETTER"

MS. CINDY SWEENEY                          DATE: 03-10-2016
ASSOCIATE ADMINISTRATOR
NORTHERN STATE PRISON
168 FRONTAGE ROAD
P.O. BOX 2300
NEWARK, N.J. 07114


                                          MR. PETER L. CARATINI
Re: PRISONER ABUSE!                       INM # 667844/SBI # 295345E
                                          N.S.P. 4-WING, CELL 214
                                          168 FRONTAGE ROAD
                                          P.O. BOX 2300
                                          NEWARK, N.J. 07114


Dear Ms. Cindy Sweeney,

        Please allow me to introduce myself once again in this
legal letter my name is (Mr. Peter L. Caratini).  An I am one
of the inmates that have been temporarily transferred from South
Woods State Prison.  To serve a Administrative Segregation
sentence of (180-days), here in Northern State Prison.

        I am writing to you Madam, because a few days ago on
(03-02-2016) while being in cell (214) in Administrative
Segregation the ventilation system in the cell was turned off!
Which meant that there was no air ventilation coming into the
cell what-so-ever, due to the fact the cells in Administrative
Segregation are almost [HERMETICALLY] sealed.

        They have welded metal plates on the bottom and on the
top of the doors.  Not allowing any air circulation or anything
to pass through the door, the bottom line (Madam) is this. About
three hours into the shut down we began feeling the effects
of [CARBON DIOXIDE POISONING] and [BRAIN ASPHYXIA].

        I then immediately wrote a note to the housing unit
Correction Officer that was no where to be seen stating on it
the following!  OFFICER! "PLEASE TURN ON THE VENTILATION SYSTEM
BEFORE WE BOTH DIE OF [CARBON DIOXIDE POISONING] AND ALSO OF
[BRAIN ASPHYXIA]!

        And I added on the written note "NOTE WAS WRITTEN AT
10:00 P.M. on (03-02-2016) JUST IN CASE WE ARE BOTH DEAD IN
THE MORNING"!  Thank You! "Mr. Caratini".  I am writing to you
Madam, to ask you if you could make sure that this does not
happen again while I am in Administrative Segregation, I came
to do my time, not to die in here!

                                1

Exhibits (F)

I also wrote several inmate inquiry form complaints addressing the situation that developed with the ventilation system in Administrative Segregation in Northern State Prison! But I am sorry to say have not received any response from your Administration Officer as of yet!

I would like to take this time to thank you for allowing me to voice my complaints directly with your Administrative Officer in Northern State Prison, in Newark, New Jersey! Thank You!

Respectfully submitted

Mr. Peter L. Caratini

2

Exhibits (11)

Exhibits F



# NJDOC INMATE INQUIRY FORM

## Must Be Placed In The Inmate Remedy System Box

## Complete One Form For Each Department / Program / Service.

(MARQUE SOLAMENTE UN DEPARTAMENTO / PROGRAMA / SERVICIO POR FORMULARIO)

**ADMINISTRATION**
- Housing Status
- Program Removal
- Reinstate Contact Visit

**BUSINESS OFFICE**
- Business Remits / Receipts
- Check / Money Order
- Fine Payments
- Refunds
- Co-Pay Refunds
- State Pay
- Statements

**CLASSIFICATION**
- Citizenship
- Detainers / Open Charges
- Institutional Transfer
- Interstate Status
- Job Eligibility
- Problem w/ Sentence Calc.
- Restoration of Comm Time
- SASRC
- Status
- Work Credit

**CUSTODY**
- Cell Moves
- General
- Housing Unit Issues

**CUSTODY / MAILROOM**
- Status on Purchases
- Incoming Mail
- Legal Mail
- Outgoing Mail

**EDUCATION / LAW LIB**
- Certificates
- College Courses / GED / Classes
- Programs
- Legal Call
- Paralegal Assist / Supplies

**FOOD SERVICES**
- Denied / Not Received Diet
- Food Allergies
- Food Issues / Prep
- Proper Special Diet

**MEDICAL / MENTAL HEALTH / DENTAL**
- Class Sign-up / Completed Programs
- Concerns
- Co-Pay Refunds
- Emergencies
- Eye Glasses
- Medical Records
- Medication
- M007 Form
- Referrals
- Dental

**PAROLE**
- Address Change / Parole Plan
- Opt Out of Parole Hearing
- Parole Board Hearings
- PED Calculations

**RCRP COMM. PROGRAMS**
- Denial of Program
- Eligibility Criteria
- Status of Application

**RELIGIOUS SERVICES**
- Certificate Completions
- Religious Classifications
- Religious Diets
- Religious Items

**SOCIAL SERVICES**
- Family Emergency
- Marriage Request
- Program Enrollment / Completion
- Release ID / BC / SSN Card / MVC / Vet Asst.
- Release Planning
- SSI / SSDI / Affordable Healthcare
- TDD
- Others

**SID**
- KS
- PC
- STG
- Visitor Ban

**VISITS**
- Denied Visitors
- Ex-Offender Visits
- Issues at Visits

**OSAPAS**
- Living in Balance
- N/A and A/A
- Engaging the Family
- RPP

### THIS SECTION TO BE COMPLETED BY INMATE

Inmate Name: _____ Date: 07-28-2016

State Number: _____ SBI#: _____

Housing Unit: 3-Wing    Work Detail Hours: NONE - AS

REQUEST: ATTENTION - Administrator - I'M SERIOUSLY
I've have NO heat in my administrative segregation
cell for about two weeks which is where the
JAIL HOUSE us CAN NOT EVER USE the toilet to
have bowel movement without having a problem
PLEASE fix the heating system in our housing unit
before we lose our heat this winter. Thank you

### FOR OFFICIAL USE ONLY

(PARA USO OFICIAL SOLAMENTE - NO ESCRIBA EN EL AREA SOMBREADA)

Date Received: _____

Staff Receiving Request: _____

**THIS FORM CANNOT BE PROCESSED:**

(Listed ha sido citado para entrevista en:)
You have been scheduled for an interview on: _____
Check the Daily Appointment Schedule for your name.

Staff Response: _____

IF YOU NEED ASSISTANCE IN COMPLETING THIS FORM, SEE YOUR HOUSING
UNIT SOCIAL WORKER
(SI USTED NECESITA AYUDA COMPLETANDO ESTE FORMULARIO, VEA A SU
TRABAJADOR SOCIAL DE UNIDAD).

Form IRSF-101

Exhibits

(F)

# NJDOC INMATE INQUIRY FORM

## Must Be Placed In The Inmate Remedy System Box

## Complete One Form For Each Department / Program / Service.

(MARQUE SOLAMENTE UN DEPARTAMENTO / PROGRAMA / SERVICIO POR FORMULARIO)

Exhibits

(F)

| ADMINISTRATION | | |
|---|---|---|
| Housing Status | | |
| Program Removal | | |
| Reinstate Contact Visit | | |

### BUSINESS OFFICE
| | |
|---|---|
| Business Rentis / Receipts | |
| Check / Money Order | |
| Fine Payments | |
| Refunds | |
| State Pay | |
| Statements | |

### CLASSIFICATION
| | |
|---|---|
| Citizenship | |
| Detainers / Open Charges | |
| Institutional Transfer | |
| Interstate Status | |
| Job Eligibility | |
| Problem w/ Sentence Calc. | |
| Restoration of Comm Time | |
| SASRC | |
| Status | |
| Work Credit | |

### CUSTODY
| | |
|---|---|
| Cell Moves | |
| General | |
| Housing Unit Issues | |

### CUSTODY / MAILROOM
| | |
|---|---|
| Status on Purchases | |
| Incoming Mail | |
| Legal Mail | |
| Outgoing Mail | |

### EDUCATION / LAW LIB
| | |
|---|---|
| Certificates | |
| College Courses / GED / Classes | |
| Programs | |
| Legal Call | |
| Paralegal Assist / Supplies | |

### FOOD SERVICES
| | |
|---|---|
| Denied / Not Received Diet | |
| Food Allergies | |
| Food Issues / Prep | |
| Proper Special Diet | |

### MEDICAL / MENTAL HEALTH / DENTAL
| | |
|---|---|
| Class Sign-up / Completed Programs | |
| Concerns | |
| Co-Pay Refunds | |
| Emergencies | |
| Eye Glasses | |
| Medical Records | |
| Medication | |
| M007 Form | |
| Referrals | |
| Dental | |

### PAROLE
| | |
|---|---|
| Address Change / Parole Plan | |
| Opt Out of Parole Hearing | |
| Parole Board Hearings | |
| PED Calculations | |

### RCRP COMM. PROGRAMS
| | |
|---|---|
| Denial of Program | |
| Eligibility Criteria | |
| Status of Application | |

### RELIGIOUS SERVICES
| | |
|---|---|
| Certificate Completions | |
| Religious Classifications | |
| Religious Diets | |
| Religious Items | |

### SOCIAL SERVICES
| | |
|---|---|
| Family Emergency | |
| Marriage Request | |
| Program Enrollment / Completion | |
| Release ID / BC / SSN Card / MVC / Vet Asst. | |
| Release Planning | |
| SSI / SSDI / Affordable Healthcare | |
| TDD | |
| Others | |

### THIS SECTION TO BE COMPLETED BY INMATE

| | SID | | | VISITS | | | OSAPAS | |
|---|---|---|---|---|---|---|---|---|
| | K/S | | Denied Visitors | | | Living in Balance | | |
| | PC | | Ex-Offender Visits | | | N/A and A/A | | |
| | STG | | Issues at Visits | | | Engaging the Family | | |
| | Visitor Ban | | | | | RPP | | |

Inmate Name: [handwritten]
State Number: [handwritten]   SBI#: [handwritten]   Date: 03-03-2016
Housing Unit: [handwritten]   Work Detail Hours: Mon 5 - A.G.

REQUEST: [handwritten text]

### FOR OFFICIAL USE ONLY

(PARA USO OFICIAL SOLAMENTE - NO ESCRIBA EN EL AREA SOMBREADA)

Date Received:

Staff Receiving Request:

### THIS FORM CANNOT BE PROCESSED:

(Usted ha sido citado para entrevista en)
You have been scheduled for an interview on: _____
Check the Daily Appointment Schedule for your name.

Staff Response:

IF YOU NEED ASSISTANCE IN COMPLETING THIS FORM, SEE YOUR HOUSING UNIT SOCIAL WORKER
(SI USTED NECESITA AYUDA COMPLETANDO ESTE FORMULARIO, VEA A SU TRABAJADOR SOCIAL DE UNIDAD)

Form IRSF-101

Exhibit F

OFFICEr !

PLEASE turn on the VENTILATION SYSTEM beFore we both die oF

Carbon dioxide Poisoning And Brain Asphyxia !

NOTE was written At 10:00 P.M. 03-02-16 Just in Case we Are both dead in the morning !

THANK You !

Mr. Caratini

" OFFICERS "
//             ''
PLEASE turn on the
" Hot WATER "

IN THE CElls !

And
IN the showers !

I have been here
For (99-Days) And
have Never had A
Hot Shower AS OF yet.


Thank You !

MR. Caratini

4-25-16

Exhibits (E)

"OFFICERS"

WHERE is The

"Hot WATER"

IN OUR "CEllS" AND

"SHOWERS" that the

"SERGEANT"

PROMISE WE Would

hAVE IN A FEW days!

I hAVE bEEN here

For (102-DAys) And

hAVE NEVER had A

"HOT SHOWER"

"AS OF YET !"

THANK You !

MR. CARATINI

4-29-16

"LEGAL LETTER"

MS. CINDY SWEENEY.                          DATE: 07-27-2016
ASSOCIATE ADMINISTRATOR.
NORTHERN STATE PRISON.
168 FRONTAGE ROAD.
P.O. BOX 2300
NEWARK, N.J. 07114


                                           MR. PETER L. CARATINI
Re: STOLEN PERSONAL PROPERTY!              SBI # 295345E/667844
                                           N.S.P 4-WING, CELL 214
                                           168 FRONTAGE ROAD
                                           P.O. BOX 2300
                                           NEWARK, N.J. 07114


Dear Ms. Cindy Sweeney,

        Please allow me to introduce myself once again in this
legal letter my name is (Mr. Peter L. Caratini). And I was
temporarily one of your inmates in Administrative Segregation
that just completed serving his term of a (180-days) sentence.
And by the time you receive this legal letter I would have been
sent back to South Woods State Prison in Bridgeton, New Jersey!

        I am writing you Madam, to inform you of a few unlawful
acts by one of your Administrative Segregation Senior Corrections
Officers on (4-Wing)! On the day before my release I was informed
in cell (214) by Senior Corrections Officer (Mr. Osborne), to
bring down my personal property to the front desk.  So he could
pack it up to be shipped out to the institution that I was going
back too!

        Which I immediately complied with his request and orders,
and soon after I witnessed through the cell door window of Cell
(Number 214).  As he began the process of going through my
personal property, what I witnessed after was this Corrections
Officer performed was a little unsettling to see!

        FIRST, I [WITNESS] (SCO. Osborne), begin removing some
items from my personal property and throwing them aside on the
floor.  And then other personal property items I [WITNESSED]
him [HANDING OVER] to the Administrative Segregation housing
unit inmate workers of (4-Wing).

        Which out of all things was [TWO]-[LEGAL FILE FOLDERS],
that were clearly marked as I could see legal paperwork that
was pending in State and Federal Courts.  That I discovered
and confirmed were missing when I received my personal property
back at South Woods State Prison!

1

SECOND, I then [WITNESSED] the inmate housing unit worker take the file and leave the housing unit (4-Wing).  But only after being instructed by Senior Corrections Officer (Osborne), where to take it, which the inmate housing unit worker quickly did acknowledged. Which was most likely taken to some Northern State Prison Administrative Personnel or some Senior Commissioned Corrections Officer of the institution!

I must inform you (Ms. Sweeney), that the acts and actions by this Senior Corrections Officer in (4-Wing) with my personal property.  Was by all means against the rules and regulations of the New Jersey Department of Corrections!  Not to mention, New Jersey State and Federal [10A-LAWS] as well in every sense of this matter.

This is why I am respectfully requesting that all of my personal property that was unlawfully confiscated by Senior Corrections Officer (Osborne).  That was removed when he was packing up my personal property to be shipped back to South Woods State Prison to be returned to me immediately! Thank You!

Respectfully submitted

Mr. Peter L. Caratini

Cc: ATTORNEY: Mr. Steven E. Savage.
    COMMISSIONER: Mr. Gary M. Lanigan.
    GOVERNOR: Mr. Christ Christie.
    DIRECTOR: Mr. Charles E. Samuels, Jr.
    UNITED STATES DISTRICT COURT (3rd Circuit).
    U.S. DEPARTMENT OF JUSTICE, CIVIL RIGHTS DIVISION.

2

EXHIBITS (G)

Aa (16-17)

## "LEGAL LETTER"

MR. WILLIE BONDS.                              DATE: 01-15-2015
ADMINISTRATOR.
SOUTH WOODS STATE PRISON.
215 BURLINGTON ROAD SOUTH.
BRIDGETON, N.J. 08302-0379


                                        MR. ROBERT CARVIN.
Re: OFFICER MISCONDUCT!                 SBI # 276070C/803906
    PRISONER ABUSE!                     S.W.S.P.-52R-2097U.
                                        215 BURLINGTON ROAD SOUTH.
                                        BRIDGETON, N.J. 08302-0379

Dear Administrator Bonds,

        Please permit me to introduce myself (Mr. Bonds) my name
is (Mr. Robert Carvin), and I use to be an inmate at South Woods
State Prison, in housing unit (52R).  I am writing to you to
voice a serious complaint against my previous housing unit
Corrections Officer named (SCO. E. Chevarria)!  I am mailing
this legal letter from the street only after I have been release.

        Just so I would not have any vindictive retribution from
this housing unit Office.  I am also sending this legal letter
complaint to the New Jersey State Department of Corrections
Commissioner (Gary M. Lanigan), in Trenton.  And to Governor
(Chris Christie), at the State House in Trenton as well which
will also include Internal Affairs Division!

        Administrator Bonds, I must inform you that we have an
psychologically unstable and unbalance Corrections Officer
running our housing unit (52R) on second shift.  That has a
great amount of mental problems and has been doing nothing but
torturing and terrorizing all the inmates on the housing unit
with psychotic behavior.

        Please allow me to explain what we have been going through
and suffering with this so-called housing unit Officer named
(SCO. E. Chevarria).  This Corrections Officer has homosexual
tendencies and behaviors most of the time he is sneaking around
the housing unit trying to see other inmates genitalia.  Looking
through the cell doors windows at the inmates while they are
urinating.

        He stands there at the cell door staring at the inmates
genitalia (their Penis) for a few minutes!  And does the same
when the inmate is on the toilet looking at his posterior (ASS)!
While he is foundling himself on the other side of the cell
door as other inmates from other cells have witness him doing.
In other words this Corrections Officer is committing as by
State and Federal Laws a (VISUAL SEXUAL ASSAULT) on the inmates.

1

Aa (16)

To get some sexual gratification for himself with younger men on the housing unit. And in the process he is committing a (SEXUAL CRIME) which make him guilty as its called of the act of being a (SEXUAL PEEPING TOM)! Another thing he does is that he will go around the housing unit kicking the cell doors of every cell as hard as he can terrorizing the sleeping inmates in their cells!

He also will go around unlocking the cell doors, opening them and then slamming them as hard as he can as well. He also torments the inmate population of the housing unit with 3-minutes showers and does not allow the inmates to finish their showers. He gives us yard or day room when he want to and he is always screaming at everyone for no reason at all.

In other words a perfect text book example of an psychologically unbalance and unstable individual that should not have a position as, out of all things a Corrections Officer for the State of New Jersey Department of Corrections! This housing unit Corrections Officer named (E. Chevarria) will go around the housing unit. Entering inmates cells then confiscating their personal property without any reason what so ever.

He takes their commissary food items, books, cups, bowls, what ever he wants just to torment the State inmate because he could like he has stated to other inmates on the housing unit. He also makes the inmates that he has taken their personal property from (BUY THEIR PERSONAL PROPERTY BACK) from him. With commissary items like (Potato Chips, Soda, Candy Bars) or what ever he wants just because he wants to take items from the inmates when he can.

As by State and Federal Government Laws this action by this Corrections Officer. Its defined as (Extortion and Rackerteering) by a State Official. Also He and his other Corrections Officers friends that come on the housing unit have a (Card Gambling Club). Going on in the housing unit in one of the offices on the first floor at night which includes a Corrections Officer Sergeant!

This Corrections Officer named (SCO. E. Chevarria), also has been seen tampering with inmates incoming and outgoing U.S. Mail, as well which is a Federal Crime to do by anyone! Well I think that I have said enough about this Correction Officer named (SCO. E. Chevarria). I hope that you will be able to take care of this problem with this Corrections Officer on the housing unit (52R). And put a stop to kind of treatment against State inmates in your institution of South Woods State Prison, by Officers like this!

Mr. Robert Carvin.

2

$Aq (17)$

MR. PETER L. CARAFINI-SBI # 295345E/667844-S.W.S.P. 2-2-R, 2121-D
215 Burlington Road South-Bridgeton, N.J. )8302-0379

PLEASE NOTE: That on 07-22-2016, when I picked up my personal property from the South Woods State Prison, Property Room. I discovered when I performed an inventory of my personal property that I just received back at my cell, that a great amount of my personal property items were missing (STOLEN)! Either at "Northern State Prison", property room, by the inmate workers personnel whom by institutional rules were under the authority of two New Jersey Department of Corrections Officers. Whom were "Acting Under the Color of State Law" named (SGT. Washington), and (SCO. Colon).

Or maybe my personal property items ended up missing when my property arrived here at "South Woods State Prison property Room" by their personnel when my personal property arrived from Northern State Prison. To exonerate South Woods State Prison, Property Room and their Personnel from any claims and legal litigation. I request a copy of the "Inmate Inventory Sheet" that accompanied my property from Northern State Prison Property Room to be produced to verify what arrived here at South Woods State Prison. The list of the missing property items are as follow:

Purchase Price - Settle Claim

| | Purchase Price | Settle Claim |
|---|---|---|
| 1. (2)-Boxes of Oatmeal........................................ $ | 3.94 | $ 4.00 |
| 2. (1)-Box of Uncle Ben's Rice..........Replace Item.... $ | 2.40 | $ 3.00 |
| 3. (5)-Sodas, "1-Grape, 1-Orange, 3-Pepsi"............... $ | 3.89 | $ 3.89 |
| 4. (1)-Bottle of Honey........................................ $ | 2.77 | $ 2.77 |
| 5. (2)-Small bags of white rice............................. $ | 1.68 | $ 1.68 |
| 6. (17)-Food Pouches "3-Clams"..............Replace Item..... $ | 3.36 | $ 3.36 |
| "2-Oysters"............................... $ | 2.42 | $ 2.42 |
| "3-Octopus"..............Replace Item..... $ | 5.07 | $ 5.07 |
| "3-Salmon"................................ $ | 3.78 | $ 3.78 |
| "2-Tuna".................................. $ | 2.82 | $ 2.82 |
| "2-Mackerel".............................. $ | 1.82 | $ 1.82 |
| "2-Beans"................................. $ | 2.60 | $ 2.60 |
| 7. (1)-Bag of Maxwell House Coffee........................... $ | 2.96 | $ 2.96 |
| 8. (1)-Beef Sausage........................................... $ | 1.90 | $ 1.90 |
| 9. (1)-Bag of Hot Coco Mix.................................... $ | 1.34 | $ 1.34 |
| 10. (1)-Brand New Rain Poncho................................. $ | 2.68 | $ 2.68 |
| 11. (1)-Clear Fan............................................. $ | 16.28 | $ 16.28 |
| 12. (1)-12"-inch Plastic Security Ruler........ Replace Item..... $ | 5.00 | $ 5.00 |
| 13. (1)-Bottle of Soy Sauce................................... $ | 7.65 | $ 7.65 |
| 14. (1)-Package of "Mr. Protein Chocolate Mix"................ $ | 3.02 | $ 3.02 |
| 15. (2)-Sazon Seasoning Packages.............................. $ | 1.36 | $ 1.36 |
| 16. (2)-Sugar Substitute Boxes................................ $ | 2.24 | $ 2.24 |
| 17. (3)-Bags of Student Trail Mix............................. $ | 2.31 | $ 2.31 |
| 18. (1)-Gray Rubber Maid Bucket............................... $ | 6.00 | $ 6.00 |
| 19. (2)-Paper Mate Blue Pens.................Replace Item..... $ | 2.00 | $ 2.00 |
| 20. (1)-State Jacket.......................................... $ | | $ |
| 21. (1)-LED Book Light Xtra Flex.................Replace Item..... $ | 8.11 | $ 8.11 |
| 22. (1)-Gray Sweat Shirt XL................................... $ | 8.46 | $ 8.46 |
| 23. (1)-Gray Sweat Pants XL................................... $ | 8.46 | $ 8.46 |
| 24. (1)-Gray Gym Shorts XL.................................... $ | 7.05 | $ 7.05 |
| 25. (1)-2C: New Jersey Criminal Code Law Book................. $ | 95.00 | $ 95.00 |

3

Aa (18)

```
26. (1)-Prisoners Self-Help Litigation Manual, Law Book.......... $ 49.95          $ 49.95
27. (1)-Criminal Procedures Constitutional Limitations Law Book.. $ 43.95          $ 43.95
28  (1)-N.J.D.O.C. Administrative Code Title 10A Law Book........ $100.00          $100.00
29. (1)-Blackstone Paralegal Course-(15)-books....................$800.00          $800.00
30. (1)-Playboy Magazine..................Collectable Return...... $ 10.00          $ 10.00
31. (1)-Rolling Stones (Pink Floyd Cover) Collectable Return..... $100.00          $100.00
32. (1)-Rolling Stones (Jimmy Page Cover) Collectable Return..... $100.00          $100.00
33. (8)-National Geographic Magazines........................... $ 60.00          $ 60.00
34. (16)-Pencils................................................ $  1.60          $  1.60
35. (1)-Hair Brush Military Style............................... $  1.17          $  1.17
36. (20)-U.S. Postal Stamps..................................... $ 10.34          $ 10.34
37. (1)-Bag of Pretzels......................................... $  1.12          $  1.12
38. (2)-Bags of Tortilla Chips Nacho............................ $  2.79          $  2.79
39. (2)-Bags of Kool-Aid Drink Mix.............................. $  3.61          $  3.61
40. (2)-Bags of Mixed Salted Roasted Nuts....................... $  5.46          $  5.46
41. (2)-Boxes of Poptarts Blueberry............................. $  3.98          $  3.98
42. (2)-Boxes of Poptarts Strawberry............................ $  3.98          $  3.98
43. (1)-Cookies, Choc w/Vanilla Cream........................... $  1.30          $  1.30
44. (1)-Dunking Stick Pastry..................Replace Item...... $  1.61          $  1.61
45. (4)-Honey Buns.............................................. $  2.33          $  2.33
46. (1)-Book on How to become a better Science Fiction Writer... $ 20.00          $ 20.00
47. (2)-Jewish Religious Scriptures Books....................... $ 32.00          $ 32.00
48. (1)-Painted Picture of "Jesus Christ Passion" Return Item... $150.00          $150.00

49. (2)-State and Federal Court Files are completely missing
    that are Pending Proceedings in State and Federal Courts.
    Which will cost me a great amount of money in Attorney
    fees and their time.  To research the legal information and
    material to replace the documentation that was taken from my
    personal property.  At Northern State Prison, within the time
    frame that I have.  The cost to me in Lawyers Fees and their
    time will be about ($800.00) dollars........................,, $ 800.00         $ 800.00

                                                  TOTALS  $2562.66         $2562.66
```

Respectfully submitted

Mr. Peter L. Caratini

CC: ATTORNEY: (MR. STEVEN E. SAVAGE).
    S.W.S.P. ADMINISTRATOR: (MR. WILLIE BONDS).
    N.S.P. ADMINISTRATOR: (MS. CINDY SWEENEY).
    COMMISSIONER: (MR. GARY M. LANIGAN).
    NEW JERSEY INTERNAL AFFAIRS DIVISION.
    GOVERNOR: (MR. CHRIS CHRISTIE).
    DIRECTOR BUREAU OF PRISONS: (MR. CHARLES E. SAMUALS, JR).
    UNITED STATES DISTRICT COURT JUDGE (3rd Circuit).

Aa (19)

Exhibits S

**WILL REPAIR**
5117 Farmlane Road   Dunkirk, New York 14048
(716) 366-1424   Facsimile (716) 366-7089
(800) 334-2137   willrepairservice.com

Customer's Order No. **N-48**
Phone No. 856-459-7000
Date **JAN. 5, 2017**

Sold to: Mr. Peter L. Caratini, 667844 / 295345-E
South Woods State Prison
Address: 215 Burlington Road, South
City: Bridgeton, New Jersey 08302-0379

| Sold By | Cash | C.O.D. | Charge | On Acct. | Mdse. Retd | Paid Out |
|---------|------|--------|--------|----------|------------|----------|

**SMITH-CORONA --BROTHER WP-1700-MDS**

Serial Number: K76672682   REPAIRS, Alignment, Serv.

| Qty | Description | Price | Amount |
|-----|-------------|-------|--------|
| 1 | Plastic Lid covering LCD Display-- | | $25.00 |
| 1 | Plastic LOWER BASE ASSEMBLY--- | | 54.00 |
| 1 | Plastic, clear acoustic paper bail- | | 28.00 |
| 1 | Keybutton Assembly with Key Buttons | | 285.00 |
| 1 | LABOR-- | | 55.00 |
| | Box, Packing Materials and Shipping-- | $447.00 | 35.00 |
| | *****************PAID IN FULL******************** | | |
| | ONE-YEAR GUARANTEE | | |
| | ***************PAID IN FULL,Ck.11359***************** | | |

All claims and returned goods MUST be accompanied by this bill.

| Rec'd By | Tax | Total |
|----------|-----|-------|
| | | $482.00 |

47300

Thank You!

Part = 15-6148-434 NBIT 00-06

TO MR. PETER L. CARATINI, 667844
SOUTH WOODS STATE PRISON
215 BURLINGTON ROAD, SOUTH
BRIDGETON NJ 08302
INV: WP-1700-MDS TYPEWRITER REPAIRS
(856) 459-7000

DUNKIRK, NY 14048
US
BILL SENDER
(US)

TRK# 6441 6994 9051

9622 0015 6 (000 003 0000) 0 00 6441 6994 9051
DSR 08302
FedEx Ground

Shipping Date: 1-6-17
E.T.A. Date: 1-9-17

J161816872681uv   540C1/1997/727F

(A q 30)

"LEGAL LETTER"

MR. WILLIE BONDS.                           DATE: 12-12-2015
ADMINISTRATOR.                                    09-28-2015
SOUTH WOODS STATE PRISON.
215 Burlington Road South
Bridgeton, N.J. 08302-0379

                                    MR. PETER L. CARATINI
                                    SBI # 295345E/667844
Re: Missing or Stolen Property!     S.W.S.P 5-2-R, 2097-D
                                    215 Burlington, Road South.
                                    Bridgeton, N.J. 08302-0379.

Dear Administrator: Bonds,

        Please allow me to introduce myself in this legal letter
my name is (Mr. Peter L. Caratini). And I am a new inmate that
has just recently arrived at South Woods State Prison from
New Jersey State Prison, in Trenton.  I am "Officially and on
the Record" writing to your (Mail/Property Room) [Sergeant]
and Corrections Officers Personnel of both departments.

        And to the Administrative Personnel of this institution
South Woods State Prison, to inform both of your department
offices of a situation that has developed with my Personal
Property.  That was shipped down from New Jersey State Prison,
in Trenton that has ended up missing!

        Please allow me to elaborate further on the situation
with my personal property that has ended up missing once it
arrived here at South Woods State Prison.  When I was called
down to the property building to finally pick-up my personal
property that I had packed up myself at New Jersey State Prison.

        I could officially and for the record verify with an
Corrections Officer from my housing unit (1-Right), on the west
compound.  That all of these items that I am about to list below
in this legal letter were all packed-up by me (Mr. Caratini),
the Housing Unit Corrections Officer, and another inmate worker
named (Mr. Brown)! The list of the missing items is as follows:

1. One Pair of Prison Work Boots.
2. One (West Law Lawyers Law Book) (New Jersey Court Rules and
   Procedures Annotated)!
3. One Thick Black (Jailhouse Lawyers Manual Law Book) Civil
   and Criminal Litigation!
4. One (Federal Civil Procedures Law Book) Civil Federal
   Litigation Soft Cover!
5. Two (State and Federal 10-A) Prisoners Rights Law Books!
6. 20 U.S. Postage Stamps!

1



Exhibits (H)

PLEASE NOTE THE FOLLOWING:  On item one (The Prison Work Boots) which I require for the winter months when I go to the yard for fresh air and exercise. Which by Federal Laws to impede and obstruct in (Anyway, Shape, or Form) is a Violation of the Constitution's Eighth Amendment Prisoners Rights and (10A Laws)!

And also on items (2-6) I must inform you Sir, that by State and Federal Government Laws to "Confiscate, Discard, or Steal", any of these Five Legal Law Books, and the (United States Postage Stamps) in any Shape, Way, or Form, is considered by U.S. Federal Government Agencies as a (Felony Crime)!

7. Four Pairs of white Boxer Shorts. (New issued by N.J.S.P.).
8. Two Pair of Black Socks. (Bought on Commissary Store).
9. One Tan Knit Wool hat. (Bought on Commissary Store).
10. One Pair of Dark Brown Gloves. (For the Winter Months).
11. One Pair of Gray Work Gloves. (New for Work).

12. Two Paper Mate Blue Pens. (New).
13. Four Pairs of White Crew Socks. (Bought on Commissary Store).
14. One Medical Pillow. ( From N.J.S.P. Medical Department).
15. Three Blue Blankets. (Issued from N.J.S.P.).
16. Four New Bed Sheets. (Issued from N.J.S.P.).

17. Two New Pillow Cases. (Issued from N.J.S.P.).
18. One box Paper clips. (Bought New Jersey Business Machine)!
19. Three Medium Point permanent markers. (New)!
20. Four Books on how to be a better novelist writer.
21. Two Books on how to be an exemplary Science Fiction writer.

22. Two Coaxial T.V. Cables. (Bought on Commissary Store)!
23. Ten Pencil Erasers. (Bought on Commissary Store).
24. One Gray Plastic Bucket. (Bought Shower Bucket).
25. One Medical Fan. (Bought for Respiratory Problems).
26. One Surge Suppresser. (Bought Commissary Store).

All of these personal property items that are missing were packed-up by myself in front of the housing unit officer on second shift that afternoon. Before leaving the housing unit and institution of New Jersey State Prison, for South Woods State Prison! Furthermore, the property room at New Jersey State Prison, made sure that my personal property left intact with all my items. To make sure that my property reached its final destination which was here at South Woods State Prison.

I must inform you that when I was called to pick-up my personal property at from the property building at South Woods State Prison. I was made to sign a document by the property officer for (4) of my property items that I decided to destroy. (1) was a flat screen Clear Tunes Television that was broken and (3) Storage Plastic bins! These were the only four items that were on the list that I signed to be destroyed nothing else!

2

Exhibits (H)"

I have a witness a (Mr. George Carter), that accompanied me to pick-up my property at the property department. But the property officer after I signed forgot to give me a copy of the document of the property items to be destroyed.

I don't know if it was by mistake or deliberate so they could add-on other items later on after I signed the document! I am submitting this legal letter to the Mail/Property Room Sergeant and the Administrative Personnel of South Woods State Prison.

I am also filing an Official Electronic Grievance Complaint with the New Jersey Department of Corrections on the (JPay Kiosk), system as well. Furthermore, I request that all of these items that ended up missing be found and returned to me or replaced by the institution South Woods State Prison, expeditiously.

I will await your official response to my official complaint and request from the Mail/Property Room Sergeant. And Administrative Personnel of the institution of South Woods State Prison before proceeding with legal litigation. As you have determined by now Sir, that this legal letter and missing Personal Property list.

That I am submitting to you and your Administrative Office at South Woods State Prison, has been up-dated with additional missing Personal Property items after I carefully inventoried and examined all of my Personal Property items.

I would also like to take this time Sir, to thank you for allowing me the opportunity to voice my complaint to you and your Administrative Offices at South Woods State Prison. Concerning your Mail/Property Room Corrections Officer and Administrative Personnel. Thank You!

Respectfully submitted

Peter L. Caratini
Mr. Peter L. Caratini

Cc: ATTORNEY: MR. STEVEN E. SAVAGE.
    ADMINISTRATOR: MR. WILLIE BONDS.
    COMMISSIONER: MR. GARY M. LANIGAN.
    GOVERNOR: MR. CHRIS CHRISTIE.
    DIRECTOR: MR. CHARLES E. SAMUELS, JR.
    U.S. DEPARTMENT OF JUSTICE, CIVIL RIGHTS DIVISION.

3

Exhibits (H)

"LEGAL LETTER"

MR. JOHN BLAKESLEE.                           DATE: 11-11-2015
OMBUDSMAN.
SOUTH WOODS STATE PRISON.
215 BURLINGTON ROAD SOUTH
BRIDGETON, N.J. 08302-0379

                                    MR. PETER L. CARATINI
                                    SBI # 295345E/667844
Re: Stolen Personal Property!       S.W.S.P.-51R-1038D
    Prisoner Abuse!                 215 BURLINGTON ROAD SOUTH.
                                    BRIDGETON, N.J. 08302-0379

Dear Mr. Blakeslee,

        Please allow me to introduce myself in this legal letter
my name is (Mr. Peter L. Caratini), and I am writing to you
at the "Ombudsman Office" here at South Woods State Prison.
Seeking your assistance and intervention with a few problems
that have developed with my personal property.

        That was shipped from New Jersey State Prison, to South
Woods State Prison when I was transferred to this new institution
of incarceration.  I must inform you (Mr. Blakeslee), that about
(24) items of my personal property have ended up missing by
means of being (Stolen).

        By the Officer Personnel once my  personal property
arrived here at the property room of South Woods State Prison.
I must inform you Sir, that I have tried to address this problem
with my missing personal property with the Administrative
Personnel on the institution.

        At different Correctional Officer and Administrative
levels, but I am sorry to say with no success.  And I am reaching
the end of my patients with this situation and a ready to take
this problem to litigation with my Attorneys.  Against the
Corrections Officers and Administrative Personnel of this
institution of South Woods State Prison.

        But have decided to contact you and your Office of the
Ombudsman for immediate assistance in this soon to be legal
matter.  Please find enclosed a copy of the "Legal Letter" that
I submitted to the Mailroom/Property Room Sergeant, personnel.
And also as well to the Administrator (Mr. Willie Bonds) of
South Woods State Prison, listing all of my personal property
items that have been Stolen.

                                    1

Exhibits (H)

Once my property arrived here at the property room from New Jersey State Prison in Trenton. Also I have to mention that not long ago I was Summoned to court by a Judge of the United States. For legal proceedings involving a reduction of Fines, Charges, and Sentencing Years in my favor! But when I returned to South Woods State Prison, I discovered that I had been moved off my housing unit (6-2R).

And then was placed in a housing unit called (5-1R) where I don't feel at all or in anyway Safe and Secure! Which I think it was vindictive retaliation for filing a claim against the institution of South Woods State Prison. Not to mention, that when I did receive my property that was packed-up on (6-2R) once again a few personal property items were missing.

Specifically, my winter coat that is different from other prisoner coats, it has the pockets facing up and its green in color. Which I would like returned immediately since winter in now here it is on the housing unit (6-2R)! I would like to have an interview with you (Mr. Blakeslee) to discuss my options.

In dealing with this situation that has developed with this institution and my personal property. And if I may ask I would like your assistance to help me be moved immediately back to my original housing unit (6-2R) and into cell (2100). Where I was before I was summoned to court, I felt very safe and secure on the housing unit called (6-2R) I must say.

I also have been having problems with the medical department, I have not been receiving all of my (K.O.P.) medications for the last month or so. I have missed to (K.O.P.) medication calls due to the housing unit officer not letting me out of my cell.

I would also like your assistance in obtaining a lower bunk pass, so I could keep my lower bunk status that I have now on (5-1R). I will await your response or to be called down to Administration office where I met you when I was translating for (Mr. Ortiz), I hope you remember!

Respectfully submitted

*Peter L. Caratini*

Mr. Peter L. Caratini

Cc: File.

2

Exhibits (H)

"LEGAL LETTER"

MR. WILLIE BONDS                         Date: 11-18-2015
ADMINISTRATOR.
SOUTH WOODS STATE PRISON.
215 BURLINGTON ROAD SOUTH.
BRIDGETON, N.J. 08302-0379


                                        MR. PETER L. CARATINI
Re: Stolen Personal Property!           SBI # 295345E/667844
    Official Misconduct!                 S.W.S.P. 5-2-R, 2097-D
    Prisoner Abuse!                      215 Burlington Road South.
                                        Bridgeton, N.J. 08302-0379

Dear Mr. Willie Bonds!

        I wanted to inform you Sir, that I just received your
South Woods State Prison (Inter-Office Memorandum) form/letter.
That your Administrative Office has sent me in response to my
institutional property claim (CN # 15-92-21), that I submitted.
I would like to thank you for responding to my legal letter
so expeditiously with your interpretation of the rules and
regulations and documentive evidence that is required to file
a institutional claim correctly.

        You also state Sir, in your "Inter-Office Memorandum"
letter that the matter in this claim has been carefully
investigated by the (Custody Supervisor) of this institution.
Sir, if I may, I am officially requesting that I be permitted
by your Administrative office to obtain a copy of that Custody
Supervisor written report.  That he officially submitted to
your Administrative office for my Attorneys records.

        That are handling other Civil Rights violation issues
and litigation against the State of New Jersey and the Department
of Corrections.  Which include Sir, several lawsuits under the
Federal [Section 1983] Claims and Torts, for Medical Negligence.
And additional Federal Claims and Torts for (Prisoner Abuse)
against the State New Jersey Prison system.

        I ask you Sir, for a copy of that report to see if it
correlates with any investigative information.  That I have
already ascertained through my own investigation that I have
been conducting concerning my personal property.  That was
(Stolen) from the Mail/Property Room when my property arrived
here at this institution of South Woods State Prison.

        Which my Attorneys will forward to the Department of
Corrections Commissioner (Mr. Gary M. Lanigan), and other State
Government Offices, in Trenton.  Sir, allow me to move on with
this "Legal Letter" to you and your Administrative office.

                                1

**FIRST** I was extremely disappointed to discover that you Sir, the Administrator of this institution. And a representative of the Department of Corrections [DOES NOT] literally know his Department of Corrections institution's inmate handbook. And please mind you Sir, there is no disrespect intended but you should always have a copy at hand in your Administrative Office!

Please allow me to bring to your attention the (Two) Inmate Handbook rules and regulation references. That you Sir, officially stated that I should read in your "Inter-Office Memorandum" document that you sent me, that are as follows:

"(Be advised that you are responsible for you personal property while in the Department of Corrections and shall keep personal property at your own risk. Therefore, any property (Left Unsecured) is considered at risk)".

Then you instructed me to see in reference my (Inmate Handbook), page (51) article XII (12) paragraph "(A)". The inmate handbook that I have is a revised version of July 2015. Sir, those (Rules) that you are referring too in your Inmate Handbook refers to inmates property that is in an "INMATES CELL" on his housing unit of his institution that he is confined in.

That (Rule) Sir, [DOES NOT] apply to inmates property that has been shipped out by the Department of Corrections from one institution to another. Which then becomes "Automatically" by [STATE LAWS] the responsibility of the New Jersey Department of Corrections. And both of the institutions that shipped and received the inmates personal property at his new institution.

Which the only way now that the Department of Corrections is [RELEASE] from that legal responsibility is when the inmate takes possession. The inmate then is allowed to (briefly) examine the contents of his personal property that was shipped from his previous institution.

And then he must signs off on the personal property that he just received in front of the Property Room Officer of his new institution. Also Sir, the inmate handbook information that you requested the I read on page (51) Section XII (12) paragraph "(A)".

PLEASE NOTE: (Does not say anything that pertains to any kind of personal property what-so-ever, what it does state on that page is how to acquire a (IPIN) number to make inmate phone calls out of the institution of South Woods State Prison).

Moving on Sir, if I may your South Woods State Prison (Inter-Office Memorandum) also states the following on it, and (I Quote)! "(You failed to demonstrate that this institution was negligent in the handling or storing of your property)".

2

I must inform you that I was not trying to demonstrate that this institution was negligent in the "Handling or Storing" of my personal property! As you Sir, have so eloquently stated in you (Inter-Office Memorandum) that you sent me in response to my claim. What I was officially stating in my "Legal Letter" that I submitted to your Administrative office of this institution was the following:

That the Correction Officers in the Mail/Property Room of that department are guilty of the "Criminal Acts of Stealing". Another Inmate's personal property once it arrived at this your institution of South Woods State Prison. That was their responsibilities as well as the New Jersey Department of Corrections personnel. Which they purposely committed as Corrections Officers in that department of South Woods State Prison, lets get that very clear!

Which will bring as by State Laws additional charges to who ever was "UNDER THE COLOR OF LAW" or "STATE AUTHORITY" in that department. In this institution of South Woods State Prison, of [OFFICIAL MISCONDUCT], [MISCONDUCT OF OFFICE], and [ABUSE OF OFFICE]. Not to mention, the [PRISONER ABUSE], that I sustained which is a State and Federal violations of the [EIGHT AMENDMENT PRISONERS RIGHTS].

Permit me to continue Sir, with my response to your Administrative office (Inter-Office Memorandum) letter if I may. You also state in your letter that I failed to provide the documentation of ownership/possession (i.e. inventory sheets, purchase receipts, package committee Approval, etc.) for the items listed in your claim, see your inmate Handbook, page (54), Section "(S)". Your failure to comply with this requirement may cause the claim to be denied).

Sir, I must inform you that I did bring a copy of the (Personal Property Inventory Sheet) with me from New Jersey State Prison in Trenton. In my over night bag just for this sought of problem that might have developed, that was filled out by my housing unit Corrections Officer of (1-Right), on the west compound of New Jersey State Prison.

I must inform you Sir, that it was purposely removed from my personal property over night bag along with other items that I brought with me. By the Intake Department Officers when they searched my over night bag. Sir, please forgive me but I must ask you do you have a (INMATE HANDBOOK), at hand in your Administrative Office.

That you use to quote to inmates these rules and regulations and procedures of the Department of Corrections from? Please allow me address the rules and regulations that you insisted that I look up on page number (54), Section "S".

3

Exhibits (H)

Sir, that page in the inmate handbook [DOES NOT] refer to any inmates property whatsoever what it states is information on the Inmate Remedy System Forms.  And there is no Section ("S") on that page, forgive me for correcting your incorrect inmate handbook references, Sir!

Furthermore, your (Inter-Office Memorandum) letter also added "(that I did not provide any supporting documentation with you claim proving that you were in possession of the items at the time your personal property was inventoried that you claim are missing.  And that the only documentation is a letter written by me describing what I claim is missing)".

Which you Sir, are mistaken with your clerical analogy and interpretation of the legal document that I submitted to your Administrative Office.  Sir, it was an official Legal Letter as by State and Federal Laws lets get that officially clear. And in your letter you added "(that upon investigation of this claim, there was no evidence presented by me indicating negligence on the part of this institution)".

I must inform you Sir, that I have taken steps to rectify that problem with the missing documentation.  The document that you are referring to as the "Property Inventory Sheet" is on route to my Attorneys office and then to me here at South Woods State Prison, I assure you Sir!  I have also been informed that these actions that are allowed to be performed by these Intake Corrections Officer is routine in this institution.

Which involve the Higher Ranking Commissioned Corrections Officer Personnel of the institution as well.  That allow and even condone such unlawful actions by their Subordinate Officer against newly arrived inmates from other institutions.  I have already forwarded all this information to my Attorneys, to pass on to the U.S. Department of Justice, Civil Rights Division.

That being said, allow me to move on Sir, I must inform you that I have already requested a copy of the inventory sheet. From the appropriate personnel at New Jersey State Prison over two weeks ago.  Anticipating this sought of problem in advance with my personal property that was shipped from New Jersey State Prison.  The inventory sheet document when my Attorneys receive it will be accompanied by a Sworn Affidavit I have been informed.

From the housing unit Corrections Officer in Trenton, as is required by the State and Federal Judiciary laws.  Stating "officially and for the record" that all of the personal property items that I am claiming that are missing were packed up by him.  And with the assistance of [Me] (Mr. Caratini), and another inmate named (Mr. Brown).  I Sir, have giving my Attorneys complete discretionary powers to handle this legal, or should I say (unlawful) situation on my behalf.

4

That maliciously and purposely was allowed to occur in this your institution against [Me] and my personal property. Which now has involved my Attorneys, that have to now contact several State Agencies on my behalf.  With additional legal information and documentation concerning this incident with my property.  And the harsh treatment that I was experiencing and encountering by the housing unit Officers against myself.

On the other hand maybe its something much more sinister and these housing unit officers actions are attributed to their resentment of my "Genealogy and Religious Beliefs" being of the Jewish Faith.  While trying to discover the whereabouts of my missing personal property from the Mail/Property Room when it arrived.

And also the missing items of my cell 2100 from my housing unit (6-2-R) when I was summoned and remanded to Court.  The legal information that my Attorneys have acquired is being expeditiously sent to the U.S. Department of Justice, Civil Rights Division.

Allow me to inform you Sir, what this U.S. Department of Justice, Civil Rights Division, Special Litigation Section is proficient in Prosecuting. They specialize in enforcing Civil Rights Statutes regarding Conditions of Institutional Confinement as well as (Law Enforcement Misconduct) and the Protection of Institutionalized Person's including Religious Worshipping Rights I just thought you might want to know Sir.

My Attorneys investigative procedures will begin with the filing of subpoenas in State and Federal Courts.  For the acquisition of institutional records and testimonies concerning this incident.  Which will be followed by the filing of State official charges with the Court clerk against the Official institutional Personnel.

That were under the color of law and in State Authority in the Mail/Property Room when my property arrived from New Jersey State Prison.  That concealed this (illegal act) of (theft) against a Prisoner and ward of the State of New Jersey. The State charges that my Attorneys will file with the State and Courts, and with the U.S. Department of Justice, will be as follows:

VIOLATION OF NEW JERSEY CRIMINAL CODE (2C:20-6)

Theft of Property Lost, Mislaid, or Delivered by mistake or not!  A person who comes into control of personal property of another that he knows to have been lost, mislaid, or delivered under a mistake as the nature or amount of the personal property or the identity of the recipient is [GUILTY OF THEFT] if, knowing the identity of the owner and with purpose to deprive said owner thereof, he convert the personal property to his own use.

5

VIOLATION OF NEW JERSEY CRIMINAL CODE (2C:20-7).

Receiving Stolen Personal Property! A). Receiving. A person is guilty of theft if he knowingly receives or brings into the State movable property of another knowing that it has been stolen, or believing that it has probably been stolen.

VIOLATION OF NEW JERSEY CRIMINAL CODE (2C:30-2).

Official Misconduct, Abuse of Office. A public servant is guilty of official misconduct when, with purpose to obtain a benefit for himself or another or to injure or to deprive another of a benefit:

A.) He commits an act relating to his office but constituting an unauthorized exercise of his official function, knowing that such act is unauthorized or he is committing such act in an unauthorized manner; or

B.) He knowingly refrains from performing a duty which is imposed upon him by (Law) or is clearly inherent in the nature of his office.

OFFICIAL MISCONDUCT, is a (Crime) of the (Second Degree)! If the benefit obtained or sought to be obtained, or which another is deprived or sought to be deprived, is of a value of $200.00 dollars or less, the offense of Official Misconduct is a crime of the third degree.

VIOLATION OF MY FOURTH AMENDMENT PRISONERS RIGHTS. Which basically states the following as laws. "Personal or Legal Mail can not be (Opened and Read), personal belongings can not be (Damaged), (STOLEN), or otherwise tampered with beyond necessity".

Sir, my Attorneys, will be asking the Courts to institute Liens against the Correctional Officer Personnel Salaries and Pensions until settlements are obtained. That were unlawfully involved in this Crime of Theft and Emotional Mistreatment that were perpetrated against [Me]. And my property once it arrived here at the South Woods State Prison, at the Mail/Property Room. Which include Charges for Confiscating, Withholding, Discarding, or Stealing, my State and Federal Laws Books.

Federal Laws interpret the act as Impeding and Obstructing a State or Federal Prisoners Constitutional Rights to acquire the knowledge to redress the State and Federal Courts. In his efforts for his defense in his (Civil, Criminal, or Appellate) case proceedings in the Courts! Which is all interpreted by the Federal Government as a "Federal Crime" against a State or Federal Prisoners, and above all the violation of the U.S. Constitution Eighth Amendment Prisoners Rights!

6

Sir, I think that I have addressed the legal issues and concerns with my personal property. That was (STOLEN) once it arrived here at South Woods State Prison Mail/Property Room and on (6-2-R). I must respectfully inform you Sir, that I [DO NOT] accept your Administrative decision in this matter, No Disrespect intended and will Appeal this decision immediately.

Involving my inmate Claim that I submitted to your Administrative Office! I and my Attorneys, have also anticipated in advance your decision in this matter and have submitted the documentation to Commissioner (Mr. Gary M. Lanigan's), office. And are awaiting a response and decision from his office before we proceed with legal litigation.

All I want is the return of my personal property that was stolen, to be returned to my housing unit (6-2-R) cell 2100. And to be left alone to continue my legal fight with my Attorneys in Court for my freedom, that is all. Which seems to be a problem with your Corrections Officers in this institution of South Woods State Prison.

POSTSCRIPTUM: Sir, I must ask you if I may, why was I moved off my housing unit (6-2-R) and cell 2100 when I was officially summoned to Court by a Judge of the United States? And on my return to be placed in a housing unit (5-1-R) that I don't at all feel Safe or Secure!

Was it retaliatory punishment for submitting a claim against this institution for the theft of my personal property? If not, I would like to ask you Sir, to intervene and have me moved back to my housing unit (6-2-R) and cell 2100. Where I felt (Safe and Secure), that is before I sustain some kind of (Physical Injury or Trauma) at my age!

And Sir, once again some of my property has ended up missing when I was summon to Court. Specifically, my winter coat its different then other State Prisoners Coats, it has straight pockets facing up. And green in color and it has my name and State number on the inside of it someone on (6-2-R) has it and I would like it back since its my only winter coat!

One final complaint Sir, the (6-2-R) Pantry kitchen Workers of the housing unit. Have been purposely (Stealing) my (Diet Food Items) out of my (Diet Aluminum Trays). From breakfast, lunch, and dinner daily including the additional Styrofoam snacks trays. And substituting the diet foods items with regular food tray items I only discovered this was occurring with my diet trays when I was moved to (5-1-R).

The Pantry kitchen Worker there (5-1-R) began giving me my full diet meals trays daily. These Pantry Kitchen Workers, from (6-2-R) would then have the gall to approach me and ask me if I wanted a food contract for extra foods.

7



        In other words they were trying to sell me back the diet food tray meals that they had originally (stolen) from my diet trays!  I think that these (Pantry Kitchen Housing Unit Workers) Culinary Positions should be terminated immediately!  To let them know that this sort of "Racketeering and Extortion" will not be permitted to happen in this institution of South Woods State Prison!

        I must inform you Sir, that what really upsets me more than anything is that the housing unit Corrections Officer. Knowing for a fact that these unlawful practices are occurring on their housing unit do nothing and even allow it to happen willingly!  I think Sir, that this is something that you and your Administrative Office has to immediately address with the Culinary Supervisors in this institution!

        I wish to take this time to thank you Sir, for allowing me the opportunity to voice my complaint with your Administrative Office.  Concerning these problems that have developed with my personal property.  And I also want you to know Sir, that I hold nothing but the highest level of respect for your position and Administrative Office always!  Once Again Thank You!

                                        Respectfully submitted

                                        Mr. Peter L. Caratini

Cc: ATTORNEY: MR. STEVEN E. SAVAGE.
    OMBUDSMAN: MR. JOHN BLAKESLEE.
    ADMINISTRATOR: MR. WILLIE BONDS.
    COMMISSIONER: MR. GARY M. LANIGAN.
    GOVERNOR: MR. CHRIS CHRISTIE.
    DIRECTOR: MR. CHARLES E. SAMUELS, JR.
    U.S. DEPARTMENT OF JUSTICE, CIVIL RIGHTS DIVISION.

                                8

"LEGAL LETTER"

MR. WILLIE BONDS.                                    DATE: 12-28-2015
ADMINISTRATOR.
SOUTH WOODS STATE PRISON.
215 BURLINGTON ROAD SOUTH.
BRIDGETON, N.J. 08302-0379

                                    MR. PETER L. CARATINI.
                                    SBI # 295345E/667844
Re: Missing Personal Property!      S.W.S.P. 5-2-R, 2097-D
                                    215 BURLINGTON ROAD SOUTH.
                                    BRIDGETON, N.J. 08302-0379

Dear Administrator Bonds,

        Please forgive me Sir, for writing to you and your
Administrative Office once again, I just received your South
Woods State Prison, (Inter-Office Memorandum) letter.  Stating
on the document the following: "(This Office is in receipt of
your recent letter dated (November 18, 2015) in reference to
your property claim)".

        And you added Sir, that "(According to your records,
I received a decision on (October 23, 2015)".  Please be advised
that there are no provisions to appeal a property claim decision,
and that "(My next avenue of appeal is the New Jersey Superior
Court)"!  So I thought it was necessary to write you and inform
you of a few State and Federal Statues of Law.

        First, I must inform you Sir, that any decision that
has been made by any State Agency and its Administrative
Personnel can be appealed at a higher Administrative level or
then in a Court of Law!  As by State and Federal Government
Laws, Rules and Regulation, the higher State Administrative
Office.

        Can and will [OVER RULE] any Administrative decision
that has been made by any (Lower) State Authorized Administrative
Agency or Personnel.  That has violated any State or Federal
Government Prisoner's Constitutional Rights!  That is if you
Sir, allow it to get to that Legal and Official State Level
which it will if your Administrative Office.

        Refuses to except the responsibility in this matter with
my personal property that was (Stolen) when my property arrived
here from of New Jersey State Prison.  This situation has been
forced upon us both Sir, by your Corrections Officer Personnel
over zealousness of illegal behavior in the Mail/Property Room.

                                    1

That have decided upon themselves to conduct their own policies in that South Woods State Prison Mail/Property Room, I am sorry to have to admit!  I must inform you Sir, that there are a few other options open to me before taking this claim to New Jersey Superior Court and they are Sir, as follow:

(1) taking it to the Commissioner of the Department of Corrections (Mr. Gary M. Lanigan), and his State Office which has been already notified about this matter.  And (2) to the Office of the Governor of the State of New Jersey the Honorable (Mr. Chris Christie).

That either of these State Government Personnel will "OVER RULE AND OVER TURN" your Administrative Office decision! And will hold the Administration of South Woods State Prison and the Corrections Officers of that Mail/Property Room in question (LIABLE)!

Second, I must also inform you Sir, that what I have been doing as by State rules and regulations is exhausting all of my avenues of remedies. As required by the State of New Jersey and the Department of Corrections.  Before taking this situation in the form of a case with my Personal Property that ended up missing from the Mail/Property Room.

And from my cell on (6-2-R) when I was remanded to Court, to litigation in Superior Court!  My Attorneys have formulated a list of all the Administrative & Corrections Officer Personnel that would be deemed by the color of State Laws (liable).

Administrator Bonds, I would like to, if I may Sir, to enlighten you on the Federal Complaint under [Section 1983]. A (Prisoner) may seek redress when a person(s) acting under the color of State law deprives the Prisoner of rights guaranteed by the U.S. Constitution or Federal Laws.

Meaning in my case the U.S. Constitution Eighth Amendment Prisoners Rights, that protects every State and Federal Prisoner. While being incarcerated in any State or Federal Government institution.  That mind you Sir, was violated by your South Woods State Prison, Corrections Officers of the Mail/Property Room and on housing unit (6-2-R)!

[42 U.S.C. § 1983]. SECTION PROVIDES: "(Every person who, under color of any statue, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States or other person;

Within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be (liable) to the party injured in an action at law, suit in equity, or other proper proceeding for redress)";

2

Something I thought you should be aware of Sir, to make it perfectly clear whom by State Laws would be deemed (Liable) in your Institution! Please find enclosed two other legal letters that I submitted to (SCO. L. Vastano) at the Mail/Property Room. Explaining to him certain statements that he made in his Inmate Property Memo that he sent me that were erroneous!

In the legal letters that I submitted to (SCO. Vastano), in the Mail/Property Room you will discover. That he informed me that I now have so-called rejected items in the Mail/Property Room. And that he wanted me to sign off on the Memo Form to authorize him what to do with these so-called items that he states that I have in his Mail/Property Room Department.

I requested from him a copy of the list of the Rejected Property Items that he said I have in his Mail/Property Room. And I informed him that without a list of the items I will in no way make a decision about those rejected property items. But (SCO. L. Vastano), has not complied with my simple request, being completely (Deceptive and Evasive) with his responses in his second (Property Memo) that he sent me!

I have sent him another legal letter in response to his second (Inmate Property Memo) that he sent me trying to cover his irresponsible actions.  Please find it enclosed as well in this second legal letter that I am submitting to you and your Administrative Office.

Moving on Sir, I am greatly disappointed that you being the Administrator of South Woods State Prison.  Have not taken the (Ethical Administrative Initiative) to addressed and solve these problems with both my claims of my missing property. That were (Stolen) from the Mail/Property Room and my cell on (6-2-R) when I was remanded to Court which is incomprehensible.

Specifically, my State winter coat which I would like back, its on (6-2-R) a search with the housing unit Corrections Officer will find it and the inmate who stole it!  I have been informed by inmates on (6-2-R) that an inmate has my Winter Coat on the housing unit they have seen it!

That being the case I am instructing my Attorneys, to add the name of the second shift housing unit (SCO. Flieger), of (6-2-R).  On the Court documentation to institute charges on him for allowing my property to be deliberately (Stolen) when they packed up my property when I was remanded to Court!

Which was a violation of his official duties of his Office while employed as a Corrections Officer for the New Jersey Department of Corrections in South Woods State Prison!  So I think Sir, that your Administrative Office should officially notify (SCO. Flieger), on (6-2-R) of my legal intentions if my property is not returned.

3

I must inform you Sir, that my Attorneys, are submitting additional documents to the Commissioner (Gary M. Lanigan) in Trenton.   Explaining the situation that has developed with my personal property that I want accounted for in full. And returned to me with the (Stolen) Property from my cell on (6-2-R)!

Now, if my request are ignored my Attorneys will contact Commissioner (Gary M. Lanigan), and request his assistance in this matter.  With a search of the housing unit (6-2-R) since no initiative has been taken by the Administrative Office. Administrator Bonds, there is something else that I have to mention in this legal letter!

Please allow me to elaborate on the strange situation that occurred with some of my Personal Property items. I will give you Sir, a quick behavioral analysis of these Officers actions in that Mail/Property Room. That day when they were ransacking through my personal property items that arrived! When I was examining my Magazines I discovered a few disturbing things that had occurred with these items.

I had (2) gentlemen's adult magazines one being a Vintage Playboy Issue that I had for about 6-years.  That when I examined the magazine issue I discovered that one of your Corrections Officers in the Mail/Property Room.  Had (Torn Out) the center fold picture from the issue and then putting it back into my personal property.

The other magazine was a classic (Swank Issue) as well which was just taken (stolen) outright of my property which I want back to mail home!  I must say this are the caliber of your Corrections Officers that you have working for you in this institution.   These two incidents with my Magazines have now become the (Catalyst for these 1983 Lawsuits).

Against the Correctional Officer Personnel of the Mail/Property Room of South Woods State Prison.  In order for the Liens to be removed all my items in question must be returned to me.  Including my (Playboy Magazine Center Fold Picture) and the (Swank Issue)!  My (Winter Coat) and the (26) Property items on the list which include my (Law Books) that were (Stolen) from my the Property or the (Liens) will stand.

Its not the items that are in question here Sir, but the Principle of the matter, I am sure you understand!  And as promise I am also submitting to your Administrative Office Sir.  A copy of the New Jersey Department of Corrections Inmate Inventory Sheet that I received from my Attorneys!  Please find a copy enclosed in this legal letter.  As I have been instructed to do by the (Ombudsman Office) here at South Woods State Prison.

4

To resubmit a (New) "Inmate Claim For Lost, Damaged, or Destroyed Personal Property Form" to the Administration of South Woods State Prison.  Please Sir, find accompanying this legal letter the (New Claim Form) that I am submitting to you and your Administrative Office once again.  As instructed by the Ombudsman of South Woods State Prison.

Administrator Bonds, I would like you to know Sir, that you (Are Not) dealing with some kind of psychotic inmate here in your institution!  I want you to know Sir, that the only problem that I have is that I am (Not Obsequious) to anyone who exhibits any form of Corruption or Injustice, never have and never will!  I am sure Sir, that you being a highly educated individual and the Administrator of an institution of Corrections understands perfectly all to well what I mean!

Sir, the next few sentences should say it all about me, if I may, allow me to share a brief piece of information about my case!  "I was offered (8-Years Flat) to not take my case to trial and I turned it down, informing the State Prosecutor in Open Court at my Trial that an (Innocent Man) does not take any Plea Bargain Deals from Corrupt State Prosecutor's that have been Financially Compromised by Influential Individuals from the township Teaneck, in Bergen County!"  I don't think Sir, that I need to say anything more!

Like always Sir, I would like to thank you for allowing me the opportunity to voice my complaint with you and your Administrative Office!  Please Sir, also keep in mind that I deeply regret having to bring this situation with my Personal Property to the attention of your Administrative Office.  And also please remember that I hold nothing but the utmost respect for you and your Administrative Office and your Position Sir, always!  Once Again Thank You!

Respectfully submitted

*Peter L. Caratini*

Mr. Peter L. Caratini


Cc: ATTORNEY: MR. STEVEN E. SAVAGE.
    ADMINISTRATOR: MR. WILLIE BONDS.
    COMMISSIONER: MR. GARY M. LANIGAN.
    GOVERNOR: MR. CHRIS CHRISTIE.
    DIRECTOR: MR. CHARLES E. SAMUAL, JR.
    U.S. DEPARTMENT OF JUSTICE, CIVIL RIGHTS DIVISION.

5

"LEGAL LETTER"

SGT. D. SHEEHAN,                               DATE: 08-07-2016
SCO. L. VASTANO
MAILROOM-PROPERTY ROOM
SOUTH WOODS STATE PRISON.
215 BURLINGTON ROAD SOUTH.
BRIDGETON, N.J. 08302-0379

                                    MR. PETER L. CARATINI
Re: Withheld Personal Property!     INM # 667844/SBI # 295345E
                                    S.W.S.P. 2-2-R, 2121-D
                                    215 BURLINGTON ROAD SOUTH
                                    BRIDGETON, N.J. 08302-0379

Dear Mail/Property Room Personnel,

        I just received your South Woods State prison, "Inmate
Property Memo" dated August 5, 2016. Stating once again that
I have rejected items in your property room that are not
authorized here at South Woods State prison. And once again
your property room department is making Official Erroneous and
Fictitious Statements.

        That I was notified in writing prior to this date of
the listing of what type of rejected items I have in the South
Woods State Prison, property room. And that this personal
property was rejected upon arrival of my property at South Woods
State Prison.

        First, I must inform you that I never received any such
notification from your South Woods State Prison, Property Room
Department, a good tactic but it will never hold up in a Court
of Law. That being the case, I "Challenge" you and your property
room department of South Woods State Prison.

        To produce the documentation of this so-called "First
Notification" that you state in your (Inmate Property Memo)
that you say in your letter that your property room department
sent me! I also require a list of all these so-called rejected
property items that you say I have in your South Woods State
Prison, Property Room.

        Moving on, now when I picked-up my personal property
from the property room on facility-1 on July 21, 2016. I signed
an "Inmate Package Outgoing Invoice" to (Destroy) 3-Plastic
Bins that were over the limit, in front of the property room
Officer of facility-1.

1

The second, Inmate Package Outgoing Invoice that I signed on July 23, 2016 was for the Clear Tunes 13" Flat Screen Television to be "Destroyed". That I might add that your property room personnel Deceptively put into my personal property that I was to pick-up!

The Property Room Personnel of South Woods State Prison, knowing all to well that the Clear Tunes 13" Flat Screen Television was broken as it was clearly written on the front of the broken flat screen television. Which leaves me with the conclusion that it was done maliciously by your Property Room Department of South Woods State Prison, and their Personnel.

I must inform you that I just received back the response to my New Jersey Department of Corrections "Inmate Inquiry Form". That I submitted concerning the return of my (KTV-13" Tube Television) that your property room is unlawfully withholding from me.  Which I request that you release it to me expeditiously without any further delay!

I also received with my response a re-direction form, informing me to complete a I/M Claim for Lost, Damaged, or Destroyed Form 943-I, which I have already done to submit with my Inmate Inquiry Form once again.  I strongly request that your South Woods State Prison, Property Room Department.

Forward to me the list of what ever personal property items you say I have that are being held by your department immediately.  Also a copy of the "INMATE INVENTORY SHEET" that was sent with my personal property from Northern State Prison, in Newark.

I will explain why in the following paragraphs, I have already submitted to the Administrator (Mr. Willie Bonds), of South Woods State Prison. And to the New Jersey Department of Corrections in Trenton an "Inmate Claim for Lost, Damaged, or Destroyed Personal Property Form" against Northern State Prison.

I must also inform you as I have informed Administrator (Willie Bonds), that I having a Law Degree in Criminal and Civil Law Litigation. Along with my Attorneys have already begun a Federal Complaint under the Statute [42 USC 1983] against the New Jersey Department of Corrections and Northern State Prison, against their Administrative and Corrections Officer Personnel.

Please find the first few pages of the Federal Complaint against the institution of Northern State Prison, enclosed in this legal letter.  Along with a personal property list of all my missing property items that are "Now Federal Evidence" in a Federal Lawsuit.

2

Exhibits (H)

That being said allow me to give you this "Federal Warning" if I may, now that you have been officially notified by [Me] (Mr. Caratini). That all these personal property items that you are unlawfully withholding from me are officially considered by the Court "Federal Evidence" in a Federal Complaint.

And that any actions like (Discarding) or (Destroying) of this Federal Evidence by the South Woods State Prison, Property Room Personnel. Will be considered by the United States District Judge of the (3rd Circuit) as a "Felony Offense" against the Federal Government.

And please note that Federal charges will be filed against the State institution in question and the individuals who violate and committed these "Criminal Acts" against Federal Laws. I must also inform you as well as by Federal Laws that I and my Attorneys, have already begun a Federal Complaint under the Federal Statute of [42 USC 183] against South Woods State Prison.

Against the Administrative hierarchy of the institution and multiple Corrections Officers of South Woods State Prison. Which will most likely include your property room department and its personnel depending on your future actions concerning my personal property.

That you are withholding that is Federal Evidence. I and my Attorneys, anticipating your South Woods State Prison, Property Room Personnel's actions way in advance, have proceeded accordingly with the legal actions as necessary!

Respectfully submitted

Mr. Peter L. Caratini

CC: ATTORNEY: MR. STEVEN E. SAVAGE.
    ADMINISTRATOR: MR. WILLIE BONDS.
    COMMISSIONER: MR. GARY M. LANIGAN.
    GOVERNOR: MR. CHRIS CHRISTIE.
    DIRECTOR: MR. CHARLES E. SAMUELS, JR.
    NEW JERSEY INTERNAL AFFAIRS DIVISION.
    UNITED STATES DISTRICT COURT JUDGE (3rd Circuit).

3

"LEGAL LETTER"

MR. WILLIE BONDS                          DATE: 08-18-2016
ADMINISTRATOR.
SOUTH WOODS STATE PRISON.
215 BURLINGTON ROAD SOUTH
BRIDGETON, N.J. 08302-0379

Re: Withheld Personal Property!        MR. PETER L. CARATINI
    Officer Official Misconduct!       SBI # 295345E/667844
    Officer Misconduct of Office!      S.W.S.P. 2-2-R, 2121D
    Officer Prisoner Abuse!            215 BURLINGTON ROAD SOUTH.
                                       BRIDGETON, N.J. 08302-0379

Dear Mr. Bonds,

        I am sorry that I am force to write your Administrative
Office once again at South Woods State Prison.  Please forgive
me Sir, for being so contentious while  officially addressing
your office.  Which is concerning a few situations that have
developed since my return to your institution of South Woods
State Prison.

        Please allow me to elaborate on what has occurred that
I believe requires your immediate attention, you being the
Administrator of this institution.  First, I must inform you
Sir, that once my personal property had arrived from "Northern
State Prison".  A great amount of my personal property has ended
up missing (Stolen) before my property was shipped out from
that institution.

        Not to mention, a great amount of damage to my Brothers
1700-MDS Word Processor that I hope that your institution of
South Woods State Prison, and its Property Room had nothing
to do with.  Since I received the Word Processor from your
property room wrapped up in a State issued shirt!

        Moving on Sir, I have been preparing (2)-State of New
Jersey Department of  Corrections "Inmate Claim for Lost, Damaged
or Destroyed Personal Property Forms" against "Northern State
Prison".  Which also includes a Federal Complaint under the
Federal Statute of [42 USCS 1983] as well.

        The problem Sir, that I have run into here at your
institution of South Woods State Prison, is that many of your
housing unit Corrections Officers.  Refuse to except or even
affix their signatures on the (943-I) document form as the "Staff
Members Receiving the Form".  If I may, I would like to ask
you Sir, is this a normal policy in your institution concerning
inmate claims.

1

That being the case, I have been left with no other choice Sir, but to submit the (943-I) form documentation to your Office directly with your permission, that is if its possible to obtain. As it states on the bottom of the New Jersey Department of Corrections (943-I) form which states that this form must be submitted to the "ADMINISTRATOR"

Within (15-days) of the incident or the discovery of the incident, I will also send additional copies of the claims documentation to the Department of Corrections Commissioner (Gary M. Lanigan), in Trenton, as well to be sure the two claims are addressed!

Second, since my arrival at your institution I have had a problem with your property room once again. This time concerning my two television that I had in my property that was shipped form the institution of Northern State Prison, please allow me to elaborate. One was a Clear Tunes 13" Flat Screen Television that had a damaged flat screen that is involved in a civil case proceedings against the New Jersey Department of Corrections.

Which back in October, of 2015 I signed an "Inmate Package Outgoing Invoice" to have it "Destroyed" when I first arrived at your institution, but some how made it back into my personal property, (Why)? The second television is an old (KTV-13" Tube Television) that I purchased at New Jersey State Prison over six years ago.

The institution of South Woods State Prison, Property Room when I was called to pick-up my personal property gave me the (Broken) Clear Tunes 13" Flat Screen Television and kept the working "KTV-13 Tube Television", and I must ask once again (Why)? I presume on purpose, and in some kind of vindictive action against [Me], knowing that the 13" Flat Screen Television was broken, as it was clearly marked on the television itself!

And when I asked the property room Corrections Officer, where was my working (KTV-13" Tube Television), he informed me that I could not have two televisions. Which I must inform you Sir, that this information that he gave me was nothing but a (FARCE), please allow me to explain!

I must inform your Sir, that in every housing unit that I was in when I was on facility-3. Had at lease one inmate on each of those housing units (62R), (51R), and (52R), that has in his possession in his cell about (three) flat screen televisions for rent to other inmates like myself that had newly arrived on the housing unit. The cost of renting one of these flat screen televisions is about ($10.00-dollars) a month in commissary food or U.S. Postage Stamps.

2

Something that I would not do because it would be basically supporting the illegal acts and crimes of "Extortion and Racketeering" and I refuse to have anything to do with that highly illegal enterprise. Please also note that all these illegal and unlawful ventures are occurring with the approval of the housing unit Corrections Officers of those housing units.

To prove the validity of my statements that I have just made all you have to do is to conduct a "SURPRISE INSPECTION" (Search) of those housing units which will give you the answers you require! So you see my point Administrator Bonds, why I find those institutional rules that were just "QUOTED" to me by your property room Corrections Officer personnel (Erroneous and Fictitious).

When there is on those housing units that I just mentioned Physical Evidence to prove to you other wise! I while trying to conform to your South Woods State Prison, institutional rules and regulations have taken it upon myself to have my Clear Tunes 13" Flat Screen Television "Destroyed" it being evidence in a civil case.

Which I might say was nothing but a big head ache concerning that lack of assistance and cooperation that I received from your Corrections Officers on my housing unit. But finally I got the task of taking the damaged flat screen television down to the property room to be "Destroyed" completed!

Sir, I then began the task of trying to acquire my (KTV-13" Tube Television) from your property room personnel. I started by informing my housing unit Officer on (2-2-R) a (SCO. Thompson), that I required her assistance and guiding hand on how to acquire my "KTV-Television" from the property room.

That mind you Sir, is now being held in a sense "Hostage" by your South Woods State Prison, Property Room Personnel named (SGT. D. Sheehan), and (SCO. L. Vastano). On about the third day after asking for her assistance to make a few phone calls to the "Main Property Room" of the institution. SCO. Thompson, asked me for my property paperwork that I received from the property room, and informed me that she would see what she could do.

On that same day, [I] and my [cell mate] were startled when [I] was confronted by a (Sergeant). [He] barged into my cell number 2121 on (2-2-R) and informed me in a threatening manner and tone that why was I harassing his housing unit Officer. Meaning (SCO. Thompson), with this television nonsense, and then he ordered me to stop bothering his housing unit Officer with this, do you understand. Then returned the paperwork that I gave (SCO, Thompson), stating that my television that I took down to be Destroyed was not off the books yet.

3

I then asked this Sergeant, then who am I suppose to ask for assistance with this problem and situation with my (KTV-Television) that the property room has now. His answer was that he did not know, and that I should deal and take it up with second shift about my television. And then made some last derogatory comment about nipping the problem in the butt and walked out of my cell.

So when the second shift housing unit officer came on duty on (22R) I asked him if he could help me with this problem. That I was having with the main property room while I was trying to acquire my KTV-Television. He asked what was the problem that I was having, I explained to the Officer what had happened with the first shift Officer and Sergeant.

His response about what they were putting me through, I will not repeat in this legal letter. He then informed me that he could not call the main property room because they are all gone when he comes on duty. And he added that the so-called information the first shift Sergeant, gave me was nothing but a Lie. He informed me to write it up in a "Inmate Inquiry Form" which I did immediately.

He also excepted immediately my N.J.D.O.C. (943-I) Forms with all the supporting documentive evidence. Without any delay and informed me that he would pass it on to the proper staff member in the Administration. About a week later I received the response to my "Inmate Inquiry Form" that I submitted for my (KTV-Television).

It was returned to me with a "Redirection Form" attached to it, stating on the number (1) line of the document. That I must complete a I/M Claim for Lost, Damaged, Property Form (943-I). And on number (18) of the Redirection Form, it stated to attach my request, meaning my "Inmate Inquiry Form" to the I/M Property Claim Form, my question to you Sir, is why?

I completed the forms and followed their instructions to the letter, and then brought it to the Officer's attention on second shift on (22R). He then instructed me to drop it into the Inmate Inquiry Box which I did immediately. On the same week I received a "Inmate Property Memo" from officer SCO. L. Vastano, in the South Woods State Prison, Property Room.

Stating on his memo that I had rejected property items in the property room, and that I had until August 12th, 2016 to decide what I wanted to do with the property, or the property would be destroyed. Please find my response "Legal Letter" which I addressed to (SGT. D. Sheehan), and (Officer L. Vastano), that is accompanying this Legal Letter to your Administrative Office. Along with additional legal documentation of the first three pages of the Federal Complaint documentation against Northern State Prison.

4

Exhibits (H)

And the list of all the missing (Stolen) personal property items that are now as by State and Federal Laws "Evidence" in a Federal Complaint against Northern State Prison, and its Administrative and Corrections Officer Personnel.  So Sir, destroying any of that personal property items that are being held in your South Woods State Prison, Property Room by your Officer Personnel would be considered a "Felony Crime" by destroying Evidence in a Federal Complaint Case.

Well since I now have your attention Sir, I might as well inform you of a few other situations that are occurring on the housing unit (22R).  I must officially inform you Administrator Bonds, that since I arrived on July 11th 2016 and until now August 18th 2016.  I have not received a "HOT MEAL" from the Pantry Kitchen on this housing unit called (22R). All my "Renal Medical Dietary Meals" including "Breakfast, Lunch, and Dinner, that I receive daily have been "Ice Cold".

Allow me Sir, to give you an example of the condition of my Renal Dietary Meals, if I may, I once a week receive with my meals some ground beef with noodles and vegetables on the side.  The ground beef meat is laying in a pool of Ice Cold coagulated white grease fat", that can not be eaten because it has not been heated!

I asked the housing unit Pantry Kitchen workers why are my meals ice cold all the time.  The answer I received from them is that its not their job to heat up the food on the housing unit.  That it was the responsibility of the main Kitchen on the facility-1, to heat up the food, not theirs.

Which I must inform you Sir, is nothing but a (LIE), all Pantry Workers are suppose to heat up the food they bring into the housing units in the Pantry Kitchen.  They are suppose to use the electric warming table, to heat the food that they bring in the metal trays, at every meal including dietary meals, in a metal tray with about ½-inch of water in it.

Which is called the boiler method which they don't ever use and are not utilizing, why? If I may allow me to tell you why, because the Pantry Kitchen workers on this housing unit are nothing but "Lazy" the definition of lazy is (Disliking Activity or Exertion).

The bottom line is this, they are not performing their duties as Pantry Kitchen Workers on the housing unit, for [Me] or any other inmate.  Not to mention, that I have never seen one of the Culinary Food Supervisors come into the Pantry kitchen to inspect its condition.  If he would come and see the condition of that electric warming table, with the filth he would dismiss them as Pantry Kitchen Workers on the spot.

5

Exhibits (H)

        The bottom line is this Sir, I a not receiving any hot
meals on (22R), which by State and Federal Government Laws is
a violation of State 10A Laws, and Eighth Amendment Prisoners
Rights Laws as well.  Sir, you may want to contact the Culinary
Food Supervisor of the institution and inform [him or her] of
what is occurring in the Pantry Kitchen of the housing unit
(22R)

        I ask this of you Sir, because I have submitted multiple
"Inmate Inquiry Forms" along with a Grievance Complaints and
have received no response from my complaint documentation.
One more thing Sir, I have found in my meals while chewing my
food a piece of metal stainless steel wire from one of their
stainless steel cleaning sponges from the main kitchen.  That
has cut the inside of my mouth while trying to ingest
nourishment, that I have as Evidence!

        I am also requesting that the culinary food supervisor
provide me with a "Renal Medical Dietary Meals Menu", because
I suspect that some of my Renal Dietary Food Items are missing
or are being removed from my trays.  And Sir, there is one final
issue that I have to bring to your attention and Administrative
Office.

        On August 5th, 2016, I went on a medical trip to Saint
Francis Hospital for a medical procedure.  On my return to South
Woods State Prison, while suffering with great tailbone pain
from the van ride.  Due to a fractured tailbone that I never
had removed after an accident.

        A strange thing happened in your intake department, after
my strip search, two of your intake Corrections Officers informed
me that this is not your lucky day.  And then proceeded to
confiscated my state issued button short sleeve shirt, informing
me in a sinful manner that I was not suppose to have this shirt.

        I must officially inform you Sir, that the shirt was
state issued to me back at New Jersey State Prison. And I demand
that it be returned to me as soon as possible without delay,
otherwise I will be adding additional defendants to my Federal
Complaint.  And a detail description of the illegal events of
"Misconduct of Office", "Official Misconduct" and "Prisoner
Abuse".

        That took place in that intake department of your
institution of South Woods State Prison by those two Corrections
Officers on that August 5th, 2016 at about 12:30 P.M. on that
friday.  In the "Fact Section" of the Federal Complaint that
I will file under the statute [42 USCS 1983] against your
institution and its Administrative and Corrections Officer
Personnel if these issues are not addressed.

                              6

I at this time would like to thank you Administrator Bonds, for allowing me the opportunity to voice my complaints with your Administrative Office.  And like always please remember Sir, that I hold nothing but the highest respect for you and your institutional Office, Thank You!

Respectfully submitted

Mr. Peter L. Caratini

CC: ATTORNEY: MR. STEVEN E. SAVAGE.
    ADMINISTRATOR: MR. WILLIE BONDS.
    COMMISSIONER: MR. GARY M. LANIGAN.
    GOVERNOR: MR. CHRIS CHRISTIE.
    NEW JERSEY INTERNAL AFFAIRS DIVISION.
    DIRECTOR: MR. CHARLES E. SAMUELS, JR.
    UNITED STATES DISTRICT JUDGE, (3rd CIRCUIT).

7

"LEGAL LETTER"
(Number One)

SCO. L. VASTANO.                    DATE: 11-24-2015
MAIL/PROPERTY ROOM OFFICER.
SOUTH WOODS STATE PRISON.
215 BURLINGTON ROAD SOUTH.
BRIDGETON, N.J. 08302-0379

                              MR. PETER L. CARATINI
                              INM # 667844/SBI # 295345E
Re: Missing Personal Property!     S.W.S.P. 5-2-R, 2097-D
                              215 BURLINGTON ROAD SOUTH.
                              BRIDGETON, N.J. 08302-0379

Dear Officer: L. Vastano,

        I just received your (Inmate Property Memo) from the
South Woods State Prison, Property room.  Informing me that
I have rejected items in the Mail/Property Room that were not
authorized here at South Woods State Prison.  You also state
(SCO. L. Vastano), in your (Inmate Property Memo) that I was
(Notified) prior to this date.

        Listing in what type of rejected property items I have
in the Mail/Property Room!  You also state that the property
was rejected upon my arrival at South Woods State Prison.  And
you add to choose what I want to do with these items!

        First, I must (Officially and on the Record) inform you
Officer (Vastano), that I had (No Knowledge) that I had rejected
items in the property room that were not authorized here at
South Woods State Prison!  Furthermore, I was (Never Notified)
in (writing or by any other means) prior to this date.

        And a listing of what type of rejected items I have in
the property room, lets get that officially clear.  And you
also added in your (Inmate Property Memo) that the property
was rejected upon my arrival at South Woods State Prison, and
what do I want to do with these items in the property room.

        Second, I (Officially and on the Record), request an
(INVENTORY LIST) of all these so-called (ITEMS) that were
rejected.  And a copy of the rules and regulations of South
Woods State Prison, of items that are not allowed that are in
your possession in the property room!

        For my Attorneys and other State and Federal Government
Agencies case files that are required by law as official
documentation!  I strongly suspect and believe that these are
the (24) items that ended up missing (Stolen) from my personal
property when it arrived here from New Jersey State Prison,
in Trenton.

1

That all of a sudden have miraculously reappeared in (your) South Woods State Prison, property room. Which I greatly suspect that the re-manifestation of my personal property at the South Woods State Prison, property room. Had something to do with the (Legal Letters) that I have submitted to the Administrator of South Woods State Prison a (Mr. Willie Bonds).

And to the Department of Corrections Commissioner a (Mr. Gary M. Lanigan), and other State and Federal Government Agencies! Nevertheless, I must inform you that this situation with my (Personal Property) is already out of my hands. And are in the hands of my Attorneys, and Commissioner (Lanigan's), Office at the Department of Corrections in Trenton.

Third, I must inform you that my Attorneys, have already filed with the courts a (Cease and Desist Order). Against any actions by anyone who is considered under the color of State Law and Authority in South Woods State Prison. Halting any actions against me (Mr. Caratini), and my personal property.

That might be deemed by the courts as retaliatory actions and a violation of this Court Order. Which would automatically demand by State and Federal Laws an appearance by the Official Person, in front of a Judge, in a Judiciary Superior Court of the State of New Jersey!

Not to mention that my Attorneys, have also acquired on my behalf a Federal Court (Permanent Injunction). From the U.S. Department of Justice, Civil Rights Division in Washington, DC., for my Protection. Against any action by any State Law Enforcement Agencies and their Personnel or from any Civilian Person employed. That is under the color of State Law and Official State Authority in the Department of Corrections of New Jersey.

That will be considered by the U.S. Department of Justice and or by myself as (Verbal, Written, or Physical, Harassment) or in any form by these Official individuals. As Retaliatory Actions) against me which would require an appearance in a Federal Court in front of a Federal Magistrate!

Which I must inform you as well are handling on my behalf litigation against the State of New Jersey and the Department of Corrections. That being said, I must inform you Officer (Vastano), that I will await your (Inventory List) of all the rejected items.

That I am suppose to have in your South Woods State Prison, Property Room Department. That I strongly suggest that you Officer (Vastano), forward to me expeditiously at my housing unit on (52R). That I will require before I proceed with any decision of what to do with these so-called rejected items that you say I have in your property room.

2

That I might remind you Officer (Vastano), that you (Failed)
to provide any form of (Description or List) to me.  In your
South Woods State Prison (Inmate Property Memo) for me to examine
and review to assist me in my decision that you are requesting.

POSTSCRIPTUM: I want to thank you Officer (Vastano),
for providing your contact information as one of the Corrections
Officers from South Woods State Prison, Property Room Department
that I and my Attorneys, did require!  Thank You!

Respectfully submitted

Mr. Peter L. Caratini

CC: ATTORNEY: MR. STEVEN E. SAVAGE.
    ADMINISTRATOR: MR. WILLIE BONDS.
    COMMISSIONER: MR. GARY M. LANIGAN.
    GOVERNOR: MR. CHRIS CHRISTIE.
    DIRECTOR: MR. CHARLES E. SAMUELS, JR.
    U.S. DEPARTMENT OF JUSTICE, CIVIL RIGHTS DIVISION.

3

Exhibits (I)

"LEGAL LETTER"
(NUMBER TWO)

SCO. L. VASTANO.                          DATE: 12-10-2015
MAIL/PROPERTY ROOM.
SOUTH WOODS STATE PRISON.
215 BURLINGTON ROAD SOUTH.
BRIDGETON, N.J. 08302-0379

                                MR. PETER L. CARATINI.
                                SBI # 295345E/667844
Re: Missing Personal Property!        S.W.S.P. 5-2-R,2097-D
                                215 BURLINGTON ROAD SOUTH.
                                BRIDGETON, N.J. 08302-0379

Dear Officer: Vastano!

        I just received your (Inmate Property Memo), dated
(December 3, 2015) reiterating that I have (Rejected Items)
in the Mail/Property Room that are not authorized here at South
Woods State Prison!  Once again you state that I was (Notified)
prior to this listing what type of rejected items I have in
the Mail/Property room.

        And that the Property was rejected upon my arrival at
South Woods State Prison.  I must inform you Officer (Vastano),
that this is (Not True) and is an (Erroneous Statement) on your
part!  Once again I must reiterate I was never made aware of
these rejected items  when I signed for my property on 9-28-15,
I will tell you why in a minute!

        You are correct I did sign both documents the (Long
Property Form and the Inmate Outgoing Package Invoice)!   The
only problem with that whole situation that day was that when
I picked up my Personal Property.  Was that the (Inmate Outgoing
Package Invoice Form) that I signed was (BLANK)!

        There were no "Rejected Items" written into the spaces
that were provided for the items being rejected on the document
whatsoever.  Furthermore, the Property Officer that was there
when I pick-up my Personal Property from never gave me a copy
of that (Inmate Outgoing Package Invoice Form)!

        A nice (Tactic and Ploy) by your Property Room Personnel
and South Woods State Prison, to use on inmates that are not
advised in the (LAW)!  So you see that there was no way for
me to have the information of what items were being rejected
once I arrived at the institution.

1

Exhibits (I)

Furthermore, Officer (Vastano), I WAS NEVER NOTIFIED BY ANY INSTITUTIONAL MAIL of the Rejected Property Items in (WRITING OR BY ANY OTHER MEANS) lets get that clear!  Like you stated in your (Second Inmate Property Memo) that I should have received a (Notice) from the institution approximately (30 days) after signing for my property.

Once again making me aware of the rejected property items in storage, this never happened I must inform you.  As I recall that day, on 9-28-2015 the Property Officer informed me that the items in question were (One Clear Tunes 13" Flat Screen Television) that was broken.

In plastic addressed to Commissioner (Mr. Lanigan), which was (Evidence) in a on going Civil Case against New Jersey State Prison.  And item # (Two) were three clear plastic bins, that mind you that (5) are allowed to be in possession of inmates in any Prison, in New Jersey.

And not to mention, S.O.G. (Special Operations Group) that answers only to the Governor (Mr. Chris Christie), and the Commissioner (Mr. Gray M. Lanigan)!  That I must inform you that as by New Jersey Department of Corrections, must be returned to me intact!

So you see Officer (Vastano), you and South Woods State Prison are (Breaking) the rules and regulations of the Department of Corrections which (Employs You)!  I will inform you and the Mail/Property Room Department one last time those rejected items are to be considered now as (Evidence).

In a up and coming Court Case and to Tamper, or Destroy, or Discard, will be a violation of Court Evidence and a (Crime)! And will open the doors to (Civil and Criminal Litigation) and will institute liens and 1983 Lawsuits and Torts.  Against the (Salaries and Pensions) as by Federal Laws to anyone that will be considered under the color of State Laws!

I must inform you also that I have been using up all of my remedies to address this problem with my missing (Stolen) personal property as by (State Laws) before taking it to Court! Which I am looking forward too, since you see the institution of South Woods State Prison Mail/Property Room Personnel have already lost.

According to the (Rules and Regulations) of the New Jersey Department of Corrections which will stand against the individuals in question in a Court of Law!  I am officially now demanding that you forward a copy of the rejected items that are held in the Mail/Property Room of South Woods State Prison!

2

        Senior Corrections Officer (Vastano), must (STOP) being
so (Deceptive and Evasive) and just send me a copy of the
information that I am asking you to provide me with!  Its very
simple just write it down on a piece of paper and send it to
me at my housing unit that is all you have to do, it is not
a major task!  I will await you response and hopefully that
copy of the document that I am requesting.

                                    Respectfully submitted

                                    Mr. Peter L. Caratini

CC: ATTORNEY: MR. STEVEN E. SAVAGE.
    ADMINISTRATOR: MR. WILLIE BONDS.
    COMMISSIONER: MR. GARY M. LANIGAN.
    GOVERNOR: MR. CHRIS CHRISTIE.
    DIRECTOR: MR. CHARLES E. SAMUELS, JR.
    U.S. DEPARTMENT OF JUSTICE, CIVIL RIGHTS DIVISION.

                              3

Exhibits (I)

"LEGAL LETTER"
(NUMBER THREE)

SCO. L. VASTANO!                                    DATE: 12-22-2015
MAIL/PROPERTY ROOM.
SOUTH WOODS STATE PRISON.
215 BURLINGTON ROAD SOUTH.
BRIDGETON, N.J. 08302-0379

                                          MR. PETER L. CARATINI.
                                          SBI # 295345E/667844
Re: Missing/Stolen Property!              S.W.S.P. 5-2-R, 2097-D
                                          215 BURLINGTON ROAD SOUTH.
                                          BRIDGETON, N.J. 08302-0379

Dear Officer: L. Vastano!

        I finally received some of the documentation that I
requested from you and the Property Room of South Woods State
Prison. An (Inmate Package Outgoing Invoice) out of all things
that I signed on 9-28-2015, when it was (Blank)!  Not what I
was expecting in the form of a Property list but I guess it
would have to do for now!  Like I officially stated to you
Officer (Vastano) and to Administrator (Mr. Willie Bonds), in
a previous legal letter to his Administrative Office.

        That I did not receive a copy of this document, the
(Inmate Package Outgoing Invoice) on 9-28-2015. Because as I
suspected that your Property Room personnel wanted to illegally
(add-on) additional Personal Property Items without my knowledge
after I signed the document. A nice (tactic) but totally illegal
and unlawful to implement as by State and Federal Laws and the
New Jersey Department of Corrections rules and regulations!

        As I recalled that day, I stated in my previous legal
letters to you and your Mail/Property Room Department. That
I was informed by the Property Room Officer, I don't know if
it was you that day on 9-28-2015, when I picked up my Property
that their were only (4) items. One (Flat Screen 13" T.V.)
and (3)-(Plastic Tote Bins) that was it, which mind you as by
Department of Corrections rules I could have in my possession
five totes bins!

        But now all of a sudden out of no where (18) more Personal
Property items have appeared on my (Inmate Package Outgoing
Invoice). What a strange thing, I wonder how that could have
happened in the Mail/Property Room of South Woods State Prison!
Please Officer (Vastano) allow me to assist you with you
accountability of the items that are still missing from that
(Inmate Package Outgoing Invoice).

                                    1

That you sent me that were (Stolen) from my Personal
Property when it arrived from New Jersey State Prison. I am
also requesting that you send me an additional itemized list
of the (16)-(Paperback books) that you say I have in your
Property Room!

Please find enclosed in this legal letter Officer
(Vastano), a copy of a legal letter that I submitted to the
Administrator (Mr. Willie Bonds). And to other State and Federal
Government Agencies and Official Personnel listing all the
Personal Property Items.

That ended up missing (Stolen) when my Property arrived
at the Mail/Property Room of South Woods State Prison!  Also
find enclosed in this legal letter a copy of the Official New
Jersey Department of Corrections (INMATE INVENTORY SHEET).

That list all my Personal Property Items that were packed
up by (Me) and my housing unit Officer at New Jersey State
Prison.  And shipped to South Woods State Prison, Mail/Property
Room as legal documentive (Evidence)!

Which is an Official New Jersey Department of Corrections
document listing all the missing Personal Property items that
have to be accounted for by your Mail/Property Room Personnel
of South Woods State Prison, and they are as follows:

1.) One Pair of Prison Work Boots!

2.) One (West Law Lawyers Law Book)-New Jersey Court Rules and
Procedures Annotated!

3.) One Black Cover (Jail house Lawyers Manual Law Book)-Civil
and Criminal Litigation!

4.) One (Federal Civil Procedures Law Book)-Civil Federal
Litigation Blue Soft Cover!

5.) Two (State and Federal 10-A) Prisoners Rights Law Books!

6.) (20) United States Postage Stamps!

PLEASE NOTE: On item (1) (The Prison Work Boots), that
I require for the winter months when I go to the yard for fresh
air and exercise.  Which by State and Federal Laws to impede
or obstruct in Anyway, Shape, or Form is a violation of the
Constitution Eighth Amendment Prisoners Rights and 10-A Laws!

And on items (2-6) I must inform you Officer (Vastano),
that by State and Federal Government Laws.  To (Confiscate,
Discard, or Steal), any of these (5) Legal Law Books, and the
(U.S. Postage Stamps) is considered a Federal (Felony Crime)!
Allow me to continue with my Personal Property that was Stolen!

2

7.) Four pair of white boxer shorts.

8.) Two pair of black socks. (For Trial Court Appearances).

9.) One tan knit wool hat. (For the winter months).

10.) One pair of dark brown gloves. (For the winter montns).

11.) One pair of gray work gloves.

12.) Two paper mate blue pens.

13.) Four pair of white Grew Socks.

14.) One Medical Pillow.

15.) Three blue blankets.

16.) Four new bed sheets.

17.) Two new Pillow cases.

18.) One box of large Plastic Paper clips.

19.) Three black medium point markers.

20.) Four Books on how to be a better novelist writer.

21.) Two Books on now to be an exemplary Science Fiction writer.

22.) Two Coaxial T.V. Cables.

23.) Ten Pencil Erasers.

24.) One Gray Plastic Bucket.

25.) One Back up Medical Fan.

26.) One Electrical Surge Suppresser, six plug.

I have to mention in this legal letter to you Officer (Vastano)! As I was going through my Personal Property items that I picked up, specifically my Magazines I discovered a few disturbing things that had occurred with these items.  I had in my Personal Property (2) gentlemen's adult magazines one being a (Vintage Playboy Issue) that I had with me for years.

When I was examining my Personal Property and all my magazine issues I discover that someone in the Mail/Property Room.  Had (Torn Out) the center fold picture of the issue before putting it back into my Property before I picked it up that day on 9-28-2015! The other magazine was a (Swank Issue) which was (Stolen) from my Property which I want back to mail home!

3

I am sorry to discover that this is the caliber of
Corrections Officers that are working in the Mail/Property Room
in South Woods State Prison.  I must inform you that this
incident has become the Catalyst for these (1983-Lawsuits).
That will require liens on the individuals Salaries and Pensions
who were under the color of State Law.  Which will include the
Administrative and Corrections Officer Personnel of South Woods
State Prison!

The liens on the (Salaries and Pensions) on these
individuals will be only removed when all of my Personal Property
items are returned to me!  Including those two issues with my
magazines that I just mentioned the (Playboy Center Fold
Picture), and the (Swank Magazines) as well.

And until that is settled the liens (Will Stand) in place
against the Administrative and Corrections Officer Personnel.
Not to mention also the financial compensation for all my
Attorneys legal professional assistance at what ever legal level
was required by them!

Respectfully submitted

*Peter L. Caratini*

Mr. Peter L. Caratini

Cc: ATTORNEY: MR. STEVEN E. SAVAGE.
    ADMINISTRATOR: MR. WILLIE BONDS.
    COMMISSIONER: MR. GARY M. LANIGAN.
    GOVERNOR: MR. CHRIS CHRISTIE.
    DIRECTOR: MR. CHARLES E. SAMUAL, JR.
    NEW JERSEY INTERNAL AFFAIRS DIVISION.
    U.S. DEPARTMENT OF JUSTICE, CIVIL RIGHTS DIVISION.

4



MR. PETER L. CARATINI
INM # 667844 / SBI # 295345E
SOUTH WOODS STATE PRISON
215 BURLINGTON ROAD SOUTH
BRIDGETON, NEW JERSEY

(EXHIBITS PACKAGES)

(J) THROUGH (Q)



MR. PETER L. CARATINI
INM # 667844 / SBI # 296345E
SOUTH WOODS STATE PRISON
215 BURLINGTON ROAD SOUTH
BRIDGETON, NEW JERSEY

(EXHIBITS PACKAGES)

(J) THROUGH (Q)

Exhibits ꝗ

"LEGAL LETTER"

DR. HESHAN SOLIMAN                    DATE: 02-07-2019
DIRECTOR OF MEDICAL SERVICES
NEW JERSEY DEPARTMENT OF CORRECTIONS
BATES BUILDING
P.O. BOX 863
TRENTON, N.J. 08625-0863


                                        MR. PETER L. CARATINI
Re: MEDICAL PERSONNEL                   INM # 667844/SBI # 295345E
    (Incompetence)                      S.W.S.P. 2-2-R, 2033-D
                                        215 BURLINGTON ROAD SOUTH
                                        BRIDGETON, N.J. 08302-0379

Dear Dr. Soliman,

        Please allow me to introduce myself in this legal letter
my name is (Mr. Peter L. Caratini), and I am a (61-years) old
inmate in the New Jersey Prison System. That is currently being
confined at the South Woods State Prison facility in Bridgeton,
New Jersey. Please forgive me (Dr. Soliman), for taking it
upon myself to contact you directly at the Director of Medical
Services Office in Trenton, New Jersey!

        That being said, if I may Sir, allow me to inform you
of the nature and reason for this legal correspondence to you
at your Director of Medical Services Office. Please permit
me to elaborate in greater detail what had transpired, on or
about (02-14-2019), when I was called to the medical department
by (Ms. Lisa R. Mills), for my (Chronic Care), check up. Which
she performed the customary physical examination and readings
on my person.

        Then informing me of the results of my "Lab Work Test"
on my "Blood and Urine). Which I was informed that I was still
urinating out my (Protein), and that all the other reading were
just find. Then instructing me to continue drinking plenty
of water daily, which I informed (Ms. Mills). That it was just
going to make me urinate more, [Me] urinating about (20-times)
a day already which I said no problem, will do!

        Then I informed my medical provider (Ms. Lisa R. Mills),
that I was having a major problem with my (Elbow), and (Knee),
and was having great pain when moving them. And asked her to
please order me two slip-on medical tan braces Ace-bands for
support for my (Elbow), and (Knee). And I added, that as long
as they would be nothing to fancy if she could as soon as
possible.

                                1

Exhibits (J)

A week later I was called down to medical for (K.O.P.) (Medication Pick-Up). When I got to the medical department all the had was a (ComfortForm Back Support Brace)-(REF 79-89355) size (Medium). Which first I did not request from (Ms. Mills), but did need, (1)-(I having a fractured tailbone and disk problems). And (2)-(was that the back brace was the wrong size and would require an (Extra Large Brace) for a man my size)!

As soon as I returned to my cell I immediately submitted to my medical provider (Ms. Mills), at the medical department. A New Jersey Department of Corrections MEDICATION REFILL REQUEST FORM to her office. With the following message and medical request from her and the medical department of South Woods State Prison.

ATTENTION: "(Ms. Lisa R. Mills). I received at my (K.O.P.) medication call a (Comfortform Back Support Brace)-(REF 79-89355) size (Medium). Which was the wrong size and am returning it on my next (K.O.P.) medication call, please re-order the correct size for me (Large) or (Extra-Large) thank you!"

AND IN ADDITION: "Also you did not order the correct medical braces items that I require. I need two slip-on medical tan brace "ACE-BANDS" for support for my (elbow) and my (Knee). Nothing fancy like I explained to you at my last (Chronic Care Visit) in the medical department". Please find a copy Sir, of the "MEDICATION REFILL REQUEST FORM" that I submitted enclosed with this legal letter!

On (02-02-2019) I was called down to the South Woods State Prison Medical Department. Once there I was informed by this Nurse on duty that is named (Jackie), sorry don't know her last named. Since every medical worker in the institution of South Woods State Prison Medical Departments [DOES NOT] wear any personal identification [NAME TAGS].

Which is something that you Sir, should immediately rectify with a Director of Medical Services mandate! Stating officially from the office of the Director of Medical Services to [ALL] "Medical Employees" in the New Jersey Department of Corrections. That now by [OFFICIAL MANDATE] have to exhibit [NAME TAGS] while on duty in every medical department facility in every Penal institution in the State of New Jersey!

This tactic that is being implemented by the medical department personnel in the institution of South Woods State Prison. Is a precaution that their medical personnel use while being extremely evasive to avoid any inmate from acquiring their names. That the inmate would require when filing a institutional complaint against the medical department personnel that is not performing his or her duties correctly and proficiently!

2

The so-called Nurse named (Jackie), then informed me that she could not take the back brace back! And that I had to submit a "MEDICAL HEALTH SERVICE REQUEST FORM" to be seen by a Nurse and then that she would then take it back!

Which to me just made no kind of sense at all, me being in the South Woods State Prison medical department. And in front of this so-called Nurse, that she could have done the exact same thing for me!

THE CORRECT AND COMPETENT PROCEDURE, AS A NURSE SHOULD HAVE BEEN AS FOLLOWS: "No problem (Mr. Caratini), I am sorry for the medical error, let me go in the back and get you the right size brace". Which would have taken her about (3-Minutes) to do instead of making me submit a HEALTH SERVICE REQUEST FORM.

To be charged ($5.00) dollars for a medical visit when its was not necessary. In other words making me pay for their medical [ERROR] and [INCOMPETENCE]! This is the kind of medical personnel that you Sir, or your predecessor have employed in the facility-1, compound Medical Department in the institution of South Woods State Prison in Bridgeton, New Jersey.

That exhibit purposely nothing but the highest levels of [INCOMPETENCE] and lack of [PROFESSIONALISM AND PROFICIENCY]. That mind you Sir, that are granted admission into the medical field while being untrained as medical personnel. And then being hired by your Office of the Director of Medical Services in Trenton, New Jersey, and New Jersey Department of Corrections!

I must inform you (Dr. Soliman), that I took it upon myself like I stated to (Ms. Lisa R. Mills). In the New Jersey Department of Corrections "MEDICAL REFILL REQUEST FORM" that I submitted to her. That when I would be called down for my (K.O.P.)-(Medication) that evening about (5:30 P.M.).

That I would return that (ComfortForm Back Support Brace) that I received to the medical worker (Nurse), that issued the brace to me, which I did! Which I will monitoring my inmate trust account to make sure that I have not been charged for the (Back Brace) by the medical department.

Furthermore, this Nurse (Jackie), that I was called down by I must inform you Sir, that has a bed side manner of a highly disgruntle medical employee. When you come down for any kind of "Lab Blood and Urine Work" she is verbally aggressive with all the inmates personnel.

And when she extracts blood from me or any other inmate she automatically always leave my and other inmates arms all black and blue for a week. Which (Dr. Soliman), I am very sorry to say is expected from an untrained medical personnel that you Sir, have employed!

3

Moving on Sir, another problem with the facility-1 compound medical department is that they can not refill your (K.O.P.)-(Medication) monthly! Every time that I am called down for my (K.O.P.)-(Medication) that I require daily, they never have or refill my medications completely!

They also withhold your new cards of medication when you have only about (3 to 5) pills left on the card. Which then you are forced to come down again to the medical department several times during the same month. To pick-up your new cards of (K.O.P.)-(Medication) that they [DID NOT] give you when you were there the first time during the beginning of the Month!

Sometimes I have to go for weeks without my vital (K.O.P.) medication. Being forced to suffer with all my chronic illnesses on purpose due to their incompetence! And for me it has gotten to the point that I am going to stop coming down for my (K.O.P.) (Medication) due to their incompetence!

Which it has left me with only one alternative Sir, which is the Federal Complaint [42 U.S.C. § 1983] that I just mentioned in this legal letter. Which you (Dr. Soliman), should confer with (Dr. Woodward), the "Chief of Physicians" that I have written to him at the Director of Medical Services Office in Trenton, in the pass before as well!

One final complaint that I must make in this legal letter that I am submitting to your Director of Medical Services Office. And that is that I have to inform you about Sir, that the medical department personnel in the facility-1 compound in South Woods State Prison [DO NOT] know how to perform a proper (TB TEST) on the inmates population!

I myself have been called down to received about three test for tuberculosis since I have been in this institution of South Woods State Prison. And every time the medical personnel that is administering the test [DID NOT] know how to perform the proper vaccination procedure!

The correct way to perform a (TUBERCULOSIS TEST) is to inject the needle "Horizontally" into the forearm right under the skin where the virus hides! Which your medical personnel in South Woods State Prison medical department [DO NOT] know how to perform correctly!

The medical personnel administering the [TB TEST] stab you with the needle right into the forearm. Mind you Sir, at the wrong ankle and in the process drawing blood from your forearm which every trained medical personnel knows that it automatically botches the [TB TEST]. Which most likely their could be a [TB] epidemic outbreak in the institution of South Woods State Prison in Bridgeton, New Jersey!

4

Furthermore, in the event that the South Woods State Prison Medical Department does not provide me with the medical equipment that I require. I would like to ask you Sir, if possible to authorize the purchase of the medical equipment "ACE BANDS" and the proper "BACK BRACE". From out side of the institution since the medical department here at South Woods State Prison does not supple them!

I must also inform you (Dr. H. Soliman), that the rest of these official medical complaints of mine. That I have been submitting to now you and before to your medical predecessor (Dr. R. Woodward), at the Director of Medical Services office in Trenton, New Jersey!

Has been already added in greater detail to my official Federal Complaint under the Statute of [42 U.S.C. § 1983], with the United States District Count of the (3rd Circuit). Against the New Jersey Department of Corrections and the institution of South Woods State Prison multiple departments in Bridgeton, New Jersey!

I wish to take this time to thank you (Dr. Soliman) for allowing me the opportunity to voice my complaints in writing directly with the Director of Medical Services Office in Trenton. Thank You!

Respectfully submitted

Mr. Peter L. Caratini

Cc: ATTORNEY: Mr. Daniel Ian Bornstein.
ATTORNEY: The Cochran Firm.
ADMINISTRATOR: Mr. John Powell.
COMMISSIONER: Mr. Marcus O. Hicks.
N.J. GOVERNOR: Mr. Philip Murphy.
DIRECTOR: Mr. Charles E. Samuel, Jr.
U.S. DEPARTMENT OF JUSTICE, CIVIL RIGHTS DIVISION.

Exhibits "(K)"

"LEGAL LETTER"

DR. R. WOODWARD                          DATE: 03-07-2018
DIRECTOR OF MEDICAL SERVICES
P.O. BOX 863
TRENTON, N.J. 08625


                                  MR. PETER L. CARATINI
Re: Medical Negligence!           SBI # 295345E/667844
                                  S.W.S.P. 2-2-R, 2033-D
                                  215 Burlington Road South
                                  Bridgeton, N.J. 08302-0379


Dear Dr. Woodward,

        I am writing to you Sir, once again at your medical office
in Trenton, concerning the lack of medical attention. That I
at [60-years] of age am NOT receiving from the medical department
here at South Woods State Prison.  Please allow me to elaborate
with a few of the, shall I call it the [Medical Negligence],
by my medical provider called (Ms. Lisa R. Mills, R.N.).

        When I was at New Jersey State Prison I was prescribed
by a Doctor, a prescription of (Clobetasol Propionate Cream)
on (2015).  In which I was issued about (6-Tubes) of the cream
for my severe "Psoriasis" that I have on my "Scalp, Legs, and
Posterior".  That I am required daily to apply to the infected
areas twice a day until the [Sores] subside, which they do for
a while and then return a few days later.

        My (Clobetasol Propionate Cream) running out I submitted
a "Refill Form" for my "Psoriasis Cream Medication" to the South
Woods State Prison, medical department.  Which my request to
refill my prescription was never filled by the Prison medical
department personnel of South Woods State Prison.

        So I submitted another "Prescription Refill Request Form"
for my medication advising them this time that the third request
would be submitted to your medical office in Trenton directly.
Then I was finally called down to the medical department on
a (Sunday) to be informed by the Nurse on duty in a angry and
unprofessional manner that this prescription was filled on 2015,
and to go ahead and write you Sir, (Dr. R. Woodward).

        And that I had to submit a "Health Request Form" to see
my Medical Provider immediately.  Stating the following on the
Health Request Form, and I (Quote), "Ms. Lisa Mills, I require
that you refill my prescription of (Clobetasol Propionate Cream),
had (6-Tubes) and my last tube of cream has about a $\frac{1}{4}$ left,
NO NEED TO BE CALLED DOWN TO THE MEDICAL DEPARTMENT, THANK YOU!

1

Exhibits (K)

About a week later I was called down to the medical department on a sick call that I never put in for, once there I saw an older Nurse. Which I immediately informed her that I did not put in a sick call slip, (Health Request Form) just a Medical Refill Form to (Ms. Mills), so why was I called down.

The Nurse, did inform me that she would speak to my medical provider (Ms. Mills). About my medication that needed ordering and gave me some (Hydrocortisone Cream) fro my severe [Psoriasis Sores] which does nothing fro the illness. And also informed me that I was going to be charged ($5.00) for the visit and about ($2.00) for the medication that does nothing as well!

About a week later I was called down to the medical department once more this time to see my Medical Provider. Once there (Ms. Lisa R. Mills), informed me that she was [NOT] going to refill my prescription of (Clobetasol Propionate Cream)! And was prescribing another medication for my [Psoriasis Sores] called (Triamcinolone Acetonide Cream).

Which I have already tried at New Jersey State Prison that does nothing for my [Psoriasis Sores Illness]. And while being in my medical providers office I informed (Ms. Mills), that I was very ill. And that I had a very bad cold and needed medication for my "COUGH", and very painful "SOAR THROAT", and painful "SINUS CONGESTION" and thick yellow mucus that I was secreting from my nose which meant an infection.

I asked her for some "Cough Syrup" for my Cough and some "Antibiotics" for my [Soar Throat] and [Sinus Infection].   But was informed that she had nothing to give me at the time and that she would order some medication for me.   A few days later I was called down to the medical department once more.

Once there I saw the same older Nurse, that informed me that she called me down because I was not going to the med line to get my medication.   I informed her "WHAT MEDICATION", she said the meds for your cold, I informed her that I was never informed by (Ms. Mills), that I had to go to the "Med Line" to receive any medication!

She then immediately gave me some (Mucinex 600mg Tablets) for (7-days), and wanted to give me also (Zyrtec 10mg Tablets) which I refused because I already had them on my (K.O.P.) medication monthly!   But I am sorry to say [NO ANTIBIOTICS] for the rest of my severe cold systems and sinus infection.

That I have been fighting for already almost four weeks on my own being (60-years) of age and on "CHRONIC CARE"!   About a week later I was called down for some "Lab Work", once there I was given a red container for (24-hours) of my urine for tests! Which I must inform you Sir, that I in one (24-hour) day filled it to the rim.

2

Exhibits "K"

Two days later I was called down to the medical department once again for (Lab Blood Work) and a "Chronic Care" visit to my medical provider (Ms. Mills). One there I dropped off the urine sample in the red container and waited to see (Ms. Mills).

When I saw her she informed me that my last urine test showed that I was urinating out my protein and that my Kidneys were working way to hard. She showed me on the computer that a test results was off the charts, normal kidney function is about up to (30), mine was (385). Which she made a appointment for an (Ultrasound Test) to be performed, but [NOT] to see the kidney Doctor, which should have been done.

Once we were done discussing that I once again informed her of my severe cold systems and that I required medication for my "PAINFUL SOAR THROAT" and "PAINFUL SINUS INFECTION" that I still was suffering with. She informed me that see would order some other medication for my cold, and that was it.

About four days later I was called down to the medical department for some (K.O.P.) medication. When I was about to pick-up my medication the Nurse, immediately informed me reading a [WARNING] on my chart. That I could [NOT] have the medication that (Ms. Mills) had ordered and prescribed for me and that she would talk to my medical provider (Ms. Mills)!

About three days later I was called down once again to see my medical provider (Ms. Mills). Once there she informed me very briefly that my test were fine and that my kidneys were working fine as well! That I has some [Growths] on them but that everything else was okay, I am sorry to say (Dr. Woodward), that I don't believe or agree with her diagnosis at all.

Because I am still urinating out my protein, I have great pain in my kidneys. Not to mention, urinating about (25-Times) a day, which is in no way normal for a man my age! There are a great many more medical complaints that I will not submit in this legal letter Sir, that could only be addressed properly in future legal litigation!

I must inform you (Dr. Woodward), that this is a fraction of the mistakes and lack of medical competence and attention that is occurring in these medical departments of South Woods State Prison! That is [NOT] only happening to me Sir, but to a great many other inmates in this institution. By I am sorry to say your medical personnel that you have working for you in the New Jersey Department of Corrections!

I also wanted to ask you Sir, is this a "NEW POLICY" and "DIRECTIVE" from your medical office in Trenton, as Director of Medical Services for the New Jersey Department of Corrections. To cut back much needed medical care that is required for the older inmates population in the penal institutions of New Jersey?

3

Exhibits (K)

I have to ask you Sir, since all of us inmates in South Woods State Prison have notice already great cut backs. In the food quality that we receive daily and in other services in this institution alone!  I must also inform you if I may that a great amount of the illnesses that the inmate population is suffering with is due to their regular dietary meals!

Moving on, I would like to also mention that I have not received any response to my previous legal letter.  That I submitted to you (Dr. Woodward), at your office of the Director of Medical Services.  I have taken under consideration that you Sir, are very busy with other more important medical issues for the New Jersey Department of Corrections and will await your response in the near future!

That being said, I would like to take this time to express my thanks for permitting me the opportunity to voice my inmate complaint directly with your State Medical Office in Trenton. And like always I wish to inform you that I have nothing but the highest respect for you and your possession as Director of Medical Services!  Once Again Thank You!

Respectfully submitted

Mr. Peter L. Caratini

Cc: ATTORNEY: (The Cochran Firm).
    ATTORNEY: (Mr. Patrick J. Jennings).
    ATTORNEY: (Mr. Robert Keach, III).
    MEDICAL DIRECTOR: (Dr. R. Woodward).
    S.W.S.P. ADMINISTRATOR: (Mr. Willie Bonds).
    N.J.D.O.C. COMMISSIONER: (Mr. Gary M. Lanigan).
    B.O.P. DIRECTOR: (Mr. Charles E. Samuals, Jr.).
    U.S. DISTRICT COURT (3rd Circuit).
    U.S. DEPARTMENT OF JUSTICE DIRECTOR: (Ms. Judy C. Preston).

4

"MEDICAL LETTER"

MS. LISA RENEE MILLS.
FACILITY ONE-RN,NP.
MEDICAL DEPARTMENT.
SOUTH WOODS STATE PRISON.
215 BURLINGTON ROAD SOUTH.
BRIDGETON, N.J. 08302-0379

DATE: 07-12-2017

Re: Medical Information!
    Medical Documentation!

MR. PETER L. CARATINI
SBI # 295345E/667844
S.W.S.P. 2-2-R, 2121-D
215 BURLINGTON ROAD SOUTH.
BRIDGETON, N.J. 08302-0379

Dear Ms. Mills,

        I am writing to inform you of a few medical developments
that you should be made aware of you being my medical provider.
I would like to thank you for the medical doughnut you ordered
for my medical trips to sit on in those Department of Corrections
Van trips, Thank You!  I wish I had it when I took my medical
trip to Saint Francis Hospital, which after that medical trip
I had tailbone pain for three days!

        I also wanted to inform you that I tried to come down
to the medical department by submitting a Health Service Request
Form, but had the misfortune of being called down on a sunday!
i wanted to inform you what occurred to me physically after
that immunization injection that I received in your medical
department two weeks ago!

        I had a severe allergic reaction to that immunization
injection, that has me quiet worried.  Allow me to elaborate
how much I suffered after that immunization injection.  I had
the whole right side of my head and face feeling like I had
a second degree burn for weeks.

        I could not touch the right side of my face, neck, and
scalp, due to the extreme pain, including the "Psoriasis" on
my head that was on fire with sensitivity.  I had the whole
right side of my neck swollen with large throbbing bumps, along
with my face, and ear.

        But my eyes took the worst of it with extreme eye ball
pain that I have ever experienced in my life! It felt (Ms. Mills)
like someone was pushing a hot sewing needle right through the
back of my eye balls.  Still weeks later I can not look into
any bright light with out experiencing extreme eye ball pain,
almost to the point that I require sunglasses all the time.

1

I must inform you that I am still suffering with some eye ball pain to this day when I look at any light. On the left side of my neck, where it meets my upper torso it became very swollen as well. What I require from you (Ms. Mills), is the name of the medication that was used for that immunization injection that I received that day in the medical department.

So I (Ms. Mills), my pass the information on to my Attorneys, and his associates at "Pfizer Pharmaceuticals". To determine exactly what ingredients were in that immunization injection that I received at the medical department of South Woods State Prison that day.

I also require that you (Ms. Lisa R. Mills), prescribe for me some mild laxatives that I require that work well for me. Named (Bisacodyl 5mg Tablets, RX: 69028549), so when I become constipated, I would like them added to my (KOP). I also require right away a small bottle of (Milk of Magnesia) to clean and flush my bowel system out one time, thank you!

I also require that you print out my bottom bunk pass that (Dr. Meo), immediately put me on, its in my medical records. And the same for my (Renal Medical Dietary Meals) as well which is also in medical records as well. That will be (Ms. Mills), two-(2) documents that I require that you print out for me, that I am required by the New Jersey Department of Corrections to carry of my person at all times!

Respectfully submitted

*Mr. Peter L. Carapini*

Mr. Peter L. Carapini

CC: ATTORNEY: MR. STEVEN E. SAVAGE.
    MEDICAL DIRECTOR: DR. WOODWARD.
    RUTGERS UNIVERSITY CORRECTION HEALTH CARE.
    ADMINISTRATOR: Mr. Willie Bonds.

2

Exhibit L

**South Woods State Prison-Facility One**
, Bridgeton, NJ,

05/24/2018
Page 1 of 1
Test Form

## Test Form

| Ordering Provider: | Lisa Renee Mills, RN, NP | Service Provider: | Medical Equipment |
| Unique Identifier: | cmsmi20 | | NJDOC |

| Phone: | | Phone: |
| Fax: | | Fax: |

| Patient Name: | PETER L CARATINI | DOB: | 2/12/1958 | Age: | 60 |
| Address: | SWSP-FAC 1-H2-2R-2033 D | Sex: | M | SSN: | |
| Resp. Provider: | | | | | |

SBI# 000295345E

**Primary Insurance**                            Booking # 667844

| Company: | NJDOCIC |
| Plan: | NJDOCIP |
| Group #: | |
| Policy #: | |
| Insured Party: | |

| Code | Description |
| --- | --- |
| EQ022 | Other Medical Equipment |
| | Auth#: |
| | Quantity: 1 |
| | Start Date: 5/17/2018 |
| | Priority: Normal |
| | Instructions: Specify: please allow patient to obtain sneakers from home. to improve medical foot pain. |

**PACKAGE REQUEST FORM**

SWSP 18-25
(REV.2/10)

Exhibit E

SOUTH WOODS STATE PRISON • 215 BURLINGTON RD. SOUTH • BRIDGETON. NJ 08302

INMATE NAME: _____ NUMBER: _____

SIGNATURE: _____ DATE: _06-14-2016_ HSG. UNIT: _____

---

Approved package may be rejected by the mailroom if they do not meet specifications.
Approvals are not valid after four ( 4 ) months.
All Art & Hobby supplies must fit within the ( 2 ) two 12 X 6 X 5 hobby containers.
Art & Hobby supplies that do not meet this requirement will be rejected.

---

**PACKAGE TYPE (CIRCLE ONE ):**  EDUCATIONAL,  LEGAL,  RELIGIOUS,  (RECREATIONAL,)  HOBBY,  MUSICAL

**SOURCE of SALE (SOS):** _____

<u>Detailed Description of Package: MORE THAN ONE ITEM CAN BE LISTED FROM THE SAME SOS</u>

**ITEM #1:** "ONE PAIR OF CONVERSE SNEAKERS WHITE CANVAS HI-TOP'S",
_____

**ITEM #2:** _____

**ITEM #3:** _____

**ITEM #4:** _____

<u>**PAYMENT METHOD (CHECK ONE ):**</u>        [X] OUTSIDE SOURCE

**PRICE:** _____

[ ] INMATE ACCOUNT - ORIGINAL REMIT & SELF
ADDRESSED STAMPED ENVELOPE ATTACHED
TO REQUEST (SASE)

---

<u>THIS SECTION TO BE COMPLETED BY DEPARTMENT HEAD</u>

DATE REQUEST RECEIVED: _____        DATE REVIEWED: _____

RECREATION - DOES HOBBY REQUEST MEET SIZE CRITERIA & ACCEPTABLE DISCIPLINARY HISTORY?   YES   NO

RECOMMENDATIONS / COMMENTS: _____

DEPARTMENT HEAD'S SIGNATURE: _____

APPROVED: _____ X _____        DISAPPROVED: _____        DATE: _____

COMMENTS: _____

CHAIRPERSON'S SIGNATURE: _____        TITLE: _____

**WHITE:** BUSINESS OFFICE        **CANARY:** SUPERVISOR        **PINK:** INMATE COPY

"LEGAL LETTER"

DR. R. WOODWARD                                    DATE: 07-19-2018
DIRECTOR OF MEDICAL SERVICES
P.O. BOX 863
TRENTON, N.J. 08625

                                    MR. PETER L. CARATINI
Re: Dental Medical Negligence!      INM # 667844/SBI # 295345E
                                    S.W.S.P. 2-2-R, 2033-D
                                    215 Burlington Road South
                                    Bridgeton, N.J. 08302-0379

Dear Dr. Woodward,

        Please allow me to introduce myself in this legal letter
that I am submitting to you Sir, at your medical office in
Trenton, concerning the lack of "Dental Medical Attention".
That I at [61-years] of age am [NOT] receiving from the Dental
department here at the institution of South Woods State Prison.

        Please allow me to elaborate on the dental problems that
I have been suffering with. And the [Dental Medical Negligence]
that I have been experiencing since I arrived in the New Jersey
State Prison and here at South Woods State Prison.  That I have
even asked my medical provider named (Ms. Lisa R. Mills, R.N.)
to intercede on my behalf for dental medical assistance.

        I have suffered with major toothaches for a great many
years ever since I arrived in the New Jersey Prison System having
all my Dental Medical Request for treatment denied.  That being
the case I have been left with no other choice but to remove
my own teeth due to the extreme tooth pain myself.  I have had
to perform this procedure about nine times since I have been
in the New Jersey Prison System.

        Due to the outright [DENTAL MEDICAL NEGLIGENCE] in the
institutions of New Jersey State Prison in Trenton, and in South
Woods State Prison in Bridgeton, New Jersey!  I have submitted
multiple "Inmate Inquiry Forms" complaining about the lack of
Dental Medical Attention.  But have never received any reply
to my official complaints and request to the medical dental
department!

        That is way Sir, that I am writing to you Sir, at the
Office of the Director of Medical Services asking for your help!
With this medical negligence situation that I am having with
the Medical Dental Department here at the institution of South
Woods State Prison in Bridgeton, New Jersey!

                                    1

I must inform you that I have had to remove about nine teeth in cold blood due to the oral pain that I have been forced to live with in the New Jersey Prison System! I have kept the teeth that I have removed as evidence and have forwarded them to my "Attorney-In-Fact" whom has General Power of Attorney for future legal proceedings!

That being said I hope that you Sir, will be able to assist me with these Dental Medical Problems that I am having with your medical department in the institution of South Woods State Prison immediately! Thank You!

Respectfully submitted

Peter L. Caratini

Mr. Peter L. Caratini

Cc: ATTORNEY: MR. STEVEN E. SAVAGE.
    MEDICAL DIRECTOR: DR. WOODWARD.
    RUTGERS UNIVERSITY CORRECTION HEALTH CARE.
    ADMINISTRATOR: MR. WILLIE BONDS.

Exhibits (m)

Exhibits (m)

# N.J.DOC INMATE INQUIRY FORM

## Must Be Placed In The Inmate Remedy System Box

## Complete One Form For Each Department / Program / Service.

(MARQUE SOLAMEME UN DEPARTAMENTO / PROGRAMA / SERVICIO POR FORMULARIO)

| SID | | VISITS | OSAPAS |
|---|---|---|---|
| K/S | | Denied Visitors | Living in Balance |
| PC | | Ex-Offender Visits | N/A and A/A |
| STG | | Issues at Visits | Engaging the Family |
| Visitor Ban | | | RPP |

### THIS SECTION TO BE COMPLETED BY INMATE

Inmate Name: mo. Perec L Coapnu  Date: 5 - 14 - 1018

State Number: 66 53944  SBI#: 293945 E

Housing Unit: 2-2-8  Work Detail Hours: Cell Sow to top

REQUEST:

*(handwritten text)*

### FOR OFFICIAL USE ONLY

(PARA USO OFICIAL SOLAMENTE - NO ESCRIBA EN EL AREA SOMBREADA)

Date Received:

Staff Receiving Request:

### THIS FORM CANNOT BE PROCESSED:

(Usted ha sido citado para entrevista en)

You have been scheduled for an interview on:_____

Check the Daily Appointment Schedule for your name.

Staff Response:

IF YOU NEED ASSISTANCE IN COMPLETING THIS FORM, SEE YOUR HOUSING
UNIT SOCIAL WORKER
(SI USTED NECESITA AYUDA COMPLETANDO ESTE FORMULARIO, VEA A SU
TRABAJADOR SOCIAL DE UNIDAD).

---

| ADMINISTRATION |
|---|
| Housing Status |
| Program Removal |
| Reinstate Contact Visit |

| BUSINESS OFFICE |
|---|
| Business Remits / Receipts |
| Check / Money Order |
| Fine Payments |
| Refunds |
| State Pay |
| Statements |

| CLASSIFICATION |
|---|
| Citizenship |
| Detainers / Open Charges |
| Institutional Transfer |
| Interstate Status |
| Job Eligibility |
| Problem w/ Sentence Calc. |
| Restoration of Comm Time |
| SASRC |
| Status |
| Work Credit |

| CUSTODY |
|---|
| Cell Moves |
| General |
| Housing Unit Issues |

| CUSTODY / MAILROOM |
|---|
| Status on Purchases |
| Incoming Mail |
| Legal Mail |
| Outgoing Mail |

| EDUCATION / LAW LIB |
|---|
| Certificates |
| College Courses / GED / Classes |
| Programs |
| Legal Call |
| Paralegal Assist / Supplies |

| FOOD SERVICES |
|---|
| Denied / Not Received Diet |
| Food Allergies |
| Food Issues / Prep |
| Proper Special Diet |

| MEDICAL / MENTAL HEALTH / DENTAL |
|---|
| Class Sign-up / Completed Programs |
| Concerns |
| Co-Pay Refunds |
| Emergencies |
| Eye Glasses |
| Medical Records |
| Medication |
| M007 Form |
| Referrals |
| Dental — Inmate Intake |

| PAROLE |
|---|
| Address Change / Parole Plan |
| Opt Out of Parole Hearing |
| Parole Board Hearings |
| PED Calculations |

| RCRP COMM. PROGRAMS |
|---|
| Denial of Program |
| Eligibility Criteria |
| Status of Application |

| RELIGIOUS SERVICES |
|---|
| Certificate Completions |
| Religious Classifications |
| Religious Diets |
| Religious Items |

| SOCIAL SERVICES |
|---|
| Family Emergency |
| Marriage Request |
| Program Enrollment / Completion |
| Release ID / BC / SSN Card / MVC / Vet Asst. |
| Release Planning |
| SSI / SSDI / Affordable Healthcare |
| TDD |
| Others |

Form IRSF-101

Exhibits (m)

Exhibits (m)

# NJDOC INMATE INQUIRY FORM

## Must Be Placed In The Inmate Remedy System Box

## Complete One Form For Each Department / Program / Service.

(MARQUE SOLAMIEME UN DEPARTAMENTO / PROGRAMA / SERVICIO POR FORMULARIO)

| SID | | VISITS | OSAPAS |
|---|---|---|---|
| K/S | | Denied Visitors | Living in Balance |
| PC | | Ex-Offender Visits | N/A and A/A |
| STG | | Issues at Visits | Engaging the Family |
| Visitor Ban | | RPP | |

### THIS SECTION TO BE COMPLETED BY INMATE

Inmate Name: ono. Deter  C00fy
State Number: 669344  SB#: 2953158  Date: 06-12-2018
Housing Unit: 2-2-8  Work Detail Hours: Call you action
REQUEST:

I NEED to SEE A DENTIST immediately
WITHOUT EXTENTIONS, AND NEED SET OF DENTURES
OR THE WILL FOLLOWING ALEADY NEED I Help due
to PAIN.

### FOR OFFICIAL USE ONLY

(PARA USO OFICIAL SOLAMENTE - NO ESCRIBA EN EL AREA SOMBREADA)

Date Received:
Staff Receiving Request:

### THIS FORM CANNOT BE PROCESSED:

(Usted ha sido citado para entrevista en)
You have been scheduled for an interview on:
Check the Daily Appointment Schedule for your name.

Staff Response:

IF YOU NEED ASSISTANCE IN COMPLETING THIS FORM, SEE YOUR HOUSING
UNIT SOCIAL WORKER
(SI USTED NECESITA AYUDA COMPLETANDO ESTE FORMULARIO, VEA A SU
TRABAJADOR SOCIAL DE UNIDAD).

---

| ADMINISTRATION |
|---|
| Housing Status |
| Program Removal |
| Reinstate Contact Visit |

| BUSINESS OFFICE |
|---|
| Business Remits / Receipts |
| Check / Money Order |
| Fine Payments |
| Refunds |
| State Pay |
| Statements |

| CLASSIFICATION |
|---|
| Citizenship |
| Detainers / Open Charges |
| Institutional Transfer |
| Interstate Status |
| Job Eligibility |
| Problem w/ Sentence Calc. |
| Restoration of Comm Time |
| SASRC |
| Status |
| Work Credit |

| CUSTODY |
|---|
| Cell Moves |
| General |
| Housing Unit Issues |

| CUSTODY / MAILROOM |
|---|
| Status on Purchases |
| Incoming Mail |
| Legal Mail |
| Outgoing Mail |

| EDUCATION / LAW LIB |
|---|
| Certificates |
| College Courses / GED / Classes |
| Programs |
| Legal Call |
| Paralegal Assist / Supplies |

| FOOD SERVICES |
|---|
| Denied / Not Received Diet |
| Food Allergies |
| Food Issues / Prep |
| Proper Special Diet |

| MEDICAL / MENTAL HEALTH / DENTAL |
|---|
| Class Sign-up / Completed Programs |
| Concerns |
| Co-Pay Refunds |
| Emergencies |
| Eye Glasses |
| Medical Records |
| Medication |
| M007 Form |
| Referrals |
| ✗ Dental — Immediately ✓ |

| PAROLE |
|---|
| Address Change / Parole Plan |
| Opt Out of Parole Hearing |
| Parole Board Hearings |
| PED Calculations |

| RCRP COMM. PROGRAMS |
|---|
| Denial of Program |
| Eligibility Criteria |
| Status of Application |

| RELIGIOUS SERVICES |
|---|
| Certificate Completions |
| Religious Classifications |
| Religious Diets |
| Religious Items |

| SOCIAL SERVICES |
|---|
| Family Emergency |
| Marriage Request |
| Program Enrollment / Completion |
| Release ID / BC / SSN Card / MVC / Vet Asst. |
| Release Planning |
| SSI / SSDI / Affordable Healthcare |
| TDD |
| Others |

Exhibits (m)

Exhibits (m)

# NJDOC INMATE INQUIRY FORM

## Must Be Placed In The Inmate Remedy System Box

## Complete One Form For Each Department / Program / Service.

(MARQUE SOLAMEME UN DEPARTAMENTO / PROGRAMA / SERVICIO POR FORMULARIO)

| ADMINISTRATION | FOOD SERVICES | SID | VISITS | OSAPAS |
|---|---|---|---|---|
| Housing Status | Denied / Not Received Diet | KS | Denied Visitors | Living in Balance |
| Program Removal | Food Allergies | PC | Ex-Offender Visits | N/A and A/A |
| Reinstate Contact Visit | Food Issues / Prep | STG | Issues at Visits | Engaging the Family |
| **BUSINESS OFFICE** | Proper Special Diet | Visitor Ban | | RPP |
| Business Remits / Receipts | **MEDICAL / MENTAL HEALTH / DENTAL** | | | |

**THIS SECTION TO BE COMPLETED BY INMATE**

| | | |
|---|---|---|
| Check / Money Order | Class Sign-up / Completed Programs | **Inmate Name:** Md. Peter L. Cambin  **Date:** 08-27-2018 |
| Fine Payments | Concerns | **State Number:** 6612341  **SBI#:** 28/334SE |
| Refunds | Co-Pay Refunds | **Housing Unit:** 2-2-12  **Work Detail Hours:** Cell and kitchen |
| State Pay | Emergencies | **REQUEST:** |
| Statements | Eye Glasses | I have tried to get called down to NJ-A |
| **CLASSIFICATION** | Medical Records | I first multiple times but have been denied kind |
| Citizenship | Medication | of response to my health service request bonus or |
| Detainers / Open Charges | M007 Form | and inmate inquiry forms but to submitted Gilha S |
| Institutional Transfer | Referrals | the problem who penalty on into At both woods |
| Interstate Status | ✓ Dental – Immediately | share to me work Our |
| Job Eligibility | **PAROLE** | |

| | | |
|---|---|---|
| Problem w/ Sentence Calc. | Address Change / Parole Plan | **FOR OFFICIAL USE ONLY** |
| Restoration of Comm Time | Opt Out of Parole Hearing | (PARA USO OFICIAL SOLAMENTE - NO ESCRIBA EN EL AREA SOMBREADA) |
| SASRC | Parole Board Hearings | |
| Status | PED Calculations | **Date Received:** |
| Work Credit | **RCRP COMM. PROGRAMS** | **Staff Receiving Request:** |
| **CUSTODY** | Denial of Program | |
| Cell Moves | Eligibility Criteria | **THIS FORM CANNOT BE PROCESSED:** |
| General | Status of Application | |
| Housing Unit Issues | **RELIGIOUS SERVICES** | (Usted ha sido citado para entrevista en) |
| **CUSTODY / MAILROOM** | Certificate Completions | You have been scheduled for an interview on:____ |
| Status on Purchases | Religious Classifications | Check the Daily Appointment Schedule for your name. |
| Incoming Mail | Religious Diets | |
| Legal Mail | Religious Items | **Staff Response:** |
| Outgoing Mail | **SOCIAL SERVICES** | |
| **EDUCATION / LAW LIB** | Family Emergency | |
| Certificates | Marriage Request | |
| College Courses / GED / Classes | Program Enrollment / Completion | |
| Programs | Release ID / BC / SSN Card / MVC / Vet Asst. | |
| Legal Call | Release Planning | **IF YOU NEED ASSISTANCE IN COMPLETING THIS FORM, SEE YOUR HOUSING UNIT SOCIAL WORKER** |
| Paralegal Assist / Supplies | SSI / SSDI / Affordable Healthcare | (SI USTED NECESITA AYUDA COMPLETANDO ESTE FORMULARIO, VEA A SU TRABAJADOR SOCIAL DE UNIDAD) |
| | TDD | |
| | Others | |

"LEGAL LETTER"

MR. WILLIE BONES                                    DATE: 02-12-2018
ADMINISTRATOR
SOUTH WOODS STATE PRISON
215 BURLINGTON ROAD SOUTH
BRIDGETON, N.J. 08302-0370

                                    MR. PETER L. CARATINI
Re: Medical Dietary Meals!          INM # 667844/SBI # 295345E
                                    S.W.S.P. 2-2-R, 2033-D
                                    215 BURLINGTON ROAD SOUTH
                                    BRIDGETON, N.J. 08302-0379

Dear Administrator; Mr. Willie Bonds,

        Please allow me to introduce myself in this legal letter
that I am submitting to your Administrative Office at South
Woods State Prison.  My name is (Mr. Peter L. Caratini), and
I am one of your inmate's in your institution of South Woods
State Prison in Bridgeton, New Jersey!

        I am writing to you Sir, at you Administrative Office
concerning a major problem that I am having with my medical
dietary meals that were ordered by a Doctor.  That I am suppose
to receive in the institution of South Woods State Prison in
Bridgeton, New Jersey.

        Since I arrived at your institution of South Woods State
Prison and I have had nothing but problems with your culinary
personnel.  In the Main kitchens and with the housing unit Pantry
kitchens inmate workers on facility-(3) & (1) compounds.  Which
I reported the problems using the institutional remedy system
which I must inform you Sir, was to no avail.

        I must inform you that since I arrived in the institution
of South Woods State Prison in Bridgeton, New Jersey.  I have
never received any [HOT MEAL] from any of the "Main Culinary
kitchens" or any housing unit "Pantry Kitchen Worker".  All
of my "Renal Medical Dietary Meals" have always been served
to me [ICE COLD]!

        I have submitted about (30)-(Inmate Inquiry Forms) to
the institution of South Woods State Prison.  About the problem
with the main culinary kitchens and housing unit pantry kitchen
workers.  With my Renal Medical Dietary Meals but I have never
received any official responses from the institution concerning
my meals.

                                    1

I am reaching out to you Sir, in writing to your Administrative Office in a last attempt to solve this problem. That I am having with the Main Culinary Kitchens and housing unit Pantry Kitchen Workers in the facility-1, compound of South Woods State Prison in Bridgeton, New Jersey.

Before I am forced to contact the New Jersey Department of Correction Commissioner (Mr. Marcus O. Hicks), at his State office concerning this inmate culinary negligence. And also my Attorney's, to being preparing the Federal Complaint documentation under [Section 1983] suit.

To the United States District Court of the (3d Circuit) in Newark, New Jersey. To address the multiple violations of a State Prisoners Constitutional Eighth Amendment Prisoners Rights. The Prisoners Right of the prohibition of any kind of "Cruel and Unusual Punishment" while being held in a State or Federal Penal institution!

Respectfully submitted

Mr. Peter L. Caratini

Cc: ATTORNEY: Mr. Steven E. Savage.
ADMINISTRATOR: Mr. Willie Bonds.
COMMISSIONER: Mr. Gary M. Lanigan.
DIRECTOR: Mr. Charles E. Samuels, Jr.

2

# NJDOC INMATE INQUIRY FORM

## Must Be Placed In The Inmate Remedy System Box

## Complete One Form For Each Department / Program / Service.

(MARQUE SOLAMEME UN DEPARTAMENTO / PROGRAMA / SERVICIO POR FORMULARIO)

| ADMINISTRATION | FOOD SERVICES | MEDICAL / MENTAL HEALTH / DENTAL | SID | VISITS | OSAPAS |
|---|---|---|---|---|---|

**ADMINISTRATION**
- Housing Status
- Program Removal
- Reinstate Contact Visit

**BUSINESS OFFICE**
- Business Remita / Receipts
- Check / Money Order
- Fine Payments
- Refunds
- State Pay
- Statements

**CLASSIFICATION**
- Citizenship
- Detainers / Open Charges
- Institutional Transfer
- Interstate Status
- Job Eligibility
- Problem w/ Sentence Calc.
- Restoration of Comm Time
- SASRC
- Status
- Work Credit

**CUSTODY**
- Cell Moves
- General
- Housing Unit Issues

**CUSTODY / MAILROOM**
- Status on Purchases
- Incoming Mail
- Legal Mail
- Outgoing Mail

**EDUCATION / LAW LIB**
- Certificates
- College Courses / GED / Classes
- Programs
- Legal Call
- Paralegal Assist / Supplies

**FOOD SERVICES**
- Denied / Not Received Diet
- Food Allergies
- Food Issues / Prep
- ✓ Proper Special Diet

**MEDICAL / MENTAL HEALTH / DENTAL**
- Class Sign-up / Completed Programs
- Concerns
- Co-Pay Refunds
- Emergencies
- Eye Glasses
- Medical Records
- Medication
- M007 Form
- Referrals
- Dental

**PAROLE**
- Address Change / Parole Plan
- Opt Out of Parole Hearing
- Parole Board Hearings
- PED Calculations

**RCRP COMM. PROGRAMS**
- Denial of Program
- Eligibility Criteria
- Status of Application

**RELIGIOUS SERVICES**
- Certificate Completions
- Religious Classifications
- Religious Diets
- Religious Items

**SOCIAL SERVICES**
- Family Emergency
- Marriage Request
- Program Enrollment / Completion
- Release ID / BC / SSN Card / MVC / Vet Asst.
- Release Planning
- SSI / SSDI / Affordable Healthcare
- TDD
- Others

**SID**
- K/S
- PC
- STG
- Visitor Ban

**VISITS**
- Denied Visitors
- Ex-Offender Visits
- Issues at Visits

**OSAPAS**
- Living in Balance
- N/A and A/A
- Engaging the Family
- RPP

---

## THIS SECTION TO BE COMPLETED BY INMATE

**Inmate Name:** Ma Peter ___

**State Number:** 663844    **SBI#:** 295345SE

**Housing Unit:** 6-2-L    **Work Detail Hours:** Cell Sanitation

**REQUEST:** If Am Not Feeling my habits of RENO

Contact kitchen workers that Informed by the frozen Unit

About my habits or Denal meal. Them being hand of it's

by a prisoner keep seen is the a politics issue

the meals . keep between are my be main t plisen

---

## FOR OFFICIAL USE ONLY

(PARA USO OFICIAL SOLAMENTE - NO ESCRIBA EN EL AREA SOMBREADA)

**Date Received:** ___

**Staff Receiving Request:** ___

### THIS FORM CANNOT BE PROCESSED:

(Usted ha sido citado para entrevista en)

You have been scheduled for an interview on: ___

Check the Daily Appointment Schedule for your name.

**Staff Response:** ___

IF YOU NEED ASSISTANCE IN COMPLETING THIS FORM, SEE YOUR HOUSING
UNIT SOCIAL WORKER
(SI USTED NECESITA AYUDA COMPLETANDO ESTE FORMULARIO, VEA A SU
TRABAJADOR SOCIAL DE UNIDAD)

**Date:** 10-11-2015

Form IRSF-101



# NJDOC INMATE INQUIRY FORM

## Must Be Placed In The Inmate Remedy System Box

## Complete One Form For Each Department / Program / Service.

(MARQUE SOLAMIEME UN DEPARTAMENTO / PROGRAMA / SERVICIO POR FORMULARIO)

| ADMINISTRATION | |
|---|---|
| Housing Status | |
| Program Removal | ✓ |
| Reinstate Contact Visit | |

| BUSINESS OFFICE | |
|---|---|
| Business Remits / Receipts | |
| Check / Money Order | |
| Fine Payments | |
| Refunds | |
| State Pay | |
| Statements | |

| CLASSIFICATION | |
|---|---|
| Citizenship | |
| Detainers / Open Charges | |
| Institutional Transfer | |
| Interstate Status | |
| Job Eligibility | |
| Problem w/ Sentence Calc. | |
| Restoration of Comm Time | |
| SASRC | |
| Status | |
| Work Credit | |

| CUSTODY | |
|---|---|
| Cell Moves | |
| General | |
| Housing Unit Issues | |

| CUSTODY / MAILROOM | |
|---|---|
| Status on Purchases | |
| Incoming Mail | |
| Legal Mail | |
| Outgoing Mail | |

| EDUCATION / LAW LIB | |
|---|---|
| Certificates | |
| College Courses / GED / Classes | |
| Programs | |
| Legal Call | |
| Paralegal Assist / Supplies | |

| FOOD SERVICES | |
|---|---|
| Denied / Not Received Diet | |
| Food Allergies | |
| Food Issues / Prep | |
| Proper Special Diet | ✓ |

| MEDICAL / MENTAL HEALTH / DENTAL | |
|---|---|
| Class Sign-up / Completed Programs | |
| Concerns | |
| Co-Pay Refunds | |
| Emergencies | |
| Eye Glasses | |
| Medical Records | |
| Medication | |
| M007 Form | |
| Referrals | |
| Dental | |

| PAROLE | |
|---|---|
| Address Change / Parole Plan | |
| Opt Out of Parole Hearing | |
| Parole Board Hearings | |
| PED Calculations | |

| RCRP COMM. PROGRAMS | |
|---|---|
| Denial of Program | |
| Eligibility Criteria | |
| Status of Application | |

| RELIGIOUS SERVICES | |
|---|---|
| Certificate Completions | |
| Religious Classifications | |
| Religious Diets | |
| Religious Items | |

| SOCIAL SERVICES | |
|---|---|
| Family Emergency | |
| Marriage Request | |
| Program Enrollment / Completion | |
| Release ID / BC / SSN Card / MVC / Vet Ast. | |
| Release Planning | |
| SSI / SSDI / Affordable Healthcare | |
| TDD | |
| Others | |

### THIS SECTION TO BE COMPLETED BY INMATE

| SID | VISITS | OSAPAS |
|---|---|---|
| KS | Denied Visitors | Living in Balance |
| PC | Ex-Offender Visits | N/A and A/A |
| STG | Issues at Visits | Engaging the Family |
| Visitor Ban | RPP | |

**Inmate Name:** one, Peter L. Carter

**State Number:** b609944   **SB#:** 29 53456   **Date:** 10-18-2015

**Housing Unit:** 6-2-2   **Work Detail Hours:** Cell Sanitation

**REQUEST:** I Am Requesting to be put ON a Religious
Kosher Diet meal Due to my Religious believes
which is Judaism I believe in one god ANd by
the prophet ANd God comand Imans of his old
testament ANd the bible we food item 660.

### FOR OFFICIAL USE ONLY

(PARA USO OFICIAL SOLAMENTE - NO ESCRIBA EN EL AREA SOMBREADA)

**Date Received:**

**Staff Receiving Request:**

### THIS FORM CANNOT BE PROCESSED:

(Usted ha sido citado para entrevista en)

**You have been scheduled for an interview on:**

**Check the Daily Appointment Schedule for your name.**

**Staff Response:**

**IF YOU NEED ASSISTANCE IN COMPLETING THIS FORM, SEE YOUR HOUSING UNIT SOCIAL WORKER.**

(SI USTED NECESITA AYUDA COMPLETANDO ESTE FORMULARIO, VEA A SU TRABAJADOR SOCIAL DE UNIDAD.)

Form IRSF-101

Distribution: (Original) Department Copy
(Yellow) Inmate's Copy With Response
(Pink) Inmate Copy

Exhibits (2) 

# NJDOC INMATE INQUIRY FORM

## Must Be Placed In The Inmate Remedy System Box

## Complete One Form For Each Department / Program / Service.

(MARQUE SOLAMEME UN DEPARTAMENTO / PROGRAMA / SERVICIO POR FORMULARIO)

| ADMINISTRATION | | FOOD SERVICES | | SID | VISITS | OSAPAS |
|---|---|---|---|---|---|---|
| Housing Status | ✓ | Denied / Not Received Diet | | K/S | Denied Visitors | Living in Balance |
| Program Removal | | Food Allergies | | PC | Ex-Offender Visits | N/A and A/A |
| Reinstate Contact Visit | | Food Issues / Prep | | STG | Issues at Visits | Engaging the Family |
| **BUSINESS OFFICE** | | Proper Special Diet | ✓ | Visitor Ban | | RPP |
| Business Remits / Receipts | | **MEDICAL / MENTAL HEALTH / DENTAL** | | | | |
| Check / Money Order | | Class Sign-up / Completed Programs | | | | |
| Fine Payments | | Concerns | | | | |
| Refunds | | Co-Pay Refunds | | | | |
| State Pay | | Emergencies | | | | |
| Statements | | Eye Glasses | | | | |
| **CLASSIFICATION** | | Medical Records | | | | |
| Citizenship | | Medication | | | | |
| Detainers / Open Charges | | M007 Form | | | | |
| Institutional Transfer | | Referrals | | | | |
| Interstate Status | | Dental | | | | |
| Job Eligibility | | **PAROLE** | | | | |
| Problem w/ Sentence Calc. | | Address Change / Parole Plan | | | | |
| Restoration of Comm Time | | Opt Out of Parole Hearing | | | | |
| SASRC | | Parole Board Hearings | | | | |
| Status | | PED Calculations | | | | |
| Work Credit | | **RCRP COMM. PROGRAMS** | | | | |
| **CUSTODY** | | Denial of Program | | | | |
| Cell Moves | | Eligibility Criteria | | | | |
| General | | Status of Application | | | | |
| Housing Unit Issues | | **RELIGIOUS SERVICES** | | | | |
| **CUSTODY / MAILROOM** | | Certificate Completions | | | | |
| Status on Purchases | | Religious Classifications | | | | |
| Incoming Mail | | Religious Diets | | | | |
| Legal Mail | | Religious Items | | | | |
| Outgoing Mail | | **SOCIAL SERVICES** | | | | |
| **EDUCATION / LAW LIB** | | Family Emergency | | | | |
| Certificates | | Marriage Request | | | | |
| College Courses / GED / Classes | | Program Enrollment / Completion | | | | |
| Programs | | Release ID / BC / SSN Card / MVC / Vet Asst. | | | | |
| Legal Call | | Release Planning | | | | |
| Paralegal Assist / Supplies | | SSI / SSDI / Affordable Healthcare | | | | |
| | | TDD | | | | |
| | | Others | | | | |

**THIS SECTION TO BE COMPLETED BY INMATE**

Inmate Name: _____

State Number: _____   SBI#: _____   Date: 10-21-2016

Housing Unit: 6-2-9   Work Detail Hours: _____

REQUEST: _____

**FOR OFFICIAL USE ONLY**

(PARA USO OFICIAL SOLAMENTE - NO ESCRIBA EN EL AREA SOMBREADA)

Date Received:

Staff Receiving Request:

**THIS FORM CANNOT BE PROCESSED:**

(Usted ha sido citado para entrevista en)
You have been scheduled for an interview on:___

Check the Daily Appointment Schedule for your name.

Staff Response:

IF YOU NEED ASSISTANCE IN COMPLETING THIS FORM, SEE YOUR HOUSING UNIT SOCIAL WORKER
(SI USTED NECESITA AYUDA COMPLETANDO ESTE FORMULARIO, VEA A SU TRABAJADOR SOCIAL DE UNIDAD).


Exhibits
(2)

# NJDOC INMATE INQUIRY FORM

## Must Be Placed In The Inmate Remedy System Box

## Complete One Form For Each Department / Program / Service.

(MARQUE SOLAMENTE UN DEPARTAMENTO / PROGRAMA / SERVICIO POR FORMULARIO)

| ADMINISTRATION | |
|---|---|
| Housing Status | ✓ |
| Program Removal | |
| Reinstate Contact Visit | |

| BUSINESS OFFICE | |
|---|---|
| Business Remits / Receipts | |
| Check / Money Order | |
| Fine Payments | |
| Refunds | |
| State Pay | |
| Statements | |

| CLASSIFICATION | |
|---|---|
| Citizenship | |
| Detainers / Open Charges | |
| Institutional Transfer | |
| Interstate Status | |
| Job Eligibility | |
| Problem w/ Sentence Calc. | |
| Restoration of Comm Time | |
| SASRC | |
| Status | |
| Work Credit | |

| CUSTODY | |
|---|---|
| Cell Moves | |
| General | |
| Housing Unit Issues | |

| CUSTODY / MAILROOM | |
|---|---|
| Status on Purchases | |
| Incoming Mail | |
| Legal Mail | |
| Outgoing Mail | |

| EDUCATION / LAW LIB | |
|---|---|
| Certificates | |
| College Courses / GED / Classes | |
| Programs | |
| Legal Call | |
| Paralegal Assist / Supplies | |

| FOOD SERVICES | |
|---|---|
| Denied / Not Received Diet | ✓ |
| Food Allergies | |
| Food Issues / Prep | ✓ |
| Proper Special Diet | ✓ |

| MEDICAL / MENTAL HEALTH / DENTAL | |
|---|---|
| Class Sign-up / Completed Programs | |
| Concerns | |
| Co-Pay Refunds | |
| Emergencies | |
| Eye Glasses | |
| Medical Records | |
| Medication | |
| M007 Form | |
| Referrals | |
| Dental | |

| PAROLE | |
|---|---|
| Address Change / Parole Plan | |
| Opt Out of Parole Hearing | |
| Parole Board Hearings | |
| PED Calculations | |

| RCRP COMM. PROGRAMS | |
|---|---|
| Denial of Program | |
| Eligibility Criteria | |
| Status of Application | |

| RELIGIOUS SERVICES | |
|---|---|
| Certificate Completions | |
| Religious Classifications | |
| Religious Diets | |
| Religious Items | |

| SOCIAL SERVICES | |
|---|---|
| Family Emergency | |
| Marriage Request | |
| Program Enrollment / Completion | |
| Release ID / BC / SSN Card / MVC / Vet Asst. | |
| Release Planning | |
| SSI / SSDI / Affordable Healthcare | |
| TDD | |
| Others | |

| SID | |
|---|---|

| VISITS | |
|---|---|
| K/S | Denied Visitors |
| PC | Ex-Offender Visits |
| STG | Issues at Visits |
| Visitor Ban | |

| OSAPAS | |
|---|---|
| Living in Balance | |
| N/A and A/A | |
| Engaging the Family | |
| RPP | |

## THIS SECTION TO BE COMPLETED BY INMATE

Inmate Name: Mr. PETER L. CANTRU,   SBI#: 29 5245 E   Date: 10-24-2015

State Number: 661844

Housing Unit: 6-1-2   Work Detail Hours: CEll Sanitation

REQUEST: I am not receiving my medical dietary meals
from the main kitchen on facility-3 compound. What I
Am receiving is Regular prison food which I am
not suppose to be getting. I del receive my food
that I am issued a different service. I am going
service supervisor and my dietary food from the food
Thank you

(PARA USO OFICIAL SOLAMENTE - NO ESCRIBA EN EL AREA SOMBREADA)

## FOR OFFICIAL USE ONLY

Date Received: _____

Staff Receiving Request: _____

## THIS FORM CANNOT BE PROCESSED:

(Usted ha sido citado para entrevista en:)
You have been scheduled for an interview on: _____
Check the Daily Appointment Schedule for your name.

Staff Response: _____

IF YOU NEED ASSISTANCE IN COMPLETING THIS FORM, SEE YOUR HOUSING
UNIT SOCIAL WORKER
(SI USTED NECESITA AYUDA COMPLETANDO ESTE FORMULARIO, VEA A SU
TRABAJADOR SOCIAL DE UNIDAD.)

Distribution: (Original) Department Copy
(Yellow) Inmate's Copy With Response
(Pink) Inmate Copy

Form IRSF-101

# NJDOC INMATE INQUIRY FORM

## Must Be Placed In The Inmate Remedy System Box

## Complete One Form For Each Department / Program / Service.

(MARQUE SOLAMEME UN DEPARTAMENTO / PROGRAMA / SERVICIO POR FORMULARIO)

### THIS SECTION TO BE COMPLETED BY INMATE

Inmate Name: DiR PETER L. CARTINI    Date: 06-12-2016

State Number: 647244    SBI#: 29234SE

Housing Unit: 2-2-12    Work Detail Hours:

REQUEST: Att: Ms. Johnson — For the last 4 months (4 times a week) I have been receiving cold trays of food. Non-Penal Dietary meals. Also Penal trays of cold and acidic food. Not regular of the line. Cold Penal trays to be blood pressure meals. Please address this issue with my Penal diet tray meals.

| | ADMINISTRATION | |
|---|---|---|
| | Housing Status | |
| | Program Removal | |
| | Reinstate Contact Visit | |

| | BUSINESS OFFICE | |
|---|---|---|
| | Business Remits / Receipts | |
| | Check / Money Order | |
| | Fine Payments | |
| | Refunds | |
| | State Pay | |
| | Statements | |

| | CLASSIFICATION | |
|---|---|---|
| | Citizenship | |
| | Detainers / Open Charges | |
| | Institutional Transfer | |
| | Interstate Status | |
| | Job Eligibility | |
| | Problem w/ Sentence Calc. | |
| | Restoration of Comm Time | |
| | SASRC | |
| | Status | |
| | Work Credit | |

| | CUSTODY | |
|---|---|---|
| | Cell Moves | |
| | General | |
| | Housing Unit Issues | |

| | CUSTODY / MAILROOM | |
|---|---|---|
| | Status on Purchases | |
| | Incoming Mail | |
| | Legal Mail | |
| | Outgoing Mail | |

| | EDUCATION / LAW LIB | |
|---|---|---|
| | Certificates | |
| | College Courses / GED / Classes | |
| | Programs | |
| | Legal Call | |
| | Paralegal Assist / Supplies | |

| | FOOD SERVICES | |
|---|---|---|
| | Denied / Not Received Diet | |
| | Food Allergies | |
| | Food Issues / Prep | |
| ✓ | Proper Special Diet | |

| | MEDICAL / MENTAL HEALTH / DENTAL | |
|---|---|---|
| | Class Sign-up / Completed Programs | |
| | Concerns | |
| | Co-Pay Refunds | |
| | Emergencies | |
| | Eye Glasses | |
| | Medical Records | |
| | Medication | |
| | M007 Form | |
| | Referrals | |
| | Dental | |

| | PAROLE | |
|---|---|---|
| | Address Change / Parole Plan | |
| | Opt Out of Parole Hearing | |
| | Parole Board Hearings | |
| | PED Calculations | |

| | RCRP COMM. PROGRAMS | |
|---|---|---|
| | Denial of Program | |
| | Eligibility Criteria | |
| | Status of Application | |

| | RELIGIOUS SERVICES | |
|---|---|---|
| | Certificate Completions | |
| | Religious Classifications | |
| | Religious Diets | |
| | Religious Items | |

| | SOCIAL SERVICES | |
|---|---|---|
| | Family Emergency | |
| | Marriage Request | |
| | Program Enrollment / Completion | |
| | Release ID / BC / SSN Card / MVC / Vet Asst. | |
| | Release Planning | |
| | SSI / SSDI / Affordable Healthcare | |
| | TDD | |
| | Others | |

| | SID | |
|---|---|---|
| | KS | |
| | PC | |
| | STG | |
| | Visitor Ban | |

| | VISITS | |
|---|---|---|
| | Denied Visitors | |
| | Ex-Offender Visits | |
| | Issues at Visits | |

| | OSAPAS | |
|---|---|---|
| | Living in Balance | |
| | N/A and A/A | |
| | Engaging the Family | |
| | RPP | |

### FOR OFFICIAL USE ONLY

(PARA USO OFICIAL SOLAMENTE - NO ESCRIBA EN EL AREA SOMBREADA)

Date Received:

Staff Receiving Request:

**THIS FORM CANNOT BE PROCESSED:**

(Usted ha sido citado para entrevista en)

You have been scheduled for an interview on:

Check the Daily Appointment Schedule for your name.

Staff Response:

IF YOU NEED ASSISTANCE IN COMPLETING THIS FORM, SEE YOUR HOUSING UNIT SOCIAL WORKER
(SI USTED NECESITA AYUDA COMPLETANDO ESTE FORMULARIO, VEA A SU TRABAJADOR SOCIAL DE UNIDAD)

Exhibits (2)

# NJDOC INMATE INQUIRY FORM

## Must Be Placed In The Inmate Remedy System Box

## Complete One Form For Each Department / Program / Service.

(MARQUE SOLAMEME UN DEPARTAMENTO / PROGRAMA / SERVICIO POR FORMULARIO)

### ADMINISTRATION
- [ ] Housing Status
- [ ] Program Removal
- [ ] Reinstate Contact Visit

### BUSINESS OFFICE
- [ ] Business Remits / Receipts
- [ ] Check / Money Order
- [ ] Fine Payments
- [ ] Refunds
- [ ] State Pay
- [ ] Statements

### CLASSIFICATION
- [ ] Citizenship
- [ ] Detainers / Open Charges
- [ ] Institutional Transfer
- [ ] Interstate Status
- [ ] Job Eligibility
- [ ] Problem w/ Sentence Calc.
- [ ] Restoration of Comm Time
- [ ] SASRC
- [ ] Status
- [ ] Work Credit

### CUSTODY
- [ ] Cell Moves
- [ ] General
- [ ] Housing Unit Issues

### CUSTODY / MAILROOM
- [ ] Status on Purchases
- [ ] Incoming Mail
- [ ] Legal Mail
- [ ] Outgoing Mail

### EDUCATION / LAW LIB
- [ ] Certificates
- [ ] College Courses / GED / Classes
- [ ] Programs
- [ ] Legal Call
- [ ] Paralegal Assist / Supplies

### FOOD SERVICES
- [ ] Denied / Not Received Diet
- [ ] Food Allergies
- [ ] Food Issues / Prep
- [x] Proper Special Diet

### MEDICAL / MENTAL HEALTH / DENTAL
- [ ] Class Sign-up / Completed Programs
- [ ] Concerns
- [ ] Co-Pay Refunds
- [ ] Emergencies
- [ ] Eye Glasses
- [ ] Medical Records
- [ ] Medication
- [ ] M007 Form
- [ ] Referrals
- [ ] Dental

### PAROLE
- [ ] Address Change / Parole Plan
- [ ] Opt Out of Parole Hearing
- [ ] Parole Board Hearings
- [ ] PED Calculations

### RCRP COMM. PROGRAMS
- [ ] Denial of Program
- [ ] Eligibility Criteria
- [ ] Status of Application

### RELIGIOUS SERVICES
- [ ] Certificate Completions
- [ ] Religious Classifications
- [ ] Religious Diets
- [ ] Religious Items

### SOCIAL SERVICES
- [ ] Family Emergency
- [ ] Marriage Request
- [ ] Program Enrollment / Completion
- [ ] Release ID / BC / SSN Card / MVC / Vet Asst.
- [ ] Release Planning
- [ ] SSI / SSDI / Affordable Healthcare
- [ ] TDD
- [ ] Others

### SID
- [ ] K/S
- [ ] PC
- [ ] STG
- [ ] Visitor Ban

### VISITS
- [ ] Denied Visitors
- [ ] Ex-Offender Visits
- [ ] Issues at Visits

### OSAPAS
- [ ] Living in Balance
- [ ] N/A and A/A
- [ ] Engaging the Family
- [ ] RPP

## THIS SECTION TO BE COMPLETED BY INMATE

Inmate Name: Mr. Peter L. Conntin   Date: 08-24-2016

State Number: 6672744   SBI#: 8953456E

Housing Unit: 1-2-2   Work Detail Hours:

REQUEST: I am not receiving any of the meals on the housing unit 1-2-2. All my special meals have been receiving the meals that I have been ordering are not being sent up my special meals that I supposed to be receiving. not at all.

## FOR OFFICIAL USE ONLY

(PARA USO OFICIAL SOLAMENTE - NO ESCRIBA EN EL AREA SOMBREADA)

Date Received:

Staff Receiving Request:

### THIS FORM CANNOT BE PROCESSED:

(Usted ha sido citado para entrevista en)
You have been scheduled for an interview on: _____
Check the Daily Appointment Schedule for your name.

Staff Response:

IF YOU NEED ASSISTANCE IN COMPLETING THIS FORM, SEE YOUR HOUSING UNIT SOCIAL WORKER
(SI USTED NECESITA AYUDA COMPLETANDO ESTE FORMULARIO, VEA A SU TRABAJADOR SOCIAL DE UNIDAD)

Form IRSF-101

Distribution: (Original) Department Copy
(Yellow) Inmate's Copy With Response
(Pink) Inmate Copy



Exhibits (2)

# NJDOC INMATE INQUIRY FORM

## Must Be Placed In The Inmate Remedy System Box

## Complete One Form For Each Department / Program / Service.

(MARQUE SOLAMENE UN DEPARTAMENTO / PROGRAMA / SERVICIO POR FORMULARIO)

| ADMINISTRATION |
|---|
| Housing Status |
| Program Removal |
| Reinstate Contact Visit |

| BUSINESS OFFICE |
|---|
| Business Remits / Receipts |
| Check / Money Order |
| Fine Payments |
| Refunds |
| State Pay |
| Statements |

| CLASSIFICATION |
|---|
| Citizenship |
| Detainers / Open Charges |
| Institutional Transfer |
| Interstate Status |
| Job Eligibility |
| Problem w/ Sentence Calc. |
| Restoration of Comm Time |
| SASRC |
| Status |
| Work Credit |

| CUSTODY |
|---|
| Cell Moves |
| General |
| Housing Unit Issues |

| CUSTODY / MAILROOM |
|---|
| Status on Purchases |
| Incoming Mail |
| Legal Mail |
| Outgoing Mail |

| EDUCATION / LAW LIB |
|---|
| Certificates |
| College Courses / GED / Classes |
| Programs |
| Legal Call |
| Paralegal Assist / Supplies |

| FOOD SERVICES |
|---|
| Denied / Not Received Diet |
| Food Allergies |
| Food Issues / Prep |
| ✓ Proper Special Diet |

| MEDICAL / MENTAL HEALTH / DENTAL |
|---|
| Class Sign-up / Completed Programs |
| Concerns |
| Co-Pay Refunds |
| Emergencies |
| Eye Glasses |
| Medical Records |
| Medication |
| M007 Form |
| Referrals |
| Dental |

| PAROLE |
|---|
| Address Change / Parole Plan |
| Opt Out of Parole Hearing |
| Parole Board Hearings |
| PED Calculations |

| RCRP COMM. PROGRAMS |
|---|
| Denial of Program |
| Eligibility Criteria |
| Status of Application |

| RELIGIOUS SERVICES |
|---|
| Certificate Completions |
| Religious Classifications |
| Religious Diets |
| Religious Items |

| SOCIAL SERVICES |
|---|
| Family Emergency |
| Marriage Request |
| Program Enrollment / Completion |
| Release ID / BC / SSN Card / MVC / Vet Asst. |
| Release Planning |
| SSI / SSDI / Affordable Healthcare |
| TDD |
| Others |

| | SID |
|---|---|
| K/S | |
| PC | |
| STG | |
| Visitor Ban | |

| VISITS |
|---|
| Denied Visitors |
| Ex-Offender Visits |
| Issues at Visits |

| OSAPAS |
|---|
| Living in Balance |
| N/A and A/A |
| Engaging the Family |
| RPP |

### THIS SECTION TO BE COMPLETED BY INMATE

**Inmate Name:** Mr. Parker L. Autry

**State Number:** 696344    **SBI#:** 905W3E    **Date:** 8-25-2016

**Housing Unit:** 2-2-R    **Work Detail Hours:** Her Sanitation

**REQUEST:** I must inform the kitchen workers that I have been on my Keto diet for over 1 months, that the last inmate that was working my pod from the pod is no longer in G-Road Big None Fc, I am not getting my Keto meals I am not getting my Keto, none of the time, with my meals, the symptom I am only up with my meals, not...

### FOR OFFICIAL USE ONLY

(PARA USO OFICIAL SOLAMENTE - NO ESCRIBA EN EL AREA SOMBREADA)

**Date Received:** _____

**Staff Receiving Request:** _____

### THIS FORM CANNOT BE PROCESSED:

(Usted ha sido citado para entrevista en)

You have been scheduled for an interview on: _____

Check the Daily Appointment Schedule for your name.

**Staff Response:** _____

IF YOU NEED ASSISTANCE IN COMPLETING THIS FORM, SEE YOUR HOUSING UNIT SOCIAL WORKER
(SI USTED NECESITA AYUDA COMPLETANDO ESTE FORMULARIO, VEA A SU TRABAJADOR SOCIAL DE UNIDAD)

Form IRSF-101

Exhibits (3)

# NJDOC INMATE INQUIRY FORM

**Must Be Placed In The Inmate Remedy System Box**

## Complete One Form For Each Department / Program / Service.

(MARQUE SOLAMEME UN DEPARTAMENTO / PROGRAMA / SERVICIO POR FORMULARIO)

**ADMINISTRATION**
- [ ] Housing Status
- [ ] Program Removal
- [ ] Reinstate Contact Visit

**BUSINESS OFFICE**
- [ ] Business Remits / Receipts
- [ ] Check / Money Order
- [ ] Fine Payments
- [ ] Refunds
- [ ] State Pay
- [ ] Statements

**CLASSIFICATION**
- [ ] Citizenship
- [ ] Detainers / Open Charges
- [ ] Institutional Transfer
- [ ] Interstate Status
- [ ] Job Eligibility
- [ ] Problem w/ Sentence Calc.
- [ ] Restoration of Comm Time
- [ ] SASRC
- [ ] Status
- [ ] Work Credit

**CUSTODY**
- [ ] Cell Moves
- [ ] General
- [ ] Housing Unit Issues

**CUSTODY / MAILROOM**
- [ ] Status on Purchases
- [ ] Incoming Mail
- [ ] Legal Mail
- [ ] Outgoing Mail

**EDUCATION / LAW LIB**
- [ ] Certificates
- [ ] College Courses / GED / Classes
- [ ] Programs
- [ ] Legal Call
- [ ] Paralegal Assist / Supplies

**FOOD SERVICES**
- [ ] Denied / Not Received Diet
- [ ] Food Allergies
- [x] Food Issues / Prep
- [x] Proper Special Diet

**MEDICAL / MENTAL HEALTH / DENTAL**
- [ ] Class Sign-up / Completed Programs
- [ ] Concerns
- [ ] Co-Pay Refunds
- [ ] Emergencies
- [ ] Eye Glasses
- [ ] Medical Records
- [ ] Medication
- [ ] M007 Form
- [ ] Referrals
- [ ] Dental

**PAROLE**
- [ ] Address Change / Parole Plan
- [ ] Opt Out of Parole Hearing
- [ ] Parole Board Hearings
- [ ] PED Calculations

**RCRP COMM. PROGRAMS**
- [ ] Denial of Program
- [ ] Eligibility Criteria
- [ ] Status of Application

**RELIGIOUS SERVICES**
- [ ] Certificate Completions
- [ ] Religious Classifications
- [ ] Religious Diets
- [ ] Religious Items

**SOCIAL SERVICES**
- [ ] Family Emergency
- [ ] Marriage Request
- [ ] Program Enrollment / Completion
- [ ] Release ID / BC / SSN Card / MVC / Vet Asst.
- [ ] Release Planning
- [ ] SSI / SSDI / Affordable Healthcare
- [ ] TDD
- [ ] Others

**SID**
- [ ] K/S
- [ ] PC
- [ ] STG
- [ ] Visitor Ban

**VISITS**
- [ ] Denied Visitors
- [ ] Ex-Offender Visits
- [ ] Issues at Visits

**OSAPAS**
- [ ] Living in Balance
- [ ] N/A and A/A
- [ ] Engaging the Family
- [ ] RPP

**THIS SECTION TO BE COMPLETED BY INMATE**

**Inmate Name:** mr. Peter L. Cantini **Date:** 10-28-2016

**State Number:** 669844 **SBI#:** 395345E

**Housing Unit:** 2-2-R **Work Detail Hours:** TSC Sanitation

**REQUEST:** Today in my Renal Diet tray I received no Fish in my silver tray. What I did receive in its place was 2-Process food Patties that I can not eat. I believe that someone in the Pantry is removing food items from my Renal meals trays and selling them in Food Contents to other inmates on the housing unit.

Thank You!

**FOR OFFICIAL USE ONLY**

(*PARA USO OFICIAL SOLAMENTE* - NO ESCRIBA EN EL AREA SOMBREADA)

**Date Received:**

**Staff Receiving Request:**

**THIS FORM CANNOT BE PROCESSED:**

(Usted ha sido citado para entrevista en)

**You have been scheduled for an interview on:** ____________

**Check the Daily Appointment Schedule for your name.**

**Staff Response:**

**IF YOU NEED ASSISTANCE IN COMPLETING THIS FORM, SEE YOUR HOUSING UNIT SOCIAL WORKER**

(SI USTED NECESITA AYUDA COMPLETANDO ESTE FORMULARIO, VEA A SU TRABAJADOR SOCIAL DE UNIDAD)

Distribution: (Original) Department Copy
(Yellow) Inmate's Copy With Response
(Pink) Inmate Copy

Form IRSF-101

Exhibits (N)

# NJDOC INMATE INQUIRY FORM

## Must Be Placed In The Inmate Remedy System Box

## Complete One Form For Each Department / Program / Service.

(MARQUE SOLAMEME UN DEPARTAMENTO / PROGRAMA / SERVICIO POR FORMULARIO)

Form: IRS-101

Distribution: (Original) Department Copy
(Yellow) Inmate's Copy With Response
(Pink) Inmate Copy

### ADMINISTRATION
- Housing Status
- Program Removal
- Reinstate Contact Visit

### BUSINESS OFFICE
- Business Remits / Receipts
- Check / Money Order
- Fine Payments
- Refunds
- State Pay
- Statements

### CLASSIFICATION
- Citizenship
- Detainers / Open Charges
- Institutional Transfer
- Interstate Status
- Job Eligibility
- Problem w/ Sentence Calc.
- Restoration of Comm Time
- SASRC
- Status
- Work Credit

### CUSTODY
- Cell Moves
- General
- Housing Unit Issues

### CUSTODY / MAILROOM
- Status on Purchases
- Incoming Mail
- Legal Mail
- Outgoing Mail

### EDUCATION / LAW LIB
- Certificates
- College Courses / GED / Classes
- Programs
- Legal Call
- Paralegal Assist / Supplies

### FOOD SERVICES
- Denied / Not Received Diet
- Food Allergies
- Food Issues / Prep
- ✓ Proper Special Diet

### MEDICAL / MENTAL HEALTH / DENTAL
- Class Sign-up / Completed Programs
- Concerns
- Co-Pay Refunds
- Emergencies
- Eye Glasses
- Medical Records
- Medication
- M007 Form
- Referrals
- Dental

### PAROLE
- Address Change / Parole Plan
- Opt Out of Parole Hearing
- Parole Board Hearings
- PED Calculations

### RCRP COMM. PROGRAMS
- Denial of Program
- Eligibility Criteria
- Status of Application

### RELIGIOUS SERVICES
- Certificate Completions
- Religious Classifications
- Religious Diets
- Religious Items

### SOCIAL SERVICES
- Family Emergency
- Marriage Request
- Program Enrollment / Completion
- Release ID / BC / SSN Card / MVC / Vet Asst.
- Release Planning
- SSI / SSDI / Affordable Healthcare
- TDD
- Others

### SID
| | |
|---|---|
| K/S | |
| PC | |
| STG | |
| Visitor Ban | |

### VISITS
| | |
|---|---|
| Denied Visitors | |
| Ex-Offender Visits | |
| Issues at Visits | |

### OSAPAS
| | |
|---|---|
| Living in Balance | |
| N/A and A/A | |
| Engaging the Family | |
| RPP | |

## THIS SECTION TO BE COMPLETED BY INMATE

Inmate Name: One PETER L. CAPITANI  Date: 11-24-2016

State Number: 661784  SBI#: 1053445E

Housing Unit: 2-2-2  Work Detail Hours:

REQUEST: AT MAIN(E) I'm Facility I Thout Receiving Daymeal where in the Holiday Meal. He Said that is all we Prep. I also Receive a very small Piece of Chicken, and a Slices of bread and an Apple. I Asked the Pantry worker Why and Agreed for Some. turkeg he Prep Among threw two small Pieces of turkey in my tray from a PG no. Answring Meal To Someone else Some Because they soling Everthing...

## FOR OFFICIAL USE ONLY

(PARA USO OFICIAL SOLAMENTE - NO ESCRIBA EN EL AREA SOMBREADA)

Date Received:

Staff Receiving Request:

Staff Response:

### THIS FORM CANNOT BE PROCESSED:

(Usted ha sido citado para entrevista en)
You have been scheduled for an interview on:

Check the Daily Appointment Schedule for your name.

IF YOU NEED ASSISTANCE IN COMPLETING THIS FORM, SEE YOUR HOUSING
UNIT SOCIAL WORKER
(SI USTED NECESITA AYUDA COMPLETANDO ESTE FORMULARIO, VEEA SU
TRABAJADOR SOCIAL DE UNIDAD).

Exhibit S (2)



# NJDOC INMATE INQUIRY FORM

## Must Be Placed In The Inmate Remedy System Box

## Complete One Form For Each Department / Program / Service.

(MARQUE SOLAMEME UN DEPARTAMENTO / PROGRAMA / SERVICIO POR FORMULARIO)

| SID | | VISITS | OSAPAS |
|---|---|---|---|
| K/S | | Denied Visitors | Living in Balance |
| PC | | Ex-Offender Visits | N/A and A/A |
| STG | | Issues at Visits | Engaging the Family |
| Visitor Ban | | RFP | RPP |

**THIS SECTION TO BE COMPLETED BY INMATE**

Inmate Name: IVY, PETER L. Carlton

State Number: 616784 SBI#: 2932345B

Housing Unit: 2-2-2 Work Detail Hours: 7-7 SM/t-FON

REQUEST AIR ON TRANSON-GALLERY I main Ktchen - today thursday morning, I received no hot boiled eggs No hot Grits And I asked a Kitchen workers that you cooking Age Allowing to run their market sown run and business whom Are working but receiving deogan antss.

## FOR OFFICIAL USE ONLY

(PARA USO OFICIAL SOLAMENTE - NO ESCRIBA EN EL AREA SOMBREADA)

Date Received:

Staff Receiving Request:

**THIS FORM CANNOT BE PROCESSED:**

(Usted ha sido citado para entrevista en)

You have been scheduled for an interview on: _____

Check the Daily Appointment Schedule for your name.

Staff Response:

IF YOU NEED ASSISTANCE IN COMPLETING THIS FORM, SEE YOUR HOUSING UNIT SOCIAL WORKER

(SI USTED NECESITA AYUDA COMPLETANDO ESTE FORMULARIO, VEA A SU TRABAJADOR SOCIAL DE UNIDAD).

Date: 12-08-2016

---

### ADMINISTRATION

- Housing Status
- Program Removal
- Reinstate Contact Visit

### BUSINESS OFFICE

- Business Remits / Receipts
- Check / Money Order
- Fine Payments
- Refunds
- State Pay
- Statements

### CLASSIFICATION

- Citizenship
- Detainers / Open Charges
- Institutional Transfer
- Interstate Status
- Job Eligibility
- Problem w/ Sentence Calc.
- Restoration of Comm Time
- SASRC
- Status
- Work Credit

### CUSTODY

- Cell Moves
- General
- Housing Unit Issues

### CUSTODY / MAILROOM

- Status on Purchases
- Incoming Mail
- Legal Mail
- Outgoing Mail

### EDUCATION / LAW LIB

- Legal Call
- Paralegal Assist / Supplies

### FOOD SERVICES

- Denied / Not Received Diet ✗
- Food Allergies
- Food Issues / Prep ✗
- Proper Special Diet

### MEDICAL / MENTAL HEALTH / DENTAL

- Class Sign-up / Completed Programs
- Concerns
- Co-Pay Refunds
- Emergencies
- Eye Glasses
- Medical Records
- Medication
- M007 Form
- Referrals
- Dental

### PAROLE

- Address Change / Parole Plan
- Opt Out of Parole Hearing
- Parole Board Hearings
- PED Calculations

### RCRP COMM. PROGRAMS

- Denial of Program
- Eligibility Criteria
- Status of Application

### RELIGIOUS SERVICES

- Certificate Completions
- Religious Classifications
- Religious Diets
- Religious Items

### SOCIAL SERVICES

- Family Emergency
- Marriage Request
- Program Enrollment / Completion
- Release ID / BC / SSN Card / MVC / Vet Asst.
- Release Planning
- SSI / SSDI / Affordable Healthcare
- TDD
- Others

### EDUCATION / LAW LIB

- Certificates
- College Courses / GED / Classes
- Programs

Form IRSF-101

Exhibits 
(2)

# NJDOC INMATE INQUIRY FORM

## Must Be Placed In The Inmate Remedy System Box

## Complete One Form For Each Department / Program / Service.

(MARQUE SOLAMEME UN DEPARTAMENTO / PROGRAMA / SERVICIO POR FORMULARIO)

| ADMINISTRATION | FOOD SERVICES | SID | | VISITS | | OSAPAS |
|---|---|---|---|---|---|---|
| Housing Status | Denied / Not Received Diet | K/S | | Denied Visitors | | Living in Balance |
| Program Removal | Food Allergies | PC | | Ex-Offender Visits | | N/A and A/A |
| Reinstate Contact Visit | ✓ Food Issues / Prep | STG | | Issues at Visits | | Engaging the Family |
| **BUSINESS OFFICE** | ✓ Proper Special Diet | Visitor Ban | | | | RPP |
| Business Remits / Receipts | **MEDICAL / MENTAL HEALTH / DENTAL** | | | | | |

**THIS SECTION TO BE COMPLETED BY INMATE**

| | | |
|---|---|---|
| Check / Money Order | Class Sign-up / Completed Programs | Inmate Name: 014 Peter L Dacaluu  Date: 11-26-2016 |
| Fine Payments | Concerns | State Number: 661844  SBI#: 9953445E |
| Refunds | Co-Pay Refunds | Housing Unit: 2-2-R  Work Detail Hours: Tier Sanitation |
| State Pay | Emergencies | REQUEST AT: Main (ETEV OF Family but I, but I Stev have Writhen |
| Statements | Eye Glasses | multiple Inquiry form Complaints Concerning Problems with my |
| **CLASSIFICATION** | Medical Records | dietary meals. I have No Hot meals * * missing food items |
| Citizenship | Medication | from my diatal meals. b2 (1.8 days) which the diatal involves the |
| Detainers / Open Charges | M007 Form | main And Paulty Kitchen Workers which the Problem has not been |
| Institutional Transfer | Referrals | Addressed. This Being He Case in time in lat A United States |
| Interstate Status | Dental | District Court Fix the Problem per you immediately |

| CLASSIFICATION | | |
|---|---|---|
| Job Eligibility | **PAROLE** | **FOR OFFICIAL USE ONLY** |
| Problem w/ Sentence Calc. | Address Change / Parole Plan | (PARA USO OFICIAL SOLAMENTE - NO ESCRIBA EN EL AREA SOMBREADA) |
| Restoration of Comm Time | Opt Out of Parole Hearing | **Date Received:** |
| SASRC | Parole Board Hearings | **Staff Receiving Request:** |
| Status | PED Calculations | |
| Work Credit | | |

| CUSTODY | RCRP COMM. PROGRAMS | |
|---|---|---|
| Cell Moves | Denial of Program | **THIS FORM CANNOT BE PROCESSED:** |
| General | Eligibility Criteria | |
| Housing Unit Issues | Status of Application | (Usted ha sido citado para entrevista en) |
| **CUSTODY / MAILROOM** | **RELIGIOUS SERVICES** | You have been scheduled for an interview on:_____ |
| Status on Purchases | Certificate Completions | Check the Daily Appointment Schedule for your name. |
| Incoming Mail | Religious Classifications | |
| Legal Mail | Religious Diets | **Staff Response:** |
| Outgoing Mail | Religious Items | ★ |

| EDUCATION / LAW LIB | SOCIAL SERVICES | |
|---|---|---|
| Certificates | Family Emergency | |
| College Courses / GED / Classes | Marriage Request | |
| Programs | Program Enrollment / Completion | **IF YOU NEED ASSISTANCE IN COMPLETING THIS FORM, SEE YOUR HOUSING** |
| Legal Call | Release ID / BC / SSN Card / MVC / Vet Asst. | **UNIT SOCIAL WORKER** |
| Paralegal Assist / Supplies | Release Planning | (SI USTED NECESITA AYUDA COMPLETANDO ESTE FORMULARIO, VEA A SU |
| | SSI / SSDI / Affordable Healthcare | TRABAJADOR SOCIAL DE UNIDAD) |
| | TDD | |
| | Others | |

Distribution: (Original) Department Copy
(Yellow) Inmate's Copy With Response
(Pink) Inmate Copy

Form IRSF-101

Case 1:20-cv-08924-RMB-MJS   Document 2   Filed 06/15/20   Page 264 of 307 PageID: 280

# NJDOC INMATE INQUIRY FORM

## Must Be Placed In The Inmate Remedy System Box

## Complete One Form For Each Department / Program / Service.

(MARQUE SOLAMEME UN DEPARTAMENTO / PROGRAMA / SERVICIO POR FORMULARIO)

| ADMINISTRATION | FOOD SERVICES | SID | VISITS | OSAPAS |
|---|---|---|---|---|
| **ADMINISTRATION** | **FOOD SERVICES** | KS | Denied Visitors | Living in Balance |
| Housing Status | Denied / Not Received Diet | PC | Ex-Offender Visits | N/A and A/A |
| Program Removal | Food Allergies | STG | Issues at Visits | Engaging the Family |
| Reinstate Contact Visit | ✓ Food Issues / Prep | Visitor Ban | RPP | |
| **BUSINESS OFFICE** | ✓ Proper Special Diet | | | |
| Business Remite / Receipts | **MEDICAL / MENTAL HEALTH / DENTAL** | | **THIS SECTION TO BE COMPLETED BY INMATE** | |
| Check / Money Order | Class Sign-up / Completed Programs | **Inmate Name:** The Peter L. Carolini | |
| Fine Payments | Concerns | **State Number:** 14-0334 | **SBI#:** 2933453E | |
| Refunds | Co-Pay Refunds | **Housing Unit:** 2-2-2 | **Work Detail Hours:** | Date: 11-24-2016 |
| State Pay | Emergencies | **REQUEST:** | | |
| Statements | Eye Glasses | | | |
| **CLASSIFICATION** | Medical Records | | | |
| Citizenship | Medication | | | |
| Detainers / Open Charges | M007 Form | | | |
| Institutional Transfer | Referrals | | | |
| Interstate Status | Dental | | | |
| Job Eligibility | **PAROLE** | | | |
| Problem w/ Sentence Calc. | Address Change / Parole Plan | (PARA USO OFICIAL SOLAMENTE - NO ESCRIBA EN EL AREA SOMBREADA) | | |
| Restoration of Comm Time | Opt Out of Parole Hearing | **Date Received:** | | |
| SASRC | Parole Board Hearings | **Staff Receiving Request:** | | |
| Status | PED Calculations | | | |
| Work Credit | **RCRP COMM. PROGRAMS** | **THIS FORM CANNOT BE PROCESSED:** | | |
| **CUSTODY** | Denial of Program | | | |
| Cell Moves | Eligibility Criteria | (Listed ha sido citado para entrevista en) | | |
| General | Status of Application | You have been scheduled for an interview on: | | |
| Housing Unit Issues | **RELIGIOUS SERVICES** | Check the Daily Appointment Schedule for your name. | | |
| **CUSTODY / MAILROOM** | Certificate Completions | | | |
| Status on Purchases | Religious Classifications | **Staff Response:** | | |
| Incoming Mail | Religious Diets | | | |
| Legal Mail | Religious Items | | | |
| Outgoing Mail | **SOCIAL SERVICES** | | | |
| **EDUCATION / LAW LIB** | Family Emergency | | | |
| Certificates | Marriage Request | | | |
| College Courses / GED / Classes | Program Enrollment / Completion | | | |
| Programs | Release ID / BC / SSN Card / MVC / Vet Asst. | | | |
| Legal Call | Release Planning | **IF YOU NEED ASSISTANCE IN COMPLETING THIS FORM, SEE YOUR HOUSING UNIT SOCIAL WORKER** | | |
| Paralegal Assist / Supplies | SSI / SSDI / Affordable Healthcare | (SI USTED NECESITA AYUDA COMPLETANDO ESTE FORMULARIO, VEAA SU TRABAJADOR SOCIAL DE UNIDAD) | | |
| | TDD | | | |
| | Others | | | |

Distribution: (Original) Department Copy
(Yellow) Inmate's Copy With Response
(Pink) Inmate Copy

Form IRSF-101

Exhibits (2)

# NJDOC INMATE INQUIRY FORM

## Must Be Placed In The Inmate Remedy System Box

## Complete One Form For Each Department / Program / Service.

(MARQUE SOLAMEME UN DEPARTAMENTO / PROGRAMA / SERVICIO POR FORMULARIO)

| | | | | VISITS | | OSAPAS | |
|---|---|---|---|---|---|---|---|
| | | SID | | Denied Visitors | | Living in Balance | |
| | | K/S | | Ex-Offender Visits | | N/A and A/A | |
| | | PC | | Issues at Visits | | Engaging the Family | |
| | | STG | | | | RPP | |
| | | Visitor Ban | | | | | |

**ADMINISTRATION**
- Housing Status
- Program Removal
- Reinstate Contact Visit

**BUSINESS OFFICE**
- Business Remits / Receipts
- Check / Money Order ✓
- Fine Payments
- Refunds
- State Pay
- Statements

**CLASSIFICATION**
- Citizenship
- Detainers / Open Charges
- Institutional Transfer
- Interstate Status
- Job Eligibility
- Problem w/ Sentence Calc.
- Restoration of Comm Time
- SASRC
- Status
- Work Credit

**CUSTODY**
- Cell Moves
- General
- Housing Unit Issues

**CUSTODY / MAILROOM**
- Status on Purchases
- Incoming Mail
- Legal Mail
- Outgoing Mail

**EDUCATION / LAW LIB**
- Certificates
- College Courses / GED / Classes
- Programs
- Legal Call
- Paralegal Assist / Supplies

**FOOD SERVICES**
- Denied / Not Received Diet
- Food Allergies
- Food Issues / Prep
- Proper Special Diet ✓

**MEDICAL / MENTAL HEALTH / DENTAL**
- Class Sign-up / Completed Programs
- Concerns
- Co-Pay Refunds
- Emergencies
- Eye Glasses
- Medical Records
- Medication
- M007 Form
- Referrals
- Dental

**PAROLE**
- Address Change / Parole Plan
- Opt Out of Parole Hearing
- Parole Board Hearings
- PED Calculations

**RCRP COMM. PROGRAMS**
- Denial of Program
- Eligibility Criteria
- Status of Application

**RELIGIOUS SERVICES**
- Certificate Completions
- Religious Classifications
- Religious Diets
- Religious Items

**SOCIAL SERVICES**
- Family Emergency
- Marriage Request
- Program Enrollment / Completion
- Release Planning
- Release ID / BC / SSN Card / MVC / Vet Asst.
- SSI / SSDI / Affordable Healthcare
- TDD
- Others

---

## THIS SECTION TO BE COMPLETED BY INMATE

Inmate Name: no Peter L Onitan Date: 12-06-2016

State Number: 9595245 SBN: 9595245 E

Housing Unit: 3-3-1 Work Detail Hours: Tier Sanitation

REQUEST AT: Mr. Johnson - the Lt. / Kitchen Today Tuesday I REQUEST Just for my lunch (2) black Trays - no more KENN -
medical Action made. Full my Silve Trap to be fixed two ball total Special (1) Dish of Salines Crackes. The given tray had its (2) one of bread. A slices Cheese. 2 Could see that you have major problems in the man Kitchen and on the (2nd) Part of on Facility -

## FOR OFFICIAL USE ONLY

(PARA USO OFICIAL SOLAMENTE - NO ESCRIBA EN EL AREA SOMBREADA)

Date Received:

Staff Receiving Request:

Staff Response:

## THIS FORM CANNOT BE PROCESSED:

(Usted ha sido citado para entrevista en)
You have been scheduled for an interview on:
Check the Daily Appointment Schedule for your name.

IF YOU NEED ASSISTANCE IN COMPLETING THIS FORM, SEE YOUR HOUSING UNIT SOCIAL WORKER
(SI USTED NECESITA AYUDA COMPLETANDO ESTE FORMULARIO, VEA A SU TRABAJADOR SOCIAL DE UNIDAD)

Distribution: (Original) Department Copy
(Yellow) Inmate's Copy With Response
(Pink) Inmate Copy

Form IRSF-101

Exhibits (N)



# NJDOC INMATE INQUIRY FORM

## Must Be Placed In The Inmate Remedy System Box

## Complete One Form For Each Department / Program / Service.

(MARQUE SOLAMEME UN DEPARTAMENTO / PROGRAMA / SERVICIO POR FORMULARIO)

| ADMINISTRATION | |
|---|---|
| Housing Status | Denied / Not Received Diet |
| Program Removal | Food Allergies |
| Reinstate Contact Visit | ✓ Food Issues / Prep |
| | Proper Special Diet |

| BUSINESS OFFICE | |
|---|---|
| Business Remits / Receipts | |
| Check / Money Order | |
| Fine Payments | |
| Refunds | |
| State Pay | |
| Statements | |

| CLASSIFICATION | |
|---|---|
| Citizenship | |
| Detainers / Open Charges | |
| Institutional Transfer | |
| Interstate Status | |
| Job Eligibility | |
| Problem w/ Sentence Calc. | |
| Restoration of Comm Time | |
| SASRC | |
| Status | |
| Work Credit | |

| CUSTODY | |
|---|---|
| Cell Moves | |
| General | |
| Housing Unit Issues | |

| CUSTODY / MAILROOM | |
|---|---|
| Status on Purchases | |
| Incoming Mail | |
| Legal Mail | |
| Outgoing Mail | |

| EDUCATION / LAW LIB | |
|---|---|
| Certificates | |
| College Courses / GED / Classes | |
| Programs | |
| Legal Call | |
| Paralegal Assist / Supplies | |

| FOOD SERVICES | |
|---|---|
| K/S | |
| PC | |
| STG | |
| Visitor Ban | |

| MEDICAL / MENTAL HEALTH / DENTAL | |
|---|---|
| Class Sign-up / Completed Programs | |
| Concerns | |
| Co-Pay Refunds | |
| Emergencies | |
| Eye Glasses | |
| Medical Records | |
| Medication | |
| M007 Form | |
| Referrals | |
| Dental | |

| PAROLE | |
|---|---|
| Address Change / Parole Plan | |
| Opt Out of Parole Hearing | |
| Parole Board Hearings | |
| PED Calculations | |

| RCRP COMM. PROGRAMS | |
|---|---|
| Denial of Program | |
| Eligibility Criteria | |
| Status of Application | |

| RELIGIOUS SERVICES | |
|---|---|
| Certificate Completions | |
| Religious Classifications | |
| Religious Diets | |
| Religious Items | |

| SOCIAL SERVICES | |
|---|---|
| Family Emergency | |
| Marriage Request | |
| Program Enrollment / Completion | |
| Release ID / BC / SSN Card / MVC / Vet Asst. | |
| Release Planning | |
| SSI / SSDI / Affordable Healthcare | |
| TDD | |
| Others | |

## SID

| SID | | | VISITS | OSAPAS |
|---|---|---|---|---|
| | | Denied Visitors | Living in Balance |
| | | Ex-Offender Visits | N/A and A/A |
| | | Issues at Visits | Engaging the Family |
| | | | RPP |

### THIS SECTION TO BE COMPLETED BY INMATE

Inmate Name: ___ Peter L. Coston

State Number: M65GU1     SBI#: 395345E

Housing Unit: 2.3.2     Work Detail Hours: ___

REQUEST At: ___

[handwritten text]

## FOR OFFICIAL USE ONLY

(PARA USO OFICIAL SOLAMENTE - NO ESCRIBA EN EL AREA SOMBREADA)

Date Received: ___

Staff Receiving Request: ___

## THIS FORM CANNOT BE PROCESSED:

(Usted ha sido citado para entrevista en)

You have been scheduled for an interview on: ___

Check the Daily Appointment Schedule for your name.

Staff Response: ___

IF YOU NEED ASSISTANCE IN COMPLETING THIS FORM, SEE YOUR HOUSING UNIT SOCIAL WORKER

(SI USTED NECESITA AYUDA COMPLETANDO ESTE FORMULARIO, VEA A SU TRABAJADOR SOCIAL DE UNIDAD)

Date: 17-14-2012

Form IRSF-101

Exhibits (2)

# NJDOC INMATE INQUIRY FORM

## Must Be Placed In The Inmate Remedy System Box

## Complete One Form For Each Department / Program / Service.

(MARQUE SOLAMEME UN DEPARTAMENTO / PROGRAMA / SERVICIO POR FORMULARIO)

| ADMINISTRATION |
|---|
| Housing Status |
| Program Removal |
| Reinstate Contact Visit |

| BUSINESS OFFICE |
|---|
| Business Remits / Receipts |
| Check / Money Order |
| Fine Payments |
| Refunds |
| State Pay |
| Statements |

| CLASSIFICATION |
|---|
| Citizenship |
| Detainers / Open Charges |
| Institutional Transfer |
| Interstate Status |
| Job Eligibility |
| Problem w/ Sentence Calc. |
| Restoration of Comm Time |
| SASRC |
| Status |
| Work Credit |

| CUSTODY |
|---|
| Cell Moves |
| General |
| Housing Unit Issues |

| CUSTODY / MAILROOM |
|---|
| Status on Purchases |
| Incoming Mail |
| Legal Mail |
| Outgoing Mail |

| EDUCATION / LAW LIB |
|---|
| Certificates |
| College Courses / GED / Classes |
| Programs |
| Legal Call |
| Paralegal Assist / Supplies |

| FOOD SERVICES |
|---|
| Denied / Not Received Diet |
| Food Allergies |
| Food Issues / Prep |
| ✓ Proper Special Diet |

| MEDICAL / MENTAL HEALTH / DENTAL |
|---|
| Class Sign-up / Completed Programs |
| Concerns |
| Co-Pay Refunds |
| Emergencies |
| Eye Glasses |
| Medical Records |
| Medication |
| M007 Form |
| Referrals |
| Dental |

| PAROLE |
|---|
| Address Change / Parole Plan |
| Opt Out of Parole Hearing |
| Parole Board Hearings |
| PED Calculations |

| RCRP COMM. PROGRAMS |
|---|
| Denial of Program |
| Eligibility Criteria |
| Status of Application |

| RELIGIOUS SERVICES |
|---|
| Certificate Completions |
| Religious Classifications |
| Religious Diets |
| Religious Items |

| SOCIAL SERVICES |
|---|
| Family Emergency |
| Marriage Request |
| Program Enrollment / Completion |
| Release ID / BC / SSN Card / MVC / Vet Asst. |
| Release Planning |
| SSI / SSDI / Affordable Healthcare |
| TDD |
| Others |

| SID | SID | |
|---|---|---|
| K/S | | |
| PC | | |
| STG | | |
| Visitor Ban | | |

## THIS SECTION TO BE COMPLETED BY INMATE

| VISITS |
|---|
| Denied Visitors |
| Ex-Offender Visits |
| Issues at Visits |

| OSAPAS |
|---|
| Living in Balance |
| N/A and A/A |
| Engaging the Family |
| RPP |

**Inmate Name:** Onk Peter L. Cantine)   **Date:** 01-12-2017

**State Number:** 16619144   **SBI#:** 215343SE

**Housing Unit:** 3-3-0   **Work Detail Hours:** Cell 3 on Fullton

**REQUEST: ATT** ms. Johnson - Fnullty-M-1 Kitchen. Today thursday for breakfast I recieved from the (2-2-0) Pantry workers just (2)-Cereals, (2)-Syrub. (1) Cranberry Juice. (2) Jelly and (1)-sugar Packages. The Silver Try containing the french Toast ups mis sing also several either by the many kitchen workers or the Pantry Kitchen worker of my housing unit (2-2-0)

## FOR OFFICIAL USE ONLY

(PARA USO OFICIAL SOLAMENTE - NO ESCRIBA EN EL AREA SOMBREADA)

**Date Received:**

**Staff Receiving Request:**

## THIS FORM CANNOT BE PROCESSED:

(Usted ha sido citado para entrevista en)
You have been scheduled for an interview on: _____
Check the Daily Appointment Schedule for your name.

**Staff Response:**

IF YOU NEED ASSISTANCE IN COMPLETING THIS FORM, SEE YOUR HOUSING UNIT SOCIAL WORKER
(SI USTED NECESITA AYUDA COMPLETANDO ESTE FORMULARIO, VEA A SU TRABAJADOR SOCIAL DE UNIDAD)

Form IRSF-101

Exhibits (2)

# NJDOC INMATE INQUIRY FORM

## Must Be Placed In The Inmate Remedy System Box

## Complete One Form For Each Department / Program / Service.

(MARQUE SOLAMEME UN DEPARTAMENTO / PROGRAMA / SERVICIO POR FORMULARIO)

| ADMINISTRATION |
| --- |
| Housing Status |
| Program Removal |
| Reinstate Contact Visit |

| BUSINESS OFFICE |
| --- |
| Business Remits / Receipts |
| Check / Money Order |
| Fine Payments |
| Refunds |
| State Pay |
| Statements |

| CLASSIFICATION |
| --- |
| Citizenship |
| Detainers / Open Charges |
| Institutional Transfer |
| Interstate Status |
| Job Eligibility |
| Problem w/ Sentence Calc. |
| Restoration of Comm Time |
| SASRC |
| Status |
| Work Credit |

| CUSTODY |
| --- |
| Cell Moves |
| General |
| Housing Unit Issues |

| CUSTODY / MAILROOM |
| --- |
| Status on Purchases |
| Incoming Mail |
| Legal Mail |
| Outgoing Mail |

| EDUCATION / LAW LIB |
| --- |
| Certificates |
| College Courses / GED / Classes |
| Programs |
| Legal Call |
| Paralegal Assist / Supplies |

| FOOD SERVICES |
| --- |
| Denied / Not Received Diet |
| Food Allergies |
| ✓ Food Issues / Prep |
| ✓ Proper Special Diet |

| MEDICAL / MENTAL HEALTH / DENTAL |
| --- |
| Class Sign-up / Completed Programs |
| Concerns |
| Co-Pay Refunds |
| Emergencies |
| Eye Glasses |
| Medical Records |
| Medication |
| M007 Form |
| Referrals |
| Dental |

| PAROLE |
| --- |
| Address Change / Parole Plan |
| Opt Out of Parole Hearing |
| Parole Board Hearings |
| PED Calculations |

| RCRP COMM. PROGRAMS |
| --- |
| Denial of Program |
| Eligibility Criteria |
| Status of Application |

| RELIGIOUS SERVICES |
| --- |
| Certificate Completions |
| Religious Classifications |
| Religious Diets |
| Religious Items |

| SOCIAL SERVICES |
| --- |
| Family Emergency |
| Marriage Request |
| Program Enrollment / Completion |
| Release ID / BC / SSN Card / MVC / Vet Asst. |
| Release Planning |
| SSI / SSDI / Affordable Healthcare |
| TDD |
| Others |

| SID | | VISITS | | OSAPAS | |
| --- | --- | --- | --- | --- | --- |
| K/S | | Denied Visitors | | Living in Balance | |
| PC | | Ex-Offender Visits | | N/A and A/A | |
| STG | | Issues at Visits | | Engaging the Family | |
| Visitor Ban | | | | RPP | |

## THIS SECTION TO BE COMPLETED BY INMATE

Inmate Name: Mr. Peter L. Cantin

State Number: 661841   SBI#: 893415E   Date: 02-04-2017

Housing Unit: 1-3-L   Work Detail Hours: Cell 3 Sanitation

REQUEST: Att'n: Ms Johnson, facility kitchen main kitchen. Today Friday my usual bagged lunch tray was missing from my dinner meal tray. And was replaced with turkey + fish meal tray which I do not eat. This has happened too [two] Fridays in a row. Already with my usual medical dietary meals which I believe is being stolen at the main kitchen or before my usual bagged lunch meal tray gets to the person preparing my medical tray...

### FOR OFFICIAL USE ONLY

(PARA USO OFICIAL SOLAMENTE - NO ESCRIBA EN EL ÁREA SOMBREADA)

Date Received:

Staff Receiving Request:

Staff Response:

## THIS FORM CANNOT BE PROCESSED:

(Usted ha sido citado para entrevista en)

You have been scheduled for an interview on: _____

Check the Daily Appointment Schedule for your name.

IF YOU NEED ASSISTANCE IN COMPLETING THIS FORM, SEE YOUR HOUSING UNIT SOCIAL WORKER
(SI USTED NECESITA AYUDA COMPLETANDO ESTE FORMULARIO, VEA A SU TRABAJADOR SOCIAL DE UNIDAD)

Distribution: (Original) Department Copy
(Yellow) Inmate's Copy With Response
(Pink) Inmate Copy

Form IRSF-101

Exhibit
(N)

# NJDOC INMATE INQUIRY FORM

## Must Be Placed In The Inmate Remedy System Box

## Complete One Form For Each Department / Program / Service.

(MARQUE SOLAMENTE UN DEPARTAMENTO / PROGRAMA / SERVICIO POR FORMULARIO)

| ADMINISTRATION | FOOD SERVICES | SID | VISITS | OSAPAS |
|---|---|---|---|---|
| Housing Status | Denied / Not Received Diet | K/S | Denied Visitors | Living in Balance |
| Program Removal | Food Allergies | PC | Ex-Offender Visits | N/A and AVA |
| Reinstate Contact Visit | Food Issues / Prep | STG | Issues at Visits | Engaging the Family |
| **BUSINESS OFFICE** | Proper Special Diet | Visitor Ban | | RPP |
| Business Remits / Receipts | **MEDICAL / MENTAL HEALTH / DENTAL** | | | |
| Check / Money Order | Class Sign-up / Completed Programs | colspan |
| Fine Payments | Concerns | | | |
| Refunds | Co-Pay Refunds | | | |
| State Pay | Emergencies | | | |
| Statements | Eye Glasses | | | |
| **CLASSIFICATION** | Medical Records | | | |
| Citizenship | Medication | | | |
| Detainers / Open Charges | M007 Form | | | |
| Institutional Transfer | Referrals | | | |
| Interstate Status | Dental | | | |
| Job Eligibility | **PAROLE** | | | |
| Problem w/ Sentence Calc. | Address Change / Parole Plan | | | |
| Restoration of Comm Time | Opt Out of Parole Hearing | | | |
| SASRC | Parole Board Hearings | | | |
| Status | PED Calculations | | | |
| Work Credit | **RCRP COMM. PROGRAMS** | | | |
| **CUSTODY** | Denial of Program | | | |
| Cell Moves | Eligibility Criteria | | | |
| General | Status of Application | | | |
| Housing Unit Issues | **RELIGIOUS SERVICES** | | | |
| **CUSTODY / MAILROOM** | Certificate Completions | | | |
| Status on Purchases | Religious Classifications | | | |
| Incoming Mail | Religious Diets | | | |
| Legal Mail | Religious Items | | | |
| Outgoing Mail | **SOCIAL SERVICES** | | | |
| **EDUCATION / LAW LIB** | Family Emergency | | | |
| Certificates | Marriage Request | | | |
| College Courses / GED / Classes | Program Enrollment / Completion | | | |
| Programs | Release ID / BC / SSN Card / MVC / Vet Asst. | | | |
| Legal Call | Release Planning | | | |
| Paralegal Assist / Supplies | SSI / SSDI / Affordable Healthcare | | | |
| | TDD | | | |
| | Others | | | |

**THIS SECTION TO BE COMPLETED BY INMATE**

Inmate Name: __ Joe Peter L. Sanchu

State Number: 6613844    SBI#: 93 534 56

Housing Unit: 2-2-2    Work Detail Hours: Cell, Sanctation

REQUEST: Att: Dr. Johnson - Facility I now Kitchen Today

I received in my 9:00 dietary medical meal tray coffee

Only. Something in my silver? tray like this program

was filled out of the trash Can on purpose and please in my

box to be Addressed immediately. This is something that

has to be Addressed immediately.    Thank You

**FOR OFFICIAL USE ONLY**

(PARA USO OFICIAL SOLAMENTE - NO ESCRIBA EN EL AREA SOMBREADA)

Date Received:

Staff Receiving Request:

## THIS FORM CANNOT BE PROCESSED:

(Usted ha sido citado para entrevista en)

You have been scheduled for an interview on:

Check the Daily Appointment Schedule for your name.

Staff Response:

IF YOU NEED ASSISTANCE IN COMPLETING THIS FORM, SEE YOUR HOUSING UNIT SOCIAL WORKER

(SI USTED NECESITA AYUDA COMPLETANDO ESTE FORMULARIO, VEA A SU TRABAJADOR SOCIAL DE UNIDAD).

Form IRSF-101

• Distribution: (Original) Department Copy
(Yellow) Inmate's Copy With Response
(Pink) Inmate Copy



Exhibits
(N)

# NJDOC INMATE INQUIRY FORM

## Must Be Placed In The Inmate Remedy System Box

## Complete One Form For Each Department / Program / Service.

(MARQUE SOLAMEME UN DEPARTAMENTO / PROGRAMA / SERVICIO POR FORMULARIO)

| ADMINISTRATION | FOOD SERVICES | SID | VISITS | OSAPAS |
|---|---|---|---|---|
| Housing Status | Denied / Not Received Diet | K/S | Denied Visitors | Living in Balance |
| Program Removal | Food Allergies | PC | Ex-Offender Visits | N/A and A/A |
| Reinstate Contact Visit | Food Issues / Prep | STG | Issues at Visits | Engaging the Family |
| **BUSINESS OFFICE** | Proper Special Diet | Visitor Ban | | RPP |
| Business Remits / Receipts | **MEDICAL / MENTAL HEALTH / DENTAL** | | | |
| Check / Money Order | Class Sign-up / Completed Programs | | | |
| Fine Payments | Concerns | | | |
| Refunds | Co-Pay Refunds | | | |
| State Pay | Emergencies | | | |
| Statements | Eye Glasses | | | |
| **CLASSIFICATION** | Medical Records | | | |
| Citizenship | Medication | | | |
| Detainers / Open Charges | M007 Form | | | |
| Institutional Transfer | Referrals | | | |
| Interstate Status | Dental | | | |
| Job Eligibility | **PAROLE** | | | |
| Problem w/ Sentence Calc. | Address Change / Parole Plan | | | |
| Restoration of Comm Time | Opt Out of Parole Hearing | | | |
| SASRC | Parole Board Hearings | | | |
| Status | PED Calculations | | | |
| Work Credit | **RCRP COMM. PROGRAMS** | | | |
| **CUSTODY** | Denial of Program | | | |
| Cell Moves | Eligibility Criteria | | | |
| General | Status of Application | | | |
| Housing Unit Issues | **RELIGIOUS SERVICES** | | | |
| **CUSTODY / MAILROOM** | Certificate Completions | | | |
| Status on Purchases | Religious Classifications | | | |
| Incoming Mail | **Religious Diets** | | | |
| Legal Mail | Religious Items | | | |
| Outgoing Mail | **SOCIAL SERVICES** | | | |
| **EDUCATION / LAW LIB** | Family Emergency | | | |
| Certificates | Marriage Request | | | |
| College Courses / GED / Classes | Program Enrollment / Completion | | | |
| Programs | Release ID / BC / SSN Card / MVC / Vet Asst. | | | |
| Legal Call | Release Planning | | | |
| Paralegal Assist / Supplies | SSI / SSDI / Affordable Healthcare | | | |
| | TDD | | | |
| | Others | | | |

### SID
K/S
PC
STG
Visitor Ban

**THIS SECTION TO BE COMPLETED BY INMATE**

Inmate Name: Mrs. Peter A. Cardinal    Date: 02-28-2017

State Number: 161.0844    SB#: 915345E

Housing Unit: 2-2-R    Work Detail Hours: Off Sanitation

REQUEST: Att. ms. Johnson, for the meal Kitchen Today

for breakfast I was served A silver tray with most

scramble eggs and nothing else. No bread No butter, no

no sugar. No jelly on Thursday my breakfast meal it was

the same. I worked for butter the whole time then work is of

the daily working list

**THIS SECTION TO BE COMPLETED BY INMATE**

**FOR OFFICIAL USE ONLY**

(PARA USO OFICIAL SOLAMENTE - NO ESCRIBA EN EL AREA SOMBREADA)

Date Received:

Start Receiving Request:

## THIS FORM CANNOT BE PROCESSED:

(Usted ha sido citado para entrevista en)

You have been scheduled for an interview on:_____

Check the Daily Appointment Schedule for your name.

Staff Response:

IF YOU NEED ASSISTANCE IN COMPLETING THIS FORM, SEE YOUR HOUSING

UNIT SOCIAL WORKER

(SI USTED NECESITA AYUDA COMPLETANDO ESTE FORMULARIO, VEA A SU

TRABAJADOR SOCIAL DE UNIDAD)

● Distribution: (Original) Department Copy
(Yellow) Inmate's Copy With Response
(Pink) Inmate Copy

Exhibits (2)

# NJDOC INMATE INQUIRY FORM

## Must Be Placed In The Inmate Remedy System Box

## Complete One Form For Each Department / Program / Service.

(MARQUE SOLAMEME UN DEPARTAMENTO / PROGRAMA / SERVICIO POR FORMULARIO)

| ADMINISTRATION | FOOD SERVICES | SID | VISITS | OSAPAS |
|---|---|---|---|---|
| Housing Status | Denied / Not Received Diet | K/S | Denied Visitors | Living in Balance |
| Program Removal | Food Allergies | PC | Ex-Offender Visits | N/A and A/A |
| Reinstate Contact Visit | ✓ Food Issues / Prep | STG | Issues at Visits | Engaging the Family |
| **BUSINESS OFFICE** | ✓ Proper Special Diet | Visitor Ban | | RPP |
| Business Remits / Receipts | **MEDICAL / MENTAL HEALTH / DENTAL** | | | |

### THIS SECTION TO BE COMPLETED BY INMATE

| | | |
|---|---|---|
| Check / Money Order | Class Sign-up / Completed Programs | **Inmate Name:** D.J.2 Peter L Cartier |
| Fine Payments | Concerns | **State Number:** 61638441  **SBI#** 295345E |
| Refunds | Co-Pay Refunds | **Housing Unit:** 2-2-8  **Work Detail Hours:** None |
| State Pay | Emergencies | REQUEST: A+ DR. Johnson- failed man & other |
| Statements | Eye Glasses | hours you k labor Worker in my apartment k Abel Shilling |
| **CLASSIFICATION** | Medical Records | regular meals in my Room after medical Box management please |
| Citizenship | Medication | Eat food trays off the use Not with Kidney problems please |
| Detainers / Open Charges | M007 Form | look with the problem with my Resol medical meals |
| Institutional Transfer | Referrals | |
| Interstate Status | Dental | |

### FOR OFFICIAL USE ONLY

| CUSTODY | PAROLE | |
|---|---|---|
| Job Eligibility | | (PARA USO OFICIAL SOLAMENTE - NO ESCRIBA EN EL AREA SOMBREADA) |
| Problem w/ Sentence Calc. | Address Change / Parole Plan | |
| Cell Moves | Opt Out of Parole Hearing | **Date Received:** |
| General | Parole Board Hearings | **Staff Receiving Request:** |
| Restoration of Comm Time | PED Calculations | |
| Housing Unit Issues | | |
| SASRC | **RCRP COMM. PROGRAMS** | **THIS FORM CANNOT BE PROCESSED:** |
| Status | Denial of Program | |
| Work Credit | Eligibility Criteria | (Usted ha sido citado para entrevista en) |
| **CUSTODY / MAILROOM** | Status of Application | You have been scheduled for an interview on:_____ |
| Status on Purchases | **RELIGIOUS SERVICES** | Check the Daily Appointment Schedule for your name. |
| Incoming Mail | Certificate Completions | |
| Legal Mail | Religious Classifications | **Staff Response:** |
| Outgoing Mail | Religious Diets | |
| **EDUCATION / LAW LIB** | Religious Items | |
| Certificates | **SOCIAL SERVICES** | |
| College Courses / GED / Classes | Family Emergency | |
| Programs | Marriage Request | |
| Legal Call | Program Enrollment / Completion | |
| Paralegal Assist / Supplies | Release ID / BC / SSN Card / MVC / Vet Asst. | |
| | Release Planning | |
| | SSI / SSDI / Affordable Healthcare | **IF YOU NEED ASSISTANCE IN COMPLETING THIS FORM, SEE YOUR HOUSING** |
| | TDD | **UNIT SOCIAL WORKER** |
| | Others | (SI USTED NECESITA AYUDA COMPLETANDO ESTE FORMULARIO, VEA A SU |
| | | TRABAJADOR SOCIAL DE UNIDAD) |

Date: 5-14-2019

Thank you!

Distribution: (Original) Department Copy
(Yellow) Inmate's Copy With Response
(Pink) Inmate Copy



Exhibits (N)

# NJDOC INMATE INQUIRY FORM

## Must Be Placed In The Inmate Remedy System Box

## Complete One Form For Each Department / Program / Service.

(MARQUE SOLAMEME UN DEPARTAMENTO / PROGRAMA / SERVICIO POR FORMULARIO)

| ADMINISTRATION | |
|---|---|
| **BUSINESS OFFICE** | |
| Reinstate Contact Visit | |
| Program Removal | |
| Housing Status | ✓ |
| Check / Money Order | |
| Business Remits / Receipts | |
| Fine Payments | |
| Refunds | |
| State Pay | |
| Statements | |

| CLASSIFICATION | |
|---|---|
| Citizenship | |
| Detainers / Open Charges | |
| Institutional Transfer | |
| Interstate Status | |

| CUSTODY | |
|---|---|
| Job Eligibility | |
| Problem w/ Sentence Calc. | |
| Restoration of Comm Time | |
| SASRC | |
| Status | |
| Work Credit | |
| Cell Moves | |
| General | |
| Housing Unit Issues | |

| CUSTODY / MAILROOM | |
|---|---|
| Status on Purchases | |
| Incoming Mail | |
| Legal Mail | |
| Outgoing Mail | |

| EDUCATION / LAW LIB | |
|---|---|
| Certificates | |
| College Courses / GED / Classes | |
| Programs | |
| Legal Call | |
| Paralegal Assist / Supplies | |

| FOOD SERVICES | |
|---|---|
| Denied / Not Received Diet | ✓ |
| Food Allergies | |
| Food Issues / Prep | ✓ |
| Proper Special Diet | ✓ |

| MEDICAL / MENTAL HEALTH / DENTAL | |
|---|---|
| Class Sign-up / Completed Programs | |
| Concerns | |
| Co-Pay Refunds | |
| Emergencies | |
| Eye Glasses | |
| Medical Records | |
| Medication | |
| M007 Form | |
| Referrals | |
| Dental | |

| PAROLE | |
|---|---|
| Address Change / Parole Plan | |
| Opt Out of Parole Hearing | |
| Parole Board Hearings | |
| PED Calculations | |

| RCRP COMM. PROGRAMS | |
|---|---|
| Denial of Program | |
| Eligibility Criteria | |
| Status of Application | |

| RELIGIOUS SERVICES | |
|---|---|
| Certificate Completions | |
| Religious Classifications | |
| Religious Diets | |
| Religious Items | |

| SOCIAL SERVICES | |
|---|---|
| Family Emergency | |
| Marriage Request | |
| Program Enrollment / Completion | |
| Release ID / BC / SSN Card / MVC / Vet Asst. | |
| Release Planning | |
| SSI / SSDI / Affordable Healthcare | |
| TDD | |
| Others | |

| | SID | VISITS | | OSAPAS | |
|---|---|---|---|---|---|
| K/S | | Denied Visitors | | Living in Balance | |
| PC | | Ex-Offender Visits | | N/A and A/A | |
| STG | | Issues at Visits | | Engaging the Family | |
| Visitor Ban | | | | RPP | |

### THIS SECTION TO BE COMPLETED BY INMATE

Inmate Name: MR. Peter L. Carlisi

State Number: 661811    SBI#: 33 67615E

Housing Unit: A-2-2    Work Detail Hours: Fld Sanitation

REQUEST: At ms. Johnson-Faulk one main Kitchen today for Breakfast I received (2) slices of bread—I ordered A wife and (6) pats of sugar. Like Along I do not commatced Any No cereal pats boxes for my Breakfast. I items from main kitchen or my morning meals must be Stolen by your mun Kitchen or my Houseing unit Kitchen Daily Workers.
Thank (1)

### FOR OFFICIAL USE ONLY

(PARA USO OFICIAL SOLAMENTE - NO ESCRIBA EN EL AREA SOMBREADA)

Date Received:

Staff Receiving Request:

### THIS FORM CANNOT BE PROCESSED:

(Usted ha sido citado para entrevista en)

You have been scheduled for an interview on:

Check the Daily Appointment Schedule for your name.

Staff Response:

IF YOU NEED ASSISTANCE IN COMPLETING THIS FORM, SEE YOUR HOUSING UNIT SOCIAL WORKER
(SI USTED NECESITA AYUDA COMPLETANDO ESTE FORMULARIO, VEA A SU TRABAJADOR SOCIAL DE UNIDAD)

Date: 02-26-2017

Distribution: (Original) Department Copy
(Yellow) Inmate's Copy With Response
(Pink) Inmate Copy

Form IRSF-101

Exhibits (2)

# NJDOC INMATE INQUIRY FORM

## Must Be Placed In The Inmate Remedy System Box

## Complete One Form For Each Department / Program / Service.

(MARQUE SOLAMEME UN DEPARTAMENTO / PROGRAMA / SERVICIO POR FORMULARIO)

| ADMINISTRATION |
| --- |
| Housing Status |
| Program Removal |
| Reinstate Contact Visit |

| BUSINESS OFFICE |
| --- |
| Business Remits / Receipts |
| Check / Money Order |
| Fine Payments |
| Refunds |
| State Pay |
| Statements |

| CLASSIFICATION |
| --- |
| Citizenship |
| Detainers / Open Charges |
| Institutional Transfer |
| Interstate Status |
| Job Eligibility |
| Problem w/ Sentence Calc. |
| Restoration of Comm Time |
| SASRC |
| Status |
| Work Credit |

| CUSTODY |
| --- |
| Cell Moves |
| General |
| Housing Unit Issues |

| CUSTODY / MAILROOM |
| --- |
| Status on Purchases |
| Incoming Mail |
| Legal Mail |
| Outgoing Mail |

| EDUCATION / LAW LIB |
| --- |
| Certificates |
| College Courses / GED / Classes |
| Programs |
| Legal Call |
| Paralegal Assist / Supplies |

| FOOD SERVICES |
| --- |
| ✓ Denied / Not Received Diet |
| Food Allergies |
| ✓ Food Issues / Prep |
| ✓ Proper Special Diet |

| MEDICAL / MENTAL HEALTH / DENTAL |
| --- |
| Class Sign-up / Completed Programs |
| Concerns |
| Co-Pay Refunds |
| Emergencies |
| Eye Glasses |
| Medical Records |
| Medication |
| M007 Form |
| Referrals |
| Dental |

| PAROLE |
| --- |
| Address Change / Parole Plan |
| Opt Out of Parole Hearing |
| Parole Board Hearings |
| PED Calculations |

| RCRP COMM. PROGRAMS |
| --- |
| Denial of Program |
| Eligibility Criteria |
| Status of Application |

| RELIGIOUS SERVICES |
| --- |
| Certificate Completions |
| Religious Classifications |
| Religious Diets |
| Religious Items |

| SOCIAL SERVICES |
| --- |
| Family Emergency |
| Marriage Request |
| Program Enrollment / Completion |
| Release ID / BC / SSN Card / MVC / Vet Asst. |
| Release Planning |
| SSI / SSDI / Affordable Healthcare |
| TDD |
| Others |

| SID | | VISITS | OSAPAS |
| --- | --- | --- | --- |
| K/S | | Denied Visitors | Living in Balance |
| PC | | Ex-Offender Visits | N/A and A/A |
| STG | | Issues at Visits | Engaging the Family |
| Visitor Ban | | | RPP |

**THIS SECTION TO BE COMPLETED BY INMATE**

Inmate Name: Mr. Peter L. Santini

State Number: 601844   SBI#: 595345E   Date: 01-02-2017

Housing Unit: 2-9-R   Work Detail Hours: Cell Smith-on-med cal

REQUEST ATT. Dr. Dr. Johnson - Facility-one main kitchen Today
Now by on dental me-Ical during meal for breakfast had once
Again items missing. First no hot food and No syrup for my
Pancakes - No sugar for my coffee-No (2) slices of bread. And
No Strawberry juice - Ms. Johnson - you must look in to why
these food items are missing
                                                        Thank You!

**FOR OFFICIAL USE ONLY**

(PARA USO OFICIAL SOLAMENTE - NO ESCRIBA EN EL AREA SOMBREADA)

Date Received:

Staff Receiving Request:

**THIS FORM CANNOT BE PROCESSED:**

(Usted ha sido citado para entrevista en)

You have been scheduled for an interview on:

Check the Daily Appointment Schedule for your name.

**Staff Response:**

IF YOU NEED ASSISTANCE IN COMPLETING THIS FORM, SEE YOUR HOUSING
UNIT SOCIAL WORKER
(SI USTED NECESITA AYUDA COMPLETANDO ESTE FORMULARIO, VEA A SU
TRABAJADOR SOCIAL DE UNIDAD)

Distribution: (Original) Department Copy
(Yellow) Inmate's Copy With Response
(Pink) Inmate Copy

Exhibits (N)



# NJDOC INMATE INQUIRY FORM

## Must Be Placed In The Inmate Remedy System Box

## Complete One Form For Each Department / Program / Service.

(MARQUE SOLAMIEME UN DEPARTAMENTO / PROGRAMA / SERVICIO POR FORMULARIO)

| ADMINISTRATION | | FOOD SERVICES | | SID | | | VISITS | | OSAPAS |
|---|---|---|---|---|---|---|---|---|---|
| Housing Status | ✓ | Denied / Not Received Diet | | K/S | | | Denied Visitors | | Living in Balance |
| Program Removal | | Food Allergies | | PC | | | Ex-Offender Visits | | N/A and A/A |
| Reinstate Contact Visit | ✓ | Food Issues / Prep | ✓ | STG | | | Issues at Visits | | Engaging the Family |
| **BUSINESS OFFICE** | | Proper Special Diet | | Visitor Ban | | | RPP | | RPP |

| | | **MEDICAL / MENTAL HEALTH / DENTAL** | | THIS SECTION TO BE COMPLETED BY INMATE |
|---|---|---|---|---|
| Business Remits / Receipts | | | | |
| Check / Money Order | | Class Sign-up / Completed Programs | | Inmate Name: no. Peter L Carbui Date: 05-10-2017 |
| Fine Payments | | Concerns | | State Number: 607844    SBI#: 915385E |
| Refunds | | Co-Pay Refunds | | Housing Unit: 2-2-2    Work Detail Hours: Yell ambition |
| State Pay | | Emergencies | | REQUEST: ALL HEALTH (FACILITY) main kitchen Talos At my |
| Statements | | Eye Glasses | | Lunch as froms mis Hamburger (Has Stolen from my Real |
| **CLASSIFICATION** | | Medical Records | | medical Assload meal my... I was stolen either by the |
| Citizenship | | Medication | | housing unit (officer Burke) or An Bogace both of the time |
| Detainers / Open Charges | | M007 Form | | regular process Hamburger. I claim this PEANUT Butcher |
| Institutional Transfer | | Referrals | | no money, But I my have... A house made been Hamburger |
| Interstate Status | | Dental | | that may... my burger was stolen    Thank You |

| **CLASSIFICATION** | | **PAROLE** | | FOR OFFICIAL USE ONLY |
|---|---|---|---|---|
| Work Credit | | PED Calculations | | (PARA USO OFICIAL SOLAMIENTE - NO ESCRIBA EN EL AREA SOMBREADA) |
| Status | | SASRC | | Date Received: |
| Job Eligibility | | Parole Board Hearings | | Staff Receiving Request: |
| Problem w/ Sentence Calc. | | Opt Out of Parole Hearing | | |
| Restoration of Comm Time | | Address Change / Parole Plan | | THIS FORM CANNOT BE PROCESSED: |

| **CUSTODY** | | **RCRP COMM. PROGRAMS** | |
|---|---|---|---|
| Cell Moves | | Denial of Program | |
| General | | Eligibility Criteria | |
| Housing Unit Issues | | Status of Application | |

(Usted ha sido citado para entrevista en:)

**You have been scheduled for an interview on:**

| **CUSTODY / MAILROOM** | | **RELIGIOUS SERVICES** | |
|---|---|---|---|
| Status on Purchases | | Certificate Completions | |
| Incoming Mail | | Religious Classifications | |
| Legal Mail | | Religious Diets | |
| Outgoing Mail | | Religious Items | |

**Check the Daily Appointment Schedule for your name.**

**Staff Response:**

| **EDUCATION / LAW LIB** | | **SOCIAL SERVICES** | |
|---|---|---|---|
| Certificates | | Family Emergency | |
| College Courses / GED / Classes | | Marriage Request | |
| Programs | | Program Enrollment / Completion | |
| Legal Call | | Release ID / BC / SSN Card / MVC / Vet Asst. | |
| Paralegal Assist / Supplies | | Release Planning | |
| | | SSI / SSDI / Affordable Healthcare | |
| | | TDD | |
| | | Others | |

IF YOU NEED ASSISTANCE IN COMPLETING THIS FORM, SEE YOUR HOUSING UNIT SOCIAL WORKER

(SI USTED NECESITA AYUDA COMPLETANDO ESTE FORMULARIO, VEA A SU TRABAJADOR SOCIAL DE UNIDAD).

Form IRSF-101

Exhibits

(O)

"LEGAL LETTER"
(NUMBER ONE)

MS. CINDY SWEENEY.                          DATE: 02-10-2016
ASSOCIATE ADMINISTRATOR
NORTHERN STATE PRISON.
168 FRONTAGE ROAD.
P.O. BOX 2300
NEWARK, N.J. 07114

                                            MR. PETER L. CARATINI
Re: DELIBERATE INDIFFERENCE!                SBI # 295345E/667844
    PRISONER ABUSE!                          N.S.P. 3-WING-112.
                                            168 FRONTAGE ROAD.
                                            P.O. BOX 2300
                                            NEWARK, N.J. 07114

Dear Ms. Cindy Sweney,

        Please allow me to introduce myself in this legal letter
**my name is (Mr. Peter L. Caratini).** And I have been Temporarily
transferred to your institution of Northern State Prison in
Newark from South Woods State Prison, in Bridgeton, New Jersey.
To serve an Administrative Segregation sentence of (180-days),
for a charge designated (*202). Which I Madam, am already
Appealing to the State Appellate Division Court!

        I am writing this "Legal Letter" to your Administrative
Office Madam, to officially inform you in writing of U.S.
Constitutional Eighth and First Amendment Prisoners Rights
violations.  That occurred while being a guest of your
Administrative Segregation housing unit on (3-Wing) in your
institution of Northern State Prison.  Please allow me to
elaborate on the Eighth and First Amendment Prisoners Rights
violations in this legal letter, which are as follow:

1.)     EIGHTH AMENDMENT PRISONERS RIGHTS VIOLATION:  The day
that I arrived here Madam, at Northern State Prison and was
placed in the Administrative Segregation housing unit (3-Wing).
I was never provided with a change of under clothes like
(Underwear, T-shirts, or Shower slippers) to use the showers
on (3-Wing), which I had to use barefooted!  Since I was never
allowed to bring an over night bag from South Woods State Prison.

        The Eighth Amendment and Prisoners Rights states the
following under the heading of (Physical Conditions) and
(Furnishings):  These are the conditions that involve deprivation
of (1) "CLOTHING"; (2) Washing and Toilet Facilities; (3) Proper
Bedding; or (4) Movement; (5) Heating; (6) Medical Diets; among
other.  Which your institution of Northern State Prison is in
violation of numbers (1), (5), and (6).

1

2.) **EIGHTH AMENDMENT PRISONERS RIGHTS VIOLATION!:** The **showers** that I had no choice but to use were **nething but** "**DISGUSTING**" and "**UNSANITARY**" for human use! There was dirt and human hair every where to be seen in the shower, which the doors were covered with rush and corroding metal fragment that would fall off at the touch.

The **water temperature** that is coming out of the shower head is (**Ice Cold**) that you could not use without getting sick. And **Madam,** that kind of water temperature is purposely being provided to the inmate population in Administrative Segregation on the housing unit 3-Wing, in the middle of the 2016 winter. The water is so cold that anytime that you attempt to get into the shower the ice cold water leaves you in a state of shock!

Not to mention, that its almost impossible to hygienically wash and clean yourself properly as a human being in that kind of water temperature. In other words its cold enough to stop an older inmate's heart in a minute. I would like to know Madam, if possible is this a standard Administrative Segregation policy in your institution of Northern State Prison.

That is especially directed against older inmates over (58-years) of age or maybe Madam, and there is no disrespect intended to you or your authority. That control of these conditions in Administrative **Segregation** housing is beyond your Administrative Control in this institution. This is something that has to be addressed immediately before it develops into a serious medical problem or injury with an older inmate that will end up in Federal Courts!

3.) EIGHTH AMENDMENT PRISONERS RIGHTS VIOLATION!: Since I arrived at your **institution** of **Northern State Prison, Madam,** and placed into Administrative Segregation. I have (NOT) been provided with my medical dietary food meals from your food service providers of your institution Northern State Prison.

I am Madam, an older inmate of (58) years with major medical internal organ problems and illnesses that has already been seen by your institution's Doctor, at your medical department. Which include Madam, on the record the following illnesses and medical problems:

I have (Angina Pectoris), (Chronic Obstruction Pulmonary Disease), (Emphysema), (Diabetes), (High Blood Pressure), (Under Active Thyroid), (Swollen Enlarged Pancreas), (Prostate Problems), (Swollen and Enlarged Kidneys), (Growth/Tumors on Both Kidneys), (Kidney Stones), (Psoriasis);

(No Protein in Blood), (Anemia), (Bladder Problems), (Edema), (Hearing Problems), (Blood in Urine & Feces) (Fractured Tailbone), (Sciatica), (Lower Spinal Vertebrae Disk Problems), (Vision Problems), (Severe Toenail Fungus)!

2

That has already been confirmed by my medical records and physical medical conditions with medical dietary meals which must contain absolutely (NO PROCESS FOODS) items in any of my meals!  Which must include in the medical dietary food meals the following real food items without question in every meals!

FOR BREAKFAST: (Real Scramble Eggs), (French Toast), (Grill Cheese Sandwiches), (Real Pancakes), (Real Oatmeal), (Real Grits), (Hard Boiled Eggs), (Cereal), and with (Real Decaf Coffee), (Real Toast), (Milk), and (Real Fruit Juices).

FOR LUNCH: (Real Ground Beef Hamburgers), (Roast Beef Sandwiches), (Pizza), (Real Turkey), (Real Ground Beef with Onions and Peppers), (Real Beef Cubes), with (Steamed Vegetables) and (Rice or Pasta Noodles with oil and garlic seasoning), Desert (Cake, Muffins, or Pudding), (Milk and Real Fruit Juices).

FOR DINNER: (Real Chicken, Baked, Steamed), (Real Fish Dip in Batter and Deep Fried), (Real Roast Beef), (Real Ground Beef or Beef Hamburgers), accompanied at lunch or dinner with (Steamed White Rice) or (Pasta with oil and garlic seasoning), and (Steamed Vegetables).  Desert (Cake, Muffins, Pudding).

These are (Medical Renal Meals) that are suppose to be served to any inmates with medical illnesses as by Doctor's and Hospital medical rules.  But Madam, your food service providers of your institution of Northern State Prison, have refuse to comply.  All that I have eaten for my daily meals for (25-days) is just "Bread and Milk" when I could get it from the food meal worker that comes on the housing unit.

Since I arrived at Administrative Segregation at Northern State Prison.  I must inform you that I am of the "Jewish Faith" and also a "Diabetic" as well.  And have been on the Renal Dietary Meals by the Doctor's medical instructions due to my internal organs illnesses in my body.  Your food service providers of Northern State Prison have the choice to provide me with (two medical dietary meals) if they wish too.

Not to mention, that they could also provide me with a (Kosher Dietary Meal) as well without a problems me being of the Jewish Faith!  I must inform you that when I first arrived at Northern State Prison the Doctor, checked my weight and I was (231 LBS).  The next time the Doctor, checked my weight and I was now (227 LBS).  I lost in a month while in your custody (5-Pounds) because I am not receiving my medical dietary meals.

I am not eating any of the regular meals at all which contain "NON-KOSHER PROCESS FOOD" items.  Your food service providers could provide me with either (Renal, Diabetic, or Kosher Meals) for me to eat daily.  So there is no excuse for not feeding me any of those three medical dietary meals.

3

Exhibits
(O)

4.)     EIGHTH AMENDMENT PRISONERS RIGHTS VIOLATION!:   Madam,
when I receive my personal property from your Mail/Property
Room Personnel that was sent from South Woods State Prison.
Your property room personnel removed a great amount of my
commissary items.   Including my (Sea Food Pouches) that I eat
to supplement my medical dietary meal requirements.   Due to
the medical facts that I have almost (No Protein) in my blood
among other illnesses that I stated in this legal document.

And have to supplement the protein and vitamins deficiency
that I have in my body with (Sea Food, Beans, Rice, and Meat),
daily.   I am requesting that all my commissary food items that
are being held by your Mail/Property Room Personnel be returned
to me with the rest of my personal belongings. Which includes
"Federal Physical Evidence", in Federal 1983 cases proceedings!

Please inform the Property room personnel that if any
of my personal property items are "Discarded, Destroyed, Mailed
Out, or end up Missing that it will result in legal litigation
against the institution and their Personnel in Court! Including
my fans that I use for my medical repertory problems, and my
gray bucket that I use to wash myself in my cell because there
is no (Hot Water) in the showers!

And to soak my feet to fight the severe toenail fungus
and deformed toenails that I have.   Which will include my toenail
clippers that I use weekly, and my storage bins so I could store
my personal property that is laying all around the cell.   All
the other electronics like my Television I will wait to be
release in the near future or when I reach level two.

5.)     FIRST AMENDMENT PRISONERS RIGHTS VIOLATION!:   Your
Property room personal have also violated my First Amendment
Constitutional Rights the (Freedom to Exercise of Religion).
By confiscating my (Jewish Holy Scriptures Bible) along with
other (Jewish Religion Books) that I require for my "Religious
Services Daily".   Thus, preventing me from practicing and
worshipping my "Judaic Religion" in Administrative Segregation
in Northern State Prison!   State Inmates Rights (10A:4-3.1).

6.)     FIRST AMENDMENT PRISONERS RIGHTS VIOLATION!:   The property
room personnel have also confiscated my Law Books that I require
to address my legal proceedings.   That I am actively involved
in with the Courts and by doing so are purposely impeding and
obstructing me.   From the legal knowledge to redress the State
and Federal Courts in my Civil and Criminal proceedings.

Which by First Amendment Rights are violations that was
perpetrated against an State inmate by the State and the New
Jersey Department of Corrections.   And by Northern State Prison
and finally you the Administrator in general. So I am  requesting
Madam, that all of my legal books be returned to me expeditiously
in Administrative Segregation.

4

Exhibits
(O)

7.)    EIGHTH AMENDMENT PRISONERS RIGHTS VIOLATION!: I have
to inform you that I was injured in Administrative Segregation
at Northern State Prison.  I had a seizure and have fallen off
my top bunk and injured my left shoulder in the fall.  Which
should have never happened due to my age and major medical
internal organ problems.  And should have never been assigned
to a top bunk when I arrived at Northern State Prison.

        I put in a Health Service request form due to the great
pain that I was having in my shoulder and was seen by the Doctor.
He determined that I had a shoulder injury and required an
(x-ray) to determine the extent of the damage to the shoulder.
He asked if I needed pain medication and excepted just aspirin
that I never received.  I was not even provided with a sling
for my injured shoulder that I could hardly move.

        Which on my return to my cell I had to make a arm sling
myself out of a piece of sheet to hold my shoulder stable.
The pain is intense when I am lying down at night trying to
go to sleep, any movement results in sharp pain in my shoulder,
neck, and back.  The weight of the arm on the shoulder itself
when I am lying on my side causes major discomfort which does
not allow me to reach (RAM) sleep!

        I must inform you that I have not received my medical
shampoo (Clobetasol Propionate) or (Tar Shampoo) for my Psoriasis
illness.  That I informed the Doctor in the visit that was eating
away at my scalp which leaves me with bloody scabs!  I have
not received any (Oral) toenail fungus medication that has
deformed my toenails to the point that I believe will have to
be removed surgically!

        Please note Madam, that [42 U.S.C. § 1983] Section 1983
Provides: "Every person who under of any statute, ordinance,
regulation, custom, or usage, of any State or Territory or the
District of Columbia, subjects, or causes to be subjected, any
citizen of the United States or other person within the
jurisdiction thereof.

        The deprivation of any rights, privileges, or immunities
secured by the Constitution and laws, shall be liable to the
party injured in an action at law, suit in equity, or other
proper proceeding for redress; (Bell v. Wolfish, U.S. SUP. CT.
(1979).

        Also I must ask you Madam, is it your Administrative
policy to not serve any (Hot Food Meals) in Administrative
Segregation on (3-Wing)?  Since I arrived here at Northern State
Prison I have not received a (Hot Meal)!  All the food that
the food service personnel of your institution provide are all
cold even the morning coffee.  Hot food should be provided for
all inmates no matter what!

5

Exhibits

(0)

I must inform your Administrative Office that I have tried for (25-days) to acquire INMATE INQUIRY FORMS and INMATE GRIEVANCE COMPLAINT FORMS. From the housing unit Officer on Administrative Segregation but have been informed that they do not have any available. This is why I am forced to contact your Administrative Office in a legal letter which I apologize for doing so Administrator!

I wish to take this time to thank you Madam, for allowing me the opportunity to voice my complaint and opinions with your Administrative Office. Concerning these problems that have developed in your institution of Northern State Prison. And I also want you to know Madam, that I have nothing but the highest respect for you and your position of authority and Administrative Office always! Once Again Thank You!

Respectfully submitted

Mr. Peter L. Caratini

CC: ATTORNEY: MR. STEVEN E. SAVAGE.
ADMINISTRATOR: MR. WILLIE BONDS.
COMMISSIONER: MR. GARY M LANIGAN
GOVERNOR: MR. CHRIS CHRISTIE.
DIRECTOR: MR. CHARLES E. SAMUELS, JR.
NEW JERSEY INTERNAL AFFAIRS DIVISION.
UNITED STATES DISTRICT COURT JUDGE (3rd Circuit).
U.S. DEPARTMENT OF JUSTICE, CIVIL RIGHTS DIVISION.

6

Exhibits
(O)

"LEGAL LETTER"
(NUMBER 2)

MS. CINDY SWEENEY.                          DATE: 02-12-2016
ASSOCIATE ADMINISTRATOR.
NORTHERN STATE PRISON.
168 FRONTAGE ROAD.
P.O. BOX 2300
NEWARK, N.J. 07114


                                    MR. PETER L. CARATINI.
                                    SBI # 295345E/667844
Re: Medical Negligence!             N.S.P. 3-WING, 112.
    State Prisoner Abuse!            168 FRONTAGE ROAD.
                                    P.O. BOX 2300
                                    NEWARK, N.J. 07114


Dear Ms. Sweeney,

        FIRST, Madam I must apologize for misspelling your last
name in my previous "Legal Letter" to you and your Administrative
Office here at Northern State Prison! It was a clerical mistake
and nothing more and not intended as any form of disrespect
to your Administrative authority and I hope that you Madam,
will forgive me for the error.

        Now, that being addressed please allow me to inform you
(Ms. Sweeney) about a few and still disappointing issues that
I am yet once again force to bring to you attention as the
Associate Administrator of this institution of Northern State
Prison! I am greatly disappointed to have not received any
official response to my request in my previous legal letter.

        That I submitted to you and your Administrative Office
here at Northern State Prison.  Concerning multiple violations
of my U.S. Constitutional Prisoners Rights, which included the
violations of my (First, Eighth, and Fourteenth Amendment
Prisoners Rights against (Me), a State Prisoner! In the last
legal letter that I submitted to you (Ms. Sweeney), and your
Administrative Office.

        I "Officially" informed you that my First Amendment Rights
had been Violated by your Mail/Property Room Personnel! By them
withholding my religious (Jewish Scriptures Bible), that I
required for my Religious Services on my Sabbath! I don't know
if you could understand the severe Federal Government Laws and
implications.  That will occur to the New Jersey Department
of Corrections and the State of New Jersey for such a First
Amendment Violation.

1

Exhibits
(O)

And to anyone that has "Acted Under the Color of State Law" to "impede and obstruct" anyone's (Religious Practices or Worshipping Services or Rituals).  But to make the situation even worst is to have those "Official State Corrections Officer Personnel" that you have contacted Officially.  And that are "Acting Under the Color of State Law" to purposely (ignore) your "Official and Legal Request".

Deliberately and maliciously without any reservations what so ever is appalling to say the least.  These are serious Federal Government Laws that (You) and your institution are in violation of that will have very serious Federal Government repercussions and consequences for the State and the Department of Corrections and I am sorry to say even you (Ms. Sweeney)!

SECOND, another first Amendment violation was also committed by you Northern State Prison, Mail/Property Room. When they confiscated my (State and Federal Law Books) which is in every way impeding and obstructing my legal efforts. To redress the State and Federal Courts from your institution of Northern State Prison.  Which once again is a serious First Amendment Constitutional violation as well and must be rectified without delay immediately by your Administrative Office!

I have been force Administrator (Sweeney), to cease all of my legal efforts and research that I was performing for the State and Federal Governmental Courts and my Cases!  Due to the fact that your Mail/Property Room Corrections Officer Personnel thereof, have impeded and obstructed all of my legal efforts in general!  I am sorry to inform you Madam, that there is no real defense of any kind against these sort of unlawful actions in any State and Federal Court of Law!

I have ascertained the information from sources in the Mail/Property Room that the reason that I am not allowed my (Jewish Bible and Law Books) is because they are all hard covered.  Which is nothing but a (Farce) by your Administrative Office Madam, including your directives to the Mail/Property Room Personnel.

Since everyone here in Administrative Segregation at Northern State Prison.  Has in their possession (Photo Album Books) which I must inform you Administrator (Ms. Sweeney), are all (HARD COVERED ITEMS)!  So that excuse that there are no hard cover books permitted in Administrative Segregation will not hold water in a New Jersey Court of Law, I am sorry to have to inform you Madam!

THIRD, I must also inform you Madam, that I (HAVE NOT) been receiving and of my (Full Medical Dietary Meals), from your food service providers!  Since the day that I arrived here at your institution of Northern State Prison, which is a major Eighth Amendment Right violation.

2

The food meals they do bring are (NOT) in any "Way, Shape, or Form, Medical Dietary Meals". The fact of the matter is this Madam, that your food service providers of your institution of Northern State Prison. Would not know what a real proper (Medical Dietary Meal) is even if it came up and bit them on their posterior!

Which will brings into question by the State Court if your food service providers in your institution of Northern State Prison have the training and culinary skills to hold those positions. Please allow me to give a description of my lunch meal tray that I received from your food service providers on (Monday-February 22 2016).

I got a meal food tray for lunch that consisted of just (Raw Mash-potatoes, Raw White Bean Soup, and Sour Apple Sauce) all ice cold which ended up I most inform you by my hand in that toilet. This is the quality of your food service providers in your institution of Northern State Prison when they make a (Medical Renal Dietary Meals).

They lack the degree of excellence and distinguishing attributes that are required by any culinary service provider I am sorry to have to inform you Madam! That being officially noted on the Record and addressed permit me to move on if I may, I am informing you of all these things in writing Administrator (Ms. Sweeney).

Because I am compelled to do as by State and Federal Government Laws in writing before proceeding with further legal litigation! Which brings me to another legal issue I am still waiting for a copy of my (INMATE INVENTORY SHEET). Which came with all of my "Personal Property" from South Woods State Prison that I asked you and your Administrative Office for in writing, which my Attorneys are waiting for, from me!

I must inform you Administrator (Ms. Sweeney), that this is my second legal letter to you and your Administrative Office! I must inform you that the next legal letters and documents that you will receive will most likely be from the United State District Court. Which will also include a Civil Action Subpoena (Duces Tecum) which will be commanding you to appear in Superior Court of New Jersey with the following documents:

1.) Mr. Peter L. Caratini's, "Inmate Inventory Sheet" that was sent with his personal property that listed all his Personal belongings that were sent from South Woods State Prison, to Northern State Prison Mail/Property Room Department.

2.) The Inmate Inventory Sheet" that list all of (Mr. Caratini's) Personal Property that is being held in your Northern State Prison Property Room Department by your Corrections Officer personnel!

3

Exhibits

(O)

This two documents the "Inmate Inventory Sheet" that came with my personal property from South Woods State Prison and the Northern State Prison Inmate Inventory Sheet that states and shows what personal property items your Property Room Department are withholding from (Mr. Caratini)! Which I might add will be considered now State and Federal Court Evidence in the up and coming Federal 1983 cases and litigation that will soon be filed with the United State District Court!

Once again Madam, I wish to take this time to thank you for allowing me the opportunity to voice my complaints and opinions with your Administrative Office. Concerning these problems that have developed with me while in your institution of Northern State Prison. I also once again want you to know Madam, that I hold nothing but the highest respect for your position and Administrative authority and Official Office always! Thank You!

Respectfully submitted

Mr. Peter L. Caratini

CC: ATTORNEY: MR. STEVEN E. SAVAGE.
    COMMISSIONER: MR. GARY M. LANIGAN.
    NEW JERSEY INTERNAL AFFAIRS DIVISION.
    GOVERNOR: MR. CHRIS CHRISTIE.
    DIRECTOR: MR. CHARLES E, SAMUELS, JR.
    U.S. DEPARTMENT OFF JUSTICE, CIVIL RIGHTS DIVISION.

4

Exhibits
(C)

"LEGAL LETTER"
(NUMBER 3)


MS. CINDY SWEENEY.                          DATE: 03-20-2016
ASSOCIATE ADMINISTRATOR.
NORTHERN STATE PRISON.
168 FRONTAGE ROAD.
P.O. BOX 2300
NEWARK, N.J. 07114


                                            MR. PETER L. CARATINI
Re: Prisoner Abuse!                         SBI # 295345E/667844
    Medical Negligence!                     N.S.P. 3-Wing, 112
    Constitutional Rights Violations!       168 FRONTAGE ROAD.
                                            P.O. BOX 2300
                                            NEWARK, N.J. 07114


Dear Ms. Sweeney!

        Please be advised that I have received your (Northern
State Prison Memorandum) informing me that my Legal Letters
that I have submitted to you and your Administrative Office
is "NOT A PROPER FORM OF COMMUNICATION BETWEEN INMATES AND
ADMINISTRATION"! And that as a one-time courtesy you will
address my multiple complaints therein that I have submitted!

        And furthermore, that in the future that I must submit
an "Inquiry or Grievance Form" for each complaint. And that
this could be accomplished by using the (KIOSK) machine or via
paper forms and that any further correspondence received any
other way is in violation of policy and will be returned
unanswered!

        FIRST, Madam, I would like to ask you for a copy of those
Policies of Northern State Prison, that officially states on
the record that a State Inmate [CAN NOT] write the Administrator
of his institution! I ask you Madam, because I write and receive
correspondence responses from several U.S. Government Agencies
and their Official Federal Personnel in Washington, DC.

        Including the U.S. Department Justice, Civil Rights
Division Acting Chief: (Ms. Judy C. Preston), and "Reports"
as well to the "EXECUTIVE OFFICE OF THE PRESIDENT" (THE WHITE
HOUSE)! And I have never been informed that it is against their
policy to write them, and in the contrary encouraged me to write
them with additional information and complaints like this one
all the time!


                                1

Exhibits
(C)

So I would really like a copy of those policy documents from the New Jersey Department of Corrections and Northern State Prison that actually state that policy! And please mind you Madam, if need be my Attorneys, could obtain those documents legally in a court of law. I must inform you Madam, that the reason that I am writing you and your Administrative Office is because I have exhausted my "Inquiry/Grievance" complaints with this your institution.

I have submitted approximately (Ten Inquiry Forms) regarding all the issues that I have stated in my legal letters to your Administrative Office. Not to mention, about (Three Inmate Grievance Forms) as well and to this day have not received any response to one "Inmate Inquiry Form" as of yet!

This is why I am force yet once again to write you and your Administrative Office about these problems that I am having especially the one with my personal property that is being held in the Northern State Prison Mail/Property Room Department by Corrections Office (Ms. Colon)!

I have even attempted to submit the Official Complaints via the "Kisok Machine" for the last two months. But every time that I attempt to login I can not and I get the following message on the screen "CANNOT LOGIN", "USER ACCOUNT STATUS DOES NOT ALLOW LOGIN"!

Which brings up a "RED FLAG" with me in my opinion with this whole situation that has developed here at Northern State Prison, in Newark, New Jersey and at South Woods State Prison in Bridgeton, New Jersey.

Maybe I am being impeded and obstructed from submitting any Official Grievances via E-mails with the Department of Corrections in Trenton! Them knowing all to well the family members and friends that I could contact that are employed with the State and Federal Government.

Not to mention, my other State affiliations that I have at the New Jersey Internal Affairs Division and other State Government agencies that I write to as well with any Department of Corrections problems that might arise with any Administrative or Commissioned and Non-Commissioned Senior Corrections Officer Personnel!

SECOND, Moving on Madam, concerning the complaints that I filed with you and your Administrative Office. About the Ice Cold Water Temperature in the Showers on (3-Wing), Administrative Segregation. You state that you Madam, were informed by a (Lt. Velez), personally that he inspected the showers and found "No Deficiencies" with them!

2

Exhibits
(C)

I hope that He/She made that report to you and your
Administrative Office in writing, because I would be another
Northern State Prison document to be subpoenaed as evidence
in Superior Civil Rights Court Madam!  I ask this of you Madam,
because you have been "Lied Too", the water temperature in the
showers on (3-Wing), Administrative Segregation in Northern
State Prison is still "ICE COLD"!

So I must inform you and your Administrative Office that
the report the you received from this (LT. Velez) I must official
say was "ERRONEOUS AND FALSE"!  Not to mentioned, that it was
"FALSIFIED" by a Commissioned Officer of the Department of
Corrections of New Jersey.

Which needs to be investigated by the higher uniformed
upper echelons Commissioned Officers of the Department of
Corrections in Trenton!  And I have gone even further Madam,
with the assistance of others in (3-Wing), and have acquired
a petition with the signatures of over (76 State Inmates).

That confirm my complaint about the "Hot Water" that
I submitted to you Madam, and your Administrative Office about
the showers on this housing unit (3-Wing)!  That I must inform
you has already been sent to the Department of Corrections
Commissioners (Mr. Gary M. Lanigan), and his Office in Trenton,
in a formal complaint.

THIRD, I must inform you that I have never spoken to
any (LT. VELEZ), or have been advised by him that I have adequate
clothing.  I must inform you Madam, that I did receive (ONE)
pair of white underwear months after I requested them.  When
I just had recently arrived from South Woods State Prison without
an overnight bag.

Which was when I really needed them not after I received
some of my own personal property a few weeks later!  I appreciate
the effort but it was as they say "to little to late" and I
should of had my change of clothes when I first arrived at
(3-Wing), in Administrative Segregation in your institution
of Northern State Prison!

FOURTH, Concerning my (Medical Renal Dietary Meals),
I have already written to you and your Administrative Office.
About your institution's Food Service Supervisor and the lack
of his Medical Dietary Meals Preparation skills.

And will not  reiterate the complaint any further with
your Administrative Office!  But I will say this I have also
submitted about five "Inquiry Forms" explaining in great detail
the problem with my Medical Renal Dietary Meals but have received
no response!

3

Exhibits
(C)

FIFTH, And yes you are correct I do not have a lower bunk order, which will be soon rectified with an order from a Superior Court Judge, in the near future!  And regarding the (x-ray) that I received on (03-10-2016), which I might add was about (52-Days) after I went to see the Doctor, and he ordered the (x-rays)!  And all that time I was left to languish in great shoulder pain for those (52-days) without receiving any pain medication whatsoever!

Waiting for the if you could believe it (Aspirin), that he prescribed for the pain in my shoulder, which never came and let me inform you Madam.  That I am still in great shoulder pain when I try to sleep or use my arm even after (63-days) and still counting.  But I will say no more about it to you Madam, I will take it up with (Ms. Bridget Hogan), who is in charge of the "Health Care Services" in this institution of Northern State Prison!

SIXTH, Now finally the issue once again with my Personal Property that is being held in your Northern State Prison Mail Property Room by (SCO. Colon).  Once again I will  not reiterate what I have stated on not one but two "Legal Letters" to you and your Administrative Office (Ms. Sweeney).  The bottom line is this Madam, that what ever ends up missing from my Personal Property you and your institution's Mail/Property Room Personnel will be held liable!

If any of my Personal Property that mind you Madam, is now being Classified as Evidence in a (1983-Lawsuit) in a New Jersey District Court ends up being Discarded, Misplaced, or DESTROYED, criminal charges will be filed against what ever person would  be deemed responsible!  One final note if I may Madam, "New Jersey Department of Corrections Standards" (DOES NOT SUPERSEDE THE CONSTITUTIONAL AMENDMENTS OF THE UNITED STATES THAT WERE PUT IN PLACE TO PROTECT STATE PRISONERS)!

Respectfully submitted

Mr. Peter L. Caratini

CC: ATTORNEY: MR. STEVEN E. SAVAGE.
    ADMINISTRATOR: MR. WILLIE BONDS.
    COMMISSIONER: MR. GARY M. LANIGAN.
    GOVERNOR: MR. CHRIS CHRISTIE.
    DIRECTOR: MR. CHARLES E. SAMUELS, JR.
    NEW JERSEY INTERNAL AFFAIRS DIVISION.
    UNITED STATES DISTRICT COURT (3rd Circuit).

4



Exhibits
(G)

# NJDOC INMATE INQUIRY FORM

## Must Be Placed In The Inmate Remedy System Box

## Complete One Form For Each Department / Program / Service.

(MARQUE SOLAMEME UN DEPARTAMENTO / PROGRAMA / SERVICIO POR FORMULARIO)

| ADMINISTRATION |
| --- |
| Housing Status |
| Program Removal |
| Reinstate Contact Visit |

| BUSINESS OFFICE |
| --- |
| Business Remits / Receipts |
| Check / Money Order |
| Fine Payments |
| Refunds |
| State Pay |
| Statements |

| CLASSIFICATION |
| --- |
| Citizenship |
| Detainers / Open Charges |
| Institutional Transfer |
| Interstate Status |
| Job Eligibility |
| Problem w/ Sentence Calc. |
| Restoration of Comm Time |
| SASRC |
| Status |
| Work Credit |

| CUSTODY |
| --- |
| Cell Moves |
| General |
| Housing Unit Issues |

| CUSTODY / MAILROOM |
| --- |
| Status on Purchases |
| Incoming Mail |
| Legal Mail |
| Outgoing Mail |

| EDUCATION / LAW LIB |
| --- |
| Certificates |
| College Courses / GED / Classes |
| Programs |
| Legal Call |
| Paralegal Assist / Supplies |

| FOOD SERVICES |
| --- |
| Denied / Not Received Diet |
| Food Allergies |
| Food Issues / Prep |
| Proper Special Diet |

| MEDICAL / MENTAL HEALTH / DENTAL |
| --- |
| Class Sign-up / Completed Programs |
| Concerns |
| Co-Pay Refunds |
| Emergencies |
| Eye Glasses |
| Medical Records |
| Medication |
| M007 Form |
| Referrals |
| Dental |

| PAROLE |
| --- |
| Address Change / Parole Plan |
| Opt Out of Parole Hearing |
| Parole Board Hearings |
| PED Calculations |

| RCRP COMM. PROGRAMS |
| --- |
| Denial of Program |
| Eligibility Criteria |
| Status of Application |

| RELIGIOUS SERVICES |
| --- |
| Certificate Completions |
| Religious Classifications |
| Religious Diets |
| Religious Items |

| SOCIAL SERVICES |
| --- |
| Family Emergency |
| Marriage Request |
| Program Enrollment / Completion |
| Release ID / BC / SSN Card / MVC / Vet Asst. |
| Release Planning |
| SSI / SSDI / Affordable Healthcare |
| TDD |
| Others |

| SID | | VISITS | | OSAPAS |
| --- | --- | --- | --- | --- |
| K/S | | Denied Visitors | | Living in Balance |
| PC | | Ex-Offender Visits | | N/A and A/A |
| STG | | Issues at Visits | | Engaging the Family |
| Visitor Ban | | | | RPP |

## THIS SECTION TO BE COMPLETED BY INMATE

Inmate Name: Mr. Peter L. Martin   Date: 02-25-2016

State Number: 665834   SBI#: 393345E

Housing Unit: 3-WING   Work Detail Hours: NONE - A.S.

REQUEST: I am requesting to be moved out of my Administrative Segregation cell on a single occupancy basis. Due to the fact that I have splenomegaly (enlarged spleen) and require a physician to have an x-ray. My cell mate is a very bad risk factor. I need to be moved before there is a tragic incident in the cell. My cell mate has mental health problems and I should be housed in a mental unit.

### FOR OFFICIAL USE ONLY

(PARA USO OFICIAL SOLAMENTE – NO ESCRIBA EN EL AREA SOMBREADA)

Date Received:

Staff Receiving Request:

### THIS FORM CANNOT BE PROCESSED:

(Usted ha sido citado para entrevista en)

You have been scheduled for an interview on:

Check the Daily Appointment Schedule for your name.

Staff Response:

IF YOU NEED ASSISTANCE IN COMPLETING THIS FORM, SEE YOUR HOUSING UNIT SOCIAL WORKER.

(SI USTED NECESITA AYUDA COMPLETANDO ESTE FORMULARIO, VEA A SU TRABAJADOR SOCIAL DE UNIDAD.)

* Distribution:  (Original) Department Copy
                 (Yellow) Inmate's Copy With Response
                 (Pink) Inmate Copy

Form IRSF-101


Exhibits
(0)

# NJDOC INMATE INQUIRY FORM

## Must Be Placed In The Inmate Remedy System Box

## Complete One Form For Each Department / Program / Service.

(MARQUE SOLAMEME UN DEPARTAMENTO / PROGRAMA / SERVICIO POR FORMULARIO)

| ADMINISTRATION | FOOD SERVICES | SID | | VISITS | OSAPAS |
|---|---|---|---|---|---|
| Housing Status | ☑ Denied / Not Received Diet | K/S | | Denied Visitors | Living in Balance |
| Program Removal | ☑ Food Allergies | PC | | Ex-Offender Visits | N/A and A/A |
| Reinstate Contact Visit | ☑ Food Issues / Prep | STG | | Issues at Visits | Engaging the Family |
| **BUSINESS OFFICE** | ☑ Proper Special Diet | Visitor Ban | | RPP | |
| Business Remits / Receipts | **MEDICAL / MENTAL HEALTH / DENTAL** | | | | |
| Check / Money Order | Class Sign-up / Completed Programs | | | | |
| Fine Payments | Concerns | | | | |

**THIS SECTION TO BE COMPLETED BY INMATE**

Inmate Name: me. Josef L. Smith

State Number: 661844   SB#: 39534GE   Date: 03-03-2016

Housing Unit: 2-wing   Work Detail Hours: None - A.S

REQUEST: I Am Not receiving my proper medical food and it's

people what I Am receiving. (Raw slice of a toss uncooked

keto and microwaved vegetables that I'm not being A ...

Delall diet and diet of real meal Food that is not SERVED

ONLy All bread. All Above All "No breakfast" only a beverage

And the meal on the AM and fish. Any Deila of pizza of any

**FOR OFFICIAL USE ONLY**

(PARA USO OFICIAL SOLAMENTE - NO ESCRIBA EN EL AREA SOMBREADA)

Date Received:

Staff Receiving Request:

**THIS FORM CANNOT BE PROCESSED:**

(Usted ha sido citado para entrevista en)

You have been scheduled for an interview on:

Check the Daily Appointment Schedule for your name.

Staff Response:

**IF YOU NEED ASSISTANCE IN COMPLETING THIS FORM, SEE YOUR HOUSING
UNIT SOCIAL WORKER**

(SI USTED NECESITA AYUDA COMPLETANDO ESTE FORMULARIO, VEA A SU
TRABAJADOR SOCIAL DE UNIDAD)

Form IRSF-101

### Other categories listed:

**BUSINESS OFFICE**
- Business Remits / Receipts
- Check / Money Order
- Fine Payments
- Refunds
- Co-Pay Refunds
- State Pay
- Statements

**CLASSIFICATION**
- Citizenship
- Detainers / Open Charges
- Institutional Transfer
- Interstate Status
- Job Eligibility
- Problem w/ Sentence Calc.
- Restoration of Comm Time
- SASRC
- Status
- Work Credit

**CUSTODY**
- Cell Moves
- General
- Housing Unit Issues

**CUSTODY / MAILROOM**
- Status on Purchases
- Incoming Mail
- Outgoing Mail

**EDUCATION / LAW LIB**
- Certificates
- College Courses / GED / Classes
- Programs
- Legal Call
- Paralegal Assist / Supplies

**FOOD SERVICES**
- Concerns
- Emergencies
- Eye Glasses

**MEDICAL / MENTAL HEALTH / DENTAL**
- Class Sign-up / Completed Programs
- Medical Records
- Medication
- M007 Form
- Referrals
- Dental

**PAROLE**
- Address Change / Parole Plan
- Opt Out of Parole Hearing
- Parole Board Hearings
- PED Calculations

**RCRP COMM. PROGRAMS**

**RELIGIOUS SERVICES**
- Denial of Program
- Eligibility Criteria
- Status of Application
- Certificate Completions
- Religious Classifications
- Religious Diets
- Religious Items

**SOCIAL SERVICES**
- Family Emergency
- Marriage Request
- Program Enrollment / Completion
- Release ID / BC / SSN Card / MVC / Vet Asst.
- Release Planning
- SSI / SSDI / Affordable Healthcare
- TDD
- Others

• Distribution: (Original) Department Copy
(Yellow) Inmate's Copy With Response
(Pink) Inmate Copy

Exhibits (0)

# NJDOC INMATE INQUIRY FORM

## Must Be Placed In The Inmate Remedy System Box

## Complete One Form For Each Department / Program / Service.

(MARQUE SOLAMEME UN DEPARTAMENTO / PROGRAMA / SERVICIO POR FORMULARIO)

### ADMINISTRATION
| | |
|---|---|
| | Housing Status |
| | Program Removal |
| | Reinstate Contact Visit |

### BUSINESS OFFICE
| | |
|---|---|
| | Business Remits / Receipts |
| | Check / Money Order |
| | Fine Payments |
| | Refunds |
| | State Pay |
| | Statements |

### CLASSIFICATION
| | |
|---|---|
| | Citizenship |
| | Detainers / Open Charges |
| | Institutional Transfer |
| | Interstate Status |
| | Job Eligibility |
| | Problem w/ Sentence Calc. |
| | Restoration of Comm Time |
| | SASRC |
| | Status |
| | Work Credit |

### CUSTODY
| | |
|---|---|
| | Cell Moves |
| | General |
| | Housing Unit Issues |

### CUSTODY / MAILROOM
| | |
|---|---|
| | Status on Purchases |
| | Incoming Mail |
| | Legal Mail |
| | Outgoing Mail |

### EDUCATION / LAW LIB
| | |
|---|---|
| | Certificates |
| | College Courses / GED / Classes |
| | Programs |
| | Legal Call |
| | Paralegal Assist / Supplies |

### FOOD SERVICES
| | |
|---|---|
| | Denied / Not Received Diet |
| | Food Allergies |
| | Food Issues / Prep |
| | Proper Special Diet |

### MEDICAL / MENTAL HEALTH / DENTAL
| | |
|---|---|
| | Class Sign-up / Completed Programs |
| ✓ | Concerns |
| ✓ | Co-Pay Refunds |
| | Emergencies |
| ✓ | Eye Glasses |
| | Medical Records |
| | Medication |
| | M007 Form |
| | Referrals |
| | Dental |

### PAROLE
| | |
|---|---|
| | Address Change / Parole Plan |
| | Opt Out of Parole Hearing |
| | Parole Board Hearings |
| | PED Calculations |

### RCRP COMM. PROGRAMS

### RELIGIOUS SERVICES
| | |
|---|---|
| | Certificate Completions |
| | Religious Classifications |
| | Religious Diet |
| | Religious Items |

### SOCIAL SERVICES
| | |
|---|---|
| | Family Emergency |
| | Marriage Request |
| | Program Enrollment / Completion |
| | Release ID / BC / SSN Card / MVC / Vet Asst. |
| | Release Planning |
| | SSI / SSDI / Affordable Healthcare |
| | TDD |
| | Others |

### THIS SECTION TO BE COMPLETED BY INMATE

| SID | | VISITS | | OSAPAS |
|---|---|---|---|---|
| K/S | | Denied Visitors | | Living in Balance |
| PC | | Ex-Offender Visits | | N/A and A/A |
| STG | | Issues at Visits | | Engaging the Family |
| Visitor Ban | | | | RPP |

Inmate Name: mr. peter l. smith

State Number: 669344   SBI#: 293595E   Date: 4-4-2016

Housing Unit: 3 wing   Work Detail Hours: None - A.S.

REQUEST: I have not received any results information on the X-rays that were taken of my shoulder to see what is wrong with it. I am still in great pain for the last 60 days. Also which is an Eighth Amendment violation I requested for the medical treatment for the injury on my shoulder which I am not receiving from your medical department of Northern State Prison.

### FOR OFFICIAL USE ONLY

(PARA USO OFICIAL SOLAMENTE - NO ESCRIBA EN EL AREA SOMBREADA)

Date Received:

Staff Receiving Request:

### THIS FORM CANNOT BE PROCESSED:

(Usted ha sido citado para entrevista en)

You have been scheduled for an interview on: _____

Check the Daily Appointment Schedule for your name.

Staff Response:

**IF YOU NEED ASSISTANCE IN COMPLETING THIS FORM, SEE YOUR HOUSING UNIT SOCIAL WORKER**

(SI USTED NECESITA AYUDA COMPLETANDO ESTE FORMULARIO, VEAA SU TRABAJADOR SOCIAL DE UNIDAD)

* Distribution: (Original) Department Copy
(Yellow) Inmate's Copy With Response
(Pink) Inmate Copy

"LEGAL LETTER"
(No. ONE)

SCO. COLON.                                      DATE: 02-14-2016
MAIL/PROPERTY ROOM DEPARTMENT.
NORTHERN STATE PRISON.
168 FRONTAGE ROAD.
P.O. BOX 2300
NEWARK, N.J. 07114

                                        MR. PETER L. CARATINI
Re: Constitutional Rights Violation!    SBI # 295345E/667544
    Confiscated Personal Property!      N.S.P. 3-WING, 112
                                        P.O. BOX 2300
                                        NEWARK, N.J. 07114

Dear Ms. Colon,

        Please allow me to properly introduce myself in this
legal letter my name is (Mr. Peter L. Caratini), from South
Woods State Prison in Bridgeton, New Jersey. That has been
temporarily transferred to Northern State Prison to serve a
Administrative Segregation Sentence of (180-days) maybe?

        I am writing to you at your Mail/Property Room at Northern
State Prison to legally inform you of a few "State and Federal
Statues of Law!" But first allow me to inform you why I am
writing you at the Mail/Property Room which you informed me
that you were in change of at Northern State Prison!

        I would like to inform you (Ms. Colon), that I was quiel
impressed with your professionalism as a New Jersey Department
of Corrections Office. Which I must say is a rarity in the
Law Enforcement Committee of New Jersey including the Department
of Corrections these days, I must admit.

        I also would like to commend you on the level of
understanding and proficiency that you have shown me with my
situation. And with my personal property that you are still
holding for me in you Northern State Prison Mail/Property Room
Department, Thank You!

        Now, down to the business at hand as I have informed
you when you came to see me at Administrative Segregation at
3-Wing, cell 112. Informing me that you required an address
to ship my personal property out to a family member. Which I
informed you that they were all deceased except for three sisters
that live out of the country. So mailing out my property to
any family members is out of the question (Ms. Colon)!

                                    1

Exhibits
(P)

I also informed you that this situation is already been
submitted to the New Jersey Superior Court by my Attorneys.
That are handling these proceedings for me since I can not
litigate these cases myself in the United State District Court
of the (3rd Circuit) due to my situation! About the only legal
procedures that I am permitted to do is to prepare and file
any Official Complaint or Motions with the Courts.

Which will be an "Official Federal [42 U.S.C. § 1983]
Complaint" against the New Jersey Department of Corrections
and its Commissioner (Mr. Gary M. Lanigan)! Including the
Northern State Prison Administrator (Ms. Cindy Sweeney), and
other Official Personnel. Including their "Medical Department",
"Culinary Supervisory" and Mail/Property Room" that will be
"Sued" individually and in (His/Her) Official Capacity.

For violations of my "FIRST, FOURTH, EIGHTH, AND
FOURTEENTH U.S. CONSTITUTIONAL PRISONERS RIGHTS" by the Northern
State Prison Administrative, Corrections Officer and Civilian
Personnel of this institution. That at all times mentioned
in this Federal [42 U.S.C. § 1983] Complaint that my "Attorneys"
are filing "Acted Under the Color of State Law"!

Which brings me (Ms. Colon), to a difficult decision
involving "You" since I was informed by you a New Jersey
Department Corrections Officer. That you were the Corrections
Officer in charge of the Mail/Property Room activities in
Northern State Prison Mail/Property Room Department.

But as I examine all the list of Northern State Prison
Administrative, Senior Corrections Officer and Principal Staff
Personnel your name (Ms. Colon), is nowhere to be found on the
Official Prison documentation! The closest departments and
Official Personnel that I find would be the MAILROOM SUPERVISOR
a (SGT. APRIL WASHINGTON).

And the Northern State Prison STOREROOM BUILDING #5 AREA
named a (MR. RAFAEL CASTILLO). But there is (NO) (Ms. Colon),
under the "MAIL/PROPERTY ROOM DEPARTMENT SUPERVISOR PERSONNEL".
Anywhere to be found on the Northern State Prison Administrative
of Corrections Officer Personnel documentation list that I have
obtained from my Attorneys!

(SCO. Colon), I am "OFFICIALLY AND ON THE RECORD"
informing you that I and my Attorneys. Are requesting the
following actions to be "Taken" with my Personal Property that
you are holding! I am requesting that all my Personal Property
be returned to me here at (3-Wing) in Administrative Segregation.

Which must include of my (Hard Cover), books which include
my (Holy Jewish Scriptures Bible). And all of my State and
Federal Law Books which to confiscate as well. Which was a
U.S. Constitution First Amendment Prisoners Rights Violation!

2

Exhibits
(P)

And "YES", I know where you are going to go with this argument concerning these "HARD COVER BOOKS". You (Ms. Colon), are going to state that all HARD COVER BOOKS are not permitted in Administrative Segregation! I must Officially inform you that this RULE will not hold up in a Court of Law as any defense. Due to the fact that everyone in Administrative Segregation all have "Photo Albums Books" that are all "HARD COVER"!

That being addressed allow me to move on, I have requested from the Assistant Administrator (Ms. Cindy Sweeney), in the form of a "Legal Letter". Officially requesting from her a copy of my (INMATE INVENTORY SHEET) that came with my Personal Property from South Woods State Prison!

That I am sorry to say that (Ms. Cindy Sweeney), has not complied with my official request as well. Which only leads me to believe that (Ms. Sweeney), is being very "Evasive" in all her "Official Institutional Duties". By not responding to my official legal letter that I submitted to her office!

Ms. Colon, I am Officially requesting the same document from you my (INMATE INVENTORY SHEET) that was sent with my Personal Property from South Woods State Prison. From your Mail/Property Room Department here at Northern State Prison! Which I require as "Exculpatory Evidence" for future court proceedings to verify if any of my Personal Property. Has ended up missing (STOLEN) from your Mail/Property Room Department in Northern State Prison!

I have instructed my Attorneys, to hold off in serving any "Civil Action Subpoenas Duces Tecum". Which what it does is basically commands the Official Northern State Prison Personnel in question to appear before a Judge, at Superior Court, Civil Parts Section. Which will also command those named in the Subpoena to bring with them and produce at that time the following described books, papers, documents, and other tangible things, that is written in the Subpoenas!

Which will be in this case the "INMATE INVENTORY SHEET" that came with my Personal Property from South Woods State Prison. Which the Judge, will then compare both "Inmate Inventory Sheet" from my previous South Woods State Prison Mail/Property Room with your Northern State Prison "Inmate Inventory Sheet" to determine if any of my Personal Property have been (Stolen, Discarded, or Destroyed)!

Please note Senior Corrections Officer (Ms. Colon), that the Personal Property Items that are listed on your Northern State Prison "Property Disposition Form". That your inmate property room worker gave me states that you are holding these items in your Mail/Property Room. That I might add none are (Perishable) and have a (2)-year shelf life without spoiling, which are as follow:

3

1.) One Cup of Inmate Extracted teeth! State and Federal Evidence
     in legal proceedings!
2.) Two boxes of Oatmeal.
3.) One box of Uncle Ben's Rice.
4.) Five sodas (One Grape, One Orange, Three Pepsi).
5.) Three bottles of laundry detergent.
6.) One bottle of Honey.
7.) One bottle of Ketchup.
8.) Two bottle of seasoning. (Adobo, and Italian Seasoning).
9.) One bottle of Hot Sauce.
10.) One bottle of Grape Jelly.
11.) One bottle of Mustered.
12.) 17-Soups.
13.) Two Small Bags of white Rice.
14.) 16-Food Pouches. (Clams, Oysters, Octopus, Salmon, Tuna,
                        Mackerel, Beans, Etc.).
15.) One bag of Maxwell House Coffee.
16.) One Beef Sausage.
17.) One bag of Hot Coco Mix.
18.) 10 Tea Bags.
19.) One Brand New Rain Poncho.
20.) Three Vitamins bottles. (Multi Vitamins, Vitamin C & E,).
21.) One bottle of Aspirin.
22.) Two Sewing kits.
23.) One New Package of Emery Boards.
24.) Six New Storage Bins with Lids.
25.) One Ice Cooler.
26.) 22-Books. (Which include my "Jewish Holy Scriptures Bible"
     and "Law Books" that I am requesting also a list of all
     the books that are being withheld from me!
27.) One KTV Television.
28.) Two Fans. (Which one is a medical back up fan for my
     respiratory problems).
29.) One Clear Tunes Flat Screen Television. (Damaged Screen).

     THE LIST OF ALL THE ITEMS THAT ARE MISSING FROM YOUR
NORTHERN STATE PRISON "PROPERTY DISPOSITION FORM" THAT I RECEIVED
WHICH ARE AS FOLLOW:

1.) One New Combination Lock.
2.) One 12"-inch Plastic Security Ruler. (Approved by D.O.C.).
3.) One bottle of Soy Sauce.
4.) Three Bags of Hot Hot Potato Chips.
5.) Six Cinnamon Raisin Bagels.
6.) Six Cream Cheeses.
7.) Two Sazon Packages.
8.) One Package of Pro Mr. Protein Mix Chocolate.
9.) One Petroleum Jelly.
10.) Two Sugar Substitute Box.
11.) Three Bags of Student Mix/Trail Mix.
12.) One Gray Rubber Maid Bucket.

4

Well (Ms. Colon), now you have the same Personal Property list that is being submitted to the United State District Court as evidence. Which every item on the list will all have to be accounted for by the Northern State Prison Mail/Property Room Personnel! I must inform you that if any of my Personal Property ends up being misplaced, discarded, destroyed, or just plane Stolen will take the legal action of implementing on anyone that "ACTED UNDER THE COLOR OF STATE LAW"!

Legal Leans against their "Salaries and Pensions" who were responsible as well! That will only be removed after my Attorneys, will be satisfied with the settlements that they asked from the Court. And any settlement that the Judge, would deem appropriate to this injustice! I will await from you that "INMATE INVENTORY SHEET" from your Mail/Property Room of Northern State Prison. That came with my Personal Property from South Woods State Prison Expeditiously! Thank You!

Respectfully submitted

Peter L. Caratini

Mr. Peter L. Caratini

CC: ATTORNEY: MR. STEVEN E. SAVAGE.
ADMINISTRATOR: MS. CINDY SWEENEY.
COMMISSIONER: MR. GARY M. LANIGAN.
GOVERNOR: MR. CHRIS CHRISTIE.
NEW JERSEY INTERNAL AFFAIRS DIVISION.
DIRECTOR: MR. CHARLES E. SAMUELS, JR.
U.S. DEPARTMENT OF JUSTICE, CIVIL RIGHTS DIVISION.

5

Exhibits
(P)

"LEGAL LETTER"
(NO. TWO)

SCO. COLON.                                          DATE: 04-14-2016
MAIL/PROPERTY ROOM DEPARTMENT.
NORTHERN STATE PRISON.
168 FRONTAGE ROAD.
P.O. BOX 2300
NEWARK, N.J. 07114

Re: Constitutional Rights Violation!        MR. PETER L. CARAIINI.
    Confiscated Personal Property!          SBI # 295345B/667844
                                            N.S.P. 3-Wing, 112
                                            P.O. BOX 2300
                                            NEWARK, N.J. 07114

Dear Ms. Colon,

        I'm sorry to say that i am forced to write you another
legal letter at the Northern State Prison, Mail/Property Room.
Concerning my personal property that you are withholding from
me!  I must inform you that, as of yet I have not received the
document that I requested from you and your Mail/Property Room.

        In my previous legal letter my "Inmate Inventory Sheet"
from South Woods State Prison.  Which I am sorry to say has
left me quite disappointed for the lack of your official actions
to my request.  I am writing to you to inform you that on
04-13-2016, I was informed by the first shift housing unit
officer on 3-Wing.

        That you (Ms. Colon), wanted me to sign off on my personal
property before you would bring it up to me on Administrative
Segregation.  Which I agreed only after I would examine all of
my personal property that you and your mail/property room
personal were delivering.

        I also informed him that this situation was already at
the beginnings stages of a [42 USC § 1983] law suit.  That is
being filed against Northern State Prison and six of its official
personnel.  And that I would see you (Ms. Colon), tomorrow being
04-14-2016, when you would come on the housing unit 3-Wing,
to drop off personal property to other inmates!

        On 04-14-2016, you and your property room personnel came
on the housing unit (3-Wing).  And proceeded to deliver personal
property to other inmate on the 3-Wing.  I was waiting for you
to come and speak to me about our problem with my personal
property so we could settle this situation once and for all,
but you did not come to see me!

                                    i

I'm sorry say (Ms. Colon), that you missed the opportunity to settle this situation without any legal proceedings and appearances in a court of law. That being said allow me to move on, (Ms. Colon), please find enclosed in this second legal letter that I am submitting to you and your Mail/Property room department at Northern State Prison.

The two beginning pages of the [42 U.S.C § 1983] complaint documentation that list the "UNITED STATES DISTRICT COURT". Including the "JURISDICTION & VENUE" of the federal complaint that list also all the defendants in the [42 U.S.C. § 1983] Civil Rights Lawsuit Action. That I (Mr. Caralini), and my Attorneys, are filing with the New Jersey State District Court (3rd Circuit)!

I am also sorry to say (Ms. Colon), that as it stands right now you are Defendant number three on the United States District Court documentation: Believe me when I tell you that I take no pleasure in this Civil Actions against you that my Attorneys have already begun in the courts!

I want you to know that I still have the power to instruct my Attorneys to "Remove" any "Defendant" from the Civil Action Complaint. That I am filing against the institution of Northern State Prison and six of their Official Personnel.

I want to inform you (Ms. Colon), that all I want from you is (ALL) of my personal property that you are withholding from me, returned to me! I don't need anything else from you (Madam), you still have the opportunity to settle this situation with me.

And my personal property before my Attorneys officially file the Civil Complaint Action under [42 U.S.C. § 1983]. Now after the documentation is filed with the United States District Court of the (3rd Circuit). The matter will be out of my hands and in the Judge's, which being a Federal complaint will not be easy to dismiss!

I will leave you with one final quote of Federal Government Law if I may Senior Corrections Officer (Ms. Colon), and like I have informed already the Assistant Administrator (Ms. Cindy Sweenwy), of Northern State Prison.

And that is that "The New Jersey Department of Corrections standards" (DOES NOT SUPERSEDE THE CONSTITUTIONAL AMENDMENTS OF THE UNITED STATES THAT WERE PUT IN PLACE TO PROTECT STATE PRISONERS AND THEIR PERSONAL PROPERTY)!

I want to take this time to inform you (Ms. Colon), that no matter the problems that we are having with my personal property that you are withholding from me in the Northern State Prison Mail/Property room.

2

Exhibits
(P)

I still hold nothing but the highest level of respect
for you and your position as a Senior Correction Officer. In
the Northern State Prison Mail/Property Room and in the New
Jersey Department of Corrections! And I would like to thank
you for allowing me (Mr. Caratini), the opportunity to voice
my complaint directly with you Mail/Property Room Department
thank you!

P.S. "(I like your new hair style Senior Correction Officer
(Ms. Colon), it looks good on you)"!

Respectfully submitted

Mr. Peter L. Caratini

CC: ATTORNEY: MR. STEVEN D. SAVAGE.
ADMINISTRATOR: MS. CINDY SWEENEY.
COMMISSIONER: MR. GARY M. LANIGAN.
GOVERNOR: MR. CHRIS CHRISTIE.
NEW JERSEY INTERNAL AFFAIRS DIVISION.
DIRECTOR: MR. CHARLES E. SAMUELS, JR.
U.S. DEPARTMENT OF JUSTICE, CIVIL RIGHTS DIVISION.

3

Exhibits
(P)



# NJDOC INMATE INQUIRY FORM

## Must Be Placed In The Inmate Remedy System Box

## Complete One Form For Each Department / Program / Service.

(MARQUE SOLAMEME UN DEPARTAMENTO / PROGRAMA / SERVICIO POR FORMULARIO)

| ADMINISTRATION |
|---|
| Housing Status |
| Program Removal |
| Reinstate Contact Visit |

| BUSINESS OFFICE |
|---|
| Business Remits / Receipts |
| Check / Money Order |
| Fine Payments |
| Refunds |
| State Pay |
| Statements |

| CLASSIFICATION |
|---|
| Citizenship |
| Detainers / Open Charges |
| Institutional Transfer |
| Interstate Status |
| Job Eligibility |
| Problem w/ Sentence Calc. |
| Restoration of Comm Time |
| SASRC |
| Status |
| Work Credit |

| CUSTODY |
|---|
| Cell Moves |
| General |
| Housing Unit Issues |

| CUSTODY / MAILROOM |
|---|
| Status on Purchases |
| Incoming Mail |
| Legal Mail |
| Outgoing Mail |

| EDUCATION / LAW LIB |
|---|
| Certificates |
| College Courses / GED / Classes |
| Programs |
| Legal Call |
| Paralegal Assist / Supplies |

| FOOD SERVICES |
|---|
| Denied / Not Received Diet |
| Food Allergies |
| Food Issues / Prep |
| Proper Special Diet |

| MEDICAL / MENTAL HEALTH / DENTAL |
|---|
| Class Sign-up / Completed Programs |
| Concerns |
| Co-Pay Refunds |
| Emergencies |
| Eye Glasses |
| Medical Records |
| Medication |
| M007 Form |
| Referrals |
| Dental |

| PAROLE |
|---|
| Address Change / Parole Plan |
| Opt Out of Parole Hearing |
| Parole Board Hearings |
| PED Calculations |

| RCRP COMM. PROGRAMS |
|---|
| Denial of Program |
| Eligibility Criteria |
| Status of Application |

| RELIGIOUS SERVICES |
|---|
| Certificate Completions |
| Religious Classifications |
| Religious Diets |
| Religious Items |

| SOCIAL SERVICES |
|---|
| Family Emergency |
| Marriage Request |
| Program Enrollment / Completion |
| Release ID / BC / SSN Card / MVC / Vet Asst. |
| Release Planning |
| SSI / SSDI / Affordable Healthcare |
| TDD |
| Others |

| | SID | VISITS | OSAPAS |
|---|---|---|---|
| K/S | | Denied Visitors | Living in Balance |
| PC | | Ex-Offender Visits | N/A and A/A |
| STG | | Issues at Visits | Engaging the Family |
| Visitor Ban | | | RPP |

### THIS SECTION TO BE COMPLETED BY INMATE

Inmate Name: OLO  Peter L  ＿＿＿＿＿  Date: 02 - 21 - 2016

State Number: _____  SB#: _____

Housing Unit: _____  Work Detail Hours: NONE — A.S.

REQUEST: I am requesting that All of my legal law books

that are being held at the _____

to me immediately. Please note that it is a violation

Prisoners right to violation to have confiscated them.

Also I would like All my personal property that the property

room is holding returned to me without delay.

Thank you

### FOR OFFICIAL USE ONLY

(PARA USO OFICIAL SOLAMENTE - NO ESCRIBA EN EL AREA SOMBREADA)

**Date Received:**

**Staff Receiving Request:**

### THIS FORM CANNOT BE PROCESSED:

(Usted ha sido citado para entrevista en)

**You have been scheduled for an interview on:**_____

**Check the Daily Appointment Schedule for your name.**

**Staff Response:**

**IF YOU NEED ASSISTANCE IN COMPLETING THIS FORM, SEE YOUR HOUSING**
**UNIT SOCIAL WORKER.**
(SI USTED NECESITA AYUDA COMPLETANDO ESTE FORMULARIO, VEA A SU
TRABAJADOR SOCIAL DE UNIDAD)

Distribution:  (Original) Department Copy
(Yellow) Inmate's Copy With Response
(Pink) Inmate Copy


(P)

# NJDOC INMATE INQUIRY FORM

## Must Be Placed In The Inmate Remedy System Box

## Complete One Form For Each Department / Program / Service.

(MARQUE SOLAMEME UN DEPARTAMENTO / PROGRAMA / SERVICIO POR FORMULARIO)

| ADMINISTRATION | FOOD SERVICES | SID | VISITS | OSAPAS |
|---|---|---|---|---|
| Housing Status | Denied / Not Received Diet | K/S | Denied Visitors | Living in Balance |
| Program Removal | Food Allergies | PC | Ex-Offender Visits | N/A and AVA |
| Reinstate Contact Visit | Food Issues / Prep | STG | Issues at Visits | Engaging the Family |
| **BUSINESS OFFICE** | Proper Special Diet | Visitor Ban | | RPP |

**MEDICAL / MENTAL HEALTH / DENTAL** — THIS SECTION TO BE COMPLETED BY INMATE

Business Remits / Receipts
Check / Money Order — Class Sign-up / Completed Programs

Inmate Name: ___ Peter L. Cacatian
State Number: ___ SB#: ___ Date: 02-21-2016
Housing Unit: ___ Work Detail Hours: NONE
REQUEST: ___

(PARA USO OFICIAL SOLAMENTE - NO ESCRIBA EN EL AREA SOMBREADA)

Date Received:
Staff Receiving Request:

**FOR OFFICIAL USE ONLY**

THIS FORM CANNOT BE PROCESSED:

(Usted ha sido citado para entrevista en)
You have been scheduled for an interview on:
Check the Daily Appointment Schedule for your name.

Staff Response:

IF YOU NEED ASSISTANCE IN COMPLETING THIS FORM, SEE YOUR HOUSING
UNIT SOCIAL WORKER
(SI USTED NECESITA AYUDA COMPLETANDO ESTE FORMULARIO, VEAA SU
TRABAJADOR SOCIAL DE UNIDAD)

Form IRSF-101

Exhibits

Q

"LEGAL LETTER"

MS. CINDY SWEENEY                                    DATE: 07-27-2016
ASSOCIATE ADMINISTRATOR
NORTHERN STATE PRISON
168 FRONTAGE ROAD
P.O. BOX 2300
NEWARK, N.J. 07114


                                          MR. PETER L. CARATINI
Re: STOLEN PERSONAL PROPERTY!             SBI # 295345E/INM # 667844
                                          N.S.P. 4-WING, CELL 214
                                          168 FRONTAGE ROAD
                                          P.O. BOX 2300
                                          NEWARK, N.J. 07114


Dear Ms. Cindy Sweeney,

        Please allow me to introduce myself once again in this
legal letter my name is (Mr. Peter L. Caratini). And I was
temporarily one of your inmates in Administrative Segregation
that just completed serving his term of a (180-days) sentence.
And by the time you receive this legal letter I would have been
sent back to South Woods State Prison in Bridgeton, New Jersey!

        I am writing you Madam, to inform you of a few unlawful
acts occurred by one of your Administrative Segregation Senior
Corrections Officers on (4-Wing)! On the day before my release
I was informed in cell (214) by Senior Corrections Officer named
(SCO. Osborne), to bring down my personal property to the front
desk. So he could pack it up to be shipped out to the institution
that I was going back too!

        Which I immediately complied with his request and orders,
and soon after I witnessed through the cell door window of my
cell (214). As he began the process of going through my personal
property, what I witnessed after was this Senior Corrections
Officer performed was a little unsettling to see!

        FIRST, I [WITNESS] (SCO. Osborne), begin the process
of removing some items from my personal property and throwing
them aside on the floor. And then other personal property items
I [WITNESS] him [HANDING OVER] to the Administrative Segregation
housing unit inmate workers of (4-Wing).

        Which out of all things was [TWO]-[LEGAL FILE FOLDERS]
that were clearly marked as I could see legal paperwork that
was pending in State and Federal Courts. That I discovered
and confirmed were missing when I received my personal property
back at South Woods State Prison in Bridgeton, New Jersey.

                              1

Exhibit
Q

SECOND, I then [WITNESSED] the inmate housing unit workers take the file and leave the housing unit (4-Wing). But only after being instructed by Senior Corrections Officer (Osborne), where to take it, which the inmate housing unit worker quickly did acknowledged. Administrative Personnel or some Senior Commissioned Corrections Officer of the institution!

I must inform you (Ms. Sweeney), that the acts and actions committed by this Senior Corrections Officer in (4-Wing) with my personal property. Was by all means against the rules and regulations of the New Jersey Department of Corrections! Not to mention, New Jersey State and Federal [10A-LAWS] as well in every sense of this matter.

This is why I am respectfully requesting that all of my personal property that was unlawfully confiscated by Senior corrections Officer (Osborne). That was removed when he was packing up my personal property to be shipped back to South Woods State Prison to be returned to me immediately! Thank You!

Respectfully submitted

Mr. Peter L. Caratini

Cc: ATTORNEY: Mr. Steven E. Savage.
    COMMISSIONER: Mr. Gary M. Lanigan.
    GOVERNOR: Mr. Chris Christie.
    DIRECTOR: Mr. Charles E. Samuels, Jr.
    UNITED STATE DISTRICT COURT (3d Circuit).
    U.S. DEPARTMENT OF JUSTICE, CIVIL RIGHTS DIVISION.

2


Exhibits
Q

# NJDOC INMATE INQUIRY FORM

## Must Be Placed In The Inmate Remedy System Box

## Complete One Form For Each Department / Program / Service.

(MARQUE SOLAMEME UN DEPARTAMENTO / PROGRAMA / SERVICIO POR FORMULARIO)

| ADMINISTRATION | | FOOD SERVICES | | SID | | VISITS | | OSAPAS |
|---|---|---|---|---|---|---|---|---|
| Housing Status | ✓ | Denied / Not Received Diet | | K/S | | Denied Visitors | | Living in Balance |
| Program Removal | | Food Allergies | | PC | | Ex-Offender Visits | | N/A and A/A |
| Reinstate Contact Visit | ✓ | Food Issues / Prep | | STG | | Issues at Visits | | Engaging the Family |
| | | Proper Special Diet | | Visitor Ban | | | | RPP |

### BUSINESS OFFICE

| | | MEDICAL / MENTAL HEALTH / DENTAL | | | THIS SECTION TO BE COMPLETED BY INMATE | | | |
|---|---|---|---|---|---|---|---|---|
| Business Remits / Receipts | | Class Sign-up / Completed Programs | | Inmate Name: no. Peter L. Carpent | | | Date: 02-02-2016 | |
| Check / Money Order | | Concerns | | State Number: 668944 | SBI#: 935345E | | | |
| Fine Payments | | Co-Pay Refunds | | Housing Unit: 2-wing | Work Detail Hours: None | | | |
| Refunds | | Emergencies | | REQUEST: At mount of base on C-Pl-T am not receiving any | | | | |

### CLASSIFICATION

| State Pay | | Eye Glasses | |
|---|---|---|---|
| Statements | | Medical Records | |
| Citizenship | | Medication | |
| Detainers / Open Charges | | M007 Form | |
| Institutional Transfer | | Referrals | |
| Interstate Status | | Dental | |

### PAROLE

| Job Eligibility | |
|---|---|
| Problem w/ Sentence Calc. | Address Change / Parole Plan |
| Restoration of Comm Time | Opt Out of Parole Hearing |
| SASRC | Parole Board Hearings |
| Status | PED Calculations |
| Work Credit | |

*(PARA USO OFICIAL SOLAMENTE - NO ESCRIBA EN EL AREA SOMBREADA)*

### CUSTODY / RCRP COMM. PROGRAMS

| Cell Moves | | Denial of Program |
|---|---|---|
| General | | Eligibility Criteria |
| Housing Unit Issues | | Status of Application |

**Date Received:** _____

**Staff Receiving Request:** _____

### CUSTODY / MAILROOM — RELIGIOUS SERVICES

| Status on Purchases | | Certificate Completions |
|---|---|---|
| Incoming Mail | | Religious Classifications |
| Legal Mail | | Religious Diets |
| Outgoing Mail | | Religious Items |

### FOR OFFICIAL USE ONLY

**THIS FORM CANNOT BE PROCESSED:**

(Usted ha sido citado para entrevista en)

You have been scheduled for an interview on: _____

Check the Daily Appointment Schedule for your name.

### EDUCATION / LAW LIB — SOCIAL SERVICES

| Certificates | | Family Emergency |
|---|---|---|
| College Courses / GED / Classes | | Marriage Request |
| Programs | | Program Enrollment / Completion |
| Legal Call | | Release ID / BC / SSN Card / MVC / Vet Asst. |
| Paralegal Assist / Supplies | | Release Planning |
| | | SSI / SSDI / Affordable Healthcare |
| | | TDD |
| | | Others |

**Staff Response:** _____

IF YOU NEED ASSISTANCE IN COMPLETING THIS FORM, SEE YOUR HOUSING UNIT SOCIAL WORKER
(SI USTED NECESITA AYUDA COMPLETANDO ESTE FORMULARIO, VEA A SU TRABAJADOR SOCIAL DE UNIDAD)

Exhibits

# NJDOC INMATE INQUIRY FORM

## Must Be Placed In The Inmate Remedy System Box

## Complete One Form For Each Department / Program / Service.

(MARQUE SOLAMENE UN DEPARTAMENTO / PROGRAMA / SERVICIO POR FORMULARIO)

| ADMINISTRATION | FOOD SERVICES | SID | | VISITS | OSAPAS |
|---|---|---|---|---|---|
| Housing Status | Denied / Not Received Diet | K/S | | Denied Visitors | Living in Balance |
| Program Removal | Food Allergies | PC | | Ex-Offender Visits | N/A and AVA |
| Reinstate Contact Visit | Food Issues / Prep | STG | | Issues at Visits | Engaging the Family |
| **BUSINESS OFFICE** | Proper Special Diet | Visitor Ban | | | RPP |
| Business Remits / Receipts | **MEDICAL / MENTAL HEALTH / DENTAL** | | | | |
| Check / Money Order | Class Sign-up / Completed Programs | | | | |
| Fine Payments | Concerns | | | | |
| Refunds | Co-Pay Refunds | | | | |
| State Pay | Emergencies | | | | |
| Statements | Eye Glasses | | | | |
| **CLASSIFICATION** | Medical Records | | | | |
| Citizenship | Medication | | | | |
| Detainers / Open Charges | M007 Form | | | | |
| Institutional Transfer | Referrals | | | | |
| Interstate Status | Dental | | | | |
| Job Eligibility | **PAROLE** | | | | |
| Problem w/ Sentence Calc. | Address Change / Parole Plan | | | | |
| Restoration of Comm Time | Opt Out of Parole Hearing | | | | |
| SASRC | Parole Board Hearings | | | | |
| Status | PED Calculations | | | | |
| Work Credit | **RCRP COMM. PROGRAMS** | | | | |
| **CUSTODY** | Denial of Program | | | | |
| Cell Moves | Eligibility Criteria | | | | |
| General | Status of Application | | | | |
| Housing Unit Issues | **RELIGIOUS SERVICES** | | | | |
| **CUSTODY / MAILROOM** | Certificate Completions | | | | |
| Status on Purchases | Religious Classifications | | | | |
| Incoming Mail | Religious Diets | | | | |
| Legal Mail | Religious Items | | | | |
| Outgoing Mail | **SOCIAL SERVICES** | | | | |
| **EDUCATION / LAW LIB** | Family Emergency | | | | |
| Certificates | Marriage Request | | | | |
| College Courses / GED / Classes | Program Enrollment / Completion | | | | |
| Programs | Release ID / BC / SSN Card / MVC / Vet Asst. | | | | |
| Legal Call | Release Planning | | | | |
| Paralegal Assist / Supplies | SSI / SSDI / Affordable Healthcare | | | | |
| | TDD | | | | |
| | Others | | | | |

**THIS SECTION TO BE COMPLETED BY INMATE**

Inmate Name: 

State Number:                    SBI#:                    Date:  02-10-20

Housing Unit:                    Work Detail Hours:

REQUEST: *(handwritten)*

**FOR OFFICIAL USE ONLY**

*(PARA USO OFICIAL SOLAMENTE - NO ESCRIBA EN EL AREA SOMBREADA)*

Date Received:

Staff Receiving Request:

**THIS FORM CANNOT BE PROCESSED:**

(Usted ha sido citado para entrevista en)

You have been scheduled for an interview on:

Check the Daily Appointment Schedule for your name.

Staff Response:

IF YOU NEED ASSISTANCE IN COMPLETING THIS FORM, SEE YOUR HOUSING UNIT SOCIAL WORKER

(SI USTED NECESITA AYUDA COMPLETANDO ESTE FORMULARIO, VEA A SU TRABAJADOR SOCIAL DE UNIDAD)

Distribution: (Original) Department Copy
(Yellow) Inmate's Copy With Response
(Pink) Inmate Copy





Exhibits

# NJDOC INMATE INQUIRY FORM

## Must Be Placed In The Inmate Remedy System Box

## Complete One Form For Each Department / Program / Service.

(MARQUE SOLAMEME UN DEPARTAMENTO / PROGRAMA / SERVICIO POR FORMULARIO)

**ADMINISTRATION**
- Housing Status
- Program Removal
- Reinstate Contact Visit

**BUSINESS OFFICE**
- Business Remits / Receipts
- Check / Money Order
- Fine Payments
- Refunds
- State Pay
- Statements

**CLASSIFICATION**
- Citizenship
- Detainers / Open Charges
- Institutional Transfer
- Interstate Status
- Job Eligibility
- Problem w/ Sentence Calc.
- Restoration of Comm Time
- SASRC
- Status
- Work Credit

**CUSTODY**
- Cell Moves
- General
- Housing Unit Issues

**CUSTODY / MAILROOM**
- Status on Purchases
- Incoming Mail
- Legal Mail
- Outgoing Mail

**EDUCATION / LAW LIB**
- Certificates
- College Courses / GED / Classes
- Programs
- Legal Call
- Paralegal Assist / Supplies

**FOOD SERVICES**
- Denied / Not Received Diet
- Food Allergies
- Food Issues / Prep
- ☑ Proper Special Diet

**MEDICAL / MENTAL HEALTH / DENTAL**
- Class Sign-up / Completed Programs
- Concerns
- Co-Pay Refunds
- Emergencies
- Eye Glasses
- Medical Records
- Medication
- M007 Form
- Referrals
- Dental

**PAROLE**
- Address Change / Parole Plan
- Opt Out of Parole Hearing
- Parole Board Hearings
- PED Calculations

**RCRP COMM. PROGRAMS**
- Denial of Program
- Eligibility Criteria
- Status of Application

**RELIGIOUS SERVICES**
- Certificate Completions
- Religious Classifications
- Religious Diets
- Religious Items

**SOCIAL SERVICES**
- Family Emergency
- Marriage Request
- Program Enrollment / Completion
- Release ID / BC / SSN Card / MVC / Vet Asst.
- Release Planning
- SSI / SSDI / Affordable Healthcare
- TDD
- Others

| SID | VISITS | OSAPAS |
|---|---|---|
| K/S | Denied Visitors | Living in Balance |
| PC | Ex-Offender Visits | N/A and A/A |
| STG | Issues at Visits | Engaging the Family |
| Visitor Ban | | RPP |

## THIS SECTION TO BE COMPLETED BY INMATE

Inmate Name: ___ Peter ___ Cashin

State Number: 642844          Date: 03-17-2011

Housing Unit: _____    Work Detail Hours: None – A.S.

REQUEST: ATT: now Kitchen -（N.S.P.）: I am not receiving my diet medical dietary meals I don't get any process food I like that Jelly toast, they serve I could only eat real fruits. Turkey bacon water... chicken baskes in some gravy with white rice or beef or fresh Eggs and steamed vegetables Yes: Real Hamburger or beef may Okay because me to eat.

Thank You!

## FOR OFFICIAL USE ONLY

(PARA USO OFICIAL SOLAMENTE - NO ESCRIBA EN EL AREA SOMBREADA)

Date Received:

Staff Receiving Request:

## THIS FORM CANNOT BE PROCESSED:

(Usted ha sido citado para entrevista en)

You have been scheduled for an interview on: _____

Check the Daily Appointment Schedule for your name.

Staff Response:

**IF YOU NEED ASSISTANCE IN COMPLETING THIS FORM, SEE YOUR HOUSING UNIT SOCIAL WORKER**
(SI USTED NECESITA AYUDA COMPLETANDO ESTE FORMULARIO, VEA A SU TRABAJADOR SOCIAL DE UNIDAD).

Distribution: (Original) Department Copy
(Yellow) Inmate's Copy With Response
(Pink) Inmate Copy

iNi
95345E

outh
08302-0379

7005 3110 0001 7989 1189

15 2020

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA
UNITED STATES COURTHOUSE
601 MARKET STREET., ROOM 2609
Philadelphia, PA 19106-1797

4455543

U.S.M.S.
X-RAY

Privileged!